| Fill in this information to identify the case: |
| --- |
| Debtor name **Solgen Power, LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) **25-02262-7** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 15, 2026**

*X* **/s/ Joshua Siano**
Signature of individual signing on behalf of debtor

**Joshua Siano**
Printed name

**Former Chief Financial Officer**
Position or relationship to debtor



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 1 of 493

**Fill in this information to identify the case:**

Debtor name **Solgen Power, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **25-02262-7**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ **5,287,980.62** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ **5,287,980.62** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ **45,440,249.91** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ **6,248,907.43** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ **12,876,287.65** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ **64,565,444.99** |

**Fill in this information to identify the case:**

Debtor name **Solgen Power, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **25-02262-7**

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | **$0.00** |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Chase Bank** | **Checking** | **7052** | **$300.00** |
| 3.2. | **Verity** | **Checking** | | **$14,386.60** |
| 3.3. | **Chase Bank (negative balance)** | **Wiring Account** | **7726** | **$0.00** |
| 3.4. | **CIBC Bank** | **Checking** | **3591** | **$27,013.71** |
| 4. | **Other cash equivalents** *(Identify all)* | | | |

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. **$41,700.31**

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **888 Investment LLC Security Deposit** | **$2,305.50** |
| 7.2. | **Canyon Park Owner II Security Deposit** | **$40,729.64** |
| 7.3. | **Cascade Natural Gas Security Deposit** | **$254.00** |
| 7.4. | **Centerpointe Business Park Associates Security Deposit** | **$6,294.00** |
| 7.5. | **Edward J Ivy Security Deposit** | **$5,039.00** |
| 7.6. | **Empowerment LLC Security Deposit** | **$3,930.00** |
| 7.7. | **LBA RV - Company IV, LP Security Deposit** | **$75,000.00** |
| 7.8. | **Northwest Asset Management Security Deposit** | **$7,200.00** |
| 7.9. | **Portland General Electric Security Deposit** | **$354.00** |
| 7.10. | **Premier One, Inc Security Deposit** | **$2,110.00** |
| 7.11. | **Reliant Property Management (aka SandifurCrossing) Security Deposit** | **$10,000.00** |
| 7.12. | **Tacoma Public Utilities (City of Tacoma) Security Deposit** | **$725.00** |
| 7.13. | **Tapio Professional Center LLC Security Deposit** | **$1,350.00** |



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 4 of 493

| | | |
|---|---|---|
| 7.14. | Townsend Distribution LP Security Deposit | $35,810.71 |
| 7.15. | Ironridge - Deposit on L-Mounts | $229,484.70 |
| 7.16. | Lexon Insurance Company - For lawsuit in King County (-12,000) | $0.00 |
| 7.17. | Smith Investments Security Deposit | $23,600.00 |
| 7.18. | Butcher Block Properties Security Deposit | $4,000.00 |
| 7.19. | Icon Owner Pool 3 Midwest/Southeast LLC Security Deposit | $44,537.20 |
| 7.20. | Columbia Gas of Ohio - Deposit on utility account | $99.00 |
| 7.21. | ThinkMap Security Deposit | $4,675.00 |
| 7.22. | State of Illinois - REC Deposit | $5,676.25 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** **$503,174.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 2,692,942.68 | - | 2,592,630.33 | = .... | $100,312.35 |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$100,312.35**

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | **Residential Solar Components (Value purchased in the last 20 days is unknown)** | **11/30/2025** | **$2,599,908.91** | **Recent cost** | **$2,599,908.91** |
| 22. | **Other inventory or supplies** | | | | |
| | **Residential Solar Supplies (Value purchased in the last 20 days is unknown)** | **11/30/2025** | **$337,398.03** | **Recent cost** | **$337,398.03** |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84. **$2,937,306.94**

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value **0.00** Valuation method ______ Current Value **0.00**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desks, Chairs & Walls** | **$50,449.00** | **Net Book Value** | **$50,449.00** |
| 40. | **Office fixtures**<br>**Leasehold Improvements** | **$53,434.00** | **Net Book Value** | **$53,434.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers & Software** | **$122,095.00** | **Net Book Value** | **$122,095.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$225,978.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1. **Autos and Trucks & Trailers** | **$1,192,660.74** | **Net Book Value** | **$1,192,660.74** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Machinery & Equipment** | **$286,848.28** | **Net Book Value** | **$286,848.28** |

51. **Total of Part 8.** **$1,479,509.02**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| | **Right of Use Asset - Operating** | **$5,166,689.74** | **Net Book Value** | **$0.00** |

65. **Goodwill**

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 11: **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$41,700.31** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$503,174.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$100,312.35** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$2,937,306.94** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$225,978.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,479,509.02** | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$5,287,980.62** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$5,287,980.62** |



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 10 of 493

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Solgen Power, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) | **25-02262-7** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 allauto.com**
Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Ford F-150 Lightning-1FVW1EV3NWG13524**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$32,939.83** Column B: **Unknown**

**2.2 CIBC Bank USA**
Creditor's Name
**Loan Operations**
**120 S Lasalle St**
**Chicago, IL 60603**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/28/2022**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All Assets**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$45,200,000.00** Column B: **Unknown**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **GM Financial** — **$103,655.04** — **Unknown**

Creditor's Name

**Attn. Treasury Operations**
**PO Box 736313**
**Dallas, TX 75373**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 GMC Sierra 2500**
**HD-1GT19LEY5PF184059**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **GM Financial** — **$103,655.04** — **Unknown**

Creditor's Name

**Attn. Treasury Operations**
**PO Box 736313**
**Dallas, TX 75373**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 GMC Sierra 2500**
**HD-1GT19LEY1PF183765**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$45,440,249.91**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Solgen Power, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **25-02262-7**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Fernando Ayala**<br>**3525 N. Calle Floreada**<br>**Tucson, AZ 85750** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$220,769.21** | **$220,769.21** |
| | Date or dates debt was incurred<br>**2/7/2023** | Basis for the claim:<br>**Severance** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | **IRS Centralized Insolvency**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

2.3 Priority creditor's name and mailing address
**Jake Ellsworth**
**11 Clover Ln**
**Pasco, WA 99301**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$255,384.60** **$255,384.60**

Date or dates debt was incurred
**5/9/2023**

Basis for the claim:
**Severance**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.4 Priority creditor's name and mailing address
**Robert Clyde**
**1399 Belmont Blvd**
**West Richland, WA 99353**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$331,153.86** **$331,153.86**

Date or dates debt was incurred
**2/7/2023**

Basis for the claim:
**Severance**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.5 Priority creditor's name and mailing address
**WA Employment Security Department**
**PO Box 9046**
**Olympia, WA 98507**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$23,811.05** **$23,811.05**

Date or dates debt was incurred

Basis for the claim:
**Payroll Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

2.6 Priority creditor's name and mailing address
**Wade Clyde**
**6560 Kaiser Dr**
**Lawrenceburg, IN 47025**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$238,461.52** **$238,461.52**

Date or dates debt was incurred
**3/10/2023**

Basis for the claim:
**Severance**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.7

Priority creditor's name and mailing address
**Washington Department of Revenue**
**PO Box 47450**
**Olympia, WA 98504-7450**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,179,327.19** **$5,179,327.19**

Date or dates debt was incurred

Basis for the claim:
**Sales and Use Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
***Jessica Derr**
**14385 N Pipestone Pl**
**Marana, AZ 85658**
**Date(s) debt was incurred** **8/2/2019**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2 **Nonpriority creditor's name and mailing address**
**3E Electrical**
**3E - Windsor Heights**
**953 73rd St**
**Windsor Heights, IA 50324**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Payable**
Is the claim subject to offset? ■ No ☐ Yes

**$2,546.19**

3.3 **Nonpriority creditor's name and mailing address**
**841 O'Hare Parkway, LLC**
**841 O'Hare Pkwy, Ste 200**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Payable**
Is the claim subject to offset? ■ No ☐ Yes

**$19,402.00**

3.4 **Nonpriority creditor's name and mailing address**
**888 Investment LLC**
**9516 S 237th Pl**
**Kent, WA 98031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Payable**
Is the claim subject to offset? ■ No ☐ Yes

**$2,375.00**

3.5 **Nonpriority creditor's name and mailing address**
**A & E Roofing Rubber LLC**
**6981 Beecher Rd SW**
**Pataskala, OH 43062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Payable**
Is the claim subject to offset? ■ No ☐ Yes

**$30,933.30**

**3.6** **Nonpriority creditor's name and mailing address**
**Aaron Anders**
**4204 N Roxy Dr**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.7** **Nonpriority creditor's name and mailing address**
**Aaron Anderson**
**108 Arrowwood Ct**
**Mankato, MN 56001**
**Date(s) debt was incurred** 10/31/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.8** **Nonpriority creditor's name and mailing address**
**Aaron Byers**
**5498 Mystic Way**
**Liberty Twnshp, OH 45011**
**Date(s) debt was incurred** 4/29/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.9** **Nonpriority creditor's name and mailing address**
**Aaron Cochran**
**4532 Somerset Dr NE**
**Albany, OR 97322**
**Date(s) debt was incurred** 9/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.10** **Nonpriority creditor's name and mailing address**
**Aaron Flager**
**886 Raspberry Ln N**
**Salem, OR 97303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.11** **Nonpriority creditor's name and mailing address**
**Aaron Stevenson**
**3539 Skyview Ln**
**Cincinnati, OH 45213**
**Date(s) debt was incurred** 2/27/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.12** **Nonpriority creditor's name and mailing address**
**Aaron Tastad**
**27410 238th Pl SE**
**Maple Valley, WA 98038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 17 of 493

**3.13** **Nonpriority creditor's name and mailing address**
**ABC Supply Co**
**4860 Spring Grove Ave**
**Cincinnati, OH 45232**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,702.05**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
**ABC Supply Co Inc**
**ABC Supply Co - MBA 742**
**PO Box 748242**
**Los Angeles, CA 90074-8242**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$40,759.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**
**Abebaw Zeleke**
**4354 Fair Lakes Ct**
**Lot 50**
**Fairfax, VA 22033**
**Date(s) debt was incurred** 12/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
**Ablodegbo Bolong**
**136 Terning Way**
**Howard Lake, MN 55349**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**3.17** **Nonpriority creditor's name and mailing address**
**Ablodegbo Bolong**
**136 Terning Way**
**Howard Lake, MN 55349**
**Date(s) debt was incurred** 10/31/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**
**Abraham Calvillo**
**35w925 David Dr**
**Elgin, IL 60123**
**Date(s) debt was incurred** 7/22/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**Adair Gearhart**
**7611 49th Dr NE**
**Marysville, WA 98270**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 18 of 493

3.20 **Nonpriority creditor's name and mailing address**
**Adam Abderrazzaq**
**121 Nittany S Way**
**Stephens City, VA 22655**
**Date(s) debt was incurred** 12/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**
**Adam Doll**
**316 Woodhaven Ln**
**Mankato, MN 56001**
**Date(s) debt was incurred** 10/13/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
**Adam Fain**
**7409 32nd Ave NW**
**Seattle, WA 98117**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
**Adam Joseph**
**2537 Tillman St**
**Monroe, NC 28112**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
**Adam Moser**
**6480 262nd St**
**Wyoming, MN 55092**
**Date(s) debt was incurred** 9/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
**Adam Oester**
**927 NW 2nd Ave**
**Hillsboro, OR 97124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.26 **Nonpriority creditor's name and mailing address**
**Adam Pushkas**
**8705 SW White Ct**
**Portland, OR 97225**
**Date(s) debt was incurred** 11/13/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
**Adam Richards**
**30353 Tilbury Ln NE**
**Kingston, WA 98346**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.28** **Nonpriority creditor's name and mailing address**
**Adam S Riley**
**6526 W Wolf Valley Way**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 9/9/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.29** **Nonpriority creditor's name and mailing address**
**Adam Vanderhoof**
**381 Wetherbee Ln**
**Enumclaw, WA 98022**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.30** **Nonpriority creditor's name and mailing address**
**Adam Wyatt**
**112 NW Maywood Dr**
**Portland, OR 97210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.31** **Nonpriority creditor's name and mailing address**
**Adam Zimmerman**
**2590 Cesario Dr**
**Hampshire, IL 60140**
**Date(s) debt was incurred** 3/9/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.32** **Nonpriority creditor's name and mailing address**
**Aditya Sinha**
**19396 Cothechney Pl**
**Leesburg, VA 20175**
**Date(s) debt was incurred** 10/27/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.33** **Nonpriority creditor's name and mailing address**
**Adnet LLC**
**2810 N Church St #52146**
**Wilmington, DE 19802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$16,110.00**

**3.34** **Nonpriority creditor's name and mailing address**
**Adrian Lewis**
**108 Holmes St**
**Stafford, VA 22554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**
**Adrian Rodriguez**
**611 S Park Blvd**
**Streamwood, IL 60107**
**Date(s) debt was incurred** **4/3/2020**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**
**Adrienne Battle**
**2715 V Court SE**
**Auburn, WA 98002**
**Date(s) debt was incurred** **4/15/2020**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**3.37** **Nonpriority creditor's name and mailing address**
**Adrienne Marshall**
**615 NE 91st Ave**
**Portland, OR 97220**
**Date(s) debt was incurred** **11/11/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**3.38** **Nonpriority creditor's name and mailing address**
**AEP American Electric Power**
**700 Morrison Rd**
**Ghana, OH 43230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$388.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Payable**
Is the claim subject to offset? ■ No ☐ Yes

**3.39** **Nonpriority creditor's name and mailing address**
**Aideth Mora**
**16795 Butteville Rd NE**
**Woodburn, OR 97071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**
**Aimee Knutson**
**4513 Garden Way**
**Hugo, MN 55038**
**Date(s) debt was incurred** **11/20/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**3.41** **Nonpriority creditor's name and mailing address**
**AIS Portfolio Services, LLC**
**Attn. Ally Bank Department**
**4515 N Santa Fe Ave, Dept APS**
**Oklahoma City, OK 73118**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.42** **Nonpriority creditor's name and mailing address**
**AJ Ching**
**2101 Crabapple Cir**
**W Richland, WA 99353**
**Date(s) debt was incurred** 12/19/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.43** **Nonpriority creditor's name and mailing address**
**Akossiwa Koudakpo**
**11687 5th St NE**
**Hanover, MN 55341**
**Date(s) debt was incurred** 8/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.44** **Nonpriority creditor's name and mailing address**
**Akwasi Kankam**
**5015 Bigleaf Rd**
**Fredericksburg, VA 22407**
**Date(s) debt was incurred** 11/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.45** **Nonpriority creditor's name and mailing address**
**Al Freeman**
**430 Pulaski Road**
**Calumet City, IL 60409**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**
**Alan drais**
**3003 Ohio Hwy 730**
**Wilmington, OH 45177**
**Date(s) debt was incurred** 12/20/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.47** **Nonpriority creditor's name and mailing address**
**Alan Wicker**
**1838 Maple Ln**
**Sleepy Hollow, IL 60118**
**Date(s) debt was incurred** 5/16/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 22 of 493

**3.48** **Nonpriority creditor's name and mailing address**
**Alana Buckallew**
**7028 SE Martins St**
**Portland, OR 97206**
**Date(s) debt was incurred** 12/1/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.49** **Nonpriority creditor's name and mailing address**
**Albert Bentley**
**752 Minnow Ln**
**Wilderville, OR 97543**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.50** **Nonpriority creditor's name and mailing address**
**Alberto De La Torre**
**23710 NE Stanley St**
**Wood Village, OR 97060**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.51** **Nonpriority creditor's name and mailing address**
**Alberto De La Torre**
**23712 NE Stanley St**
**Wood Village, OR 97060**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**
**Alchemy Technology Group, LLC**
**PO Box 4356**
**Dept 1928**
**Houston, TX 77210-4356**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,140.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.53** **Nonpriority creditor's name and mailing address**
**Alec Johnston**
**505 Brentwood Place**
**Marshalltown, IA 50158**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.54** **Nonpriority creditor's name and mailing address**
**Alec Volvovic**
**5920 SE Equestrian Dr**
**Portland, OR 97236**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Alejandrina Garcia Rodriguez**<br>**20104 Church Lake Dr E**<br>**Bonney Lake, WA 98391**<br>**Date(s) debt was incurred** 8/23/2022<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Aleksandra Samoilov**<br>**581 Schemmel Ln NE**<br>**Silverton, OR 97381**<br>**Date(s) debt was incurred** 12/17/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Alex Newhouse**<br>**556 Luther Rd**<br>**Granger, WA 98932**<br>**Date(s) debt was incurred** 1/24/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Alexa Franklin**<br>**670 Jefferson St NE**<br>**Salem, OR 97301**<br>**Date(s) debt was incurred** 10/29/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Alexander Haugstad**<br>**1409 Cannon Valley Dr**<br>**Northfield, MN 55057**<br>**Date(s) debt was incurred** 11/13/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Alexander Karaman & Megan Forecki**<br>**4462 E El Sol Cir**<br>**Tucson, AZ 85711**<br>**Date(s) debt was incurred** 7/15/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Alexander Swisher**<br>**17159 Russell Coghill St**<br>**Bowling Green, VA 22427**<br>**Date(s) debt was incurred** 12/3/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

**3.62** **Nonpriority creditor's name and mailing address**
**Alexander Tritchkov**
**2851 NE Hidden Brook Pl**
**Bend, OR 97701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.63** **Nonpriority creditor's name and mailing address**
**Alexander Van Duyn**
**3256 NE 76th Ave**
**Portland, OR 97213**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.64** **Nonpriority creditor's name and mailing address**
**Alexzander Delgado**
**1305 S 18th Ave**
**Yakima, WA 98902**
**Date(s) debt was incurred** 8/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.65** **Nonpriority creditor's name and mailing address**
**Alf Nilsen**
**7708 SE 69th Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.66** **Nonpriority creditor's name and mailing address**
**Alfred Bustillos**
**7042 W Dupont Way**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 9/25/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.67** **Nonpriority creditor's name and mailing address**
**Alfred Vigil**
**8451 W Razorbill Dr**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 10/15/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.68** **Nonpriority creditor's name and mailing address**
**Alfredo Herrera**
**774 Vinyard Ave NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 25 of 493

**3.69** **Nonpriority creditor's name and mailing address**
**Alice Shapiro**
**4996 Coleman Creek Rd**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.70** **Nonpriority creditor's name and mailing address**
**Alice Sprague**
**6860 Mccoy Rd**
**Rickreall, OR 97371**
**Date(s) debt was incurred** 12/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.71** **Nonpriority creditor's name and mailing address**
**Alicia Keitel**
**506 Harrison Ave**
**Harrison, OH 45030**
**Date(s) debt was incurred** 2/7/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.72** **Nonpriority creditor's name and mailing address**
**Alicia Silotti**
**1312 W 8780 S**
**West Jordan, UT 84088**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.73** **Nonpriority creditor's name and mailing address**
**Alicia Taylor**
**742 White St**
**Walla Walla, WA 99362**
**Date(s) debt was incurred** 5/31/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.74** **Nonpriority creditor's name and mailing address**
**Alisa Dow**
**1316 Skagit St**
**Mt Vernon, WA 98274**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.75** **Nonpriority creditor's name and mailing address**
**Alisha Whaley**
**311 Grove St**
**Lebanon, OR 97355**
**Date(s) debt was incurred** 10/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.76 **Nonpriority creditor's name and mailing address**
**Alison Rice**
**8222 SE 162nd Ave**
**Portland, OR 97236**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.77 **Nonpriority creditor's name and mailing address**
**Alissa Murray**
**14227 Alma Cir**
**Rosemount, MN 55068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
**Alissa Murray**
**14227 Alma Cir**
**Rosemount, MN 55068**
**Date(s) debt was incurred** 12/8/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
**All American Freight**
**Operation Finance, Inc**
**PO Box 227352**
**Dallas, TX 75222-7352**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$140,450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
**All Pro Fleet Services**
**174 Trout Way**
**PO Box 2209**
**White Cty, OR 97503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
**Allegra Gigante Luft**
**77 Buena Vista**
**Benicia, CA 94510**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.82 **Nonpriority creditor's name and mailing address**
**Allen Davis Jr.**
**1151 Collins Rd**
**Selah, WA 98942**
**Date(s) debt was incurred** 9/13/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.83** **Nonpriority creditor's name and mailing address**
**Allen Flux**
**2626 Brooklake Rd NE**
**Salem, OR 97303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.84** **Nonpriority creditor's name and mailing address**
**Allen Seitter**
**6870 Rosecliff Pl**
**Dayton, OH 45459**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.85** **Nonpriority creditor's name and mailing address**
**Allison & Dan Riesenberg**
**11700 Lawnview Ave**
**Cincinnati, OH 45246**
**Date(s) debt was incurred** 11/9/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.86** **Nonpriority creditor's name and mailing address**
**Allison Lundquist**
**1004 Meadow St**
**Cologne, MN 55322**
**Date(s) debt was incurred** 7/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.87** **Nonpriority creditor's name and mailing address**
**allyauto.com**
**PO Box 9001948**
**Louisville, KY 40290-1948**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$1,578.87**

---

**3.88** **Nonpriority creditor's name and mailing address**
**Allyn York**
**6112 NE Prescott St**
**Portland, OR 97218**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.89** **Nonpriority creditor's name and mailing address**
**Altagracia Sanchez**
**1643 Delaware St**
**Tucson, AZ 85745**
**Date(s) debt was incurred** 6/12/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.90 **Nonpriority creditor's name and mailing address**
**Altar Tree Service LLC**
**290 G St.**
**Independence, OR 97351**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Payable**
Is the claim subject to offset? ■ No ☐ Yes

3.91 **Nonpriority creditor's name and mailing address**
**Alvaro Carrillo**
**8240 W Anser Lp**
**Tucson, AZ 85757**
**Date(s) debt was incurred** **11/22/2019**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.92 **Nonpriority creditor's name and mailing address**
**Alycia Edson**
**838 2nd St**
**Nevada, IA 50201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.93 **Nonpriority creditor's name and mailing address**
**Alyse Sukalski**
**355 NW Flagline Dr**
**Bend, OR 97703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.94 **Nonpriority creditor's name and mailing address**
**Alyssa Reed-Stuewe**
**6846 NE Sumner St**
**Portland, OR 97218**
**Date(s) debt was incurred** **12/22/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.95 **Nonpriority creditor's name and mailing address**
**Amanda Budd**
**423 W Catherine St**
**Batesville, IN 47006**
**Date(s) debt was incurred** **8/21/2019**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.96 **Nonpriority creditor's name and mailing address**
**Amanda Campbell**
**2431 Greenbush West Rd**
**Williamsburg, OH 45176**
**Date(s) debt was incurred** **6/28/2019**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.97 **Nonpriority creditor's name and mailing address**
**Amanda Coalwell**
**3490 Thorndale Rd NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.98 **Nonpriority creditor's name and mailing address**
**Amanda dancliff**
**5962 Teak Ln**
**W Richland, WA 99353**
**Date(s) debt was incurred** 2/14/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.99 **Nonpriority creditor's name and mailing address**
**Amanda Opstad**
**8933 E Old Spanish Trail**
**Tucson, AZ 85710**
**Date(s) debt was incurred** 1/22/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.100 **Nonpriority creditor's name and mailing address**
**Amanda Rasmussen**
**4383 Murryhill Terrace**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.101 **Nonpriority creditor's name and mailing address**
**Amanda Readman**
**6320 SE 63rd Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.102 **Nonpriority creditor's name and mailing address**
**Amanda Scaife**
**7853 Arbor Marsh Terr**
**New Kent, VA 23124**
**Date(s) debt was incurred** 11/12/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.103 **Nonpriority creditor's name and mailing address**
**Amanda Thammavongsa**
**3605 SW 36th St**
**Gresham, OR 97080**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.104 **Nonpriority creditor's name and mailing address**
**Amanda Voorhees**
**7731 Englewood Ave**
**Yakima, WA 98908**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.105 **Nonpriority creditor's name and mailing address**
**Amanda Wyatt**
**1500 Michael Ave**
**Grinnell, IA 50112**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.106 **Nonpriority creditor's name and mailing address**
**Amber and Andy**
**131 Carmella Dr**
**Crystal Lake, IL 60012**
**Date(s) debt was incurred** 1/17/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.107 **Nonpriority creditor's name and mailing address**
**Amber Lindly**
**9290 SE Otty Place**
**Happy Valley, OR 97086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.108 **Nonpriority creditor's name and mailing address**
**Amber Murphy Clark**
**5821 Tamarack Ln**
**Central Point, OR 97502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.109 **Nonpriority creditor's name and mailing address**
**Amber Yang**
**13481 Pheasant Cir**
**Rogers, MN 55374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.110 **Nonpriority creditor's name and mailing address**
**Amber Yang**
**13481 Pheasant Cir**
**Rogers, MN 55374**
**Date(s) debt was incurred** 10/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 31 of 493

3.111 **Nonpriority creditor's name and mailing address**
**American Arbitration Association**
**45 E River Park Place W**
**Suite 308**
**Fresno, CA 93720**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,850.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.112 **Nonpriority creditor's name and mailing address**
**American Financial Partners (LEAF)**
**912 Coteau Street**
**Gary, SD 57237**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$921.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.113 **Nonpriority creditor's name and mailing address**
**AmeriGas**
**PO Box 45264**
**Westlake, OH 44195**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.114 **Nonpriority creditor's name and mailing address**
**Amy Blettel**
**3835 SE Filbert St**
**Milwaukie, OR 97222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.115 **Nonpriority creditor's name and mailing address**
**Amy Burns**
**18013 SE Blanton St**
**Milwaukie, OR 97267**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.116 **Nonpriority creditor's name and mailing address**
**Amy Hynek McFarland**
**1302 W Spencer St**
**Creston, IA 50801**
**Date(s) debt was incurred** 12/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.117 **Nonpriority creditor's name and mailing address**
**Amy Mayer**
**61178 Brookhollow Dr**
**Bend, OR 97702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.118 **Nonpriority creditor's name and mailing address**
**Amy Miller**
**5312 SE Henry St**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.119 **Nonpriority creditor's name and mailing address**
**Amy Mullikin**
**204 Landing Dr**
**Fredericksburg, VA 22405**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.120 **Nonpriority creditor's name and mailing address**
**Amy Rimov**
**1743 W 10th**
**Spokane, WA 99204**
**Date(s) debt was incurred** 1/7/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.121 **Nonpriority creditor's name and mailing address**
**Ana Jacobo**
**3075 Elliot St NW**
**Salem, OR 97304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.122 **Nonpriority creditor's name and mailing address**
**Anago Cleaning System of Portland (MHCE,**
**5319 SW Westgate Drive**
**Suite 213**
**Portland, OR 97221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$640.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.123 **Nonpriority creditor's name and mailing address**
**AnaMaria Millard**
**129 Oak St**
**Independence, OR 97351**
**Date(s) debt was incurred** 11/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.124 **Nonpriority creditor's name and mailing address**
**Ananta Gudipaty**
**3632 90th Ave SE**
**Mercer Island, WA 98040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

| Item | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.125 | **Ananta Gudipaty**<br>**3632 90th Ave SE**<br>**Mercer Island, WA 98040**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.126 | **Andersen Tax LLC**<br>**71 South Wacker Dr, Ste 2600**<br>**Chicago, IL 60606**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | $84,724.00 |
| 3.127 | **Andilee Jordan**<br>**1011 NE 19th Way**<br>**Battle Ground, WA 98604**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.128 | **Andrea Farley**<br>**3917 87th Lane Northeast**<br>**Circle Pines, MN 55014**<br>Date(s) debt was incurred 8/27/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.129 | **Andrea Hess**<br>**5240 SW Dosch Rd**<br>**Portland, OR 97239**<br>Date(s) debt was incurred 10/30/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.130 | **Andrea Peruzzi**<br>**c/o Sean Russel, Esq.**<br>**120 N Naches Ave**<br>**Yakima, WA 98901-2757**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.131 | **Andrea Starkey**<br>**26610 Geneva Ave**<br>**Rockaway Bch, OR 97136**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

**3.132** **Nonpriority creditor's name and mailing address**
**Andrece Adams**
**137 Evergreen Way**
**Vallejo, CA 94591**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.133** **Nonpriority creditor's name and mailing address**
**Andrew Cuddeford**
**2709 E Haworth Ave**
**Newberg, OR 97132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.134** **Nonpriority creditor's name and mailing address**
**Andrew Czisny**
**21735 SW Parkin Ln**
**Beaverton, OR 97003**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.135** **Nonpriority creditor's name and mailing address**
**Andrew Hittinger**
**4604 W 4th Ct**
**Kennewick, WA 99336**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.136** **Nonpriority creditor's name and mailing address**
**Andrew Markuson**
**18750 NE Chehalem Dr**
**Newberg, OR 97132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.137** **Nonpriority creditor's name and mailing address**
**Andrew Newcomb**
**1418 Lowell Cir**
**Boone, IA 50036**
**Date(s) debt was incurred** 11/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.138** **Nonpriority creditor's name and mailing address**
**Andrew Newcomer**
**25844 Euclid Ave**
**Wyoming, MN 55092**
**Date(s) debt was incurred** 9/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.139 **Nonpriority creditor's name and mailing address**
**Andrew Pederson**
**18355 Dahlager St**
**Sandy, OR 97055**
**Date(s) debt was incurred** 9/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.140 **Nonpriority creditor's name and mailing address**
**Andrew Rodriguez**
**19631 10th Pl S**
**Des Moines, WA 98148**
**Date(s) debt was incurred** 11/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.141 **Nonpriority creditor's name and mailing address**
**Andrew Shulman**
**1579 California St**
**Elk Grove Vlg, IL 60007**
**Date(s) debt was incurred** 10/18/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.142 **Nonpriority creditor's name and mailing address**
**Andrew Tafoya**
**3231 W Alexanderwood Dr**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 9/3/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.143 **Nonpriority creditor's name and mailing address**
**Andrew Talabere**
**1251 Woodacre Dr SE**
**Salem, OR 97302**
**Date(s) debt was incurred** 10/1/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.144 **Nonpriority creditor's name and mailing address**
**Aneesha Reena**
**5775 Josie s Cove**
**Morrow, OH 45152**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.145 **Nonpriority creditor's name and mailing address**
**Angel Barco**
**2247 Grange Ave N**
**Oakdale, MN 55128**
**Date(s) debt was incurred** 9/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.146 **Nonpriority creditor's name and mailing address**
**Angel Grimaldo**
**1237 Sebring Cir**
**Elgin, IL 60120**
**Date(s) debt was incurred** 11/7/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.147 **Nonpriority creditor's name and mailing address**
**Angel Lopez**
**15819 Canoe Pointe Loop**
**Moseley, VA 23120**
**Date(s) debt was incurred** 10/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.148 **Nonpriority creditor's name and mailing address**
**Angel O. Mendez-Balganon**
**720 W Calle Retama**
**Tucson, AZ 85705**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.149 **Nonpriority creditor's name and mailing address**
**Angela Conley**
**7149 Brian Dr**
**Centerville, MN 55038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.150 **Nonpriority creditor's name and mailing address**
**Angela Conley**
**7149 Brian Dr**
**Centerville, MN 55038**
**Date(s) debt was incurred** 10/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.151 **Nonpriority creditor's name and mailing address**
**Angela Huber**
**1378 Quartz Ave**
**W Richland, WA 99353**
**Date(s) debt was incurred** 11/25/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.152 **Nonpriority creditor's name and mailing address**
**Angela Jones**
**7128 Janelle Ct SE**
**Salem, OR 97317**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address**<br>**Angelica Cordova**<br>**3390 W Avenida Obregon**<br>**Tucson, AZ 85746**<br>**Date(s) debt was incurred** 11/7/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.154 | **Nonpriority creditor's name and mailing address**<br>**Angelique Sullivan**<br>**34179 Mansours Dr**<br>**Locust Grove, VA 22508**<br>**Date(s) debt was incurred** 10/6/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.155 | **Nonpriority creditor's name and mailing address**<br>**Anita Dilles**<br>**3712 NE 68th Ave**<br>**Portland, OR 97213**<br>**Date(s) debt was incurred** 7/16/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.156 | **Nonpriority creditor's name and mailing address**<br>**Anita Grunder**<br>**31459 Peterson Rd**<br>**Philomath, OR 97370**<br>**Date(s) debt was incurred** 9/12/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.157 | **Nonpriority creditor's name and mailing address**<br>**Ann Boyce**<br>**1115 SE Mall St**<br>**Portland, OR 97202**<br>**Date(s) debt was incurred** 9/24/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.158 | **Nonpriority creditor's name and mailing address**<br>**Ann Garcia**<br>**511 NE Buena Vista St**<br>**Hillsboro, OR 97124**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.159 | **Nonpriority creditor's name and mailing address**<br>**Ann Garcia**<br>**511 NE Buena Vista St**<br>**Hillsboro, OR 97124**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

3.160 **Nonpriority creditor's name and mailing address**
**Ann Gould**
**215 S 17th St**
**Chariton, IA 50049**
**Date(s) debt was incurred** 10/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.161 **Nonpriority creditor's name and mailing address**
**Ann Hackett**
**958 Pumpkin Ridge**
**Eagle Point, OR 97524**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.162 **Nonpriority creditor's name and mailing address**
**Anna Babson**
**13590 Babson Ct**
**Magalia, CA 95954**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.163 **Nonpriority creditor's name and mailing address**
**Anna Fagan**
**12 September Dr**
**Missoula, MT 59802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.164 **Nonpriority creditor's name and mailing address**
**Anna Malley and Daniel Whitmire**
**9428 Morris Dr**
**Harrison, OH 45030**
**Date(s) debt was incurred** 6/28/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.165 **Nonpriority creditor's name and mailing address**
**Anna Younger**
**80 Flying Cloud St**
**Sequim, WA 98382**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.166 **Nonpriority creditor's name and mailing address**
**Anne Frenette**
**7154 Airlie Rd**
**Warrenton, VA 20187**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 39 of 493

3.167 **Nonpriority creditor's name and mailing address**
**Anthony Aletto**
**17674 SW Aidan Ct**
**Beaverton, OR 97003**
**Date(s) debt was incurred** 12/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.168 **Nonpriority creditor's name and mailing address**
**Anthony Carlstrom**
**1080 Oslin Rd**
**Mora, MN 55051**
**Date(s) debt was incurred** 10/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.169 **Nonpriority creditor's name and mailing address**
**Anthony Delisio**
**1868 Forest Run Dr**
**Independence, KY 41051**
**Date(s) debt was incurred** 12/7/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.170 **Nonpriority creditor's name and mailing address**
**Anthony Felts**
**12174 Farmer Dr**
**Walton, KY 41094**
**Date(s) debt was incurred** 11/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.171 **Nonpriority creditor's name and mailing address**
**Anthony Galliano**
**5332 NE 86th St**
**Seattle, WA 98115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.172 **Nonpriority creditor's name and mailing address**
**Anthony Horsch**
**2508 SW 19th St**
**Ankeny, IA 50023**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.173 **Nonpriority creditor's name and mailing address**
**Anthony Hurst**
**121 Irving Ln**
**Georgetown, KY 40324**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.174 | **Anthony Incrocci**<br>**245 N Main St**<br>**Lombard, IL 60148**<br>**Date(s) debt was incurred** 12/8/2020<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.175 | **Anthony Lash**<br>**5336 SE 68th Ave**<br>**Portland, OR 97206**<br>**Date(s) debt was incurred** 4/20/2024<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.176 | **Anthony Mascorro**<br>**2307 SE 105th Ave**<br>**Portland, OR 97216**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.177 | **Anthony Park**<br>**3462 Fernwood Ave**<br>**Bettendorf, IA 52722**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.178 | **Anthony R**<br>**6621 S De Concini Dr**<br>**Tucson, AZ 85757**<br>**Date(s) debt was incurred** 9/30/2019<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.179 | **Antoinette Green**<br>**12104 Brookway Dr**<br>**Cincinnati, OH 45240**<br>**Date(s) debt was incurred** 11/15/2019<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.180 | **Anton Boogaard**<br>**27301 Oregon 62**<br>**Trail, OR 97541**<br>**Date(s) debt was incurred** 6/11/2024<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.181 | **Antonio calderon**<br>**0s471 Circle Dr**<br>**W Chicago, IL 60185**<br>**Date(s) debt was incurred** 1/29/2020<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.182 | **Anya Burton**<br>**4077 S Dublin Cir**<br>**W Valley City, UT 84119**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.183 | **Apollo Mechanical Contractors**<br>**PO Box 7287**<br>**Kennewick, WA 99336**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,628.00** |
| 3.184 | **Apollo Mechanical Contractors**<br>**PO Box 7287**<br>**Kennewick, WA 99336**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,353.00** |
| 3.185 | **Appficiency Inc.**<br>**5935 Airport Road, Suite 800**<br>**Mississauga, ON L4V 1W5**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$102.50** |
| 3.186 | **April Burns**<br>**129 Panther Ln**<br>**Mankato, MN 56001**<br>**Date(s) debt was incurred** 9/30/2025<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.187 | **April Childress**<br>**139 Ashley Dr**<br>**Dry Ridge, KY 41035**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

3.188 **Nonpriority creditor's name and mailing address**
**April Jaruda**
**267 Silver Ave**
**San Francisco, CA 94112**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.189 **Nonpriority creditor's name and mailing address**
**April Klei**
**3855 Delmar Ave**
**Cincinnati, OH 45211**
**Date(s) debt was incurred** 9/15/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.190 **Nonpriority creditor's name and mailing address**
**Arch Insurance**
**300 Plaza Three**
**3rd Floor**
**Jersey City, NJ 07311**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Surety Bond/Indenimification Agreement
Is the claim subject to offset? ■ No ☐ Yes

3.191 **Nonpriority creditor's name and mailing address**
**Arlene Scarponi**
**949 Sellwood Dr**
**Eagle Point, OR 97524**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.192 **Nonpriority creditor's name and mailing address**
**Armando Molina**
**205 W Laguna St #1**
**Tucson, AZ 85705**
**Date(s) debt was incurred** 12/30/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.193 **Nonpriority creditor's name and mailing address**
**Arnold Chase**
**29510 SW Kings Ct**
**Wilsonville, OR 97070**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.194 **Nonpriority creditor's name and mailing address**
**Arnulfo Monge**
**3152 W Calle Del Cerro**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 3/3/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

| Claim | Nonpriority creditor's name and mailing address | Date(s) debt was incurred | Last 4 digits of account number | As of the petition filing date, the claim is: Check all that apply. | Basis for the claim | Is the claim subject to offset? | Amount |
|---|---|---|---|---|---|---|---|
| 3.195 | Aron Steward<br>648 S Oklahoma St<br>Kennewick, WA 99336 | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Services Paid for but not provided | ■ No ☐ Yes | $750.00 |
| 3.196 | Arsh Duggal<br>7756 Plantation Dr<br>Mason, OH 45040 | 12/30/2019 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Breach of Contraxct (No PTO) | ■ No ☐ Yes | Unknown |
| 3.197 | Arturo Araya<br>3461 Ruther Ave<br>Cincinnati, OH 45220 | 11/29/2019 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Breach of Contraxct (No PTO) | ■ No ☐ Yes | Unknown |
| 3.198 | Arturo Nevarez<br>240 Ewe Creek Rd<br>Grants Pass, OR 97526 | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Breach of Contraxct (No PTO) | ■ No ☐ Yes | Unknown |
| 3.199 | Arturo Olguin-Ovalle<br>925 S Magnolia St<br>Cornelius, OR 97113 | 12/23/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Breach of Contraxct (No PTO) | ■ No ☐ Yes | Unknown |
| 3.200 | Arturo Oropeza Munoz<br>5551 Bill Brooks Blvd<br>Ames, IA 50010 | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Breach of Contraxct (No PTO) | ■ No ☐ Yes | Unknown |
| 3.201 | Arville Alcorn<br>420 N East St<br>Bethel, OH 45106 | 4/20/2020 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Breach of Contraxct (No PTO) | ■ No ☐ Yes | Unknown |

**3.202** **Nonpriority creditor's name and mailing address**
**Ashley Andreasen**
**7334 N Princeton St**
**Portland, OR 97203**
**Date(s) debt was incurred** 12/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.203** **Nonpriority creditor's name and mailing address**
**Ashley Dow**
**221 W Harris Ave**
**Ravenna, OH 44266**
**Date(s) debt was incurred** 11/3/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.204** **Nonpriority creditor's name and mailing address**
**Ashley Fullmer**
**32731 Stuart Ave SE**
**Black Diamond, WA 98010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**3.205** **Nonpriority creditor's name and mailing address**
**Ashley Hintz**
**42 Hummingbird Ct**
**Helena, MT 59602**
**Date(s) debt was incurred** 11/26/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.206** **Nonpriority creditor's name and mailing address**
**Ashley Onstott**
**9115 SE Clay St**
**Portland, OR 97216**
**Date(s) debt was incurred** 7/1/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.207** **Nonpriority creditor's name and mailing address**
**Ashley Wing**
**6178 Library Ln**
**Bealeton, VA 22712**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.208** **Nonpriority creditor's name and mailing address**
**Ashok Ramasubbu**
**9593 Sycamore Grove Way**
**Mechanicsville, VA 23116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.209 **Nonpriority creditor's name and mailing address**
**Athena Pelly**
**7708 Vendovi Dr**
**Pasco, WA 99301**
**Date(s) debt was incurred** 9/25/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.210 **Nonpriority creditor's name and mailing address**
**Auden Castaneda**
**846 Oak Ridge Blvd**
**Elgin, IL 60120**
**Date(s) debt was incurred** 12/16/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.211 **Nonpriority creditor's name and mailing address**
**August Zimmerman**
**710 Widewater Rd**
**Stafford, VA 22554**
**Date(s) debt was incurred** 11/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.212 **Nonpriority creditor's name and mailing address**
**Augustine Akagha**
**13127 David Jennings Ave**
**Charlotte, NC 28213**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.213 **Nonpriority creditor's name and mailing address**
**Augustus Benson**
**2636 Carr St**
**White City, OR 97503**
**Date(s) debt was incurred** 12/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.214 **Nonpriority creditor's name and mailing address**
**Aurora Solar Inc**
**P.O. Box 102896**
**Pasadena, CA 91189-2896**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$125,235.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.215 **Nonpriority creditor's name and mailing address**
**Austin Arnold**
**15510 SE Harrison St**
**Portland, OR 97233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.216** **Nonpriority creditor's name and mailing address**
**Austin Arnold**
**15510 SE Harrison St**
**Portland, OR 97233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ☒ No ☐ Yes

**3.217** **Nonpriority creditor's name and mailing address**
**Austin Furr**
**3412 7th St NE**
**Great Falls, MT 59404**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ☒ No ☐ Yes

**3.218** **Nonpriority creditor's name and mailing address**
**Austin Hukriede**
**111 11th Ave N**
**Cold Spring, MN 56320**
**Date(s) debt was incurred** 12/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ☒ No ☐ Yes

**3.219** **Nonpriority creditor's name and mailing address**
**Austin Kelly**
**12220 SW Summer St**
**Tigard, OR 97223**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☒ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ☒ No ☐ Yes

**3.220** **Nonpriority creditor's name and mailing address**
**Austin Maranell**
**5161 Prairie Point**
**Mayer, MN 55360**
**Date(s) debt was incurred** 8/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ☒ No ☐ Yes

**3.221** **Nonpriority creditor's name and mailing address**
**Austin Morlan**
**510 NE Oneil Way**
**Redmond, OR 97756**
**Date(s) debt was incurred** 11/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ☒ No ☐ Yes

**3.222** **Nonpriority creditor's name and mailing address**
**Austyn Peterson**
**396 Sienna Hills Dr**
**Eagle Point, OR 97524**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ☒ No ☐ Yes

**3.223** **Nonpriority creditor's name and mailing address**
**Automationdirect.com, Inc.**
**3505 Hutchinson Rd**
**Cumming, GA 30040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,158.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.224** **Nonpriority creditor's name and mailing address**
**Autumn Grijalva**
**2615 SE 79th Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** 6/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.225** **Nonpriority creditor's name and mailing address**
**Autumn Kiel**
**1519 Vanetta Lane**
**Spokane, WA 99217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.226** **Nonpriority creditor's name and mailing address**
**Ava Joy**
**6012 SE 87th Ave**
**Portland, OR 97266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.227** **Nonpriority creditor's name and mailing address**
**Avista**
**Solar at Avista**
**1411 E Mission Ave, MSC-15**
**Spokane, WA 99202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,037.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.228** **Nonpriority creditor's name and mailing address**
**Aylin Claahsen**
**775 Richwood Ave**
**Elgin, IL 60124**
**Date(s) debt was incurred** 10/23/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.229** **Nonpriority creditor's name and mailing address**
**B&L Electric LLC**
**10861 Douglas Ave Ste B**
**Urbandale, IA 50322**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,850.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.230 | **Bakhcha Hassan**<br>**4916 Dunhaven Dr**<br>**Fredericksburg, VA 22408**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.231 | **Ballard Spahr LLP**<br>**1420 Fifth Avenue, Suite 4200**<br>**Seattle, WA 98111-9402**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,799.50** |
| 3.232 | **Barbara Day**<br>**867 East 16th Street**<br>**Lafayette, OR 97127**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.233 | **Barbara Gerber**<br>**211 E Jefferson St**<br>**Wheatland, IA 52777**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.234 | **Barbara Gritzmacher**<br>**2233 SE 46th Ave**<br>**Portland, OR 97215**<br>**Date(s) debt was incurred** 8/6/2025<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.235 | **Barbara Hills**<br>**16990 S Windy City Rd**<br>**Mulino, OR 97042**<br>**Date(s) debt was incurred** 12/9/2025<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.236 | **Barbara Huson**<br>**6005 SW Hergert Rd**<br>**Cornelius, OR 97113**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

3.237 **Nonpriority creditor's name and mailing address**
**Barbara Rice**
**2944 Rustic Dr**
**San Jose, CA 95124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.238 **Nonpriority creditor's name and mailing address**
**Barbara Taylor**
**395 Poplar St**
**Crystal Lake, IL 60014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.239 **Nonpriority creditor's name and mailing address**
**Barbara Taylor**
**395 Poplar St**
**Crystal Lake, IL 60014**
**Date(s) debt was incurred** 5/29/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.240 **Nonpriority creditor's name and mailing address**
**Barbara Werfelmann**
**9601 N Gabriel St**
**Spokane, WA 99208**
**Date(s) debt was incurred** 6/28/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.241 **Nonpriority creditor's name and mailing address**
**Barrie Newman**
**2652 Blue Ridge Avenue**
**Marshall, VA 20115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.242 **Nonpriority creditor's name and mailing address**
**Barry Collins**
**901 Norpoint Way NE**
**Tacoma, WA 98422**
**Date(s) debt was incurred** 11/9/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.243 **Nonpriority creditor's name and mailing address**
**Bavarian**
**12764 McCoy Fork Road**
**Walton, KY 41094**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$2,218.40**

3.244 **Nonpriority creditor's name and mailing address**
**Becky Erickson**
**4409 SE Monroe St**
**Milwaukie, OR 97222**
**Date(s) debt was incurred** 7/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.245 **Nonpriority creditor's name and mailing address**
**Ben & Emily Armstrong**
**33546 SE Dill Pl**
**Scappoose, OR 97056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.246 **Nonpriority creditor's name and mailing address**
**Ben Kenobi**
**8930 W Payette Ave**
**Kennewick, WA 99336**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.247 **Nonpriority creditor's name and mailing address**
**Ben Miller**
**7821 W Ashley Cir**
**Spokane, WA 99208**
**Date(s) debt was incurred** 9/30/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.248 **Nonpriority creditor's name and mailing address**
**Benedict Kirby**
**6002 Sunview Dr**
**Missoula, MT 59803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.249 **Nonpriority creditor's name and mailing address**
**Benjamin Czisny**
**7365 SW 196th Pl**
**Beaverton, OR 97007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.250 **Nonpriority creditor's name and mailing address**
**Benjamin Davidson**
**1758 Midfield St**
**Bozeman, MT 59715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.251 **Nonpriority creditor's name and mailing address**
**BENJAMIN HIGHLEY**
**1618 Webber Ave**
**Middletown, OH 45042**
**Date(s) debt was incurred** 6/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.252 **Nonpriority creditor's name and mailing address**
**Benjamin Kero**
**802 NE Sumner St**
**King, OR 97211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.253 **Nonpriority creditor's name and mailing address**
**Benjamin Kirby**
**601 11th Ave**
**Grinnell, IA 50112**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.254 **Nonpriority creditor's name and mailing address**
**Benjamin Lants**
**5 Rockcroft Dr**
**Berryville, VA 22611**
**Date(s) debt was incurred** 11/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.255 **Nonpriority creditor's name and mailing address**
**Benjamin Magga**
**1541 SE 86th Ave**
**Portland, OR 97216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.256 **Nonpriority creditor's name and mailing address**
**Benjamin Sandler**
**2314 SE Ankeny St**
**Portland, OR 97214**
**Date(s) debt was incurred** 11/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.257 **Nonpriority creditor's name and mailing address**
**Benjamin Sissel**
**4107 Mojave Ct**
**Pasco, WA 99301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** **Nonpriority creditor's name and mailing address**
**Benjamin Sissel**
**4107 Mojave Ct**
**Pasco, WA 99301**
**Date(s) debt was incurred** 11/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** **Nonpriority creditor's name and mailing address**
**Benjamin Sundeen**
**9689 42nd St NE**
**Saint Michael, MN 55376**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** **Nonpriority creditor's name and mailing address**
**Benjamin Sundeen**
**9689 42nd St NE**
**St Michael, MN 55376**
**Date(s) debt was incurred** 10/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** **Nonpriority creditor's name and mailing address**
**Bernard Krull**
**937 Miller Ave**
**Greendale, IN 47025**
**Date(s) debt was incurred** 7/7/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** **Nonpriority creditor's name and mailing address**
**Bernard Rasch**
**20712 W Chandler Rd**
**Benton City, WA 99320**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** **Nonpriority creditor's name and mailing address**
**Bertha Gamboa**
**6649 S Hard Rock Way**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 7/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** **Nonpriority creditor's name and mailing address**
**Beth Ayers**
**20 Yellowstone Bluffs Rd**
**Park City, MT 49063**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.265 **Nonpriority creditor's name and mailing address**
**Bethany Booth**
**104618 E Heather Dr**
**Kennewick, WA 99338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.266 **Nonpriority creditor's name and mailing address**
**Bethany Carroll**
**13811 Autumnwood Ave**
**Rosemount, MN 55068**
**Date(s) debt was incurred** 9/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.267 **Nonpriority creditor's name and mailing address**
**Bethany Weber**
**7036 N Vancouver Ave**
**Portland, OR 97217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.268 **Nonpriority creditor's name and mailing address**
**Betty Black**
**6211 S Justine St**
**Chicago, IL 60636**
**Date(s) debt was incurred** 11/20/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.269 **Nonpriority creditor's name and mailing address**
**Betty Jo troutner**
**104 Buckingham Ct**
**Mankato, MN 56001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.270 **Nonpriority creditor's name and mailing address**
**Beverly Salisbury**
**4584 Manning Dr NE**
**Salem, OR 97305**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.271 **Nonpriority creditor's name and mailing address**
**Beverly Vosika**
**3165 5th St**
**Hubbard, OR 97032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.272 | **BFG Corp dba Byline Financial Group**<br>**2801 Lakeside Dr, Ste 212**<br>**Deerfield, IL 60015**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,405.69** |
| 3.273 | **Bich (Phoebe) Phuong Le Minh**<br>**22209 45th Ave S**<br>**Kent, WA 98032**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.274 | **Bill Bohacek**<br>**82 Buena Vista**<br>**Benicia, CA 94510**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.275 | **Bill Brewster**<br>**3520 NE Manchester St**<br>**Corvallis, OR 97330**<br>**Date(s) debt was incurred** 10/24/2025<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.276 | **Bill Smithers**<br>**970 Haugen Road**<br>**Pasco, WA 99301**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.277 | **Billy Price**<br>**12092 Marion Rd SE**<br>**Turner, OR 97392**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.278 | **Blaise Anderson**<br>**201 W Main St**<br>**Garfield, WA 99130**<br>**Date(s) debt was incurred** 8/23/2019<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

3.279 **Nonpriority creditor's name and mailing address**
**Blake Mcandrew**
**12039 Center St**
**Remington, VA 22734**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.280 **Nonpriority creditor's name and mailing address**
**Blake W Folden**
**8810 N Torrey Ln**
**Spokane, WA 99208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.281 **Nonpriority creditor's name and mailing address**
**Bob Gottlieb**
**5608 E Rosewood St**
**Tucson, AZ 85711**
**Date(s) debt was incurred** 11/14/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.282 **Nonpriority creditor's name and mailing address**
**Bob Nyman**
**725 Hickory Lane**
**Carol Stream, IL 60188**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.283 **Nonpriority creditor's name and mailing address**
**Bob Nyman**
**725 Hickory Ln**
**Carol Stream, IL 60188**
**Date(s) debt was incurred** 11/1/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.284 **Nonpriority creditor's name and mailing address**
**Bob Sporcich**
**196507 E 27th Ave**
**Kennewick, WA 99337**
**Date(s) debt was incurred** 1/29/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.285 **Nonpriority creditor's name and mailing address**
**Bob Taylor**
**8901 Paw Paw Ln**
**Cincinnati, OH 45236**
**Date(s) debt was incurred** 12/30/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 56 of 493

**3.286** **Nonpriority creditor's name and mailing address**
**Bob Wilson**
**3769 Sagebrush Ln**
**Cincinnati, OH 45251**
**Date(s) debt was incurred** 4/24/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.287** **Nonpriority creditor's name and mailing address**
**Bobbiejo Koering**
**176 44th Ave NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.288** **Nonpriority creditor's name and mailing address**
**Bonnie (Betty Daughter) Openshaw**
**2927 Winchester Dr**
**Salt Lake City, UT 84119**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.289** **Nonpriority creditor's name and mailing address**
**Bonnie Holm**
**102 West Ulm Road**
**Cascade, MT 59421**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.290** **Nonpriority creditor's name and mailing address**
**Bonnie Owens**
**5506 Dogwood Tree Ln**
**Mineral, VA 23117**
**Date(s) debt was incurred** 11/14/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.291** **Nonpriority creditor's name and mailing address**
**Bonnie Wick**
**4801 Santa Cruz Ln**
**Pasco, WA 99301**
**Date(s) debt was incurred** 11/22/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.292** **Nonpriority creditor's name and mailing address**
**Brad Anderson**
**416 Railroad Ave**
**Albert Lea, MN 56007**
**Date(s) debt was incurred** 10/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| | | | |
|---|---|---|---|
| 3.293 | **Nonpriority creditor's name and mailing address**<br>**Brad Anderson**<br>**3606 SE Johnson Creek Blvd**<br>**Portland, OR 97222**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.294 | **Nonpriority creditor's name and mailing address**<br>**Brad Combs**<br>**4035 SE Faith Ave**<br>**Milwaukie, OR 97267**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.295 | **Nonpriority creditor's name and mailing address**<br>**Brad Sturn**<br>**9100 SE Starr Quarry Rd**<br>**Amity, OR 97101**<br>**Date(s) debt was incurred** 4/28/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.296 | **Nonpriority creditor's name and mailing address**<br>**Bradford McClain**<br>**6857 Gordon Blvd**<br>**Burlington, KY 41005**<br>**Date(s) debt was incurred** 4/15/2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.297 | **Nonpriority creditor's name and mailing address**<br>**Bradley Robinson**<br>**16542 162nd Pl SE**<br>**Renton, WA 98058**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.298 | **Nonpriority creditor's name and mailing address**<br>**Bradley Williams**<br>**702 S 7th St**<br>**Chariton, IA 50049**<br>**Date(s) debt was incurred** 9/15/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.299 | **Nonpriority creditor's name and mailing address**<br>**Brady Black**<br>**1576 Aloha Ct S**<br>**Salem, OR 97302**<br>**Date(s) debt was incurred** 12/2/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

3.300 **Nonpriority creditor's name and mailing address**
**Brand Makers, LLC**
**464 South Main Street**
**Spanish Fork, UT 84660**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,578.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.301 **Nonpriority creditor's name and mailing address**
**Brandi Gould**
**2655 Jerome Prairie Rd**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.302 **Nonpriority creditor's name and mailing address**
**Brandon Davenport**
**2780 Katie Rd**
**Kennewick, WA 99338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.303 **Nonpriority creditor's name and mailing address**
**Brandon Ferguson**
**1567 Hilo Ave N**
**Oakdale, MN 55128**
**Date(s) debt was incurred** 9/8/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.304 **Nonpriority creditor's name and mailing address**
**Brandon Ferry**
**390 Mary Street S**
**Maplewood, MN 55119**
**Date(s) debt was incurred** 8/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.305 **Nonpriority creditor's name and mailing address**
**Brandon Hurlburt**
**23814 SE 249th Pl**
**Maple Valley, WA 98038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.306 **Nonpriority creditor's name and mailing address**
**Brandon Hurlburt**
**23814 SE 249th Pl**
**Maple Valley, WA 98038**
**Date(s) debt was incurred** 7/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.307 **Nonpriority creditor's name and mailing address**
**Brandon Landis**
**704 NE 61st Ave**
**Portland, OR 97213**
**Date(s) debt was incurred** 12/4/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.308 **Nonpriority creditor's name and mailing address**
**Brandon Schreiner**
**5444 Snowbrite Street**
**Bozeman, MT 59718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.309 **Nonpriority creditor's name and mailing address**
**Brandon Snow**
**10484 N Assembly St**
**Spokane, WA 99208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.310 **Nonpriority creditor's name and mailing address**
**Brandon Thomas**
**71422 E Sundown Pr**
**Kennewick, WA 99338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.311 **Nonpriority creditor's name and mailing address**
**Brandye Rawles-Beckford**
**5083 Linda Court SE**
**Salem, OR 97306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.312 **Nonpriority creditor's name and mailing address**
**Braven Smillie**
**3255 NE 85th Ave**
**Portland, OR 97220**
**Date(s) debt was incurred** 5/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.313 **Nonpriority creditor's name and mailing address**
**Brayden Hansen**
**38080 Nettie Connett Dr**
**Sandy, OR 97055**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 60 of 493

3.314 **Nonpriority creditor's name and mailing address**
**BREIANNAN Way**
**31452 54th Ave S**
**Auburn, WA 98001**
**Date(s) debt was incurred** 6/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.315 **Nonpriority creditor's name and mailing address**
**Bren Gibson**
**20824 Holiday Ave**
**Lakeville, MN 55044**
**Date(s) debt was incurred** 10/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.316 **Nonpriority creditor's name and mailing address**
**Brenda Black**
**15813 Canoe Pointe Lp**
**Moseley, VA 23120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.317 **Nonpriority creditor's name and mailing address**
**Brenda Haley (Fresh Start Cleaning Servi**
**1711 NW 103rd St.**
**Clive, IA 50325**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$1,884.68**

3.318 **Nonpriority creditor's name and mailing address**
**Brenda Hidalgo**
**5690 Jeremy Valley Dr SE**
**Salem, OR 97306**
**Date(s) debt was incurred** 8/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.319 **Nonpriority creditor's name and mailing address**
**Brenda Waggoner**
**5629 N Vista Grande Dr**
**Otis Orchards, WA 99027**
**Date(s) debt was incurred** 10/2/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.320 **Nonpriority creditor's name and mailing address**
**Brent Hernandez**
**673 W Charles L Mckay St**
**Vail, AZ 85641**
**Date(s) debt was incurred** 8/29/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.321 **Nonpriority creditor's name and mailing address**
**Brent Petty**
**6971 SW Wehler Way**
**Wilsonville, OR 97070**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.322 **Nonpriority creditor's name and mailing address**
**Bret Bohannon**
**5730 Juliemarie Ct**
**Cincinnati, OH 45239**
**Date(s) debt was incurred** 7/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.323 **Nonpriority creditor's name and mailing address**
**BRET Cook**
**2426 Demaray Dr**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.324 **Nonpriority creditor's name and mailing address**
**Brian and Lynn Andersen**
**3680 Broadleaf Ave**
**Elgin, IL 60124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.325 **Nonpriority creditor's name and mailing address**
**Brian Beach**
**195 Mikkelsen Dr**
**Florence, KY 41042**
**Date(s) debt was incurred** 10/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.326 **Nonpriority creditor's name and mailing address**
**BRIAN BURNS**
**507 Milgin Dr**
**Cincinnati, OH 45238**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.327 **Nonpriority creditor's name and mailing address**
**Brian Chow**
**30509 12th Pl SW**
**Federal Way, WA 98023**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.328 **Nonpriority creditor's name and mailing address**
**Brian Clayton**
**8613 S Desert Dove Dr**
**Tucson, AZ 85747**
**Date(s) debt was incurred** 6/27/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.329 **Nonpriority creditor's name and mailing address**
**Brian Collins-Friedrichs**
**545 Leudinghaus Rd**
**Chehalis, WA 98572**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.330 **Nonpriority creditor's name and mailing address**
**Brian Davis**
**3361 Bluff Ave SE**
**Salem, OR 97302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.331 **Nonpriority creditor's name and mailing address**
**Brian Fischer**
**1159 45th Ave NE**
**Salem, OR 97301**
**Date(s) debt was incurred** 9/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.332 **Nonpriority creditor's name and mailing address**
**Brian Gardner**
**235 Clark St**
**St Helens, OR 97051**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.333 **Nonpriority creditor's name and mailing address**
**Brian Graham**
**3235 Tuscarora Ct**
**Hamilton, OH 45011**
**Date(s) debt was incurred** 3/19/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.334 **Nonpriority creditor's name and mailing address**
**Brian Knilans**
**6664 Hokah Dr**
**Circle Pines, MN 55014**
**Date(s) debt was incurred** 5/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.335 | **Nonpriority creditor's name and mailing address**<br>**Brian Mathews**<br>**1244 Golf View Dr**<br>**Woodridge, IL 60517**<br>**Date(s) debt was incurred** 8/17/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.336 | **Nonpriority creditor's name and mailing address**<br>**Brian Pittman**<br>**649 Marshall Ave**<br>**Medford, OR 97501**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.337 | **Nonpriority creditor's name and mailing address**<br>**Brian Starr**<br>**6115 S Windstar St**<br>**Spokane, WA 99224**<br>**Date(s) debt was incurred** 1/2/2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.338 | **Nonpriority creditor's name and mailing address**<br>**Brian Stephens**<br>**1201 Elaine Dr**<br>**Anaconda, MT 59711**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.339 | **Nonpriority creditor's name and mailing address**<br>**Brian Truax**<br>**10725 Santa Fe Trail**<br>**Huntley, IL 60142**<br>**Date(s) debt was incurred** 10/8/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.340 | **Nonpriority creditor's name and mailing address**<br>**Brianna oleson**<br>**1010 Baldwin St**<br>**Maxwell, IA 50161**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.341 | **Nonpriority creditor's name and mailing address**<br>**Brianna Pickering**<br>**8717 SE 34th Ave**<br>**Milwaukie, OR 97222**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.342 | **Brianna Sweet**<br>**603 5th Ave S**<br>**Lewistown, MT 59457**<br>**Date(s) debt was incurred** 12/8/2025<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.343 | **Bridgestone Americas Tire Operations, LL**<br>**PO Box 73418**<br>**Chicago, IL 60673-7418**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,800.71** |
| 3.344 | **Brijeshkumar Parmar**<br>**2979 Southfork Dr**<br>**Lebanon, OH 45036**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.345 | **Brijeshkumar Parmar**<br>**2979 Southfork Dr**<br>**Lebanon, OH 45036**<br>**Date(s) debt was incurred** 11/4/2025<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.346 | **Britta Larson**<br>**515 N Ainsworth St**<br>**Portland, OR 97217**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.347 | **Brittany Fetz**<br>**2923 Fantasy Rd**<br>**Helena, MT 59602**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.348 | **Brittany Holleran**<br>**13893 55th Street North**<br>**Stillwater, MN 55082**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

3.349 **Nonpriority creditor's name and mailing address**
**Brittany patino**
**1018 E Tennessee St**
**Tucson, AZ 85714**
**Date(s) debt was incurred** 11/15/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.350 **Nonpriority creditor's name and mailing address**
**Brittany Stalone**
**1337 W El Rio Dr**
**Tucson, AZ 85745**
**Date(s) debt was incurred** 11/8/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.351 **Nonpriority creditor's name and mailing address**
**Brittnye Livingston-Jones**
**1038 Prospect St**
**Oregon City, OR 97045**
**Date(s) debt was incurred** 9/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.352 **Nonpriority creditor's name and mailing address**
**Brooke Bano**
**3535 SE Insley St**
**Portland, OR 97202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.353 **Nonpriority creditor's name and mailing address**
**Bruce Clark**
**61933 Lorrin Pl**
**Bend, OR 97702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.354 **Nonpriority creditor's name and mailing address**
**Bruce Clark**
**61933 Lorrin Pl**
**Bend, OR 97702**
**Date(s) debt was incurred** 12/4/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.355 **Nonpriority creditor's name and mailing address**
**Bruce Conkle**
**4850 NE Going St**
**Portland, OR 97218**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.356 **Nonpriority creditor's name and mailing address**
**Bruce Haskell**
**563 E Mikkelsen Rd**
**Shelton, WA 98584**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.357 **Nonpriority creditor's name and mailing address**
**Bruce Olson**
**2016 Meadow St**
**Cologne, MN 55322**
**Date(s) debt was incurred** 10/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.358 **Nonpriority creditor's name and mailing address**
**Bruce Rhodes**
**3228 Broken Top Way**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.359 **Nonpriority creditor's name and mailing address**
**Bryan Ahn**
**4138 55th Ave SW**
**Seattle, WA 98116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.360 **Nonpriority creditor's name and mailing address**
**Bryan Barabin**
**3826 Sommerset Ave**
**Albany, OR 97322**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.361 **Nonpriority creditor's name and mailing address**
**Bryan Witschen**
**4237 Arbor Bay**
**St Paul, MN 55129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.362 **Nonpriority creditor's name and mailing address**
**Brycen Johnson**
**5654 SE Chase Lp**
**Gresham, OR 97080**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.363 **Nonpriority creditor's name and mailing address**
**Bryon Christoffersen**
**2702 Briarwood Ln**
**W Richland, WA 99353**
**Date(s) debt was incurred** 10/30/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.364 **Nonpriority creditor's name and mailing address**
**Cain Oliva**
**5998 S Mogollon Dr**
**Tucson, AZ 85706**
**Date(s) debt was incurred** 2/24/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.365 **Nonpriority creditor's name and mailing address**
**Caitlin Martens**
**2120 Royal Blvd**
**Elgin, IL 60123**
**Date(s) debt was incurred** 8/5/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.366 **Nonpriority creditor's name and mailing address**
**Caitlin Moen**
**140 Swan Ln**
**Mankato, MN 56001**
**Date(s) debt was incurred** 10/27/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.367 **Nonpriority creditor's name and mailing address**
**Cale Cummings**
**22990 Fawn Trl**
**Rogers, MN 55374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.368 **Nonpriority creditor's name and mailing address**
**Cale Cummings**
**22990 Fawn Trl**
**Rogers, MN 55374**
**Date(s) debt was incurred** 11/14/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.369 **Nonpriority creditor's name and mailing address**
**Caleb Gentry**
**4818 Blue Run Rd**
**Somerset, VA 22972**
**Date(s) debt was incurred** 10/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.370 **Nonpriority creditor's name and mailing address**
**CALEB MAURER**
**380 Mill Gulch Rd**
**Sheridan, MT 55749**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.371 **Nonpriority creditor's name and mailing address**
**Call Tools**
**530 Technology Dr, Ste 100**
**Irvine, CA 92618**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$1,971.30**

3.372 **Nonpriority creditor's name and mailing address**
**Callpilot**
**1064 S N County Blvd**
**Suite 260**
**Pleasant Grove, UT 84062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$12,641.80**

3.373 **Nonpriority creditor's name and mailing address**
**Cameron Farley**
**1475 Diana Dr**
**Hamilton, OH 45013**
**Date(s) debt was incurred** 1/22/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.374 **Nonpriority creditor's name and mailing address**
**Cameron Reeves**
**1730 SE 96th Ave**
**Portland, OR 97216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.375 **Nonpriority creditor's name and mailing address**
**Cameron Reeves**
**1730 SE 96th Ave**
**Portland, OR 97216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.376 **Nonpriority creditor's name and mailing address**
**Camille M. Richards**
**19084 Shoshone Road**
**Bend, OR 97702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.377 **Nonpriority creditor's name and mailing address**
**Campbell Kness**
**10185 E Langell Valley Rd**
**Bonanza, OR 97623**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.378 **Nonpriority creditor's name and mailing address**
**Candice Rudisill**
**1020 22nd Ave SE**
**Albany, OR 97322**
**Date(s) debt was incurred** 11/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.379 **Nonpriority creditor's name and mailing address**
**Candice SpringKaiser**
**953 Olympia**
**Mason, OH 45040**
**Date(s) debt was incurred** 10/21/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.380 **Nonpriority creditor's name and mailing address**
**Canyon Park Owner II**
**1501 N Technology Way**
**Orem, UT 84097**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$63,652.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.381 **Nonpriority creditor's name and mailing address**
**Caprice Locke**
**65019 Hurricane Creek Rd**
**Enterprise, OR 97828**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.382 **Nonpriority creditor's name and mailing address**
**Carey Adams**
**53514 E Ballou Rd**
**Mltn-Freewtr, OR 97862**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.383 **Nonpriority creditor's name and mailing address**
**Cari Baker**
**135 Crocker Street**
**Ashland, OR 97520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.384** **Nonpriority creditor's name and mailing address**
**Carl Landers (OLD HOMEOWNER)**
**1200 E Libby Rd**
**Shelton, WA 98584**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? [x] No [ ] Yes

---

**3.385** **Nonpriority creditor's name and mailing address**
**Carl Strathmann**
**210 Wing Park Blvd**
**Elgin, IL 60123**
**Date(s) debt was incurred** 4/23/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

---

**3.386** **Nonpriority creditor's name and mailing address**
**Carley Gilmore**
**20709 SE Main Dr**
**Gresham, OR 97030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? [x] No [ ] Yes

---

**3.387** **Nonpriority creditor's name and mailing address**
**Carlos Cabrera**
**6934 Ruwes Oak Dr**
**Cincinnati, OH 45248**
**Date(s) debt was incurred** 9/9/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

---

**3.388** **Nonpriority creditor's name and mailing address**
**Carlos Calderon**
**3630 S Double Echo Rd**
**Tucson, AZ 85735**
**Date(s) debt was incurred** 1/3/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

---

**3.389** **Nonpriority creditor's name and mailing address**
**Carlson Construction**
**PO Box 1503**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,500.00**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable
Is the claim subject to offset? [x] No [ ] Yes

---

**3.390** **Nonpriority creditor's name and mailing address**
**Carol Alvey**
**417 E 3rd St**
**Owensboro, KY 42303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

**3.391** Nonpriority creditor's name and mailing address
**Carol Cook**
**257 Brandon St**
**Central Point, OR 97502**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.392** Nonpriority creditor's name and mailing address
**Carol Coulter**
**2662 W Desert Bluffs Ct**
**Tucson, AZ 85742**
Date(s) debt was incurred 5/17/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.393** Nonpriority creditor's name and mailing address
**Carol Ewen**
**5520 Topeka Dr**
**Pasco, WA 99301**
Date(s) debt was incurred 6/27/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.394** Nonpriority creditor's name and mailing address
**Carol GONZALEZ-SHEAK**
**32231 Deberry Rd**
**Creswell, OR 97426**
Date(s) debt was incurred 9/8/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.395** Nonpriority creditor's name and mailing address
**Carol Hatfield**
**8525 NE Duddleson St**
**Portland, OR 97220**
Date(s) debt was incurred 5/30/2024
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.396** Nonpriority creditor's name and mailing address
**Carol Hewitt**
**5520 Riverbanks Road**
**Grants Pass, OR 97527**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.397** Nonpriority creditor's name and mailing address
**Carol Martin**
**8910 N Hardy Preserve**
**Tucson, AZ 85742**
Date(s) debt was incurred 7/23/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.398 **Nonpriority creditor's name and mailing address**
**Carol Ochsner**
**404 N 4th Ave**
**Bozeman, MT 59715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.399 **Nonpriority creditor's name and mailing address**
**Carol Pitzer**
**5940 Springcrest Way**
**Klamatha Falls, OR 97603**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.400 **Nonpriority creditor's name and mailing address**
**Carol Sacca**
**125 Briarwood Drive**
**Vacaville, CA 95688**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.401 **Nonpriority creditor's name and mailing address**
**Carol Wenning**
**20633 SE Byron Ave**
**Bend, OR 97702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.402 **Nonpriority creditor's name and mailing address**
**Carol Yates**
**31 N Buchanan Ave**
**Eagle Point, OR 97524**
**Date(s) debt was incurred** 12/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.403 **Nonpriority creditor's name and mailing address**
**Carole Wilkinson**
**715 Milestone Dr**
**Belgrade, MT 59714**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.404 **Nonpriority creditor's name and mailing address**
**Caroline Allaker**
**545 NE Jackson St**
**Hillsboro, OR 97124**
**Date(s) debt was incurred** 12/8/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.405** **Nonpriority creditor's name and mailing address**
**carolyn aquino**
**4731 W Valencia Rd**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 9/28/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.406** **Nonpriority creditor's name and mailing address**
**Carolyn Fellenberg**
**20315 N Market Rd**
**Colbert, WA 99005**
**Date(s) debt was incurred** 9/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.407** **Nonpriority creditor's name and mailing address**
**Carolyn Sue Pfaffl**
**1111 W Newton Dr**
**Tucson, AZ 85704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.408** **Nonpriority creditor's name and mailing address**
**Carolyn Swartz**
**765 Harmony St**
**Lebanon, OR 97355**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.409** **Nonpriority creditor's name and mailing address**
**Carrie Patchell**
**118 Paddle Wheel Dr**
**New Richmond, OH 45157**
**Date(s) debt was incurred** 11/26/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.410** **Nonpriority creditor's name and mailing address**
**Carrie St. Thomas**
**1706 SW I St**
**Grants Pass, OR 97526**
**Date(s) debt was incurred** 7/12/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.411** **Nonpriority creditor's name and mailing address**
**Cascade Natural Gas Corporation**
**PO Box 5600**
**Bismarck, ND 58506-5600**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$323.09**

**3.412** **Nonpriority creditor's name and mailing address**
**Casey Rauch**
**10458 NE Hoyt St**
**Portland, OR 97220**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.413** **Nonpriority creditor's name and mailing address**
**Cassie Hoernig**
**5213 Drakes Ct**
**King George, VA 22485**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.414** **Nonpriority creditor's name and mailing address**
**Catherine Sapata**
**2172 Navarre St**
**Napa, CA 94559**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.415** **Nonpriority creditor's name and mailing address**
**Catherine Talbot**
**7343 SE Mitchell Ct**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.416** **Nonpriority creditor's name and mailing address**
**Cathie Walden**
**12903 74th St NE**
**Lk Stevens, WA 98258**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.417** **Nonpriority creditor's name and mailing address**
**Cathy Hess**
**31003 Bell Plain Dr**
**Tangent, OR 97389**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.418** **Nonpriority creditor's name and mailing address**
**CBP PRA Officer, U.S.**
**CBP Regulations**
**90K Street NE, 10th Floor**
**Washington, DC 20229-1177**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**3.419** **Nonpriority creditor's name and mailing address**
**CED - Consolidated Electrical Distributo**
**PO Box 209120**
**Dallas, TX 75320-9120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7069

**As of the petition filing date, the claim is:** *Check all that apply.* **$78.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.420** **Nonpriority creditor's name and mailing address**
**CED - Consolidated Electrical Distributo**
**PO Box 209120**
**Dallas, TX 75320-9120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0883

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,373.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.421** **Nonpriority creditor's name and mailing address**
**CED - Consolidated Electrical Distributo**
**1409 Birch St**
**Helena, MT 59601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5802

**As of the petition filing date, the claim is:** *Check all that apply.* **$62,817.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.422** **Nonpriority creditor's name and mailing address**
**CED - Consolidated Electrical Distributo**
**PO Box 209120**
**Dallas, TX 75320-9120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4715

**As of the petition filing date, the claim is:** *Check all that apply.* **$90,913.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.423** **Nonpriority creditor's name and mailing address**
**CED - Consolidated Electrical Distributo**
**9353 SE Alansa Dr, Ste B**
**Clakamas, OR 97015**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3212

**As of the petition filing date, the claim is:** *Check all that apply.* **$80.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.424** **Nonpriority creditor's name and mailing address**
**CED - Consolidated Electrical Distributo**
**PO Box 209120**
**Dallas, TX 75320-9120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8118

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,659.71**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.425** **Nonpriority creditor's name and mailing address**
**CED - Consolidated Electrical Distributo**
**1409 Birch St**
**Helena, MT 59601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$102,984.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.426 **Nonpriority creditor's name and mailing address**
**CED Greentech**
**1920 Westridge Drive**
**Irving, TX 75038-2901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$168,780.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.427 **Nonpriority creditor's name and mailing address**
**CED Greentech**
**1920 Westridge Drive**
**Irving, TX 75038-2901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7549

**As of the petition filing date, the claim is:** *Check all that apply.* **$63,836.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.428 **Nonpriority creditor's name and mailing address**
**CED Greentech**
**1920 Westridge Drive**
**Irving, TX 75038-2901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1281

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,597.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.429 **Nonpriority creditor's name and mailing address**
**CED Greentech**
**1920 Westridge Drive**
**Irving, TX 75038-2901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2713

**As of the petition filing date, the claim is:** *Check all that apply.* **$73,903.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.430 **Nonpriority creditor's name and mailing address**
**CED Greentech**
**1920 Westridge Drive**
**Irving, TX 75038-2901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 3924

**As of the petition filing date, the claim is:** *Check all that apply.* **$815.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.431 **Nonpriority creditor's name and mailing address**
**CED Greentech**
**Greentech Renewables**
**22436 72nd Ave S**
**Kent, WA 98032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8828

**As of the petition filing date, the claim is:** *Check all that apply.* **$54,498.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.432 **Nonpriority creditor's name and mailing address**
**CED Greentech**
**1920 Westridge Drive**
**Irving, TX 75038-2901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1286

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,722.03**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.433 **Nonpriority creditor's name and mailing address**
**CED Greentech**
**1920 Westridge Drive**
**Irving, TX 75038-2901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5873

**As of the petition filing date, the claim is:** *Check all that apply.* **$75.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.434 **Nonpriority creditor's name and mailing address**
**CED Greentech**
**1920 Westridge Drive**
**Irving, TX 75038-2901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6991

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,682.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.435 **Nonpriority creditor's name and mailing address**
**CED Greentech**
**1920 Westridge Drive**
**Irving, TX 75038-2901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7710

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,207.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.436 **Nonpriority creditor's name and mailing address**
**CED Greentech**
**Greentech Renewables Virginia**
**4273 Carolina Ave**
**Richmond, VA 23222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7196

**As of the petition filing date, the claim is:** *Check all that apply.* **$17,655.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.437 **Nonpriority creditor's name and mailing address**
**CED Greentech**
**Greentech Renewables Virginia**
**4273 Carolina Ave**
**Richmond, VA 23222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4790

**As of the petition filing date, the claim is:** *Check all that apply.* **$288.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.438 **Nonpriority creditor's name and mailing address**
**CED Greentech**
**Greentech Revewables**
**3336 6th St SW**
**Cedar Rapids, IA 52404**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9363

**As of the petition filing date, the claim is:** *Check all that apply.* **$57,818.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.439 **Nonpriority creditor's name and mailing address**
**CED Greentech**
**Greentech Revewables**
**698 E 1300 S, Ste 3**
**American Fork, UT 84003**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4242

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,634.14**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.440** **Nonpriority creditor's name and mailing address**
**CED Greentech**
**Greentech Renewables**
**PO Box 936557**
**Atlanta, GA 31193-6557**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **8842**

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,890.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Payable**
Is the claim subject to offset? ■ No ☐ Yes

**3.441** **Nonpriority creditor's name and mailing address**
**CED Greentech**
**Greentech Renewables**
**1567 N Central Ave**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **1434**

**As of the petition filing date, the claim is:** *Check all that apply.* **$92,735.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Payable**
Is the claim subject to offset? ■ No ☐ Yes

**3.442** **Nonpriority creditor's name and mailing address**
**CED Greentech**
**Greentech Renewables**
**PO Box 847080**
**Los Angeles, CA 90084-7080**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **5934**

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,002.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Payable**
Is the claim subject to offset? ■ No ☐ Yes

**3.443** **Nonpriority creditor's name and mailing address**
**CED Greentech**
**Greentech Renewables Portland**
**5300 SE Johnson Creek Blvd**
**Milwaukie, OR 97222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **0525**

**As of the petition filing date, the claim is:** *Check all that apply.* **$138,404.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Payable**
Is the claim subject to offset? ■ No ☐ Yes

**3.444** **Nonpriority creditor's name and mailing address**
**CED Greentech**
**Greentech Renewables**
**22808 E. APPLEWAY AVE**
**Liberty Lake, WA 99019**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **5752**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,400.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Payable**
Is the claim subject to offset? ■ No ☐ Yes

**3.445** **Nonpriority creditor's name and mailing address**
**CED Greentech**
**Greentech Renewables**
**420 37th Ave NE**
**Minneapolis, MN 55421**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **8860**

**As of the petition filing date, the claim is:** *Check all that apply.* **$114,911.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Payable**
Is the claim subject to offset? ■ No ☐ Yes

**3.446** **Nonpriority creditor's name and mailing address**
**Cejae Falk**
**12914 E Broadway Ave**
**Spokane, WA 99216**
**Date(s) debt was incurred** **3/5/2020**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.447 **Nonpriority creditor's name and mailing address**
**Celeste LeBlanc**
**4120 NE 137th Ave**
**Portland, OR 97230**
**Date(s) debt was incurred** 10/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.448 **Nonpriority creditor's name and mailing address**
**Centerpointe Business Park Associates**
**Rosen Harbottle CRE**
**1800 112th Ave NE, Ste 310**
**Bellevue, WA 98004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$3,766.00**

---

3.449 **Nonpriority creditor's name and mailing address**
**Chad Atkinson**
**1561 Oregon 238**
**Jacksonville, OR 97530**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.450 **Nonpriority creditor's name and mailing address**
**Chad Atkinson**
**1561 Oregon 238**
**Jacksonville, OR 97530**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.451 **Nonpriority creditor's name and mailing address**
**Chad Boettcher**
**104 Trumpeter Ct**
**Mankato, MN 56001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.452 **Nonpriority creditor's name and mailing address**
**Chad Eubanks**
**11050 NE 134th Ave**
**Maxwell, IA 50161**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.453 **Nonpriority creditor's name and mailing address**
**Chad Lubbe**
**2238 Genevieve St**
**Covington, KY 41011**
**Date(s) debt was incurred** 12/19/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.454 **Nonpriority creditor's name and mailing address**
**Chad Wenman**
**5370 540th St SE**
**Lone Tree, IA 52755**
**Date(s) debt was incurred** 11/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.455 **Nonpriority creditor's name and mailing address**
**Chadd Smith**
**214 Winkler Trail**
**Cologne, MN 55322**
**Date(s) debt was incurred** 9/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.456 **Nonpriority creditor's name and mailing address**
**Chaiya Lappin**
**2415 SE Woodward St**
**Portland, OR 97202**
**Date(s) debt was incurred** 9/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.457 **Nonpriority creditor's name and mailing address**
**Chalea Waters**
**462 Chandelle Ct NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.458 **Nonpriority creditor's name and mailing address**
**Chang Vang**
**1174 Cactus Trail**
**Carol Stream, IL 60188**
**Date(s) debt was incurred** 11/1/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.459 **Nonpriority creditor's name and mailing address**
**Chanvireak Kou**
**1823 Rainier Drive**
**Shakopee, MN 55379**
**Date(s) debt was incurred** 11/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.460 **Nonpriority creditor's name and mailing address**
**Charita Gile**
**1722 E 64th St**
**Tacoma, WA 98404**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.461** **Nonpriority creditor's name and mailing address**
**Charity Krett**
**16011 S Swansea Ln**
**Beavercreek, OR 97004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.462** **Nonpriority creditor's name and mailing address**
**Charles & Diana Taylor**
**5411 Desert Dove Dr**
**W Richland, WA 99353**
**Date(s) debt was incurred** 8/2/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.463** **Nonpriority creditor's name and mailing address**
**Charles & Linda Schwartz**
**11960 W Desert Wren Dr**
**Tucson, AZ 85743**
**Date(s) debt was incurred** 4/9/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.464** **Nonpriority creditor's name and mailing address**
**Charles Batayola**
**2104 W 51st Ave**
**Kennewick, WA 99337**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.465** **Nonpriority creditor's name and mailing address**
**Charles Chittim Jr.**
**611 W 4th St**
**Sprague, WA 99032**
**Date(s) debt was incurred** 1/20/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.466** **Nonpriority creditor's name and mailing address**
**Charles Langley**
**9023 NE Halsey St**
**Portland, OR 97220**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.467** **Nonpriority creditor's name and mailing address**
**Charles Lienert**
**6624 N Villard Ave**
**Portland, OR 97217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.468 **Nonpriority creditor's name and mailing address**
**Charles Lienert**
**6624 N Villard Ave**
**Portland, OR 97217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.469 **Nonpriority creditor's name and mailing address**
**Charles Markley**
**6051 SW Woods Ct**
**Portland, OR 97221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.470 **Nonpriority creditor's name and mailing address**
**Charles McCahery**
**113 Sienna Cir**
**Mankato, MN 56001**
**Date(s) debt was incurred** 9/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.471 **Nonpriority creditor's name and mailing address**
**Charles Niedzialkowski**
**843 Burroughs Ave**
**Oak Harbor, WA 98277**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.472 **Nonpriority creditor's name and mailing address**
**Charles Phenix**
**1985 Kelly Way**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.473 **Nonpriority creditor's name and mailing address**
**Charles Phenix**
**1985 Kelly Way**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.474 **Nonpriority creditor's name and mailing address**
**Charles Sunderhaus**
**58 Livingston Dr**
**Hamilton, OH 45013**
**Date(s) debt was incurred** 10/31/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.475** **Nonpriority creditor's name and mailing address**
**Charles Thompson**
**1669 Knicely Ct**
**Culpepper, VA 22701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.476** **Nonpriority creditor's name and mailing address**
**Charles Vanalstyne**
**24506 N Wild Rose Ln**
**Colbert, WA 99005**
**Date(s) debt was incurred** 11/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.477** **Nonpriority creditor's name and mailing address**
**Charles Walisa**
**220 Frank St**
**Glide, OR 97443**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.478** **Nonpriority creditor's name and mailing address**
**Charles(OLDDDD) Negron**
**25804 Jim Creek Rd**
**Arlington, WA 98223**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.479** **Nonpriority creditor's name and mailing address**
**Charlie Eden**
**11712 SE 272nd Pl**
**Kent, WA 98030**
**Date(s) debt was incurred** 7/6/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.480** **Nonpriority creditor's name and mailing address**
**Charlie Nelson**
**503 West St. #1318**
**Philipsburg, MT 59858**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.481** **Nonpriority creditor's name and mailing address**
**Charlie Worthley**
**543 Yale St**
**W Chicago, IL 60185**
**Date(s) debt was incurred** 2/17/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.482 **Nonpriority creditor's name and mailing address**
**Charliene Brown (Tallon)**
**5897 E Cedarbird Dr**
**Tucson, AZ 85756**
**Date(s) debt was incurred** 10/10/2019
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.483 **Nonpriority creditor's name and mailing address**
**Chase Mueller**
**513 Antares Drive**
**Diamond Spgs, CA 95619**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.484 **Nonpriority creditor's name and mailing address**
**Cherie Courtney**
**1945 S 5th St W**
**Missoula, MT 59801**
**Date(s) debt was incurred** 11/13/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.485 **Nonpriority creditor's name and mailing address**
**Cheryl Heath**
**5202 Victory Drive SW**
**Pt Orchard, WA 98367**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.486 **Nonpriority creditor's name and mailing address**
**Cheryl Klatt**
**14555 Chianti Ave W**
**Rosemount, MN 55068**
**Date(s) debt was incurred** 10/13/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.487 **Nonpriority creditor's name and mailing address**
**Cheryl Miller**
**2234 Coldwater Crossing**
**Mayer, MN 55360**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.488 **Nonpriority creditor's name and mailing address**
**Cheryl Page-Rintoul**
**831 E Second Ave**
**Sutherlin, OR 97479**
**Date(s) debt was incurred** 11/6/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.489 **Nonpriority creditor's name and mailing address**
**Cheryl Wilson**
**5585 S Acacia Ridge Dr**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 10/4/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.490 **Nonpriority creditor's name and mailing address**
**Cheryl Wolf**
**1519 S Cedar St**
**Tacoma, WA 98405**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.491 **Nonpriority creditor's name and mailing address**
**Chester Craig**
**1001 E 11th Ct**
**Newberg, OR 97132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.492 **Nonpriority creditor's name and mailing address**
**Cheyenne Russell**
**477 Prairie View Dr**
**Cologne, MN 55322**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.493 **Nonpriority creditor's name and mailing address**
**Chloe Schiendelman**
**725 Park Ave E**
**Tenino, WA 98589**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.494 **Nonpriority creditor's name and mailing address**
**Chloe Skyles**
**810 1st Ave NE**
**Mt Vernon, IA 52314**
**Date(s) debt was incurred** 9/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.495 **Nonpriority creditor's name and mailing address**
**Chris Adams**
**135 N Westminster St**
**Iowa City, IA 52245**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.496** **Nonpriority creditor's name and mailing address**
**Chris Green**
**2150 SE 180th Ave**
**Portland, OR 97233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.497** **Nonpriority creditor's name and mailing address**
**Chris Green**
**2150 SE 180th Ave**
**Portland, OR 97233**
**Date(s) debt was incurred** 8/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.498** **Nonpriority creditor's name and mailing address**
**Chris Morgan**
**768 Whirlwind Dr NE**
**Albany, OR 97322**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.499** **Nonpriority creditor's name and mailing address**
**Chris Oravec**
**442 Newlove Rd**
**S Charleston, OH 45368**
**Date(s) debt was incurred** 9/10/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.500** **Nonpriority creditor's name and mailing address**
**Christian Corro**
**4235 S Mohave Dr**
**Sierra Vista, AZ 85650**
**Date(s) debt was incurred** 9/8/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.501** **Nonpriority creditor's name and mailing address**
**Christian Groth**
**4015 SE 73rd Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.502** **Nonpriority creditor's name and mailing address**
**Christina Bass**
**86 Keely Ct**
**Louisa, VA 23093**
**Date(s) debt was incurred** 11/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.503** **Nonpriority creditor's name and mailing address**
**Christina Carnahan**
**14552 60th St**
**Ottumwa, IA 52501**
**Date(s) debt was incurred** 8/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.504** **Nonpriority creditor's name and mailing address**
**Christina Chen**
**2034 182nd Ave NE**
**Redmond, WA 98052**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.505** **Nonpriority creditor's name and mailing address**
**Christina Goe**
**446 W Lawrence St**
**Helena, MT 59601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

**3.506** **Nonpriority creditor's name and mailing address**
**Christina Lilienthal**
**6115 NW Oneil Hwy**
**Prineville, OR 97754**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.507** **Nonpriority creditor's name and mailing address**
**Christina Neverette**
**4301 SE Fieldcrest St**
**Milwaukie, OR 97222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.508** **Nonpriority creditor's name and mailing address**
**Christina Simonich**
**306 N Cedar St**
**Townsend, MT 59644**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

**3.509** **Nonpriority creditor's name and mailing address**
**Christine Brautigam**
**129 Crocker Street**
**Ashland, OR 97520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.510 **Nonpriority creditor's name and mailing address**
**Christine Jones**
**506 S Junction Ave**
**Cave Jct, OR 97523**
**Date(s) debt was incurred** 11/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.511 **Nonpriority creditor's name and mailing address**
**Christine Norris**
**1900 Chelsea Green Dr**
**Virginia Beach, VA 23456**
**Date(s) debt was incurred** 10/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.512 **Nonpriority creditor's name and mailing address**
**Christine Phelps**
**205 38th Ave NE**
**Great Falls, MT 59404**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.513 **Nonpriority creditor's name and mailing address**
**Christopher Blair**
**18221 30th Ave Ct E**
**Tacoma, WA 98446**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.514 **Nonpriority creditor's name and mailing address**
**Christopher Burleson**
**6382 Hawkeye Drive**
**King George, VA 22485**
**Date(s) debt was incurred** 9/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.515 **Nonpriority creditor's name and mailing address**
**Christopher Cory**
**433 S Fee St**
**Helena, MT 59601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.516 **Nonpriority creditor's name and mailing address**
**Christopher Coulter**
**17405 75th Avenue Ct E**
**Puyallup, WA 98375**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.517** **Nonpriority creditor's name and mailing address**
**Christopher Dillman**
**2592 Road S SW**
**Quincy, WA 98848**
**Date(s) debt was incurred** 10/15/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.518** **Nonpriority creditor's name and mailing address**
**Christopher Duncan**
**700 Church St**
**Deep River, IA 52222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.519** **Nonpriority creditor's name and mailing address**
**Christopher Fredell**
**1602 West Oakes Dr**
**St Cloud, MN 56303**
**Date(s) debt was incurred** 12/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.520** **Nonpriority creditor's name and mailing address**
**Christopher Howell**
**3925 SE Harold St**
**Portland, OR 97202**
**Date(s) debt was incurred** 11/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.521** **Nonpriority creditor's name and mailing address**
**Christopher Johnson**
**6707 Teal Ct**
**Lino Lakes, MN 55038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.522** **Nonpriority creditor's name and mailing address**
**Christopher Krotter**
**3320 Aaron Drive**
**Elko New Market, MN 55054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.523** **Nonpriority creditor's name and mailing address**
**Christopher Mclachlan**
**396 Natalie Ln**
**Lebanon, OH 45036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.524 **Nonpriority creditor's name and mailing address**
**Christopher Nowak**
**8259 N Johnswood Dr**
**Portland, OR 97203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.525 **Nonpriority creditor's name and mailing address**
**Christopher orleck**
**1003 Russellville Rd**
**Winchester, OH 45697**
**Date(s) debt was incurred** 1/20/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.526 **Nonpriority creditor's name and mailing address**
**Christopher Robert Splitstone**
**7145 N Hot Desert Trail**
**Tucson, AZ 85743**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.527 **Nonpriority creditor's name and mailing address**
**Christopher Rupley**
**6210 Cape George Rd**
**Pt Townsend, WA 98368**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.528 **Nonpriority creditor's name and mailing address**
**Christopher Tallman**
**1106 SE 175th Pl**
**Portland, OR 97233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.529 **Nonpriority creditor's name and mailing address**
**Christopher Taylor**
**25222 120th Pl SE**
**Kent, WA 98030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.530 **Nonpriority creditor's name and mailing address**
**Christopher Tidd**
**483 Water St**
**Dayton, OR 97114**
**Date(s) debt was incurred** 11/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.531** **Nonpriority creditor's name and mailing address**
**Christopher Webb**
**2 N 536 Mildred Ave**
**Glen Ellyn, IL 60137**
**Date(s) debt was incurred** 1/24/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.532** **Nonpriority creditor's name and mailing address**
**Christopher Worthington (OLD HOMEOWNER)**
**16460 Hiram Ave**
**Oregon City, OR 97045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

**3.533** **Nonpriority creditor's name and mailing address**
**Christy Duitman**
**18245 SW Orchard Hill Ln**
**Sherwood, OR 97140**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.534** **Nonpriority creditor's name and mailing address**
**Christyna Thomas**
**7655 Hale Way**
**White City, OR 97503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.535** **Nonpriority creditor's name and mailing address**
**Chuck Hanger**
**5419 Leonard Road**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.536** **Nonpriority creditor's name and mailing address**
**CI Information Management**
**CI Support LLC**
**PO Box 7346**
**Kennewick, WA 99336**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0001

**As of the petition filing date, the claim is:** *Check all that apply.* **$48.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

**3.537** **Nonpriority creditor's name and mailing address**
**Cindy Cox**
**4658 Summit Point Pl NW**
**Rochester, MN 55901**
**Date(s) debt was incurred** 10/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.538** Nonpriority creditor's name and mailing address
**Cindy Edman**
**6211 Candlestick Dr**
**Pasco, WA 99301**
Date(s) debt was incurred 8/7/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.539** Nonpriority creditor's name and mailing address
**Cisco and Lacey Bueno**
**1106 S. 10th Ave**
**Yakima, WA 98902**
Date(s) debt was incurred 9/9/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.540** Nonpriority creditor's name and mailing address
**City Electric Supply**
**P.O. Box 1006**
**Wilbraham, MA 01095**
Date(s) debt was incurred _
Last 4 digits of account number 4001

As of the petition filing date, the claim is: *Check all that apply.* **$974.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.541** Nonpriority creditor's name and mailing address
**City Electric Supply**
**P.O. Box 1006**
**Wilbraham, MA 01095**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$49,401.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.542** Nonpriority creditor's name and mailing address
**City of Albertville**
**Attn: Building Dept**
**PO Box 9**
**Albertville, MN 55301**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$1,179.72**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.543** Nonpriority creditor's name and mailing address
**City of Boone - Permits**
**PO Box 550**
**923 8th Street**
**Boone, IA 50036**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$402.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.544** Nonpriority creditor's name and mailing address
**City of Pasco, WA**
**Pasco Municipal Court**
**1016 N 4th Ave, Bldg. D**
**Pasco, WA 99301**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$246.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.545** Nonpriority creditor's name and mailing address
**City of Richland Utilities**
**Customer Service**
**625 Swift Boulevard**
**Richland, WA 99352**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$448.37**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.546** Nonpriority creditor's name and mailing address
**Clarice Andrews**
**210 Lola Ave**
**Molalla, OR 97038**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.547** Nonpriority creditor's name and mailing address
**Clarice Tackett**
**4549 Agate Dr SE**
**Salem, OR 97317**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.548** Nonpriority creditor's name and mailing address
**Clarissa/Chris Flores/Ralston**
**38525 Pleasant St**
**Sandy, OR 97055**
Date(s) debt was incurred 12/16/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.549** Nonpriority creditor's name and mailing address
**Clark Mcqueen**
**3547 Kadler Ave NE**
**St Michael, MN 55376**
Date(s) debt was incurred 11/6/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.550** Nonpriority creditor's name and mailing address
**Clarke County**
**PO Box 67**
**Berryville, VA 22611**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$30.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.551** Nonpriority creditor's name and mailing address
**Clayton Mathieson**
**13780 SW Lambert Ln**
**Gaston, OR 97119**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.552 **Nonpriority creditor's name and mailing address**
**Clayton Peacock**
**30 Meagher Ave**
**Bozeman, MT 59718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.553 **Nonpriority creditor's name and mailing address**
**Cleo nava**
**2533 Banyon St**
**Richland, WA 99352**
**Date(s) debt was incurred** 11/8/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.554 **Nonpriority creditor's name and mailing address**
**Cleve sulal**
**3355 Monza Drive**
**Houston, TX 77014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.555 **Nonpriority creditor's name and mailing address**
**Clifford Foley**
**120 W Welcher Rd**
**Coupeville, WA 98239**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.556 **Nonpriority creditor's name and mailing address**
**Clifton Ryals**
**3909 Coleman Dr**
**Charlotte, NC 28215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.557 **Nonpriority creditor's name and mailing address**
**CLINTON ROBSON**
**109 Church St**
**Rayland, OH 43943**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.558 **Nonpriority creditor's name and mailing address**
**Cody Brackett**
**601 37th St SW**
**Bondurant, IA 50035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 95 of 493

3.559 **Nonpriority creditor's name and mailing address**
**Cody Meracle**
**274 Reanna Way**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.560 **Nonpriority creditor's name and mailing address**
**Cody Warner**
**338 Explorer Way**
**Florence, MT 59833**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.561 **Nonpriority creditor's name and mailing address**
**Coffey Creek Business Center LLC**
**Crown Property Group**
**125 Trade Court, Ste F PMB-12**
**Mooresville, NC 28117**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,602.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.562 **Nonpriority creditor's name and mailing address**
**Cogency Global Inc.**
**600 S 2nd St., Ste 404**
**Springfield, IL 62704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,800.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.563 **Nonpriority creditor's name and mailing address**
**Colin Devilbiss**
**1620 16th Ave NW**
**Rochester, MN 55901**
**Date(s) debt was incurred** 9/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.564 **Nonpriority creditor's name and mailing address**
**Colleen Carris**
**8751 SE King Rd**
**Happy Valley, OR 97086**
**Date(s) debt was incurred** 9/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.565 **Nonpriority creditor's name and mailing address**
**Colleen Ritt**
**2765 SW Schiller Ter**
**Portland, OR 97225**
**Date(s) debt was incurred** 12/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.566 **Nonpriority creditor's name and mailing address**
**Collins Fondong**
**208 Sedgwick Court**
**Stafford, VA 22554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.567 **Nonpriority creditor's name and mailing address**
**Colton Rasmussen**
**5621 Northeast Rodney Ave**
**Portland, OR 97211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.568 **Nonpriority creditor's name and mailing address**
**Columbia Gas of Ohio**
**PO Box 4629**
**Carol Stream, IL 60197-4629**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$55.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.569 **Nonpriority creditor's name and mailing address**
**Comcast**
**PO Box 60533**
**City Industry, CA 91716-0533**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$205.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.570 **Nonpriority creditor's name and mailing address**
**Comfort IQ**
**3121 Leslie Rd, Ste 123**
**Richland, WA 99352**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,404.83**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.571 **Nonpriority creditor's name and mailing address**
**Comfort Osei Amoah**
**2821 Banks Ct**
**Dumfries, VA 22026**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.572 **Nonpriority creditor's name and mailing address**
**Commercial Tire**
**P.O. Box 30849**
**Salt Lake City, UT 84130**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,611.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.573 | **Nonpriority creditor's name and mailing address**<br>**Commonwealth of Kentucky**<br>**Russell Coleman, Atty General**<br>**1024 Capital Center Dr #200**<br>**Frankfort, KY 40601**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Litigation<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.574 | **Nonpriority creditor's name and mailing address**<br>**Concepcion Membreno**<br>**7053 Justin Ct E**<br>**Remington, VA 22734**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.575 | **Nonpriority creditor's name and mailing address**<br>**Connor Moore**<br>**22723 132nd Ave N**<br>**Rogers, MN 55374**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services Paid for but not provided<br>Is the claim subject to offset? ■ No ☐ Yes | **$750.00** |
| 3.576 | **Nonpriority creditor's name and mailing address**<br>**Connor Moseley**<br>**514 Ferndale Ave NE**<br>**Renton, WA 98056**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.577 | **Nonpriority creditor's name and mailing address**<br>**Constantina Laucirica**<br>**17334 SE Pine St**<br>**Portland, OR 97233**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.578 | **Nonpriority creditor's name and mailing address**<br>**Convert Solar LLC**<br>**5770 Thurston Ave, Ste 106**<br>**Virginia Beach, VA 23455**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,906.00** |
| 3.579 | **Nonpriority creditor's name and mailing address**<br>**Convoy Supply**<br>**PO Box 741029**<br>**Los Angeles, CA 90074-1029**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$43.00** |

**3.580** **Nonpriority creditor's name and mailing address**
**Copiers Northwest**
**615 S. Alaska Street**
**Seattle, WA 98108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Payable**
Is the claim subject to offset? ■ No ☐ Yes

**3.581** **Nonpriority creditor's name and mailing address**
**Corey Cornett**
**1948 Brandon St NE**
**Keizer, OR 97303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**3.582** **Nonpriority creditor's name and mailing address**
**Corey Petersen**
**6505 County Rd 105 NW**
**Byron, MN 55920**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Services Paid for but not provided**
Is the claim subject to offset? ■ No ☐ Yes

**3.583** **Nonpriority creditor's name and mailing address**
**Corey Petersen**
**6505 County Road 105 NW**
**Byron, MN 55920**
**Date(s) debt was incurred** **12/17/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**3.584** **Nonpriority creditor's name and mailing address**
**Corey Ramsey**
**5987 Lawrence Rd**
**Cincinnati, OH 45248**
**Date(s) debt was incurred** **9/27/2019**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**3.585** **Nonpriority creditor's name and mailing address**
**Corey Scott**
**17293 Kingfisher Dr**
**Bend, OR 97707**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**3.586** **Nonpriority creditor's name and mailing address**
**Corianton Pace**
**802 Kingman Blvd**
**Madrid, IA 50156**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 99 of 493

3.587 **Nonpriority creditor's name and mailing address**
**Corridor Energy Cooperative**
**PO Box 69**
**Marion, IA 52302-0069**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$133.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.588 **Nonpriority creditor's name and mailing address**
**Cory Cummins & Savannah Cummins**
**c/o Christina L Henry, Esq**
**10728 16th Ave SW**
**Seattle, WA 98146**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

3.589 **Nonpriority creditor's name and mailing address**
**Cory Larsen**
**16413 SE 260th St**
**Covington, WA 98042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.590 **Nonpriority creditor's name and mailing address**
**Courtney Vacek**
**836 W 8th St**
**Benicia, CA 94510**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.591 **Nonpriority creditor's name and mailing address**
**Craig Collins**
**15726 NE 143rd Pl**
**Woodinville, WA 98072**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.592 **Nonpriority creditor's name and mailing address**
**Craig Showalter**
**115 Allison Ct**
**Englewood, OH 45322**
**Date(s) debt was incurred** 10/24/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.593 **Nonpriority creditor's name and mailing address**
**Craig/Julie Moeckly**
**5892 Pintail Ln**
**White Bear Lake, MN 55110**
**Date(s) debt was incurred** 11/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.594 **Nonpriority creditor's name and mailing address**
**Crescent Electric Supply Company**
**PO Box 851686**
**Minneapolis, MN 55485-1686**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,035.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.595 **Nonpriority creditor's name and mailing address**
**Cristian Hurtado**
**135 Warren Rd**
**Selma, OR 97538**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.596 **Nonpriority creditor's name and mailing address**
**Crown Property Management, LLC**
**552 N Colorado St., Ste 101**
**Kennewick, WA 99336**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,045.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.597 **Nonpriority creditor's name and mailing address**
**Crystal Austin-Wong**
**11 Perth Drive**
**Fredericksburg, VA 22405**
**Date(s) debt was incurred** 9/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.598 **Nonpriority creditor's name and mailing address**
**Crystal Grijalva**
**7113 W Festival Way**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 9/9/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.599 **Nonpriority creditor's name and mailing address**
**Cullen Farrar**
**1546 Arden Bend**
**Fairborn, OH 45324**
**Date(s) debt was incurred** 11/27/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.600 **Nonpriority creditor's name and mailing address**
**Culligan Water**
**2608 Billings Ave**
**Helena, MT 59601-9766**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$51.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.601** **Nonpriority creditor's name and mailing address**
**Curt Morgan (Deceased)**
**280 Lakeview Dr**
**Burbank, WA 99323**
**Date(s) debt was incurred** 12/11/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.602** **Nonpriority creditor's name and mailing address**
**Curtis Haptonstal**
**1250 E Allen Rd**
**Tucson, AZ 85719**
**Date(s) debt was incurred** 5/9/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.603** **Nonpriority creditor's name and mailing address**
**Curtis Hawkins**
**1235 Windsor Dr**
**Gladstone, OR 97027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.604** **Nonpriority creditor's name and mailing address**
**Curtis Tiffany**
**401 NE Beacon Dr**
**Grants Pass, OR 97526**
**Date(s) debt was incurred** 4/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.605** **Nonpriority creditor's name and mailing address**
**Cybersource**
**PO Box 742842**
**Los Angeles, CA 90074-2842**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$424.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.606** **Nonpriority creditor's name and mailing address**
**Cynthia Espana**
**18065 NE Kings Grade**
**Newberg, OR 97132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.607** **Nonpriority creditor's name and mailing address**
**Dale Bolen**
**1429 SE 150th Ave**
**Portland, OR 97233**
**Date(s) debt was incurred** 12/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.608** **Nonpriority creditor's name and mailing address**
**Dalton Rohr**
**21306 76th Ave E**
**Graham, WA 98338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.609** **Nonpriority creditor's name and mailing address**
**Damian's Painting Inc.**
**1970 Lilac Ct**
**Schaumburg, IL 60193**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$845.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.610** **Nonpriority creditor's name and mailing address**
**Damon Jackson**
**6978 W Dupont Way**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 12/19/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.611** **Nonpriority creditor's name and mailing address**
**Dan Mattioda**
**803 NW Apollo Rd**
**Prineville, OR 97754**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.612** **Nonpriority creditor's name and mailing address**
**Dan Mehta**
**360 Gavin Ct**
**W Chicago, IL 60185**
**Date(s) debt was incurred** 10/21/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.613** **Nonpriority creditor's name and mailing address**
**Dan Pelfrey**
**4807 Cordova Ct**
**Pasco, WA 99301**
**Date(s) debt was incurred** 11/14/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.614** **Nonpriority creditor's name and mailing address**
**Dan Short**
**1907 SE 48th Ave**
**Portland, OR 97215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.615 **Nonpriority creditor's name and mailing address**
**Dana Braden**
**4208 Artesia Drive**
**Pasco, WA 99301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.616 **Nonpriority creditor's name and mailing address**
**Dana Davidson**
**708 E Carr St**
**Milan, IN 47031**
**Date(s) debt was incurred** 5/8/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.617 **Nonpriority creditor's name and mailing address**
**Dana Doney**
**15765 Rocky Mountain Rd**
**Belgrade, MT 59714**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.618 **Nonpriority creditor's name and mailing address**
**Dana Wharton**
**4503 S Willow Ln**
**Spokane Vly, WA 99206**
**Date(s) debt was incurred** 8/30/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.619 **Nonpriority creditor's name and mailing address**
**Daniel Blowers**
**9553 Mahlum Ln**
**Missoula, MT 59808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

3.620 **Nonpriority creditor's name and mailing address**
**Daniel Carlson**
**5291 Summer Hawk Rd**
**Machesney Pk, IL 61115**
**Date(s) debt was incurred** 10/1/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.621 **Nonpriority creditor's name and mailing address**
**Daniel Daly**
**990 17th St NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.622 **Nonpriority creditor's name and mailing address**
**Daniel Eckstrom**
**14095 Abercorn Ave**
**Rosemount, MN 55068**
**Date(s) debt was incurred** 11/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.623 **Nonpriority creditor's name and mailing address**
**Daniel Eslinger**
**322 Stafford Ave**
**Bozeman, MT 59718**
**Date(s) debt was incurred** 4/30/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.624 **Nonpriority creditor's name and mailing address**
**Daniel Farr**
**1119 Hunters Way**
**Bozeman, MT 59718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.625 **Nonpriority creditor's name and mailing address**
**Daniel Finley**
**618 Ridgeview Dr**
**Harrison, OH 45030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.626 **Nonpriority creditor's name and mailing address**
**Daniel Finley**
**618 Ridgeview Dr**
**Harrison, OH 45030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.627 **Nonpriority creditor's name and mailing address**
**Daniel Giebel**
**30 Redmond Rd**
**Republic, WA 99166**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.628 **Nonpriority creditor's name and mailing address**
**Daniel Gonzalez**
**9143 Gila Dr**
**Cincinnati, OH 45251**
**Date(s) debt was incurred** 12/19/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | | | |
|---|---|---|---|
| 3.629 | **Nonpriority creditor's name and mailing address**<br>**Daniel Luckman**<br>**3921 Camishaun Ct NE**<br>**Salem, OR 97305**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.630 | **Nonpriority creditor's name and mailing address**<br>**Daniel Mann**<br>**1745 SW Shaft Ave**<br>**Mountain Home, ID 83647**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.631 | **Nonpriority creditor's name and mailing address**<br>**Daniel Maulsby**<br>**814 NE Clyde Place**<br>**Grants Pass, OR 97526**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.632 | **Nonpriority creditor's name and mailing address**<br>**Daniel May**<br>**7898 Holston Ln**<br>**Broad Run, VA 20137**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.633 | **Nonpriority creditor's name and mailing address**<br>**Daniel Shaffer**<br>**808 12th Ave**<br>**Helena, MT 59601**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services Paid for but not provided<br>Is the claim subject to offset? ■ No ☐ Yes | **$750.00** |
| 3.634 | **Nonpriority creditor's name and mailing address**<br>**Daniel Smith**<br>**439 N Liberty Keuter Rd**<br>**Lebanon, OH 45036**<br>**Date(s) debt was incurred** 9/8/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.635 | **Nonpriority creditor's name and mailing address**<br>**Daniel Swift**<br>**16585 Dynamic Dr**<br>**Lakeville, MN 55044**<br>**Date(s) debt was incurred** 9/17/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

**3.636** **Nonpriority creditor's name and mailing address**
**Daniel Valencia**
**8574 W Pelican Pl**
**Tucson, AZ 85757**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? [x] No [ ] Yes

---

**3.637** **Nonpriority creditor's name and mailing address**
**Daniel Valencia**
**8574 W Pelican Pl**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 1/27/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

---

**3.638** **Nonpriority creditor's name and mailing address**
**Daniel Wilson**
**21627 SE 255th Pl**
**Maple Valley, WA 98038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? [x] No [ ] Yes

---

**3.639** **Nonpriority creditor's name and mailing address**
**Daniela Henderson**
**6268 Snowmass Drive**
**Liberty Twnshp, OH 45011**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

---

**3.640** **Nonpriority creditor's name and mailing address**
**Danny Larsen**
**83503 E Sagebush Rd**
**Kennewick, WA 99338**
**Date(s) debt was incurred** 7/2/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

---

**3.641** **Nonpriority creditor's name and mailing address**
**Darcy Ayres**
**223 SW 33rd Dr**
**Redmond, OR 97756**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

---

**3.642** **Nonpriority creditor's name and mailing address**
**Darcy Ziegler**
**830 Noblewood Dr**
**Billings, MT 59101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? [x] No [ ] Yes

3.643 **Nonpriority creditor's name and mailing address**
**Darin Grimm**
**2806 Jacamar Ave NE**
**Saint Michael, MN 55376**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.644 **Nonpriority creditor's name and mailing address**
**Darin Grimm**
**2806 Jacamar Ave NE**
**St Michael, MN 55376**
**Date(s) debt was incurred** 11/13/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.645 **Nonpriority creditor's name and mailing address**
**Darrell Tyacke**
**13055 SW Trigger Dr**
**Beaverton, OR 97008**
**Date(s) debt was incurred** 11/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.646 **Nonpriority creditor's name and mailing address**
**Darren Baetsle**
**1225 190th St**
**Keota, IA 52248**
**Date(s) debt was incurred** 11/4/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.647 **Nonpriority creditor's name and mailing address**
**Darren Field**
**24469 SE 46th Pl**
**Issaquah, WA 98029**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.648 **Nonpriority creditor's name and mailing address**
**Darren Hunt**
**7160 Glanamman Way**
**Warrenton, VA 20187**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.649 **Nonpriority creditor's name and mailing address**
**Darrin Phelps**
**5071 Winton Rd**
**Fairfield, OH 45014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.650 **Nonpriority creditor's name and mailing address**
**Daryl Waterman**
**976 Harris Avenue**
**Newark, OH 43055**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.651 **Nonpriority creditor's name and mailing address**
**Dave Beck**
**1004 Nh 60 E St**
**American Fork, UT 84003**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.652 **Nonpriority creditor's name and mailing address**
**Dave Crawford**
**218 Lindley Place**
**Bozeman, MT 59715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.653 **Nonpriority creditor's name and mailing address**
**Dave Gerdes**
**76204 E Timothy Ln**
**Kennewick, WA 99338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.654 **Nonpriority creditor's name and mailing address**
**Dave Hanna**
**21704 29th St E**
**Lake Tapps, WA 98391**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.655 **Nonpriority creditor's name and mailing address**
**Dave Hanna**
**21704 29th St E**
**Lake Tapps, WA 98391**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.656 **Nonpriority creditor's name and mailing address**
**Dave Leon**
**5341 SW 50th Ave**
**Portland, OR 97221**
**Date(s) debt was incurred** 11/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.657** **Nonpriority creditor's name and mailing address**
**Dave Morris**
**172 Glenwood Dr**
**Eagle Point, OR 97524**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.658** **Nonpriority creditor's name and mailing address**
**Dave Morris**
**172 Glenwood Dr**
**Eagle Point, OR 97524**
**Date(s) debt was incurred** 12/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.659** **Nonpriority creditor's name and mailing address**
**Dave Reynolds**
**10822 S Bremer Rd**
**Canby, OR 97013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.660** **Nonpriority creditor's name and mailing address**
**Dave Taylor**
**4817 Laredo Dr**
**Pasco, WA 99301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.661** **Nonpriority creditor's name and mailing address**
**David Algarin**
**3317 NE Sawdust Hill Rd**
**Poulsbo, WA 98370**
**Date(s) debt was incurred** 12/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.662** **Nonpriority creditor's name and mailing address**
**David Ball**
**4012 SE 97th Ave**
**Portland, OR 97266**
**Date(s) debt was incurred** 9/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.663** **Nonpriority creditor's name and mailing address**
**David Byard**
**4832 Valley Brook Dr**
**Cincinnati, OH 45211**
**Date(s) debt was incurred** 3/14/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| | | | |
|---|---|---|---|
| 3.664 | **Nonpriority creditor's name and mailing address**<br>**David Cooke**<br>**12301 SE 70th Ave**<br>**Milwaukie, OR 97222**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.665 | **Nonpriority creditor's name and mailing address**<br>**David Cooke**<br>**12301 SE 70th Ave**<br>**Milwaukie, OR 97222**<br>**Date(s) debt was incurred** 12/12/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.666 | **Nonpriority creditor's name and mailing address**<br>**David Doshier**<br>**30 Wiland Heights Rd**<br>**Selah, WA 98942**<br>**Date(s) debt was incurred** 6/12/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.667 | **Nonpriority creditor's name and mailing address**<br>**David Doust**<br>**536 Hillcrest Circle Dr**<br>**Omak, WA 98841**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.668 | **Nonpriority creditor's name and mailing address**<br>**David Engle**<br>**1310 Old State Rd**<br>**Henryville, IN 47126**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.669 | **Nonpriority creditor's name and mailing address**<br>**David Fankhauser**<br>**3571 Nine Mile Tabasco Rd**<br>**Cincinnati, OH 45255**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.670 | **Nonpriority creditor's name and mailing address**<br>**David Fenske**<br>**960 22nd St SE**<br>**Rochester, MN 55904**<br>**Date(s) debt was incurred** 12/19/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.671 | **David Fuqua**<br>**13381 Marion Rd SE**<br>**Turner, OR 97392**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.672 | **David Hamand**<br>**1218 110th St**<br>**Nora Springs, IA 50458**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services Paid for but not provided<br>Is the claim subject to offset? ■ No ☐ Yes | **$750.00** |
| 3.673 | **David Hamand**<br>**1218 110th Street**<br>**Nora Sprgs, IA 50458**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.674 | **David Hasting**<br>**8512 Poor House Hill Rd**<br>**Aurora, IN 47001**<br>**Date(s) debt was incurred** 12/22/2019<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.675 | **David Heard**<br>**12837 Duggan Rd**<br>**Central Point, OR 97502**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.676 | **David Hill**<br>**105 W Myrtle St**<br>**Toledo, IA 52342**<br>**Date(s) debt was incurred** 2/11/2025<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.677 | **David Krier**<br>**1690 W Wapato Rd**<br>**Wapato, WA 98951**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | | | |
|---|---|---|---|
| 3.678 | **Nonpriority creditor's name and mailing address**<br>**David Kroll**<br>**402 Rodale Dr**<br>**Eagle Point, OR 97524**<br>**Date(s) debt was incurred** 12/10/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.679 | **Nonpriority creditor's name and mailing address**<br>**David Lebeau**<br>**1349 Crest Dr**<br>**Pingree Grove, IL 60140**<br>**Date(s) debt was incurred** 2/3/2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.680 | **Nonpriority creditor's name and mailing address**<br>**David Lester**<br>**202 NE Graham St**<br>**Portland, OR 97212**<br>**Date(s) debt was incurred** 12/3/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.681 | **Nonpriority creditor's name and mailing address**<br>**David Linton**<br>**4338 SE Keil St**<br>**Milwaukie, OR 97222**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.682 | **Nonpriority creditor's name and mailing address**<br>**David Lovano**<br>**6885 Mcgreegor Street**<br>**Worthington, OH 43085**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.683 | **Nonpriority creditor's name and mailing address**<br>**David Lyman**<br>**23033 K Ave**<br>**Center, IA 50638**<br>**Date(s) debt was incurred** 10/31/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.684 | **Nonpriority creditor's name and mailing address**<br>**David Marcum**<br>**4705 SE Ina Ave**<br>**Milwaukie, OR 97267**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

3.685 **Nonpriority creditor's name and mailing address**
**David McSpadden**
**132 Cobbler Ln**
**Sugar Grove, IL 60554**
**Date(s) debt was incurred** 6/10/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.686 **Nonpriority creditor's name and mailing address**
**David Miller**
**2245 Coldwater Crossing**
**Mayer, MN 55360**
**Date(s) debt was incurred** 8/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.687 **Nonpriority creditor's name and mailing address**
**David Moen**
**1047 8th St**
**Clarkston, WA 99403**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.688 **Nonpriority creditor's name and mailing address**
**David Moen**
**1047 8th Street**
**Clarkston, WA 99403**
**Date(s) debt was incurred** 11/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.689 **Nonpriority creditor's name and mailing address**
**David Monjaraz**
**3002 Tieton Dr**
**Yakima, WA 98908**
**Date(s) debt was incurred** 9/4/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.690 **Nonpriority creditor's name and mailing address**
**David Moran**
**6104 Mukilteo D**
**Pasco, WA 99301**
**Date(s) debt was incurred** 9/25/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.691 **Nonpriority creditor's name and mailing address**
**David Nagel**
**903 Menlo Park Rd**
**Helena, MT 59602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.692 **Nonpriority creditor's name and mailing address**
**David Opoue**
**17188 J Shelby Guss Way**
**Bowling Green, VA 22427**
**Date(s) debt was incurred** 11/26/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.693 **Nonpriority creditor's name and mailing address**
**David Oster**
**1358 16th Ave SE**
**Forest Lake, MN 55025**
**Date(s) debt was incurred** 9/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.694 **Nonpriority creditor's name and mailing address**
**David Overmann**
**1165 Ainsworth St**
**Jessup, IA 50648**
**Date(s) debt was incurred** 10/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.695 **Nonpriority creditor's name and mailing address**
**David Palu**
**4888 W Hayloft Cove**
**W Valley City, UT 84120**
**Date(s) debt was incurred** 11/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.696 **Nonpriority creditor's name and mailing address**
**David Perry**
**2625 N Watts St**
**Portland, OR 97217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.697 **Nonpriority creditor's name and mailing address**
**David Proctor**
**3415 SE 15th Ave**
**Portland, OR 97202**
**Date(s) debt was incurred** 7/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.698 **Nonpriority creditor's name and mailing address**
**David Quiroz**
**3051 W Idaho St**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 10/22/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.699 **Nonpriority creditor's name and mailing address**
**David Ridgley**
**5416 Johnson Dr**
**Pasco, WA 99301**
**Date(s) debt was incurred** 9/2/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.700 **Nonpriority creditor's name and mailing address**
**David Roadman**
**680 White Oak Ave**
**Central Point, OR 97502**
**Date(s) debt was incurred** 11/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.701 **Nonpriority creditor's name and mailing address**
**David Rogers**
**26200 NE View Crest Ct**
**Newberg, OR 97132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.702 **Nonpriority creditor's name and mailing address**
**David Roll**
**19098 Cornett Rd**
**Aurora, IN 47001**
**Date(s) debt was incurred** 6/13/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.703 **Nonpriority creditor's name and mailing address**
**David S Clausen**
**705 Douglas st**
**Sioux City, IA 51101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$74.00**

3.704 **Nonpriority creditor's name and mailing address**
**David Shaw**
**8008 SE Alder St**
**Portland, OR 97215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.705 **Nonpriority creditor's name and mailing address**
**David Simmons**
**3530 W 4850 S**
**Salt Lake City, UT 84129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.706 | **David Thomas**<br>**21235 Capella Pl**<br>**Bend, OR 97702**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.707 | **David Trejo**<br>**1362 Delwood St**<br>**Vallejo, CA 94591**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.708 | **David Waddell**<br>**5481 Courier Ct**<br>**Cincinnati, OH 45238**<br>Date(s) debt was incurred 4/10/2019<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.709 | **David Weber**<br>**7739 NW 95th Ct**<br>**Johnston, IA 50131**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.710 | **David White**<br>**5652 Oakmont Drive**<br>**Columbus, OH 43232**<br>Date(s) debt was incurred 10/7/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.711 | **David Williams**<br>**18604 E 8th Ave**<br>**Greenacres, WA 99016**<br>Date(s) debt was incurred 2/25/2020<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.712 | **David Younger**<br>**3512 P Street**<br>**Washougal, WA 98671**<br>Date(s) debt was incurred 4/3/2020<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

**3.713 Nonpriority creditor's name and mailing address**
**Davis Wright Tremaine LLP**
**920 5th Ave, Ste 3300**
**Seattle, WA 98104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$30,351.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.714 Nonpriority creditor's name and mailing address**
**Dawn Gronke**
**4427 Chesapeake Way**
**Missoula, MT 59808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**3.715 Nonpriority creditor's name and mailing address**
**Dawn Gronke**
**4427 Chesapeake Way**
**Missoula, MT 59808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.716 Nonpriority creditor's name and mailing address**
**Dawn Gronke**
**4427 Chesapeake Way**
**Missoula, MT 59808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.717 Nonpriority creditor's name and mailing address**
**Dawn Scaff**
**57 Wellspring Dr**
**Fredericksburg, VA 22405**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.718 Nonpriority creditor's name and mailing address**
**Dawn Stan**
**455 NE Dallas Dr**
**Dallas, OR 97338**
**Date(s) debt was incurred** 11/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.719 Nonpriority creditor's name and mailing address**
**Dawnette McCloud**
**7557 N Hurst Ave**
**Portland, OR 97203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

| 3.720 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dayne D Roberts**<br>**933 Nowlin Ave**<br>**Greendale, IN 47025**<br>**Date(s) debt was incurred** 12/9/2019<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.721 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$803.32** |
|---|---|---|---|
| | **DCH Empire LLC dba Advanced Commercial C**<br>**20360 Empire Ave Ste B2**<br>**Bend, OR 97703**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.722 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$459.27** |
|---|---|---|---|
| | **De Lage Landen Financial Services, Inc.**<br>**PO Box 41602**<br>**Philadelphia, PA 19101-1602**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.723 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dean**<br>**301 N Longfellow Ave**<br>**Tucson, AZ 85711**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.724 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dean A Hull**<br>**414 Gold Creek Loop Rd**<br>**Colville, WA 99114**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.725 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dean Furman**<br>**4019 Fox Meadow Way**<br>**Lot 9**<br>**Prospect, KY 40059**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.726 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Deanna Aguinaga-Walker**<br>**12 Ashwood Ct**<br>**Sugar Grove, IL 60554**<br>**Date(s) debt was incurred** 8/5/2019<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | |

3.727 **Nonpriority creditor's name and mailing address**
**Deanna Cassella**
**2665 Apricot Dr**
**Culpepper, VA 22701**
**Date(s) debt was incurred** 12/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.728 **Nonpriority creditor's name and mailing address**
**Debbie Cooper**
**7203 S Moran View St**
**Spokane, WA 99224**
**Date(s) debt was incurred** 12/13/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.729 **Nonpriority creditor's name and mailing address**
**Debbie Esposito**
**900 Granite Ave**
**Helena, MT 59601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.730 **Nonpriority creditor's name and mailing address**
**Debora Kirkland**
**517 Meier Rd**
**Winlock, WA 98596**
**Date(s) debt was incurred** 10/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.731 **Nonpriority creditor's name and mailing address**
**Deborah Arter**
**3530 E 4th St**
**Tucson, AZ 85716**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.732 **Nonpriority creditor's name and mailing address**
**Deborah Burns**
**2906 SW Redfern Pl**
**Gresham, OR 97080**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.733 **Nonpriority creditor's name and mailing address**
**Deborah Kool**
**6644 SE 96th Ave**
**Portland, OR 97266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.734** **Nonpriority creditor's name and mailing address**
**Deborah Walker**
**816 Bright St**
**Fredericksburg, VA 22401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.735** **Nonpriority creditor's name and mailing address**
**Debra & John Johnson**
**2288 W Silver River Way**
**Tucson, AZ 85745**
**Date(s) debt was incurred** 10/26/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.736** **Nonpriority creditor's name and mailing address**
**Debra Gentry**
**10189 SE 352nd Ave**
**Boring, OR 97009**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.737** **Nonpriority creditor's name and mailing address**
**Debra House**
**20683 Bluegrass Rd**
**Ottumwa, IA 52501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

**3.738** **Nonpriority creditor's name and mailing address**
**Deitra Keys**
**995 Bibb Store Road**
**Louisa, VA 23093**
**Date(s) debt was incurred** 11/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.739** **Nonpriority creditor's name and mailing address**
**Dejuanae Toliver - Porter**
**5605 N Concord Ave**
**Portland, OR 97217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.740** **Nonpriority creditor's name and mailing address**
**Delbert L Richter**
**2950 Harper Puckett Rd**
**Bozeman, MT 59718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.741 | **Nonpriority creditor's name and mailing address**<br>**Delbert Schmidt**<br>**5305 Briarfield Ln**<br>**Lake in Hills, IL 60156**<br>**Date(s) debt was incurred** 3/25/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.742 | **Nonpriority creditor's name and mailing address**<br>**Della P.**<br>**2280 E Calle Gran Desierto**<br>**Tucson, AZ 85706**<br>**Date(s) debt was incurred** 10/1/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.743 | **Nonpriority creditor's name and mailing address**<br>**Denise Anderson Voorhies**<br>**802 W 4th St**<br>**Anaconda, MT 59711**<br>**Date(s) debt was incurred** 11/6/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.744 | **Nonpriority creditor's name and mailing address**<br>**Denise GouldMcAllister**<br>**990 Astor Way**<br>**Woodburn, OR 97071**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.745 | **Nonpriority creditor's name and mailing address**<br>**Denise McDermott**<br>**7550 S Dunbar Ct**<br>**Tucson, AZ 85747**<br>**Date(s) debt was incurred** 12/6/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.746 | **Nonpriority creditor's name and mailing address**<br>**Denise O Connell**<br>**300 E Edgewood Dr**<br>**Newberg, OR 97132**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.747 | **Nonpriority creditor's name and mailing address**<br>**Dennie Shelly**<br>**308 Louisiana Pl**<br>**Kennewick, WA 99336**<br>**Date(s) debt was incurred** 6/24/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

**3.748** **Nonpriority creditor's name and mailing address**
**Dennis Closson**
**4445 Wiebusch Drive**
**Red Wing, MN 55066**
**Date(s) debt was incurred** 8/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

**3.749** **Nonpriority creditor's name and mailing address**
**Dennis Youngren**
**3671 Cook Underwood Rd**
**Cook, WA 98605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

**3.750** **Nonpriority creditor's name and mailing address**
**Derek Halverson**
**702 Shirley St**
**Molalla, OR 97038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

**3.751** **Nonpriority creditor's name and mailing address**
**Derek Mauland**
**8778 212th St W**
**Lakeville, MN 55044**
**Date(s) debt was incurred** 10/28/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

**3.752** **Nonpriority creditor's name and mailing address**
**Derek Moulds**
**4530 Ford Ave NW**
**Cedar Rapids, IA 52405**
**Date(s) debt was incurred** 10/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

**3.753** **Nonpriority creditor's name and mailing address**
**Derrick De Haas**
**1015 Murray Ave**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

**3.754** **Nonpriority creditor's name and mailing address**
**Derrick Quan**
**17427 3rd Ave SE**
**Bothell, WA 98012**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.755 **Nonpriority creditor's name and mailing address**
**Detail Cleaning CR, LLC**
**1725 Center Point Rd NE**
**Cedar Rapids, IA 52042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$374.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.756 **Nonpriority creditor's name and mailing address**
**Devfuzion**
**3311 W Clearwater Ave, D-208**
**Kennewick, WA 99336**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,469.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.757 **Nonpriority creditor's name and mailing address**
**Devin Best**
**538 E Dalke Ave**
**Spokane, WA 99208**
**Date(s) debt was incurred** 10/12/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.758 **Nonpriority creditor's name and mailing address**
**Devin Ellis**
**7887 Jani Ct NE**
**Keizer, OR 97303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.759 **Nonpriority creditor's name and mailing address**
**Devin Walter Hackett**
**21014 25th Dr SE**
**Bothell, WA 98021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.760 **Nonpriority creditor's name and mailing address**
**Devon Bathon**
**514 Tamarack St**
**Helena, MT 59601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.761 **Nonpriority creditor's name and mailing address**
**Devon Grace**
**11670 SW Jody St**
**Beaverton, OR 97005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.762 **Nonpriority creditor's name and mailing address**
**Devon Grace**
**11670 SW Jody St**
**Beaverton, OR 97005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.763 **Nonpriority creditor's name and mailing address**
**Devon Spivey**
**11611 New Hope Dr**
**Cincinnati, OH 45240**
**Date(s) debt was incurred** 9/16/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.764 **Nonpriority creditor's name and mailing address**
**Dialpad.com**
**2700 Camino Ramon, Ste 490**
**San Ramon, CA 94583**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$64,778.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.765 **Nonpriority creditor's name and mailing address**
**Diana Arbuckle**
**414 N 2nd St**
**Silverton, OR 97381**
**Date(s) debt was incurred** 12/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.766 **Nonpriority creditor's name and mailing address**
**Diana Arbuckle**
**414 N 2nd St**
**Silverton, OR 97381**
**Date(s) debt was incurred** 12/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.767 **Nonpriority creditor's name and mailing address**
**Diana Ayala**
**772 Hickory Ln**
**Carol Stream, IL 60188**
**Date(s) debt was incurred** 12/7/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.768 **Nonpriority creditor's name and mailing address**
**Diana Browning**
**2331 SE 52nd Ave**
**Portland, OR 97215**
**Date(s) debt was incurred** 5/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.769** **Nonpriority creditor's name and mailing address**
**Diana Oxenford**
**2152 SE Rhododendron Ave**
**Dallas, OR 97338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.770** **Nonpriority creditor's name and mailing address**
**Diane Bean**
**10134 SE 54th Ct**
**Portland, OR 97222**
**Date(s) debt was incurred** 12/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.771** **Nonpriority creditor's name and mailing address**
**Dianne Phaneuf**
**3045 NE Purcell Blvd**
**Bend, OR 97701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.772** **Nonpriority creditor's name and mailing address**
**Dianne Thrailkill ( Primary )**
**378 Stagecoach Trail**
**Florence, MT 59833**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

**3.773** **Nonpriority creditor's name and mailing address**
**Dillon Whitehead**
**1810 Wexwood Ln**
**Cincinnati, OH 45255**
**Date(s) debt was incurred** 9/12/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.774** **Nonpriority creditor's name and mailing address**
**DIN Engineering Services LLP**
**A-04 SDF, Noida Special Zone**
**Noida, UP 00020-1301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$29,196.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

**3.775** **Nonpriority creditor's name and mailing address**
**Dina Enriquez**
**225 SW Western Ave**
**Grants Pass, OR 97526**
**Date(s) debt was incurred** 12/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.776 | **Nonpriority creditor's name and mailing address**<br>**Dioselina Frausto**<br>**2410 SE Dove St**<br>**Milwaukie, OR 97222**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.777 | **Nonpriority creditor's name and mailing address**<br>**Dirk Singletary**<br>**3417 Grand Ave**<br>**Everett, WA 98201**<br>**Date(s) debt was incurred** 7/8/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.778 | **Nonpriority creditor's name and mailing address**<br>**Dirk Singletary**<br>**3417 Grand Ave**<br>**Everett, WA 98201**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.779 | **Nonpriority creditor's name and mailing address**<br>**Diversified Truck Leasing**<br>**Attn: Accounts Receivable**<br>**1640 Monad Road**<br>**Billings, MT 59101**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,678.93** |
| 3.780 | **Nonpriority creditor's name and mailing address**<br>**DocuSign**<br>**221 Main St, Suite 1000**<br>**San Francisco, CA 94105**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,091.79** |
| 3.781 | **Nonpriority creditor's name and mailing address**<br>**Domenica Lovaglia**<br>**10050 39th Ave SW**<br>**Seattle, WA 98146**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.782 | **Nonpriority creditor's name and mailing address**<br>**Dominique Singleton**<br>**17725 Cherrywood Ln**<br>**Homewood, IL 60430**<br>**Date(s) debt was incurred** 8/9/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | | | |
|---|---|---|---|
| 3.783 | **Nonpriority creditor's name and mailing address**<br>**Donald Carroll**<br>**323 S Wisconsin**<br>**Hubbard, IA 50122**<br>**Date(s) debt was incurred** 10/16/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.784 | **Nonpriority creditor's name and mailing address**<br>**Donald Cliff**<br>**1910 S Sunrise Rd**<br>**Spokane Vly, WA 99206**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Services Paid for but not provided<br>Is the claim subject to offset? ■ No ☐ Yes | **$750.00** |
| 3.785 | **Nonpriority creditor's name and mailing address**<br>**Donald D Escalante**<br>**6241 S Avenue De La Chandelle**<br>**Tucson, AZ 85746**<br>**Date(s) debt was incurred** 11/6/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.786 | **Nonpriority creditor's name and mailing address**<br>**Donald Ellison**<br>**2205 Hemlock Ave**<br>**W Chester, IA 52359**<br>**Date(s) debt was incurred** 11/5/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.787 | **Nonpriority creditor's name and mailing address**<br>**Donald Gilliland Jr.**<br>**1187 SE Uglow Ave**<br>**Dallas, OR 97338**<br>**Date(s) debt was incurred** 12/9/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.788 | **Nonpriority creditor's name and mailing address**<br>**Donald Hays**<br>**17011 Williams Hwy**<br>**Williams, OR 97544**<br>**Date(s) debt was incurred** 12/3/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.789 | **Nonpriority creditor's name and mailing address**<br>**Donald L Jepson**<br>**29007 S Cox Rd**<br>**Colton, OR 97017**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | | | |
|---|---|---|---|
| 3.790 | **Nonpriority creditor's name and mailing address**<br>**Donald Neal**<br>**1517 E 3rd St**<br>**Deer Park, WA 99006**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.791 | **Nonpriority creditor's name and mailing address**<br>**Donald Neal**<br>**1517 E 3rd St**<br>**Deer Park, WA 99006**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.792 | **Nonpriority creditor's name and mailing address**<br>**Donald Nealeigh**<br>**8131 SE 86th Ave**<br>**Portland, OR 97266**<br>**Date(s) debt was incurred** 12/2/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.793 | **Nonpriority creditor's name and mailing address**<br>**Donald Sheets**<br>**148 NE 140th Ave**<br>**Portland, OR 97230**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.794 | **Nonpriority creditor's name and mailing address**<br>**Donald Simpson**<br>**2920 Ruby Dr**<br>**Medford, OR 97504**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.795 | **Nonpriority creditor's name and mailing address**<br>**Donald Wirth**<br>**4928 N Vista Grande Dr**<br>**Otis Orchards, WA 99027**<br>**Date(s) debt was incurred** 8/8/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.796 | **Nonpriority creditor's name and mailing address**<br>**Donna Edinger**<br>**1710 NW Coho St**<br>**Waldport, OR 97394**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

3.797 **Nonpriority creditor's name and mailing address**
**Donna Guard**
**30751 Co Highway S27**
**Radcliffe, IA 50230**
**Date(s) debt was incurred** 11/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.798 **Nonpriority creditor's name and mailing address**
**Donna Klassen**
**1656 Horizon Ridge Dr NE**
**Keizer, OR 97303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.799 **Nonpriority creditor's name and mailing address**
**Donna Munyer**
**4160 Jamie Ann Dr**
**Missoula, MT 59803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.800 **Nonpriority creditor's name and mailing address**
**Donna Olson**
**5515 Seeger Ln SE**
**Salem, OR 97306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.801 **Nonpriority creditor's name and mailing address**
**Donovan Lewis**
**1149 45th Ave NE**
**Salem, OR 97301**
**Date(s) debt was incurred** 11/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.802 **Nonpriority creditor's name and mailing address**
**Donya Cobb**
**5524 Riggs Dr**
**Moseley, VA 23120**
**Date(s) debt was incurred** 11/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.803 **Nonpriority creditor's name and mailing address**
**Dorina Bates**
**392 Short Street**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** 11/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.804 **Nonpriority creditor's name and mailing address**
**Dorothy Taylor**
**1419 27th Ave SE**
**Albany, OR 97322**
**Date(s) debt was incurred** 5/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.805 **Nonpriority creditor's name and mailing address**
**Dosi Dosev**
**1440 Mallard Ct**
**Chanhassen, MN 55317**
**Date(s) debt was incurred** 9/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.806 **Nonpriority creditor's name and mailing address**
**Doug Harrington**
**408 W 2nd Ave**
**Kittitas, WA 98934**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.807 **Nonpriority creditor's name and mailing address**
**Doug Harrington**
**408 W 2nd Ave**
**Kittitas, WA 98934**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.808 **Nonpriority creditor's name and mailing address**
**Doug McGaughey**
**220404 E Perkins Rd**
**Kennewick, WA 99337**
**Date(s) debt was incurred** 4/16/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.809 **Nonpriority creditor's name and mailing address**
**Doug Sisson**
**4611 SE Meldrum Ave**
**Milwaukie, OR 97267**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.810 **Nonpriority creditor's name and mailing address**
**Douglas Fisher**
**16829 Greenbrier Road**
**Lk Oswego, OR 97034**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.811 | **Nonpriority creditor's name and mailing address**<br>**Douglas Frakie**<br>**608 Lund Ave NE**<br>**Minneapolis, MN 55432**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.812 | **Nonpriority creditor's name and mailing address**<br>**Douglas Martin**<br>**3700 S Jamie Ave**<br>**Tucson, AZ 85735**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.813 | **Nonpriority creditor's name and mailing address**<br>**Douglas Pavey**<br>**1263 Shayler Rd**<br>**Batavia, OH 45103**<br>**Date(s) debt was incurred** 11/12/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.814 | **Nonpriority creditor's name and mailing address**<br>**Douglas Queen**<br>**1208 Tomich Ave**<br>**Richland, WA 99352**<br>**Date(s) debt was incurred** 7/29/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.815 | **Nonpriority creditor's name and mailing address**<br>**Douglas Ray**<br>**5806 SE Rhone St**<br>**Portland, OR 97206**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.816 | **Nonpriority creditor's name and mailing address**<br>**Douglas Roos**<br>**3828 SE 71st Ave**<br>**Portland, OR 97206**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.817 | **Nonpriority creditor's name and mailing address**<br>**Douglas Staples**<br>**3083 Circlewood Dr**<br>**Medford, OR 97501**<br>**Date(s) debt was incurred** 5/23/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Item | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.818 | **Dre Malone**<br>**22219 45th Ave D**<br>**Kent, WA 98032**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.819 | **Drew Holland**<br>**323 Cambridge Dr**<br>**Sutherlin, OR 97479**<br>**Date(s) debt was incurred** 9/30/2024<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.820 | **Dry Rot Solutions LLC**<br>**8722 NE Sacramento St**<br>**Portland, OR 97220**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,100.00** |
| 3.821 | **DTU Reconnect**<br>**938 Juanita Way**<br>**Central Point, OR 97502**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.822 | **Duane Gay**<br>**4326 Snowberry St NE**<br>**Salem, OR 97305**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.823 | **Duane Gay**<br>**4326 Snowberry St NE**<br>**Salem, OR 97305**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.824 | **Duane Henderson dba Henderson Home Servi**<br>**2205 Court Street Lot 1**<br>**Granger, IA 50109**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,825.00** |

3.825 **Nonpriority creditor's name and mailing address**
**Duane Rowe**
**175 Joes Way**
**Bozeman, MT 59718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.826 **Nonpriority creditor's name and mailing address**
**Duane Schaller**
**3600 Avenue G**
**White City, OR 97503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.827 **Nonpriority creditor's name and mailing address**
**Duke Energy - Permit/Divvy**
**Mail Code DT02W**
**9700 David Taylor Drive**
**Charlotte, NC 28262**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$565.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.828 **Nonpriority creditor's name and mailing address**
**Duke Energy Payment Processing**
**PO Box 1094**
**Charlotte, NC 28201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,263.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.829 **Nonpriority creditor's name and mailing address**
**Dustin Dean**
**324 E 48th St**
**Tacoma, WA 98404**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.830 **Nonpriority creditor's name and mailing address**
**Dustin Schultz**
**10169 Karston Ct NE**
**Albertville, MN 55031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.831 **Nonpriority creditor's name and mailing address**
**Dustin Sommers**
**22846 SW Highland Dr**
**Sherwood, OR 97140**
**Date(s) debt was incurred** 8/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.832 **Nonpriority creditor's name and mailing address**
**Dwayne Nida**
**411 Silver St**
**Silverton, OR 97381**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.833 **Nonpriority creditor's name and mailing address**
**Dwight Coppock**
**11307 NW Irvine Ave**
**Prineville, OR 97754**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.834 **Nonpriority creditor's name and mailing address**
**Dylan Huey**
**5020 Harwood Dr**
**Des Moines, IA 50312**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.835 **Nonpriority creditor's name and mailing address**
**Dylan Lowe**
**2303 Hearthstone Cir SW**
**Altoona, IA 50009**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.836 **Nonpriority creditor's name and mailing address**
**Dylan Montgomery**
**3937 156th St W**
**Rosemount, MN 55068**
**Date(s) debt was incurred** 9/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.837 **Nonpriority creditor's name and mailing address**
**DZ Investments, LLC**
**PO Box 856**
**Ankeny, IA 50021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,377.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.838 **Nonpriority creditor's name and mailing address**
**Eager Kelly**
**39685 SW Hartley Rd**
**Gaston, OR 97119**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.839 **Nonpriority creditor's name and mailing address**
**Eamon Hays Brennan-Kos**
**1632 SE 72nd Ave**
**Portland, OR 97215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.840 **Nonpriority creditor's name and mailing address**
**EAN Services (Enterprise Holdings)**
**PO Box 402383**
**Atlanta, GA 30384**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$78,018.45**

---

3.841 **Nonpriority creditor's name and mailing address**
**Earl Eberly**
**9691 Higuera Ln NE**
**Aurora, OR 97002**
**Date(s) debt was incurred** 12/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.842 **Nonpriority creditor's name and mailing address**
**Earl VanBurger**
**161 Nob Hill Rd**
**Roseburg, OR 97471**
**Date(s) debt was incurred** 12/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.843 **Nonpriority creditor's name and mailing address**
**Ebenezer Selvaraj**
**2703 N Brighton Pl**
**Arlington Hght, IL 60004**
**Date(s) debt was incurred** 2/19/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.844 **Nonpriority creditor's name and mailing address**
**EC Anthony Varick Sr**
**6425 Essex Ct**
**Warrenton, VA 20187**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.845 **Nonpriority creditor's name and mailing address**
**EC Anthony Varick Sr**
**6425 Essex Ct**
**Warrenton, VA 20187**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.846** **Nonpriority creditor's name and mailing address**
**Echo Electric**
**PO Box 7410658**
**Chicago, IL 60674-5651**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,952.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.847** **Nonpriority creditor's name and mailing address**
**ECHO Group Inc.**
**PO Box 336**
**Council Bluffs, IA 51502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$307,947.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.848** **Nonpriority creditor's name and mailing address**
**Ecko Properties (Triple Properties)**
**34 Industrial Loop**
**East Helena, MT 59635**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.849** **Nonpriority creditor's name and mailing address**
**Edgeline Restoration**
**5116 134th Pl NE**
**Marysville, WA 98271**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,091.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.850** **Nonpriority creditor's name and mailing address**
**Edgewater Growth Capital Management IV,**
**900 North Michigan Avenue**
**Chicago, IL 60611**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,248,170.71**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.851** **Nonpriority creditor's name and mailing address**
**Edmund Amoh**
**22 Perkins Lane #29**
**Stafford, VA 22554**
**Date(s) debt was incurred** 9/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.852** **Nonpriority creditor's name and mailing address**
**Edmundo Sarmiento**
**2963 Bigwood Dr**
**San Jose, CA 95127**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.853 | **Nonpriority creditor's name and mailing address**<br>**Eduardo Diaz**<br>**12606 K Dr**<br>**Perry, IA 50220**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Breach of Contraxct (No PTO)**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.854 | **Nonpriority creditor's name and mailing address**<br>**Eduardo Silva**<br>**752 S Hillcrest Rd**<br>**Othello, WA 99344**<br>**Date(s) debt was incurred** **5/28/2020**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Breach of Contraxct (No PTO)**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.855 | **Nonpriority creditor's name and mailing address**<br>**Edward Kaspryzk**<br>**1512 Shepard Circle**<br>**Elk Grove Vlg, IL 60007**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Breach of Contraxct (No PTO)**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.856 | **Nonpriority creditor's name and mailing address**<br>**Edward LaChapelle**<br>**1644 NE Matson Rd**<br>**Bend, OR 97701**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Breach of Contraxct (No PTO)**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.857 | **Nonpriority creditor's name and mailing address**<br>**Edward Merrill IV**<br>**38544 Oregon 99W**<br>**Corvallis, OR 97330**<br>**Date(s) debt was incurred** **11/13/2025**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Breach of Contraxct (No PTO)**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.858 | **Nonpriority creditor's name and mailing address**<br>**Edward Merritt**<br>**210 Sundance Trail**<br>**Capron, IL 61012**<br>**Date(s) debt was incurred** **5/27/2020**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Breach of Contraxct (No PTO)**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.859 | **Nonpriority creditor's name and mailing address**<br>**Edward Moore**<br>**1415 25th St NE**<br>**Salem, OR 97301**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Breach of Contraxct (No PTO)**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

**3.860** **Nonpriority creditor's name and mailing address**
**Edward Puccinelli Sr.**
**2013 Hamburg St**
**Anaconda, MT 59711**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? [x] No [ ] Yes

**3.861** **Nonpriority creditor's name and mailing address**
**Edward Sunderhaus**
**2392 Morgan Ross Rd**
**Hamilton, OH 45013**
**Date(s) debt was incurred** 2/20/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

**3.862** **Nonpriority creditor's name and mailing address**
**Edwin Ackerman**
**5301 SE**
**Hillsboro, OR 97123**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

**3.863** **Nonpriority creditor's name and mailing address**
**Edwin Butler**
**4111 Jamie Dr**
**Hamilton, OH 45011**
**Date(s) debt was incurred** 2/10/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

**3.864** **Nonpriority creditor's name and mailing address**
**Edwin Yoder**
**1030 S Adams Dr**
**Madras, OR 97741**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

**3.865** **Nonpriority creditor's name and mailing address**
**Edwyn (Roodgline) Labaze**
**19 Stanley Lp**
**Fredericksburg, VA 22406**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? [x] No [ ] Yes

**3.866** **Nonpriority creditor's name and mailing address**
**Elaina Feltz**
**245 Concord Ave**
**S Elgin, IL 60177**
**Date(s) debt was incurred** 8/13/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

3.867 **Nonpriority creditor's name and mailing address**
**Elana Harris**
**6761 Meadow Ridge Ln**
**Cincinnati, OH 45237**
**Date(s) debt was incurred** 6/7/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.868 **Nonpriority creditor's name and mailing address**
**Elida Ghersi**
**3105 SE 78th Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** 10/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.869 **Nonpriority creditor's name and mailing address**
**Elijah Etherington-Thomas**
**1229 SE Larch Ct**
**Hillsboro, OR 97123**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.870 **Nonpriority creditor's name and mailing address**
**Elise Wagner**
**1313 Morningside Dr SE**
**Salem, OR 97302**
**Date(s) debt was incurred** 12/19/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.871 **Nonpriority creditor's name and mailing address**
**Elisia Fuller**
**340 Inverness Dr**
**Mankato, MN 56001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.872 **Nonpriority creditor's name and mailing address**
**Elisia Fuller**
**340 Inverness Drive**
**Mankato, MN 56001**
**Date(s) debt was incurred** 10/27/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.873 **Nonpriority creditor's name and mailing address**
**Elizabeth Bartel**
**6321 S Eagles Talon Pkwy**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 7/12/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.874 **Nonpriority creditor's name and mailing address**
**Elizabeth Beck**
**12054 Benadir Rd**
**Cincinnati, OH 45246**
**Date(s) debt was incurred** 4/17/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.875 **Nonpriority creditor's name and mailing address**
**Elizabeth Bergan**
**3739d N Deer Lake Rd**
**Loon Lake, WA 99148**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.876 **Nonpriority creditor's name and mailing address**
**Elizabeth Bergan**
**3739d N Deer Lake Rd**
**Loon Lake, WA 99148**
**Date(s) debt was incurred** 11/13/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.877 **Nonpriority creditor's name and mailing address**
**Elizabeth Draper**
**7524 SW 27th Ave**
**Portland, OR 97219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.878 **Nonpriority creditor's name and mailing address**
**Elizabeth Ellison**
**4504 NE Oregon St**
**Portland, OR 97213**
**Date(s) debt was incurred** 4/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.879 **Nonpriority creditor's name and mailing address**
**Elizabeth Goodrich**
**939 NW Fir Ave**
**Redmond, OR 97756**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.880 **Nonpriority creditor's name and mailing address**
**Elizabeth Gumm**
**508 SE Bronte Way**
**Hillsboro, OR 97123**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.881 **Nonpriority creditor's name and mailing address**
**Elizabeth Lamar**
**294 S 2nd St**
**Lebanon, OR 97355**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

---

3.882 **Nonpriority creditor's name and mailing address**
**Elizabeth Letchworth**
**200 Horse Path Lane**
**Charlottesville, VA 22902**
**Date(s) debt was incurred** **11/10/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

---

3.883 **Nonpriority creditor's name and mailing address**
**Elizabeth Marshall**
**1345 Park Ave NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

---

3.884 **Nonpriority creditor's name and mailing address**
**Elizabeth Munn**
**731 SW J St**
**Grants Pass, OR 97526**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

---

3.885 **Nonpriority creditor's name and mailing address**
**Elizabeth Pope**
**2315 Cullison Ln**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** **12/5/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

---

3.886 **Nonpriority creditor's name and mailing address**
**Elizabeth Reyes**
**7065 NE Oregon St**
**Portland, OR 97213**
**Date(s) debt was incurred** **12/2/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

---

3.887 **Nonpriority creditor's name and mailing address**
**Elizabeth Ruth Patz**
**6041 E 18th St**
**Tucson, AZ 85711**
**Date(s) debt was incurred** **1/19/2022**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

---

3.888 **Nonpriority creditor's name and mailing address**
**Elizabeth Sands**
**103 Boardwalk**
**Stevensville, MT 59870**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.889 **Nonpriority creditor's name and mailing address**
**Elizabeth Stegemoller**
**1830 Meadow Gln N**
**Ames, IA 50014**
**Date(s) debt was incurred** 9/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.890 **Nonpriority creditor's name and mailing address**
**Elizabeth Vitu**
**2823 NE 67th Ave**
**Portland, OR 97213**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.891 **Nonpriority creditor's name and mailing address**
**Ellen Bishop**
**1808 8th Ave**
**Helena, MT 59601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.892 **Nonpriority creditor's name and mailing address**
**Ellen Burns**
**7550 Charolais Ct**
**Gladstone, OR 97027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.893 **Nonpriority creditor's name and mailing address**
**Ellis Blacksmith**
**550 E L St**
**Benecia, CA 94510**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.894 **Nonpriority creditor's name and mailing address**
**Elna Brooks**
**4224 Carnaby St**
**Kent, WA 98032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.895 **Nonpriority creditor's name and mailing address**
**Elvia Martinez**
**4412 Tusayan Dr**
**Pasco, WA 99301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.896 **Nonpriority creditor's name and mailing address**
**Emannuel Ghangha**
**5814 Ranger Ave NE**
**Otsego, MN 55374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.897 **Nonpriority creditor's name and mailing address**
**Emannuel Ghangha**
**5814 Ranger Ave NE**
**Otsego, MN 55374**
**Date(s) debt was incurred** 11/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.898 **Nonpriority creditor's name and mailing address**
**Emili Finn**
**11017 Thaxton Pl**
**Fredericksburg, VA 22407**
**Date(s) debt was incurred** 11/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.899 **Nonpriority creditor's name and mailing address**
**Emilia "Lia" DiNatale**
**2029 Cypress Ct**
**Lebanon, OR 97355**
**Date(s) debt was incurred** 12/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.900 **Nonpriority creditor's name and mailing address**
**Emilia "Lia" DiNatale**
**2029 Cypress Court**
**Lebanon, OR 97355**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.901 **Nonpriority creditor's name and mailing address**
**Emilio Puig**
**3761 E 32nd St**
**Tucson, AZ 85713**
**Date(s) debt was incurred** 5/23/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.902 **Nonpriority creditor's name and mailing address**
**Emily Cullimore**
**838 North 150 West**
**American Fork, UT 84003**
**Date(s) debt was incurred** 11/12/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.903 **Nonpriority creditor's name and mailing address**
**Emily Marks**
**6390 Johnson Rd**
**Bozeman, MT 59718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.904 **Nonpriority creditor's name and mailing address**
**Emily Sutherland POC**
**978 Shadowridge Dr**
**Elsmere, KY 41018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.905 **Nonpriority creditor's name and mailing address**
**Emma Detjen**
**430 Alder Dr**
**Stafford, VA 22554**
**Date(s) debt was incurred** 8/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.906 **Nonpriority creditor's name and mailing address**
**Emmaculate Akachu Payne**
**8391 Jorgensen Ave S**
**Cottage Grove, MN 55016**
**Date(s) debt was incurred** 11/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.907 **Nonpriority creditor's name and mailing address**
**Energysage**
**3 Center Plaza Boston**
**Boston, MA 02108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$35,370.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.908 **Nonpriority creditor's name and mailing address**
**Enphase system offline**
**2619 W 8th Ave**
**Kennewick, WA 99336**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.909** **Nonpriority creditor's name and mailing address**
**Enzy Technologies LLC**
**4100 N Chapel Ridge Rd**
**Suite 300**
**Lehi, UT 84043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

**3.910** **Nonpriority creditor's name and mailing address**
**Equifax**
**PO Box 71221**
**Charlotte, NC 28272-1221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

**3.911** **Nonpriority creditor's name and mailing address**
**Equitable Financial Life Insurance Co of**
**PO Box 733463**
**Dallas, TX 75373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,572.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

**3.912** **Nonpriority creditor's name and mailing address**
**Erasmos Numfor**
**2481 Jaber Ave NE**
**St Michael, MN 55376**
**Date(s) debt was incurred** 10/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.913** **Nonpriority creditor's name and mailing address**
**Eric and Ann Dewilde**
**5671 Placita Favorita**
**Tucson, AZ 85750**
**Date(s) debt was incurred** 11/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.914** **Nonpriority creditor's name and mailing address**
**Eric Bailey**
**4160 Middle Run Rd**
**Township, OH 45370**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

**3.915** **Nonpriority creditor's name and mailing address**
**Eric Bentle**
**1240 Clements Rd**
**Missoula, MT 59804**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.916 **Nonpriority creditor's name and mailing address**
**Eric Bertlin**
**7177 Hermosa Way**
**Redding, CA 96002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.917 **Nonpriority creditor's name and mailing address**
**Eric Bingham**
**140 Orchard Lane**
**Ashland, OR 97520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.918 **Nonpriority creditor's name and mailing address**
**Eric Brousseau**
**1566 Ironwood Dr**
**Carver, MN 55315**
**Date(s) debt was incurred** 11/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.919 **Nonpriority creditor's name and mailing address**
**Eric Brown**
**1560 Toralon Dr**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.920 **Nonpriority creditor's name and mailing address**
**Eric Drakes**
**210 W 112th St**
**Chicago, IL 60628**
**Date(s) debt was incurred** 11/22/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.921 **Nonpriority creditor's name and mailing address**
**Eric Finke**
**1636 Hunter Rd**
**Fairfield, OH 45014**
**Date(s) debt was incurred** 11/25/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.922 **Nonpriority creditor's name and mailing address**
**Eric Foster**
**110 Woodward Pl**
**Gates, OR 97346**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.923 | **Nonpriority creditor's name and mailing address**<br>**Eric Fritz**<br>**111 S State St**<br>**Madrid, IA 50156**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.924 | **Nonpriority creditor's name and mailing address**<br>**Eric Hand**<br>**330 Park Drive**<br>**Oregon City, OR 97045**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.925 | **Nonpriority creditor's name and mailing address**<br>**ERIC HUNTSMAN**<br>**2821 N Liberty Keuter Rd**<br>**Lebanon, OH 45036**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.926 | **Nonpriority creditor's name and mailing address**<br>**Eric Norlander**<br>**4482 Monarch Dr**<br>**Woodbury, MN 55129**<br>**Date(s) debt was incurred** 8/16/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.927 | **Nonpriority creditor's name and mailing address**<br>**Eric O Connell**<br>**4035 SE 65th Ave**<br>**Portland, OR 97206**<br>**Date(s) debt was incurred** 12/15/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.928 | **Nonpriority creditor's name and mailing address**<br>**Eric Stocking**<br>**22575 NE Hidden Springs Rd**<br>**Dundee, OR 97115**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.929 | **Nonpriority creditor's name and mailing address**<br>**Eric Swenson**<br>**978 Amity Ct**<br>**Woodburn, OR 97071**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

3.930 **Nonpriority creditor's name and mailing address**
**Eric Tinnemeyer**
**8201 Margaret Ln**
**Montgomery, OH 45242**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.931 **Nonpriority creditor's name and mailing address**
**ERIC WALTON**
**18581 SW Cascade Dr**
**Beaverton, OR 97003**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.932 **Nonpriority creditor's name and mailing address**
**Eric Zerrudo**
**346 Martin Ln**
**Bloomingdale, IL 60108**
**Date(s) debt was incurred** 12/14/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.933 **Nonpriority creditor's name and mailing address**
**Ericka Mendivil**
**5615 S Midvale Ave**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 12/11/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.934 **Nonpriority creditor's name and mailing address**
**Erik Nyberg**
**983 Diane Ave**
**Oak Harbor, WA 98277**
**Date(s) debt was incurred** 6/28/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.935 **Nonpriority creditor's name and mailing address**
**Erin Jackle**
**1750 Newbridge Cir**
**Elgin, IL 60123**
**Date(s) debt was incurred** 8/23/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.936 **Nonpriority creditor's name and mailing address**
**Erin Moller**
**10942 Rugby Dr**
**Bealeton, VA 22712**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| | | | |
|---|---|---|---|
| 3.937 | **Nonpriority creditor's name and mailing address**<br>**Erin Neal**<br>**352 W Rowan Ave**<br>**Spokane, WA 99205**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Breach of Contraxct (No PTO)**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.938 | **Nonpriority creditor's name and mailing address**<br>**Erin Steinman**<br>**1116 Tuscarora Dr**<br>**Loveland, OH 45140**<br>**Date(s) debt was incurred** **6/28/2019**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Breach of Contraxct (No PTO)**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.939 | **Nonpriority creditor's name and mailing address**<br>**Ernest Hofer**<br>**2247 Highway E43**<br>**Toledo, IA 52342**<br>**Date(s) debt was incurred** **11/5/2025**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Breach of Contraxct (No PTO)**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.940 | **Nonpriority creditor's name and mailing address**<br>**Ernesto Galindo**<br>**7560 S Avenida Fresca**<br>**Tucson, AZ 85746**<br>**Date(s) debt was incurred** **10/25/2019**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Breach of Contraxct (No PTO)**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.941 | **Nonpriority creditor's name and mailing address**<br>**Ernie Graff**<br>**12608 Jayleen Way**<br>**Pasco, WA 99301**<br>**Date(s) debt was incurred** **9/3/2019**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Breach of Contraxct (No PTO)**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.942 | **Nonpriority creditor's name and mailing address**<br>**Eryk Maroon**<br>**2810 Halverson Ave**<br>**Bremerton, WA 98310**<br>**Date(s) debt was incurred** **12/3/2025**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Breach of Contraxct (No PTO)**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.943 | **Nonpriority creditor's name and mailing address**<br>**Estephani Monroy**<br>**148 S Church St**<br>**Phoenix, OR 97535**<br>**Date(s) debt was incurred** **3/27/2025**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Breach of Contraxct (No PTO)**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

3.944 **Nonpriority creditor's name and mailing address**
**Estrella Lares**
**3056 W Calle Levante**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 10/3/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.945 **Nonpriority creditor's name and mailing address**
**Ethan Colburn**
**3627 SE Olsen St**
**Milwaukie, OR 97222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.946 **Nonpriority creditor's name and mailing address**
**Etta Heaton**
**200 Fairway Dr**
**Lisbon, IA 52253**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.947 **Nonpriority creditor's name and mailing address**
**Eugene Tsubota**
**10 Tsubota Rd**
**Goldendale, WA 98620**
**Date(s) debt was incurred** 8/9/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.948 **Nonpriority creditor's name and mailing address**
**Evan Chan**
**11688 SE Punch Bowl Falls Ave**
**Happy Valley, OR 97086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.949 **Nonpriority creditor's name and mailing address**
**Evan Chan**
**11688 SE Punch Bowl Falls Ave**
**Happy Valley, OR 97086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.950 **Nonpriority creditor's name and mailing address**
**Evan Rosenberg**
**4675 Scott Allen Dr**
**Missoula, MT 59803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.951 **Nonpriority creditor's name and mailing address**
**Evelyn Flores**
**1416 Umbdenstock Rd**
**Elgin, IL 60123**
**Date(s) debt was incurred** 9/23/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.952 **Nonpriority creditor's name and mailing address**
**Express Services, Inc.**
**9701 Broadwalk Blvd.**
**Oklahoma City, OK 73162-6029**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,262.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.953 **Nonpriority creditor's name and mailing address**
**Fabian Tiller**
**2865 SW Fairview Blvd**
**Portland, OR 97205**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.954 **Nonpriority creditor's name and mailing address**
**Facebook, Inc.**
**Attn: Accounts Receivable**
**15161 Collections Center Drive**
**Chicago, IL 60693**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99,295.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.955 **Nonpriority creditor's name and mailing address**
**Fagbedji Ahossi**
**9247 Edenderry Dr**
**Fredericksburg, VA 22408**
**Date(s) debt was incurred** 9/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.956 **Nonpriority creditor's name and mailing address**
**Faith Gundersen**
**91 Kek Rd**
**Carson, WA 98610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.957 **Nonpriority creditor's name and mailing address**
**Fast Patch Drywall**
**3553 NW 19th St**
**Redmond, OR 97756**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.958 **Nonpriority creditor's name and mailing address**
**Fasteners, Inc.**
**3721 Electro Way**
**Redding, CA 96002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,131.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.959 **Nonpriority creditor's name and mailing address**
**FedEx**
**Dept CH**
**PO Box 10306**
**Palatine, IL 60055-0306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,087.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.960 **Nonpriority creditor's name and mailing address**
**FedEx Freight**
**Dept LA**
**PO Box 21415**
**Pasadena, CA 91185-1415**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$922.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.961 **Nonpriority creditor's name and mailing address**
**Felicia Milnes**
**5323 NE Wistaria Dr**
**Portland, OR 97213**
**Date(s) debt was incurred** 11/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.962 **Nonpriority creditor's name and mailing address**
**Felipe Cisneros**
**515 S Grand Ave**
**Ft Thomas, KY 41075**
**Date(s) debt was incurred** 12/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.963 **Nonpriority creditor's name and mailing address**
**Ferguson Plumbing Supplies**
**2121 N Columbia Blvd**
**Portland, OR 97217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,782.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.964 **Nonpriority creditor's name and mailing address**
**Fetina Swopes**
**1424 Rainier Road**
**Woodburn, OR 97071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.965 **Nonpriority creditor's name and mailing address**
**Fifth Third Bank, N.A., dba Dividend**
**38 Fountain Square Plaza**
**Cincinnati, OH 45263**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.966 **Nonpriority creditor's name and mailing address**
**Forklift Systems Inc.**
**PO Box 305172, Dept #138**
**Nashville, TN 37230-5172**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$852.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.967 **Nonpriority creditor's name and mailing address**
**Forrest Brown**
**1253 Ruskin Dr**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.968 **Nonpriority creditor's name and mailing address**
**Frances Champion**
**412 Devonshire Dr**
**Nya, MN 55397**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.969 **Nonpriority creditor's name and mailing address**
**Francis Amankwah**
**107 Sand Dollar Cv**
**Stafford, VA 22554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.970 **Nonpriority creditor's name and mailing address**
**Francis Gregory**
**2713 2nd Ave N**
**Seattle, WA 98109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.971 **Nonpriority creditor's name and mailing address**
**Francisco Antonio Noriega Bejarano**
**3129 W Avenida Isabel**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 10/25/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.972 **Nonpriority creditor's name and mailing address**
**Francisco Arellano**
**4311 W Milton Rd**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 12/31/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.973 **Nonpriority creditor's name and mailing address**
**Francisco Barrios**
**2720 E 14th St**
**Douglas, AZ 85607**
**Date(s) debt was incurred** 3/22/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.974 **Nonpriority creditor's name and mailing address**
**Francisco Birrueta**
**5509 Zafra Ct.**
**Pasco, WA 99301**
**Date(s) debt was incurred** 6/17/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.975 **Nonpriority creditor's name and mailing address**
**Francisco Martinez**
**1202 W Olive St**
**Marshalltown, IA 50158**
**Date(s) debt was incurred** 9/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.976 **Nonpriority creditor's name and mailing address**
**Francisco Ruiz**
**4676 S Valley Rd**
**Tucson, AZ 85714**
**Date(s) debt was incurred** 12/2/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.977 **Nonpriority creditor's name and mailing address**
**Francisco Santillan-Guerrero**
**2501 Avenue A**
**White City, OR 97503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.978 **Nonpriority creditor's name and mailing address**
**Frank Detalente**
**1103 Ireland Dr**
**Louisville, KY 40219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.979 **Nonpriority creditor's name and mailing address**
**Frank Dunn**
**90130 Summit View Dr**
**Kennewick, WA 99338**
**Date(s) debt was incurred** 1/25/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.980 **Nonpriority creditor's name and mailing address**
**Frank Escobar Jr**
**228 S Shasta Ave**
**Eagle Point, OR 97524**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.981 **Nonpriority creditor's name and mailing address**
**Frank Sowah**
**6209 Gallop Dr**
**Fredericksburg, VA 22407**
**Date(s) debt was incurred** 11/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.982 **Nonpriority creditor's name and mailing address**
**Frank Stanton**
**2114 Rock Ledge Dr NE**
**Keizer, OR 97303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.983 **Nonpriority creditor's name and mailing address**
**Frank Wilder**
**1505 Kensington Dr**
**Bellbrook, OH 45305**
**Date(s) debt was incurred** 3/25/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.984 **Nonpriority creditor's name and mailing address**
**Frankie Mangano**
**14652 Douglas Rd**
**Yakima, WA 98908**
**Date(s) debt was incurred** 7/9/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.985 **Nonpriority creditor's name and mailing address**
**Frankie Williams**
**6962 Justin Ct E**
**Remington, VA 22734**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.986 **Nonpriority creditor's name and mailing address**
**Franklin PUD - Service**
**PO Box 2407**
**Pasco, WA 99302-2407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$438.23**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.987 **Nonpriority creditor's name and mailing address**
**FREDERICK HEYWOOD**
**2221 9th Avenue**
**Clarkston, WA 99403**
**Date(s) debt was incurred** 12/4/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.988 **Nonpriority creditor's name and mailing address**
**Frederik Ehlen**
**208 16th Ave S**
**Cold Spring, MN 56320**
**Date(s) debt was incurred** 12/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.989 **Nonpriority creditor's name and mailing address**
**Freeborn Mower Electric Cooperative**
**PO Box 611**
**Albert Lea, MN 56007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.990 **Nonpriority creditor's name and mailing address**
**Freedom Solar Pros**
**4801 Freidrich Ln Ste 100**
**Austin, TX 78744**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$610,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.991 **Nonpriority creditor's name and mailing address**
**Freeman Holdings**
**7524 S Macadam Ave**
**Portland, OR 97219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,732.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.992 **Nonpriority creditor's name and mailing address**
**Gabriel Corbitt**
**946 Centerville Rd**
**Mineral, VA 23117**
**Date(s) debt was incurred** 11/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.993 **Nonpriority creditor's name and mailing address**
**Gabrielle Coffman**
**3731 NE 66th Ave**
**Portland, OR 97213**
**Date(s) debt was incurred** 12/2/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.994 **Nonpriority creditor's name and mailing address**
**Gaile Jensen**
**106 W Center St**
**Silverton, OR 97381**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.995 **Nonpriority creditor's name and mailing address**
**Garrison Jester**
**6269 Fairwind Dr**
**W Chester, OH 45069**
**Date(s) debt was incurred** 11/26/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.996 **Nonpriority creditor's name and mailing address**
**Gary Benedict**
**3921 Trappers Ct**
**Florence, KY 41042**
**Date(s) debt was incurred** 6/27/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.997 **Nonpriority creditor's name and mailing address**
**Gary Beyl**
**4362 SW 34th Ave**
**Portland, OR 97239**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.998 **Nonpriority creditor's name and mailing address**
**Gary Breakfield**
**11042 Linden Blossorn Ln**
**Roscoe, IL 61073**
**Date(s) debt was incurred** 3/31/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.999 **Nonpriority creditor's name and mailing address**
**Gary Fu**
**15135 127th Ave NE**
**Woodinville, WA 98072**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.100
0

**Nonpriority creditor's name and mailing address**
**Gary Jespersen**
**5206 W Woodside Ave**
**Spokane, WA 99208**
**Date(s) debt was incurred** 3/19/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.100
1

**Nonpriority creditor's name and mailing address**
**Gary Macknight**
**2711 Schumann St**
**Fredericksburg, VA 22408**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.100
2

**Nonpriority creditor's name and mailing address**
**Gary Schiffner**
**1489 Board Shanty Creek Rd**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.100
3

**Nonpriority creditor's name and mailing address**
**Gavin Harris**
**2049 Creekstone Ct**
**Fredericksburg, VA 22408**
**Date(s) debt was incurred** 10/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.100
4

**Nonpriority creditor's name and mailing address**
**Gayle MacDonald**
**3854 NE Roselawn St**
**Portland, OR 97211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.100
5

**Nonpriority creditor's name and mailing address**
**Gayle O'Connor**
**7813 Harrison Ave**
**Cincinnati, OH 45231**
**Date(s) debt was incurred** 6/7/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.100
6

**Nonpriority creditor's name and mailing address**
**Gaynor Driscoll**
**2809 Waverly Dr**
**Cameron Park, CA 95682**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1007

**Nonpriority creditor's name and mailing address**
**GB Roofing, LLC**
**1768 SW Allen Creek**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$12,047.00**

---

3.1008

**Nonpriority creditor's name and mailing address**
**Geffen Mesher & Company P.C.**
**PO Box 4691**
**Portland, OR 97208-4691**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$130,034.00**

---

3.1009

**Nonpriority creditor's name and mailing address**
**Gene Ice**
**1230 21st St NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1010

**Nonpriority creditor's name and mailing address**
**Gene Miller**
**4404 Desert Dr**
**Pasco, WA 99301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1011

**Nonpriority creditor's name and mailing address**
**Geno Smith**
**5715 Bedford Street**
**Pasco, WA 99301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1012

**Nonpriority creditor's name and mailing address**
**Geoffrey Franz**
**1022 Meadow St**
**Cologne, MN 55322**
**Date(s) debt was incurred** 7/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1013

**Nonpriority creditor's name and mailing address**
**Geoffrey Stella**
**1702 S Meyers St**
**Tacoma, WA 98465**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1014

**Nonpriority creditor's name and mailing address**
**George Ambrose**
**6904 W El Nino Way**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 12/2/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1015

**Nonpriority creditor's name and mailing address**
**George Ballard**
**608 S Colville Rd**
**Deer Park, WA 99006**
**Date(s) debt was incurred** 11/12/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1016

**Nonpriority creditor's name and mailing address**
**George Britting**
**20613 150th St E**
**Bonney Lake, WA 98391**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1017

**Nonpriority creditor's name and mailing address**
**George Lawson**
**382 Meadowlark Rd**
**Bloomingdale, IL 60108**
**Date(s) debt was incurred** 11/16/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1018

**Nonpriority creditor's name and mailing address**
**George Masek**
**16075 W Silverbell Rd**
**Marana, AZ 85653**
**Date(s) debt was incurred** 8/21/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1019

**Nonpriority creditor's name and mailing address**
**George Nahill**
**5605 SE Rural St**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1020

**Nonpriority creditor's name and mailing address**
**George Nahill**
**5605 SE Rural St**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1021

**Nonpriority creditor's name and mailing address**
**George Nemeth**
**18224 134th Ave E**
**South Hill, WA 98374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.1022

**Nonpriority creditor's name and mailing address**
**George Schewe**
**2655 S County Rd 750 E**
**Dillsboro, IN 47018**
**Date(s) debt was incurred** 6/4/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1023

**Nonpriority creditor's name and mailing address**
**George Unruh**
**3726 Trovillo Rd**
**Morrow, OH 45152**
**Date(s) debt was incurred** 8/15/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1024

**Nonpriority creditor's name and mailing address**
**George Yoder**
**2419 N Creek Vista Dr**
**Tucson, AZ 85749**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1025

**Nonpriority creditor's name and mailing address**
**Georgia Bakke-Tull**
**13029 Bayne Rd**
**Leavenworth, WA 98826**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1026

**Nonpriority creditor's name and mailing address**
**Georgia Hallett**
**211 Barbara Ln**
**Everett, WA 98208**
**Date(s) debt was incurred** 12/3/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1027

**Nonpriority creditor's name and mailing address**
**Geotechnical Consultants Inc.**
**720 Greencrest Drive**
**Westerville, OH 43081**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$850.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.1028

**Nonpriority creditor's name and mailing address**
**Gerald Close**
**608 Hope St**
**Walla Walla, WA 99362**
**Date(s) debt was incurred** 6/13/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1029

**Nonpriority creditor's name and mailing address**
**Gerald Grenz**
**20985 Hyacinth Ave**
**Lakeville, MN 55044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1030

**Nonpriority creditor's name and mailing address**
**Gerald Hackett**
**4685 NE 31st St**
**Des Moines, IA 50317**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1031

**Nonpriority creditor's name and mailing address**
**Gerald Kobes**
**1110 W Goodlander Rd**
**Selah, WA 98942**
**Date(s) debt was incurred** 1/22/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1032

**Nonpriority creditor's name and mailing address**
**Gerald Neeser**
**22200 E Euclid Ave**
**Otis Orchards, WA 99027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1033

**Nonpriority creditor's name and mailing address**
**Gerald Siwy**
**1168 Pattee Ave**
**Elburn, IL 60119**
**Date(s) debt was incurred** 6/14/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1034

**Nonpriority creditor's name and mailing address**
**Gerald Yearout**
**3459 Craig Ave**
**Cincinnati, OH 45211**
**Date(s) debt was incurred** 2/28/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1035
**Nonpriority creditor's name and mailing address**
**Gerhard Koester**
**16515 Apperson Blvd**
**Oregon City, OR 97045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1036
**Nonpriority creditor's name and mailing address**
**Gilbert Bravo**
**4 Birchwood Ct**
**Streamwood, IL 60107**
**Date(s) debt was incurred** 11/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1037
**Nonpriority creditor's name and mailing address**
**Giles Decker**
**5268 Jessica Suzanne Dr**
**Morrow, OH 45152**
**Date(s) debt was incurred** 10/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1038
**Nonpriority creditor's name and mailing address**
**Gisselle Valenzuela**
**412 Division Street**
**Oregon City, OR 97045**
**Date(s) debt was incurred** 9/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1039
**Nonpriority creditor's name and mailing address**
**Gladys Stanton**
**4405 SE Fieldcrest Dr**
**Milwaukie, OR 97222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1040
**Nonpriority creditor's name and mailing address**
**Glenda & John Kaiama**
**11406 W Pipestone**
**Marana, AZ 85658**
**Date(s) debt was incurred** 9/18/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1041
**Nonpriority creditor's name and mailing address**
**Glenda Cardoza**
**1039 Valley Oak Way**
**Fairfield, CA 94533**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 164 of 493

3.1042 **Nonpriority creditor's name and mailing address**
**Glenn Crain**
**5449 SW Young Ave**
**Redmond, OR 97756**
**Date(s) debt was incurred** 8/20/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1043 **Nonpriority creditor's name and mailing address**
**Glenn Davis**
**1720 Gibbler Rd**
**Yakima, WA 98908**
**Date(s) debt was incurred** 8/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1044 **Nonpriority creditor's name and mailing address**
**GM Financial**
**PO Box 78143**
**Phoenix, AZ 85062-8143**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,620.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.1045 **Nonpriority creditor's name and mailing address**
**Good To Go! Toll Bill**
**PO Box 34562**
**Seattle, WA 98124-1562**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$66.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.1046 **Nonpriority creditor's name and mailing address**
**GoodCo Solutions**
**11239 Highland Blvd**
**American Fork, UT 84003**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$17,859.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.1047 **Nonpriority creditor's name and mailing address**
**GoodLeap**
**8781 Sierra College Blvd**
**Roseville, CA 95661**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.1048 **Nonpriority creditor's name and mailing address**
**Google Ads**
**1600 Amphitheatre Pkwy**
**Mountain View, CA 94043**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$58,886.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

| Entry | Nonpriority creditor's name and mailing address | Date(s) debt was incurred | Last 4 digits of account number | As of the petition filing date, the claim is: Check all that apply. | Basis for the claim | Is the claim subject to offset? | Amount |
|---|---|---|---|---|---|---|---|
| 3.1049 | **Grant Diggles**<br>10770 S Township Rd<br>Canby, OR 97013 | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Breach of Contraxct (No PTO) | ■ No ☐ Yes | Unknown |
| 3.1050 | **Grant McFadden**<br>715 Kalea Ct<br>Hanover, MN 55341 | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Services Paid for but not provided | ■ No ☐ Yes | $750.00 |
| 3.1051 | **Grant McFadden**<br>715 Kalea Ct<br>Hanover, MN 55341 | 12/2/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Breach of Contraxct (No PTO) | ■ No ☐ Yes | Unknown |
| 3.1052 | **Gray Duck Solar LLC**<br>900 6th Street<br>Hudson, WI 54016 | _ | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade Payable | ■ No ☐ Yes | $3,432.45 |
| 3.1053 | **Graybar Electric Company, Inc.**<br>12437 Collections Center Drive<br>Chicago, IL 60693-0124 | _ | 3385 | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade Payable | ■ No ☐ Yes | $149,965.95 |
| 3.1054 | **Greg Snyder**<br>104 Harding Ct<br>N Aurora, IL 60542 | 1/6/2020 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Breach of Contraxct (No PTO) | ■ No ☐ Yes | Unknown |
| 3.1055 | **Gregory & Bryanna Lantych**<br>3701 W Nevil Ct<br>Tucson, AZ 85746 | 9/12/2019 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Breach of Contraxct (No PTO) | ■ No ☐ Yes | Unknown |

3.1056

**Nonpriority creditor's name and mailing address**
**Gregory Fennimore**
**8098 Cascade Hwy NE**
**Silverton, OR 97381**
**Date(s) debt was incurred** 10/1/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1057

**Nonpriority creditor's name and mailing address**
**Gregory Gordon**
**1002 SW Maple St**
**Dallas, OR 97338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1058

**Nonpriority creditor's name and mailing address**
**Gregory Gordon**
**1002 SW Maple St**
**Dallas, OR 97338**
**Date(s) debt was incurred** 8/27/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1059

**Nonpriority creditor's name and mailing address**
**Gregory Minnifield**
**415 S Eleventh St**
**Hamilton, OH 45011**
**Date(s) debt was incurred** 1/24/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1060

**Nonpriority creditor's name and mailing address**
**Gregory Overpeck**
**3688 144th St W**
**Rosemount, MN 55068**
**Date(s) debt was incurred** 8/26/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1061

**Nonpriority creditor's name and mailing address**
**Gretchen Heneveld**
**20658 White Dove Lane**
**Bend, OR 97702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1062

**Nonpriority creditor's name and mailing address**
**Gretchen Neal**
**49332 Sobek Rd E**
**Edwall, WA 99008**
**Date(s) debt was incurred** 6/21/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1063

**Nonpriority creditor's name and mailing address**
**Gretchen Potschka**
**2533 Cascade Way**
**Longview, WA 98632**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1064

**Nonpriority creditor's name and mailing address**
**Guenther Grupp Mueller**
**3501 SE 14th Ave**
**Portland, OR 97202**
**Date(s) debt was incurred** 8/26/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1065

**Nonpriority creditor's name and mailing address**
**Guido Bron Garrido & Anny Sosa Bron**
**919 S State St**
**Beardstown, IL 62618**
**Date(s) debt was incurred** 4/28/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1066

**Nonpriority creditor's name and mailing address**
**Gwendolynn Garrison**
**315 105th Street E**
**Tacoma, WA 98445**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.1067

**Nonpriority creditor's name and mailing address**
**Handy Home Hero, LLC**
**20120 Wapiti Court**
**Bend, OR 97702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$1,470.00**

---

3.1068

**Nonpriority creditor's name and mailing address**
**Hanh Nguyen**
**714 E 51st St**
**Tacoma, WA 98404**
**Date(s) debt was incurred** 5/15/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1069

**Nonpriority creditor's name and mailing address**
**Hannah Carletti-Silva**
**9014 Monumental Mills Rd**
**Rixeyville, VA 22737**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1070
**Nonpriority creditor's name and mailing address**
**Harlee Tierney**
**18575 SW Johnson St**
**Beaverton, OR 97003**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1071
**Nonpriority creditor's name and mailing address**
**Harold Clark**
**142 Burma Rd**
**Castle Rock, WA 98611**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1072
**Nonpriority creditor's name and mailing address**
**Harold Lachmann**
**2681 Stonecreek Dr**
**Richland, WA 99354**
**Date(s) debt was incurred** 10/22/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1073
**Nonpriority creditor's name and mailing address**
**Harold Newsom**
**6382 W Alexandria Rd**
**Middletown, OH 45042**
**Date(s) debt was incurred** 8/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1074
**Nonpriority creditor's name and mailing address**
**Haroon Afzali**
**12504 Bainswood Ct**
**Fredericksburg, VA 22407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1075
**Nonpriority creditor's name and mailing address**
**Harry Bloomfield**
**6968 Healy Avenue**
**Gloucester, VA 23061**
**Date(s) debt was incurred** 12/1/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1076
**Nonpriority creditor's name and mailing address**
**Harry Lee Evans**
**15612 67th St Ct E**
**Sumner, WA 98390**
**Date(s) debt was incurred** 8/20/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| | | | |
|---|---|---|---|
| 3.1077 | **Nonpriority creditor's name and mailing address**<br>**Hartford, The**<br>**PO Box 660916**<br>**Dallas, TX 75266-0916**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$16.66** |
| 3.1078 | **Nonpriority creditor's name and mailing address**<br>**Harvey Blankenship**<br>**11737 Battle Ridge Dr**<br>**Remington, VA 22734**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1079 | **Nonpriority creditor's name and mailing address**<br>**Heartland Underground Solutions**<br>**6355 NE 14th St.**<br>**Des Moines, IA 50313**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,638.00** |
| 3.1080 | **Nonpriority creditor's name and mailing address**<br>**Heather Garrow**<br>**8130 N Dwyer Rd**<br>**Okeana, OH 45053**<br>**Date(s) debt was incurred** 6/5/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1081 | **Nonpriority creditor's name and mailing address**<br>**Heather Hedin**<br>**224 Wickfield Dr**<br>**Mankato, MN 56001**<br>**Date(s) debt was incurred** 9/22/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1082 | **Nonpriority creditor's name and mailing address**<br>**Heather Hemphill**<br>**6860 N Hudson St**<br>**Portland, OR 97203**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1083 | **Nonpriority creditor's name and mailing address**<br>**Heather McLean**<br>**853 Wellington Ave**<br>**Walla Walla, WA 99362**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

3.1084 **Nonpriority creditor's name and mailing address**
**HEATHER SANTESSON**
**20980 SW Ramblin Reck Rd**
**Sherwood, OR 97140**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1085 **Nonpriority creditor's name and mailing address**
**Heather Sapp**
**2424 Sage Ave SE**
**Salem, OR 97306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1086 **Nonpriority creditor's name and mailing address**
**Heather Sapp**
**2424 Sage Ave SE**
**Salem, OR 97306**
**Date(s) debt was incurred** 2/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1087 **Nonpriority creditor's name and mailing address**
**Hector**
**7132 S Camino Triste**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 10/7/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1088 **Nonpriority creditor's name and mailing address**
**Hedvig Dickey-Bayliss**
**2571 Spicewood Ct**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1089 **Nonpriority creditor's name and mailing address**
**Heidi Hughes**
**4781 Cloverlawn Dr**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** 12/18/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1090 **Nonpriority creditor's name and mailing address**
**Heimbigner Vs. Solgen**
**Martin Heimbigner**
**2251 S Belfair St**
**Kennewick, WA 99338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**3.109 1**

**Nonpriority creditor's name and mailing address**
**Heimbigner Vs. Solgen**
**Mike Subit, Esq.**
**705 Second Ave, Ste 1200**
**Seattle, WA 98104-1798**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109 2**

**Nonpriority creditor's name and mailing address**
**Henry "Shawn" Nott**
**4917 N Calvin Rd**
**Spokane, WA 99216**

**Date(s) debt was incurred** 11/20/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109 3**

**Nonpriority creditor's name and mailing address**
**Henry Mullins**
**361 Keegan Ct**
**Burlington, KY 41005**

**Date(s) debt was incurred** 9/16/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109 4**

**Nonpriority creditor's name and mailing address**
**Henry Ofori-Dankwah**
**9109 Creek Bottom Ln**
**Fredericksburg, VA 22407**

**Date(s) debt was incurred** 12/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109 5**

**Nonpriority creditor's name and mailing address**
**Henry Washburn**
**8230 SW High Cone Dr**
**Terrebonne, OR 97760**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109 6**

**Nonpriority creditor's name and mailing address**
**Herbert Watson**
**217 Heirloom Way**
**Stafford, VA 22554**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109 7**

**Nonpriority creditor's name and mailing address**
**Heryford Electric & Communications**
**PO Box 487**
**Fortuna, CA 95540**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,480.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

---

3.1098
**Nonpriority creditor's name and mailing address**
**Heryk Krol**
**9907 Montana Ave**
**Franklin Park, IL 60131**
**Date(s) debt was incurred** 4/16/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1099
**Nonpriority creditor's name and mailing address**
**Hiawatha Properties LLC (Corridor Proper**
**1710 Hawkeye Dr., Ste 200**
**Hiawatha, IA 52233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$13,902.17**

---

3.1100
**Nonpriority creditor's name and mailing address**
**High Desert Industrial Park, LLC. (ZS Pr**
**PO Box 7362**
**Salem, OR 97303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$6,539.08**

---

3.1101
**Nonpriority creditor's name and mailing address**
**Hipolito Silva**
**410 N 4th Ave**
**Cornelius, OR 97113**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1102
**Nonpriority creditor's name and mailing address**
**Hkawng Ze**
**2351 NE 138th Pl**
**Portland, OR 97230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1103
**Nonpriority creditor's name and mailing address**
**Hobee Hansen**
**7400 Railway St**
**Palo, IA 52324**
**Date(s) debt was incurred** 11/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1104
**Nonpriority creditor's name and mailing address**
**Hollie Noah**
**9129 Holland Rd**
**Brookville, IN 47012**
**Date(s) debt was incurred** 9/17/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1105
**Nonpriority creditor's name and mailing address**
**Holly Bonvillian**
**2750 Forest Ridge Dr SE**
**Auburn, WA 98002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? [x] No [ ] Yes

3.1106
**Nonpriority creditor's name and mailing address**
**Holly Milligan**
**181 SE 16th St**
**Bend, OR 97702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? [x] No [ ] Yes

3.1107
**Nonpriority creditor's name and mailing address**
**Howard Spindel**
**4630 SW Carson St**
**Portland, OR 97219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? [x] No [ ] Yes

3.1108
**Nonpriority creditor's name and mailing address**
**Howard Supply Company, LLC**
**PO Box 641039**
**Dallas, TX 75264-1039**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$562,120.53**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? [x] No [ ] Yes

3.1109
**Nonpriority creditor's name and mailing address**
**Hoymiles**
**681 N Plano Rd, Suite 121**
**Richardson, TX 75081**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$999,919.88**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? [x] No [ ] Yes

3.1110
**Nonpriority creditor's name and mailing address**
**Hunter Corpus**
**20616 193rd Ave Ct E**
**Orting, WA 98360**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? [x] No [ ] Yes

3.1111
**Nonpriority creditor's name and mailing address**
**Hunter Griffin**
**529 Anderson St**
**Jewell, IA 50130**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Litigation

Is the claim subject to offset? [x] No [ ] Yes

3.1112 **Nonpriority creditor's name and mailing address**
**Hunter Lind**
**1041 Jefferson Street NE**
**Salem, OR 97301**
**Date(s) debt was incurred** 10/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1113 **Nonpriority creditor's name and mailing address**
**HUYCHOU LAIM**
**6597 N Windwood Dr**
**W Chester, OH 45069**
**Date(s) debt was incurred** 10/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1114 **Nonpriority creditor's name and mailing address**
**Icon Owner Pool 3 Midwest/Southeast, LLC**
**233 S. Wacker Dr, Ste 4700**
**Chicago, IL 60606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,810.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.1115 **Nonpriority creditor's name and mailing address**
**Idil Jama**
**2253 Grange Ave N**
**Lot 9**
**Oakdale, MN 55128**
**Date(s) debt was incurred** 11/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1116 **Nonpriority creditor's name and mailing address**
**Illinois Shines Program**
**c/o IPA**
**180 N Wabash Ave #500**
**Chicago, IL 60601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.1117 **Nonpriority creditor's name and mailing address**
**Imogene Patton**
**5805 Salem Drive**
**Pasco, WA 99301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1118 **Nonpriority creditor's name and mailing address**
**Imran Lakhani**
**7717 Greenridge Ct SE**
**Snoqualmie, WA 98065**
**Date(s) debt was incurred** 12/2/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1119

**Nonpriority creditor's name and mailing address**
**Independent Electrical Contractors of Or**
**11481 SW Hall Blvd, Suite 100**
**Tigard, OR 97223**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

3.1120

**Nonpriority creditor's name and mailing address**
**Insulate Iowa LLC**
**3909 SW 14th St**
**Des Moines, IA 50315-2116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$6,776.00**

---

3.1121

**Nonpriority creditor's name and mailing address**
**Intent Driver Inc**
**Attn: Accounts Receivable**
**8383 Wilshire Blvd, Ste 540**
**Beverly Hills, CA 90211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$3,931.75**

---

3.1122

**Nonpriority creditor's name and mailing address**
**Interstate Concrete & Asphalt Company**
**American Rock Products**
**P.O. Box 742347**
**Los Angeles, CA 90074**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$82.27**

---

3.1123

**Nonpriority creditor's name and mailing address**
**Iowa Window Cleaning**
**9415 Hammontree Dr**
**Urbandale, IA 50322**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$160.50**

---

3.1124

**Nonpriority creditor's name and mailing address**
**IPFS Corporation**
**24722 Network Place**
**Chicago, IL 60673-1247**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$22,625.74**

---

3.1125

**Nonpriority creditor's name and mailing address**
**Irelynn Klouda**
**9125 SE Oak St**
**Portland, OR 97216**
**Date(s) debt was incurred** 1/6/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1126

**Nonpriority creditor's name and mailing address**
**Iris Sunshine**
**3512 Monteith Ave**
**Cincinnati, OH 45208**
**Date(s) debt was incurred** 6/14/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1127

**Nonpriority creditor's name and mailing address**
**Irma and Pedro Medina**
**323 Flagg St**
**Aurora, IL 60505**
**Date(s) debt was incurred** 10/19/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1128

**Nonpriority creditor's name and mailing address**
**isabel teran**
**2520 W Vereda Amarillo**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 11/7/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1129

**Nonpriority creditor's name and mailing address**
**Isabelle Eyman**
**2171 NW Century Dr**
**Prinville, OR 97754**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1130

**Nonpriority creditor's name and mailing address**
**Isabelle Franklin**
**990 20th St NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1131

**Nonpriority creditor's name and mailing address**
**Isaiah Landon**
**768 Morning Glory Dr**
**Independence, OR 97351**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1132

**Nonpriority creditor's name and mailing address**
**Isaiah Landon**
**768 Morning Glory Dr**
**Independence, OR 97351**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.113 3
**Nonpriority creditor's name and mailing address**
**ITCSolar.com (The Solar Investment Tax C**
**304 S Jones Blvd, Ste 6956**
**Las Vegas, NV 89107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,940.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.113 4
**Nonpriority creditor's name and mailing address**
**Ivan Cleary**
**2045 Creekstone Ct**
**Fredericksburg, VA 22408**
**Date(s) debt was incurred** 11/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.113 5
**Nonpriority creditor's name and mailing address**
**Jack Brotzman**
**627 Laurel St**
**Eagle Point, OR 97524**
**Date(s) debt was incurred** 12/8/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.113 6
**Nonpriority creditor's name and mailing address**
**Jack Flameqvist**
**6106 SE Clatsop St**
**Portland, OR 97206**
**Date(s) debt was incurred** 12/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.113 7
**Nonpriority creditor's name and mailing address**
**Jack Hill**
**508 East St**
**Lynnville, IA 50153**
**Date(s) debt was incurred** 8/4/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.113 8
**Nonpriority creditor's name and mailing address**
**Jack Holland**
**12536 Rachael Dr**
**Rogers, MN 55374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.113 9
**Nonpriority creditor's name and mailing address**
**Jack Reacher**
**11286 Heathcliff Dr**
**Riverside, CA 92505**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1140

**Nonpriority creditor's name and mailing address**
**Jack Smith**
**2254 Collins Rd**
**Buckley, WA 98321**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1141

**Nonpriority creditor's name and mailing address**
**Jackie Ellison**
**42w855 Main Street**
**Elburn, IL 60119**
**Date(s) debt was incurred** 11/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1142

**Nonpriority creditor's name and mailing address**
**Jackie Guzman**
**3924 W 59th St**
**Chicago, IL 60629**
**Date(s) debt was incurred** 11/20/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1143

**Nonpriority creditor's name and mailing address**
**Jackie Manning**
**145 St Marys Ave**
**Mt Angel, OR 97362**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1144

**Nonpriority creditor's name and mailing address**
**Jackson County Taxation**
**PO Box 1569**
**Medford, OR 97501-0242**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$8,549.01**

3.1145

**Nonpriority creditor's name and mailing address**
**Jacob Dozier**
**12330 Rolling Ridge R**
**Becker, MN 55308**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1146

**Nonpriority creditor's name and mailing address**
**Jacob Farthing**
**7426 Emi Dr**
**Liberty Twnsp, OH 45044**
**Date(s) debt was incurred** 9/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1147
**Nonpriority creditor's name and mailing address**
**Jacob Guenther**
**429 SE 64th St**
**Pleasant Hill, IA 50327**
**Date(s) debt was incurred** 10/31/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1148
**Nonpriority creditor's name and mailing address**
**Jacob Horn**
**23310 392nd St**
**Enumclaw, WA 98022**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1149
**Nonpriority creditor's name and mailing address**
**Jacob Horn**
**23310 392nd St**
**Enumclaw, WA 98022**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1150
**Nonpriority creditor's name and mailing address**
**Jacob Huber**
**32782 585th Ave**
**Cambridge, IA 50046**
**Date(s) debt was incurred** 9/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1151
**Nonpriority creditor's name and mailing address**
**Jacob Walker**
**8308 W Shearwater Dr**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 10/31/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1152
**Nonpriority creditor's name and mailing address**
**Jacobus Euser**
**16567 Memory Ln**
**Oregon City, OR 97045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1153
**Nonpriority creditor's name and mailing address**
**Jacquelyn Bonsu**
**1710 Nebula Ln**
**Stafford, VA 22554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1154** **Nonpriority creditor's name and mailing address**
**Jacqulynn Lelli**
**846 W Paris Promenade**
**Tucson, AZ 85705**
**Date(s) debt was incurred** 8/19/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1155** **Nonpriority creditor's name and mailing address**
**Jadon Plant**
**10402 Napoleon St**
**Fredericksburg, VA 22408**
**Date(s) debt was incurred** 11/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1156** **Nonpriority creditor's name and mailing address**
**Jaime Reyes**
**3141 W Idaho St**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 11/12/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1157** **Nonpriority creditor's name and mailing address**
**Jaimie Gunter**
**68 Berkshire Dr**
**Stafford, VA 22554**
**Date(s) debt was incurred** 10/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1158** **Nonpriority creditor's name and mailing address**
**Jake Deborde**
**2363 Thoroughbred Ln**
**Bozeman, MT 59718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**3.1159** **Nonpriority creditor's name and mailing address**
**Jake Scherer**
**713 F And S Grade Rd**
**Sedro Woolley, WA 98284**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1160** **Nonpriority creditor's name and mailing address**
**Jalan Perkins**
**10409 Whirlaway Ln**
**Ruther Glen, VA 22546**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1161
**Nonpriority creditor's name and mailing address**
**Jalan Perkins**
**10409 Whirlaway Ln**
**Ruther Glen, VA 22546**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1162
**Nonpriority creditor's name and mailing address**
**Jalan Perkins**
**10409 Whirlaway Ln**
**Ruther Glen, VA 22546**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1163
**Nonpriority creditor's name and mailing address**
**James Barnes**
**7585 Bonnie Dr**
**W Chester, OH 45069**
**Date(s) debt was incurred** 4/30/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1164
**Nonpriority creditor's name and mailing address**
**James Barth**
**248 72nd St N**
**Mahtomedi, MN 55115**
**Date(s) debt was incurred** 9/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1165
**Nonpriority creditor's name and mailing address**
**James Bennett**
**4415 S Altamont St**
**Spokane, WA 99223**
**Date(s) debt was incurred** 7/10/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1166
**Nonpriority creditor's name and mailing address**
**James Bennett**
**3718 W Tieton Ave**
**Spokane, WA 99208**
**Date(s) debt was incurred** 8/28/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1167
**Nonpriority creditor's name and mailing address**
**James Brooks**
**15 N Michigan Ave**
**Villa Park, IL 60181**
**Date(s) debt was incurred** 4/19/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1168
**Nonpriority creditor's name and mailing address**
**James Bryce**
**14937 NE Davis Ct**
**Portland, OR 97230**
**Date(s) debt was incurred** 11/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1169
**Nonpriority creditor's name and mailing address**
**James Byerly**
**1902 21st Ave SE**
**Olympia, WA 98501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.1170
**Nonpriority creditor's name and mailing address**
**James Cabantoy**
**4627 Clark Ave NE**
**Keizer, OR 97303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1171
**Nonpriority creditor's name and mailing address**
**James Canner**
**9710 Kensington Ln**
**Mason, OH 45040**
**Date(s) debt was incurred** 10/8/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1172
**Nonpriority creditor's name and mailing address**
**James Carroll**
**291 Garden Dr**
**Elgin, IL 60124**
**Date(s) debt was incurred** 1/16/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1173
**Nonpriority creditor's name and mailing address**
**James Casey**
**1211 SW Ellis St**
**Dallas, OR 97338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1174
**Nonpriority creditor's name and mailing address**
**James Ciembronowicz**
**7750 Hawks View Dr**
**Machesney Pk, IL 61115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1175
**Nonpriority creditor's name and mailing address**
**James Collison**
**600 NE Maryann Ct**
**Hillsboro, OR 97124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1176
**Nonpriority creditor's name and mailing address**
**James Combs**
**8560 Twin Creek Dr**
**Waynesville, OH 45068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.1177
**Nonpriority creditor's name and mailing address**
**James Cook**
**7370 Arbor Marsh Ct**
**New Kent, VA 23124**
**Date(s) debt was incurred** 11/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1178
**Nonpriority creditor's name and mailing address**
**James Cordero**
**c/o Hope Del Carlo, Esq**
**7805 SW 4th Ave, #19025**
**Portland, OR 97280**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

---

3.1179
**Nonpriority creditor's name and mailing address**
**James Crook**
**2008 Granny Smith Ln**
**Middletown, OH 45044**
**Date(s) debt was incurred** 4/10/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1180
**Nonpriority creditor's name and mailing address**
**James D Denson**
**133 Calle Frida Kahlo**
**Tubac, AZ 85646**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1181
**Nonpriority creditor's name and mailing address**
**James Dodge Russell & Stephens**
**10 W Broadway, Suite 400**
**Salt Lake City, UT 84101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$533.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.118 2

Nonpriority creditor's name and mailing address
**James Dube**
**495 Prairie View Dr**
**Cologne, MN 55322**
Date(s) debt was incurred 9/25/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.118 3

Nonpriority creditor's name and mailing address
**James Faulkner**
**3680 Meadow Park Loop NE**
**Salem, OR 97305**
Date(s) debt was incurred 12/8/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.118 4

Nonpriority creditor's name and mailing address
**James Hampton**
**64945 Allen Rd**
**Bend, OR 97703**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.118 5

Nonpriority creditor's name and mailing address
**James Harper**
**7603 SW Taylor Ln**
**Tigard, OR 97224**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.118 6

Nonpriority creditor's name and mailing address
**James Henrie**
**3286 Brookway Dr**
**W Valley City, UT 84119**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.118 7

Nonpriority creditor's name and mailing address
**James Kerns**
**11373 Crest Ln S**
**Bealeton, VA 22712**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.118 8

Nonpriority creditor's name and mailing address
**James Kirk**
**4870 Lake Shore Dr**
**Selma, OR 97538**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1189

**Nonpriority creditor's name and mailing address**
**James Kuhnley**
**3318 61st Ave N**
**Minneapolis, MN 55429**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1190

**Nonpriority creditor's name and mailing address**
**James Laden**
**1712 SE 47th Ave**
**Portland, OR 97215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1191

**Nonpriority creditor's name and mailing address**
**James Ledwell**
**2431 NW 12th St**
**Redmond, OR 97756**
**Date(s) debt was incurred** 11/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1192

**Nonpriority creditor's name and mailing address**
**James Levine**
**4640 107th Ave NE**
**Circle Pines, MN 55014**
**Date(s) debt was incurred** 10/13/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1193

**Nonpriority creditor's name and mailing address**
**James Maki**
**11051 Sundance Woods Blvd**
**Osseo, MN 55369**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

3.1194

**Nonpriority creditor's name and mailing address**
**James Maki**
**11051 Sundance Woods Blvd**
**Osseo, MN 55369**
**Date(s) debt was incurred** 10/31/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1195

**Nonpriority creditor's name and mailing address**
**James Mater**
**4439 SE Ogden St**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1196
**Nonpriority creditor's name and mailing address**
**James Mccain**
**1415 23rd St NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1197
**Nonpriority creditor's name and mailing address**
**James McDermott**
**314 Rush St**
**Rosell, IL 60172**
**Date(s) debt was incurred** 9/14/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1198
**Nonpriority creditor's name and mailing address**
**James Murphy**
**11038 MT-1**
**Anaconda, MT 59711**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1199
**Nonpriority creditor's name and mailing address**
**James Mykland**
**3731 SW Elmgrove St**
**Seattle, WA 98126**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1200
**Nonpriority creditor's name and mailing address**
**James Oblisk**
**1382 Caprio Lp**
**Walla Walla, WA 99362**
**Date(s) debt was incurred** 7/26/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1201
**Nonpriority creditor's name and mailing address**
**James Peterson**
**2914 Bluet Dr**
**W Richland, WA 99353**
**Date(s) debt was incurred** 1/14/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1202
**Nonpriority creditor's name and mailing address**
**James Redmond**
**3280 S Desert Echo Rd**
**Tucson, AZ 85735**
**Date(s) debt was incurred** 2/14/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1203

**Nonpriority creditor's name and mailing address**
**James Retzlaff**
**15231 NE Hoyt St**
**Portland, OR 97230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1204

**Nonpriority creditor's name and mailing address**
**James Samways**
**28506 Lakeside Trail**
**Lindstrom, MN 55045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1205

**Nonpriority creditor's name and mailing address**
**James Solberg**
**32201 NE 25th Ln**
**Carnation, WA 98014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1206

**Nonpriority creditor's name and mailing address**
**James Stidham**
**542 Dudley Pike**
**Edgewood, KY 41017**
**Date(s) debt was incurred** 9/11/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1207

**Nonpriority creditor's name and mailing address**
**James Stone**
**1380 370th Avenue**
**Brooklyn, IA 52211**
**Date(s) debt was incurred** 9/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1208

**Nonpriority creditor's name and mailing address**
**James Trickey**
**34381 Beavertail Rd**
**Clinton, MT 59825**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

3.1209

**Nonpriority creditor's name and mailing address**
**James Walker**
**700 Kenilworth Avenue**
**Dayton, OH 45405**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 188 of 493

3.1210

**Nonpriority creditor's name and mailing address**
**James Wandlington**
**c/o Saxton Riley & Riley PLLC**
**1112 Meade Ave**
**Prosser, WA 99350**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Litigation

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.1211

**Nonpriority creditor's name and mailing address**
**James Wilburn IV**
**20925 S Nursery Ln**
**Oregon City, OR 97045**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1212

**Nonpriority creditor's name and mailing address**
**James Wiley Sherwood**
**26659 S Fish Rd**
**Mulino, OR 97042**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1213

**Nonpriority creditor's name and mailing address**
**James Willis Jr**
**9289 Saddle Ct**
**Mechanicsville, VA 23116**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1214

**Nonpriority creditor's name and mailing address**
**Jami Ferraris**
**5118 SE 67th Ave**
**Portland, OR 97206**

**Date(s) debt was incurred** 11/26/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1215

**Nonpriority creditor's name and mailing address**
**Jamid Thomas**
**4257 Newton Ave N**
**Minneapolis, MN 55412**

**Date(s) debt was incurred** 11/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1216

**Nonpriority creditor's name and mailing address**
**Jamie Meyer**
**5520 Speckled Hawk Trail**
**Machesney Park, IL 61115**

**Date(s) debt was incurred** 3/25/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1217

**Nonpriority creditor's name and mailing address**
**Jamie Minkus**
**1267 N Watts St**
**Portland, OR 97217**
**Date(s) debt was incurred** 11/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1218

**Nonpriority creditor's name and mailing address**
**Jamie Thomas**
**1098 Chardonnay Lp**
**Keizer, OR 97303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1219

**Nonpriority creditor's name and mailing address**
**Jan Halsey**
**51 Garibaldi St**
**Lk Oswego, OR 97035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1220

**Nonpriority creditor's name and mailing address**
**Jan Schoepper**
**40300 Mccormick Ct**
**Sandy, OR 97055**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1221

**Nonpriority creditor's name and mailing address**
**Jan-Pro of Greater Cincinnati/Dayton**
**136 Shore Drive**
**Willowbrook, IL 60527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$2,194.20**

---

3.1222

**Nonpriority creditor's name and mailing address**
**Jana Swett**
**407 12th Ave E**
**Seattle, WA 98102**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1223

**Nonpriority creditor's name and mailing address**
**Jancie Montanus**
**969 Burgess Ct**
**Cincinnati, OH 45245**
**Date(s) debt was incurred** 10/23/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1224

**Nonpriority creditor's name and mailing address**
**Jane Boyd**
**4314 SE Yamhill St.**
**Portland, OR 97215**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

3.1225

**Nonpriority creditor's name and mailing address**
**JANE REDINGER**
**38100 SE Coupland Rd**
**Estacada, OR 97023**

**Date(s) debt was incurred** 12/9/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

3.1226

**Nonpriority creditor's name and mailing address**
**Janeen Seigler**
**384 Zimmerman Ln**
**Hamilton, MT 59840**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Services Paid for but not provided

Is the claim subject to offset? ☒ No ☐ Yes

**$750.00**

---

3.1227

**Nonpriority creditor's name and mailing address**
**Janessa Favors**
**3342 Wellington Dr**
**Medford, OR 97504**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

3.1228

**Nonpriority creditor's name and mailing address**
**Janet Bebb**
**1316 SE 50th Ave**
**Portland, OR 97215**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

3.1229

**Nonpriority creditor's name and mailing address**
**Janet Flowers**
**23040 S Haines Rd**
**Canby, OR 97013**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

3.1230

**Nonpriority creditor's name and mailing address**
**Janet Freese**
**14702 Evergreen Ave**
**Clear Lake, IA 50428**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

3.123 1

**Nonpriority creditor's name and mailing address**
**Janet Hesseltine**
**5047 Bittrich-antler Rd**
**Deer Park, WA 99006**
**Date(s) debt was incurred** 2/10/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.123 2

**Nonpriority creditor's name and mailing address**
**Janet Raddatz**
**3446 Willow Beach Trl SW**
**Prior Lake, MN 55372**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.123 3

**Nonpriority creditor's name and mailing address**
**Janet Smith**
**30819 N Austin Rd**
**Deer Park, WA 99006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.123 4

**Nonpriority creditor's name and mailing address**
**Janet Smith**
**30819 N Austin Rd**
**Deer Park, WA 99006**
**Date(s) debt was incurred** 12/2/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.123 5

**Nonpriority creditor's name and mailing address**
**Janice Corbett**
**416 Canyon Way**
**Eagle Point, OR 97524**
**Date(s) debt was incurred** 12/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.123 6

**Nonpriority creditor's name and mailing address**
**Janice Hawkins**
**201 Dennison Ave**
**Shoreview, MN 55126**
**Date(s) debt was incurred** 11/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.123 7

**Nonpriority creditor's name and mailing address**
**Janice Hopkins**
**1288 Centennial Ct SE**
**Salem, OR 97302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1238

**Nonpriority creditor's name and mailing address**
**Janice Novak**
**7701 SE 65th Ave**
**Portland, OR 97206**

**Date(s) debt was incurred** 12/10/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1239

**Nonpriority creditor's name and mailing address**
**Janice Piercy**
**477 Sienna Hills Dr**
**Eagle Point, OR 97524**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1240

**Nonpriority creditor's name and mailing address**
**Janine Comstock**
**2942 Kestrel St**
**Norwalk, IA 50211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1241

**Nonpriority creditor's name and mailing address**
**Janis Brey**
**15228 SE El Camino Way**
**Milwaukie, OR 97267**

**Date(s) debt was incurred** 9/11/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1242

**Nonpriority creditor's name and mailing address**
**Janis Jones & James Harse**
**5601 106th St E**
**Puyallup, WA 98373**

**Date(s) debt was incurred** 5/21/2020

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1243

**Nonpriority creditor's name and mailing address**
**JARAMIE CROWN**
**314 Northgate**
**Pendleton, OR 97801**

**Date(s) debt was incurred** 7/16/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1244

**Nonpriority creditor's name and mailing address**
**Jarred Park**
**1297 Salish Ave SE**
**North Bend, WA 98045**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1245
**Nonpriority creditor's name and mailing address**
**Jaser Abuzant**
**99 Tanterra Dr**
**Stafford, VA 22556**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1246
**Nonpriority creditor's name and mailing address**
**Jason Addington**
**968 Birmingham Street**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1247
**Nonpriority creditor's name and mailing address**
**Jason Bissell**
**502 E 25th St S**
**Newton, IA 50208**
**Date(s) debt was incurred** 5/3/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1248
**Nonpriority creditor's name and mailing address**
**Jason Bond**
**4015 Vermilion Ln**
**Pasco, WA 99301**
**Date(s) debt was incurred** 9/24/2018
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1249
**Nonpriority creditor's name and mailing address**
**Jason Brinsley**
**770 Bellevue Ave**
**Springfield, OH 45503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1250
**Nonpriority creditor's name and mailing address**
**Jason Cormier**
**2843 Nisqually View Lp NE**
**Olympia, WA 98516**
**Date(s) debt was incurred** 6/6/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1251
**Nonpriority creditor's name and mailing address**
**Jason Duncan**
**13729 W Sundance Trl**
**Tucson, AZ 85735**
**Date(s) debt was incurred** 11/2/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1252 **Nonpriority creditor's name and mailing address**
**Jason Durfee**
**9303 N Seminole St**
**Spokane, WA 99208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1253 **Nonpriority creditor's name and mailing address**
**Jason Engle**
**3305 Cobblers Ct**
**New Albany, IN 47150**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1254 **Nonpriority creditor's name and mailing address**
**Jason Engle**
**3305 Cobblers Ct**
**New Albany, IN 47150**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1255 **Nonpriority creditor's name and mailing address**
**Jason Garrett**
**0s450 Melolane Dr**
**W Chicago, IL 60185**
**Date(s) debt was incurred** 1/16/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1256 **Nonpriority creditor's name and mailing address**
**Jason Haht**
**4312 Brahman Ln**
**Pasco, WA 99301**
**Date(s) debt was incurred** 9/19/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1257 **Nonpriority creditor's name and mailing address**
**Jason Hughes**
**120 Asmodean Ln**
**Troutman, NC 28166**
**Date(s) debt was incurred** 9/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1258 **Nonpriority creditor's name and mailing address**
**Jason Jasper**
**4031 Wilma Court**
**Cincinnati, OH 45245**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1259 Nonpriority creditor's name and mailing address
**Jason Kenny**
**310 Plymouth Ln**
**Bloomingdale, IL 60108**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1260 Nonpriority creditor's name and mailing address
**Jason Kenny**
**310 Plymouth Ln**
**Bloomingdale, IL 60108**
Date(s) debt was incurred 2/29/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1261 Nonpriority creditor's name and mailing address
**Jason Loos**
**6905 Selway Dr**
**Pasco, WA 99301**
Date(s) debt was incurred 10/25/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1262 Nonpriority creditor's name and mailing address
**Jason Lucas**
**5045 SE Robin Ct**
**Milwaukie, OR 97267**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1263 Nonpriority creditor's name and mailing address
**Jason McCauley**
**1321 Cleveland Ave**
**Mt Vernon, WA 98273**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1264 Nonpriority creditor's name and mailing address
**Jason Petrie**
**11016 Marquis Rd**
**Unionville, VA 22567**
Date(s) debt was incurred 11/6/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1265 Nonpriority creditor's name and mailing address
**Jason Shelton**
**4712 Santa Cruz Ln**
**Pasco, WA 99301**
Date(s) debt was incurred 10/7/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1266 **Nonpriority creditor's name and mailing address**
**Jason Steffey**
**3531 English Prairie Rd**
**Elgin, IL 60124**
**Date(s) debt was incurred** 9/4/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1267 **Nonpriority creditor's name and mailing address**
**Jason Umpstead**
**1280 Sweet Rd**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1268 **Nonpriority creditor's name and mailing address**
**Jasper Hackman**
**3407 SE 77th Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1269 **Nonpriority creditor's name and mailing address**
**JATC Area II Independent Electrical Trai**
**11481 SW Hall Blvd, Ste 100**
**Tigard, OR 97223**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$710.71**

---

3.1270 **Nonpriority creditor's name and mailing address**
**Javier Olvera**
**904 Mills Dr**
**Williams, CA 95987**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1271 **Nonpriority creditor's name and mailing address**
**Jay Silz**
**9477 Morris Dr**
**Harrison, OH 45030**
**Date(s) debt was incurred** 7/9/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1272 **Nonpriority creditor's name and mailing address**
**Jay Spielman**
**6439 Oxford Milford Rd**
**Oxford, OH 45056**
**Date(s) debt was incurred** 4/19/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1273** **Nonpriority creditor's name and mailing address**
**Jay Todd**
**7305 S Via Cabana**
**Tucson, AZ 85756**
**Date(s) debt was incurred** 1/24/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1274** **Nonpriority creditor's name and mailing address**
**Jayson and Kelli Ruth**
**75 Regency Drive**
**Cedarville, OH 45314**
**Date(s) debt was incurred** 10/17/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1275** **Nonpriority creditor's name and mailing address**
**Jean Foust**
**4707 W Margaret St**
**Pasco, WA 99301**
**Date(s) debt was incurred** 12/30/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1276** **Nonpriority creditor's name and mailing address**
**Jean Schaefer**
**10804 Hayes Dr**
**Burnsville, MN 55337**
**Date(s) debt was incurred** 12/1/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1277** **Nonpriority creditor's name and mailing address**
**Jean Waring**
**780 Waldo Ave SE**
**Salem, OR 97302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1278** **Nonpriority creditor's name and mailing address**
**Jeanette Stairs**
**11465 S Amity Rd**
**Amity, OR 97101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1279** **Nonpriority creditor's name and mailing address**
**Jeanie Permenter**
**c/o Braun Law LLC**
**868 Commercial St NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

3.1280

**Nonpriority creditor's name and mailing address**
**Jeanne Stone**
**4805 Potter Park Loop**
**Missoula, MT 59808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

3.1281

**Nonpriority creditor's name and mailing address**
**Jeanne Wick**
**506 14th St N**
**Sartell, MN 56377**
**Date(s) debt was incurred** 10/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1282

**Nonpriority creditor's name and mailing address**
**Jeff Blanchet**
**488 Stevens Hill**
**Wilder, KY 41076**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1283

**Nonpriority creditor's name and mailing address**
**Jeff Ciscowski**
**579 Hickory Ln**
**W Chicago, IL 60185**
**Date(s) debt was incurred** 12/18/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1284

**Nonpriority creditor's name and mailing address**
**Jeff Hodder**
**291 Elizabeth Drive**
**Barboursville, VA 22923**
**Date(s) debt was incurred** 10/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1285

**Nonpriority creditor's name and mailing address**
**Jeff Mabry**
**803 Erie Ave**
**Astoria, OR 97103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1286

**Nonpriority creditor's name and mailing address**
**Jeff Mendez (Rio Babel)**
**84 S Country Manor Ln**
**Alpine, UT 84004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$2,910.50**

3.1287
**Nonpriority creditor's name and mailing address**
**Jefferson Rodriguez**
**2027 N Newcastle**
**Chicago, IL 60707**
**Date(s) debt was incurred** 8/27/2019
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1288
**Nonpriority creditor's name and mailing address**
**Jeffery Anderson**
**555 Palo Verde Way**
**Central Point, OR 97502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1289
**Nonpriority creditor's name and mailing address**
**Jeffery Bienvenu**
**1227 Trent Ave N**
**Keizer, OR 97303**
**Date(s) debt was incurred** 12/15/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1290
**Nonpriority creditor's name and mailing address**
**Jeffery Bishop**
**569 Preserve Blvd**
**Young America, MN 55397**
**Date(s) debt was incurred** 9/24/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1291
**Nonpriority creditor's name and mailing address**
**Jeffrey Abbott**
**61903 Skyline View Dr**
**Bend, OR 97702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1292
**Nonpriority creditor's name and mailing address**
**Jeffrey Beckwith**
**299 Windwood Coves Blvd**
**Mineral, VA 23117**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1293
**Nonpriority creditor's name and mailing address**
**Jeffrey Elmer**
**2020 NE Edgewater Dr**
**Portland, OR 97211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1294

**Nonpriority creditor's name and mailing address**
**Jeffrey Halla**
**128 Uriah Ct**
**Mankato, MN 56001**
**Date(s) debt was incurred** 10/2/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1295

**Nonpriority creditor's name and mailing address**
**Jeffrey Iaukea**
**3900 Hazelwood Dr**
**W Richland, WA 99353**
**Date(s) debt was incurred** 3/29/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1296

**Nonpriority creditor's name and mailing address**
**Jeffrey Ironwood Hunt**
**3105 SE 142nd Pl**
**Portland, OR 97236**
**Date(s) debt was incurred** 8/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1297

**Nonpriority creditor's name and mailing address**
**Jeffrey Moravec**
**23579 128th Ave N**
**Rogers, MN 55374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1298

**Nonpriority creditor's name and mailing address**
**Jeffrey O'Mealey**
**1151 SW Virginia St**
**College Place, WA 99324**
**Date(s) debt was incurred** 12/27/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1299

**Nonpriority creditor's name and mailing address**
**Jeffrey Pohl**
**2904 Aurora Ln**
**St Cloud, MN 56303**
**Date(s) debt was incurred** 10/8/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1300

**Nonpriority creditor's name and mailing address**
**Jeffrey Warden**
**4987 Sawmill Rd S**
**Salem, OR 97302**
**Date(s) debt was incurred** 12/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1301
**Nonpriority creditor's name and mailing address**
**Jeffrey Wingate**
**427 NW Garibaldi St**
**Hillsboro, OR 97124**
**Date(s) debt was incurred** 12/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1302
**Nonpriority creditor's name and mailing address**
**Jen Bielefeld**
**1027 Robinson Rd**
**Hamilton, OH 45013**
**Date(s) debt was incurred** 12/30/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1303
**Nonpriority creditor's name and mailing address**
**Jenalyn Greenwood**
**784 SE Muir Ln**
**Dallas, OR 97338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1304
**Nonpriority creditor's name and mailing address**
**Jenelle Young**
**104 Arnica Drive**
**Watertown, MN 55388**
**Date(s) debt was incurred** 11/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1305
**Nonpriority creditor's name and mailing address**
**Jennifer Ayuyu**
**6846 N Powers St**
**Portland, OR 97203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1306
**Nonpriority creditor's name and mailing address**
**Jennifer Barbour**
**1219 NW Washington Blvd**
**Grants Pass, OR 97526**
**Date(s) debt was incurred** 12/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1307
**Nonpriority creditor's name and mailing address**
**Jennifer Bay**
**1725 Spillman Rd**
**Morning View, KY 41063**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1308

**Nonpriority creditor's name and mailing address**
**Jennifer Boardman**
**613 Glenn Way**
**Central Point, OR 97502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1309

**Nonpriority creditor's name and mailing address**
**Jennifer Colegrove**
**2305 Coventry Cir**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1310

**Nonpriority creditor's name and mailing address**
**Jennifer Creson**
**19725 SW Aspen Ridge Dr**
**Bend, OR 97702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1311

**Nonpriority creditor's name and mailing address**
**Jennifer Dawkins**
**1750 SE Mulberry Ave**
**Portland, OR 97214**
**Date(s) debt was incurred** 11/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1312

**Nonpriority creditor's name and mailing address**
**Jennifer Hawkins**
**8332 Marye Rd**
**Partlow, VA 22534**
**Date(s) debt was incurred** 10/28/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1313

**Nonpriority creditor's name and mailing address**
**Jennifer Lowe**
**401 W Curtiss St**
**Bozeman, MT 59715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.1314

**Nonpriority creditor's name and mailing address**
**Jennifer Merkt**
**23804 Sneaky Ridge Ln**
**Lawrenceburg, IN 47025**
**Date(s) debt was incurred** 3/18/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1315
Nonpriority creditor's name and mailing address
**Jennifer Minton**
**1730 SE Virginia Rd**
**Bend, OR 97702**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1316
Nonpriority creditor's name and mailing address
**Jennifer Myer**
**297 Carter Ln**
**Louisa, VA 23093**
Date(s) debt was incurred 12/13/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1317
Nonpriority creditor's name and mailing address
**Jennifer Nelson**
**3320 145th St W**
**Rosemount, MN 55068**
Date(s) debt was incurred 10/10/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1318
Nonpriority creditor's name and mailing address
**Jennifer O'Reilly**
**1980 SW 55th St**
**Redmond, OR 97756**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1319
Nonpriority creditor's name and mailing address
**Jennifer Pierson**
**1205 Angel Ave SW**
**Watertown, MN 55388**
Date(s) debt was incurred 9/5/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1320
Nonpriority creditor's name and mailing address
**Jennifer Short**
**12965 Catalpa St**
**Dillsboro, IN 47018**
Date(s) debt was incurred 8/5/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1321
Nonpriority creditor's name and mailing address
**Jennifer Weimer**
**8302 E Calexico St**
**Tucson, AZ 85730**
Date(s) debt was incurred 1/15/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1322

**Nonpriority creditor's name and mailing address**
**Jenny Skinner**
**5732 SE Garnet Way**
**Milwaukie, OR 97267**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1323

**Nonpriority creditor's name and mailing address**
**Jenny Tovar**
**5415 Catalina St SE**
**Salem, OR 97306**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1324

**Nonpriority creditor's name and mailing address**
**Jeramiah Walston**
**9825 N Hogan Rd**
**Aurora, IN 47001**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1325

**Nonpriority creditor's name and mailing address**
**Jered Newcomb**
**5607 N Regal St**
**Spokane, WA 99208**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1326

**Nonpriority creditor's name and mailing address**
**Jeremiah Linkert**
**20626 Camden Path**
**Farmington, MN 55024**

**Date(s) debt was incurred** 9/10/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1327

**Nonpriority creditor's name and mailing address**
**Jeremiah Powers**
**65289 Old Oregon Trail Rd**
**Meacham, OR 97859**

**Date(s) debt was incurred** 2/26/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1328

**Nonpriority creditor's name and mailing address**
**Jeremy Black**
**305 NW Reed Ln**
**Dallas, OR 97338**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1329

**Nonpriority creditor's name and mailing address**
**Jeremy Gellerman**
**104 Wickfield Dr**
**Mankato, MN 56001**
**Date(s) debt was incurred** 6/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1330

**Nonpriority creditor's name and mailing address**
**Jeremy Janov**
**1810 S Burning Tree Ave**
**Tucson, AZ 85710**
**Date(s) debt was incurred** 12/21/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1331

**Nonpriority creditor's name and mailing address**
**Jeremy Pyle**
**2842 NE 50th Ave**
**Portland, OR 97213**
**Date(s) debt was incurred** 6/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1332

**Nonpriority creditor's name and mailing address**
**Jeremy Robbins**
**1806 Oconnor Rd**
**Mt Vernon, IA 52314**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1333

**Nonpriority creditor's name and mailing address**
**Jeremy Shrodes**
**1305 N 7th St**
**Martins Ferry, OH 43935**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1334

**Nonpriority creditor's name and mailing address**
**Jeremy Tufts**
**60862 Garrison Dr**
**Bend, OR 97702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1335

**Nonpriority creditor's name and mailing address**
**Jermiah Floyd**
**9809 N Midway Ave**
**Portland, OR 97203**
**Date(s) debt was incurred** 9/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1336

**Nonpriority creditor's name and mailing address**
**Jerod Burns**
**1630 Old 6 Rd**
**Brooklyn, IA 52211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1337

**Nonpriority creditor's name and mailing address**
**Jerome Mannenbach**
**7417 Everwood St NE**
**Keizer, OR 97303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1338

**Nonpriority creditor's name and mailing address**
**Jerry Bingham JR**
**407 Merlee Cir**
**Eagle Point, OR 97524**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1339

**Nonpriority creditor's name and mailing address**
**Jerry Combs**
**6713 Weston Ct**
**Hamilton, OH 45011**
**Date(s) debt was incurred** 11/25/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1340

**Nonpriority creditor's name and mailing address**
**Jerry Groom**
**4098 N Deer Lake Rd**
**Loon Lake, WA 99148**
**Date(s) debt was incurred** 10/4/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1341

**Nonpriority creditor's name and mailing address**
**Jerry Holmes**
**25826 Mt Pleasant Rd**
**Lawrenceburg, IN 47025**
**Date(s) debt was incurred** 11/29/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1342

**Nonpriority creditor's name and mailing address**
**Jerry Woods**
**8976 Stratford Ct**
**Minneapolis, MN 55443**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

**3.1343** **Nonpriority creditor's name and mailing address**
**Jerry Woods**
**8976 Stratford Ct**
**Minneapolis, MN 55443**
**Date(s) debt was incurred** 11/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1344** **Nonpriority creditor's name and mailing address**
**Jesse and April Watt**
**4292 Glenhaven Rd**
**Cincinnati, OH 45238**
**Date(s) debt was incurred** 4/1/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1345** **Nonpriority creditor's name and mailing address**
**Jesse Backman**
**6525 Wood St**
**Bay City, OR 97107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1346** **Nonpriority creditor's name and mailing address**
**Jesse Dao**
**4236 SW Binford Ave**
**Gresham, OR 97080**
**Date(s) debt was incurred** 12/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1347** **Nonpriority creditor's name and mailing address**
**Jesse Erickson**
**504 12th St**
**Farmington, MN 55024**
**Date(s) debt was incurred** 8/27/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1348** **Nonpriority creditor's name and mailing address**
**Jesse Fisher**
**5018 143rd Ct**
**N Hugo, MN 55038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1349** **Nonpriority creditor's name and mailing address**
**Jesse Fisher**
**5018 143rd Ct N**
**Hugo, MN 55038**
**Date(s) debt was incurred** 11/4/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1350

**Nonpriority creditor's name and mailing address**
**Jesse Hart**
**88044 Natalie Lane**
**Veneta, OR 97487**

**Date(s) debt was incurred** 10/29/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1351

**Nonpriority creditor's name and mailing address**
**Jesse Potter**
**4416 Parley Dr**
**Pasco, WA 99301**

**Date(s) debt was incurred** 9/11/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1352

**Nonpriority creditor's name and mailing address**
**Jesse Taylor**
**325 Wagner St**
**Elko New Market, MN 55054**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1353

**Nonpriority creditor's name and mailing address**
**Jesse Taylor**
**325 Wagner St**
**Elko New Market, MN 55054**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1354

**Nonpriority creditor's name and mailing address**
**Jessica & Jose Hernandez**
**334 W Holladay St**
**Tucson, AZ 85706**

**Date(s) debt was incurred** 8/9/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1355

**Nonpriority creditor's name and mailing address**
**Jessica Barnes**
**1058 SW Arrowhead Pl**
**Dundee, OR 97115**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1356

**Nonpriority creditor's name and mailing address**
**Jessica Berryhill**
**3416 Edith Ave**
**Enumclaw, WA 98022**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Paid for but not provided

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.1357
Nonpriority creditor's name and mailing address
**Jessica Brooks**
**3321 10th Ave SW**
**Altoona, IA 50009**
Date(s) debt was incurred 10/14/2025
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1358
Nonpriority creditor's name and mailing address
**Jessica Cornist**
**9617 Friar Tuck Dr**
**W Chester, OH 45069**
Date(s) debt was incurred 12/9/2019
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1359
Nonpriority creditor's name and mailing address
**Jessica Earley**
**1035 N Rosa Parks Way**
**Portland, OR 97217**
Date(s) debt was incurred 12/10/2025
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1360
Nonpriority creditor's name and mailing address
**Jessica Harris**
**6620 SE 63rd Ave**
**Portland, OR 97206**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1361
Nonpriority creditor's name and mailing address
**Jessica Hernandez**
**3844 E Sun View Ct**
**Tucson, AZ 85706**
Date(s) debt was incurred 12/23/2019
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1362
Nonpriority creditor's name and mailing address
**Jessica isela nevarez**
**419 W Pennsylvania Dr**
**Tucson, AZ 85714**
Date(s) debt was incurred 1/20/2020
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1363
Nonpriority creditor's name and mailing address
**Jessica Lebold Kouka**
**4678 Shawnee Ln SE**
**Salem, OR 97317**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1364

**Nonpriority creditor's name and mailing address**
**Jessica Nishizaki**
**2687 Unbridled Way**
**Morrow, OH 45152**
**Date(s) debt was incurred** 10/3/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1365

**Nonpriority creditor's name and mailing address**
**Jessica Palmer Piteo Goiburn**
**2305 SE 98th Ave**
**Portland, OR 97216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1366

**Nonpriority creditor's name and mailing address**
**Jessica Rojas**
**7979 SE Flavel St**
**Portland, OR 97206**
**Date(s) debt was incurred** 9/2/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1367

**Nonpriority creditor's name and mailing address**
**Jessica Turner**
**1815 Willamette Ave NE**
**Albany, OR 97321**
**Date(s) debt was incurred** 11/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1368

**Nonpriority creditor's name and mailing address**
**Jesus F. & Lorena L. Carrillo Jr**
**11480 W Bannerstone St**
**Marana, AZ 85658**
**Date(s) debt was incurred** 8/20/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1369

**Nonpriority creditor's name and mailing address**
**Jesus Gonzalez Zamora**
**202 4th St**
**Lyle, WA 98635**
**Date(s) debt was incurred** 5/5/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1370

**Nonpriority creditor's name and mailing address**
**Jesus Lopez Arce**
**360 17th St SE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1371** Nonpriority creditor's name and mailing address
**Jesus Segura**
**1803 S 76th Ave**
**Yakima, WA 98908**
Date(s) debt was incurred 6/3/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.1372** Nonpriority creditor's name and mailing address
**Jevena Word**
**47565 SW Ihrig Rd**
**Forest Grove, OR 97116**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.1373** Nonpriority creditor's name and mailing address
**Jill Lombardi**
**1841 Massachusetts Ave**
**Butte, MT 59701**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.1374** Nonpriority creditor's name and mailing address
**Jill Looijenga**
**38495 Maple St**
**Sandy, OR 97055**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.1375** Nonpriority creditor's name and mailing address
**Jill Madsen**
**3659 New Hope Rd**
**Grants Pass, OR 97527**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.1376** Nonpriority creditor's name and mailing address
**Jill Maple**
**4239 Frankfort-Ford Rd**
**Wilmore, KY 40390**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.1377** Nonpriority creditor's name and mailing address
**Jillian Finkbeiner**
**7611 Bonilla Dr**
**Pasco, WA 99301**
Date(s) debt was incurred 3/15/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.1378** **Nonpriority creditor's name and mailing address**
**Jim and Laura Knapp**
**2s061 Continental Dr**
**Warrenville, IL 60555**
**Date(s) debt was incurred** 12/30/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1379** **Nonpriority creditor's name and mailing address**
**Jim Brooks**
**4115 Sahara Dr**
**Pasco, WA 99301**
**Date(s) debt was incurred** 10/21/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1380** **Nonpriority creditor's name and mailing address**
**Jim Byers**
**8620 Cedar Hill Rd**
**Waynesville, OH 45068**
**Date(s) debt was incurred** 3/18/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1381** **Nonpriority creditor's name and mailing address**
**Jim Cain**
**1n713 Evergreen Ave**
**Glen Ellyn, IL 60137**
**Date(s) debt was incurred** 1/20/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1382** **Nonpriority creditor's name and mailing address**
**Jim Class**
**6232 E Eli Dr**
**Tucson, AZ 85711**
**Date(s) debt was incurred** 12/19/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1383** **Nonpriority creditor's name and mailing address**
**Jim Fieguth**
**850 Garden Way**
**Ashland, OR 97520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1384** **Nonpriority creditor's name and mailing address**
**Jim Jackson**
**1051 NW Jackson St**
**Hillsboro, OR 97124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.138 5
**Nonpriority creditor's name and mailing address**
**Jim Mccarty**
**53236 E Marmot Rd**
**Sandy, OR 97055**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.138 6
**Nonpriority creditor's name and mailing address**
**Jim Parks**
**3379 Livingston St NE**
**Salem, OR 97301**
**Date(s) debt was incurred** 6/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.138 7
**Nonpriority creditor's name and mailing address**
**Jim Schnoebelen**
**159 Wesley Dr NW**
**Cedar Rapids, IA 52405**
**Date(s) debt was incurred** 11/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.138 8
**Nonpriority creditor's name and mailing address**
**Jim Schultz**
**106 NE 60th St**
**Seattle, WA 98115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.138 9
**Nonpriority creditor's name and mailing address**
**Jim Wakeman**
**3561 S Double Echo Rd**
**Tucson, AZ 85735**
**Date(s) debt was incurred** 12/13/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.139 0
**Nonpriority creditor's name and mailing address**
**Jimmie Beem**
**301 N Davies Rd**
**Lk Stevens, WA 98258**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.139 1
**Nonpriority creditor's name and mailing address**
**Jimmie Miles**
**9430 Wood Creek Cir**
**Fredericksburg, VA 22407**
**Date(s) debt was incurred** 8/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.139 2

**Nonpriority creditor's name and mailing address**
**Jimmy Bivens**
**1391 Caprio Lp**
**Walla Walla, WA 99362**
**Date(s) debt was incurred** 11/18/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.139 3

**Nonpriority creditor's name and mailing address**
**Jo Ann Flores**
**801 Irvin Street**
**Bakersfield, CA 93304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.139 4

**Nonpriority creditor's name and mailing address**
**Jo Anne M Zapata**
**672 Vuelta Buril**
**Sahuarita, AZ 85629**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.139 5

**Nonpriority creditor's name and mailing address**
**Joan Fegles**
**19823 SW Aten Rd**
**Beaverton, OR 97007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.139 6

**Nonpriority creditor's name and mailing address**
**Joan Krieger**
**4010 SE Drake St**
**Milwaukie, OR 97222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.139 7

**Nonpriority creditor's name and mailing address**
**Joan Lynch**
**2940 W Mexico St**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 1/23/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.139 8

**Nonpriority creditor's name and mailing address**
**Joan Mccarter**
**2809 SE 71st Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1399
**Nonpriority creditor's name and mailing address**
**Joan Rivenbark**
**6601 SE 87th Ave**
**Portland, OR 97266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1400
**Nonpriority creditor's name and mailing address**
**Joanne Nelson**
**115 Newtown Street**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1401
**Nonpriority creditor's name and mailing address**
**Joe Acevedo-Mora**
**3857 N Vines End Pl**
**Tucson, AZ 85719**
**Date(s) debt was incurred** 12/4/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1402
**Nonpriority creditor's name and mailing address**
**Joe Emerson**
**1701 Elmwood Ave**
**W Richland, WA 99353**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1403
**Nonpriority creditor's name and mailing address**
**Joe Fizor**
**731 Heartland Dr**
**S Elgin, IL 60177**
**Date(s) debt was incurred** 11/25/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1404
**Nonpriority creditor's name and mailing address**
**Joe George**
**4268 Laceback Ln**
**Naperville, IL 60564**
**Date(s) debt was incurred** 7/19/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1405
**Nonpriority creditor's name and mailing address**
**Joe Geringer**
**2947 N 76th Ct**
**Elmwood Park, IL 60707**
**Date(s) debt was incurred** 11/2/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1406
**Nonpriority creditor's name and mailing address**
**Joe Gonski**
**2039 Richton Dr**
**Wheaton, IL 60189**
**Date(s) debt was incurred** 11/13/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1407
**Nonpriority creditor's name and mailing address**
**Joe Hudson**
**5 Century Ct**
**Helena, MT 59601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.1408
**Nonpriority creditor's name and mailing address**
**Joe Longo**
**13586 Williams Hwy**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1409
**Nonpriority creditor's name and mailing address**
**Joe Meyers**
**10225 SE Raymond St**
**Portland, OR 97266**
**Date(s) debt was incurred** 12/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1410
**Nonpriority creditor's name and mailing address**
**Joe Tenney Test**
**3638 SE Atherton Ave**
**Pasco, WA 98629**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1411
**Nonpriority creditor's name and mailing address**
**Joel Neely**
**841 Roaring Brook Ln**
**Algonquin, IL 60102**
**Date(s) debt was incurred** 10/25/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1412
**Nonpriority creditor's name and mailing address**
**Joel Sievers**
**2029 Meadow St**
**Cologne, MN 55322**
**Date(s) debt was incurred** 7/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1413
**Nonpriority creditor's name and mailing address**
**John Alton**
**8028 144th Dr SE**
**Snohomish, WA 98290**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

3.1414
**Nonpriority creditor's name and mailing address**
**John Ayres**
**20853 Daniel Duke Way**
**Bend, OR 97701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1415
**Nonpriority creditor's name and mailing address**
**John Bates**
**11162 Ashlee Brook Dr**
**Bealeton, VA 22712**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1416
**Nonpriority creditor's name and mailing address**
**John Betz**
**2154 Alan Dale Ln**
**Yorkville, IL 60560**
**Date(s) debt was incurred** 12/20/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1417
**Nonpriority creditor's name and mailing address**
**John Bleth**
**504 SE 5th St**
**College Place, WA 99324**
**Date(s) debt was incurred** 2/13/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1418
**Nonpriority creditor's name and mailing address**
**John Bonnett**
**36743 Bourbon Ridge Ln**
**Lebanon, OR 97355**
**Date(s) debt was incurred** 4/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1419
**Nonpriority creditor's name and mailing address**
**John Bright**
**8066 Tieton Pl NW**
**Silverdale, WA 98383**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.142 0

**Nonpriority creditor's name and mailing address**
**John Carey**
**21299 SW Martinazzi Ave**
**Tualatin, OR 97062**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.142 1

**Nonpriority creditor's name and mailing address**
**John Caudill**
**2860 N Outlook Rd**
**Outlook, WA 98938**

**Date(s) debt was incurred** 10/18/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.142 2

**Nonpriority creditor's name and mailing address**
**John Chapman**
**79374 Ray Brown Road**
**Arch Cape, OR 97102**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.142 3

**Nonpriority creditor's name and mailing address**
**John Cobb**
**110 Oxford Run**
**Poquoson, VA 23662**

**Date(s) debt was incurred** 10/1/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.142 4

**Nonpriority creditor's name and mailing address**
**John Coppock**
**9172 Arctic Fox Way**
**Bealeton, VA 22712**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.142 5

**Nonpriority creditor's name and mailing address**
**John Elliott**
**2211 SE Melrose Dr**
**Prineville, OR 97754**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.142 6

**Nonpriority creditor's name and mailing address**
**John Evans**
**356 NW Ivy Ave**
**Dallas, OR 97338**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1427

**Nonpriority creditor's name and mailing address**
**John Francis Malek II**
**20342 131st Street Place SE**
**Kent, WA 98031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1428

**Nonpriority creditor's name and mailing address**
**John Furth**
**21707 29th St E**
**Lake Tapps, WA 98391**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Services Paid for but not provided**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1429

**Nonpriority creditor's name and mailing address**
**John Furth**
**21707 29th St E**
**Lake Tapps, WA 98391**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1430

**Nonpriority creditor's name and mailing address**
**John Graman**
**123 Pleasant Ridge**
**Ft Mitchell, KY 41017**
**Date(s) debt was incurred** **6/18/2019**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1431

**Nonpriority creditor's name and mailing address**
**John Holic**
**15517 129th Ave NE**
**Woodinville, WA 98072**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1432

**Nonpriority creditor's name and mailing address**
**John Juarez**
**3708 Bluejay Ln**
**Naperville, IL 60564**
**Date(s) debt was incurred** **1/14/2020**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1433

**Nonpriority creditor's name and mailing address**
**John Keightley**
**3896 SE Buckingham Dr**
**Port Orchard, WA 98366**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

3.1434

**Nonpriority creditor's name and mailing address**
**John Knox**
**5095 SW Fern Hill Rd**
**Forest Grove, OR 97116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.1435

**Nonpriority creditor's name and mailing address**
**John Kooistra**
**4912 Textrum St SE**
**Salem, OR 97302**
**Date(s) debt was incurred** **12/4/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.1436

**Nonpriority creditor's name and mailing address**
**John Krieg**
**22835 SE Filbert Road**
**Eagle Creek, OR 97022**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.1437

**Nonpriority creditor's name and mailing address**
**John Kuronen**
**5869 Red Pine Blvd**
**St Paul, MN 55110**
**Date(s) debt was incurred** **9/13/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.1438

**Nonpriority creditor's name and mailing address**
**John Kushma**
**14400 Jacksol Dr**
**San Jose, CA 95124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.1439

**Nonpriority creditor's name and mailing address**
**John Lamendola**
**4906 Parley Ct**
**Pasco, WA 99301**
**Date(s) debt was incurred** **8/12/2019**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.1440

**Nonpriority creditor's name and mailing address**
**John Lyons**
**3108 Celeron Ave**
**Cincinnati, OH 45209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

3.144 1

**Nonpriority creditor's name and mailing address**
**John Lyons**
**3108 Celeron Ave**
**Cincinnati, OH 45209**

**Date(s) debt was incurred** 9/5/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.144 2

**Nonpriority creditor's name and mailing address**
**John Milligan**
**3118 W Government Way**
**Seattle, WA 98199**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Paid for but not provided

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

3.144 3

**Nonpriority creditor's name and mailing address**
**John Milligan**
**3118 W Government Way**
**Seattle, WA 98199**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.144 4

**Nonpriority creditor's name and mailing address**
**John Molesworth**
**7675 NW 93rd St**
**Terrebonne, OR 97760**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.144 5

**Nonpriority creditor's name and mailing address**
**John Moynihan**
**465 Ashton Ct**
**Schaumburg, IL 60193**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.144 6

**Nonpriority creditor's name and mailing address**
**John Murphy**
**3468 Keever Pass**
**Lebanon, OH 45036**

**Date(s) debt was incurred** 4/23/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.144 7

**Nonpriority creditor's name and mailing address**
**John Nugent**
**3568 Vista Avenue**
**Cincinnati, OH 45208**

**Date(s) debt was incurred** 8/12/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1448

**Nonpriority creditor's name and mailing address**
**John or Jane Doe**
**33654 Park Dr**
**Valley, WA 99181**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1449

**Nonpriority creditor's name and mailing address**
**John or Jane Doe**
**1940 Lehigh Avenue**
**Cincinnati, OH 45230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1450

**Nonpriority creditor's name and mailing address**
**John or Jane Doe**
**3084 Village Circle**
**White City, OR 97503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1451

**Nonpriority creditor's name and mailing address**
**John or Jane Doe**
**1717 SE 151st Ave**
**Portland, OR 97233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1452

**Nonpriority creditor's name and mailing address**
**John Parzych**
**7215 S Via Tierra Mesa**
**Tucson, AZ 85756**
**Date(s) debt was incurred** **11/11/2019**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1453

**Nonpriority creditor's name and mailing address**
**John Phipps**
**3437 SE Grant St**
**Portland, OR 97214**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1454

**Nonpriority creditor's name and mailing address**
**John Rasmussen**
**1396 Peony Ln**
**Boone, IA 50036**
**Date(s) debt was incurred** **8/12/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1455

Nonpriority creditor's name and mailing address
**John Razim**
**10002 Razim Rd**
**Roscoe, IL 61073**
Date(s) debt was incurred 4/6/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1456

Nonpriority creditor's name and mailing address
**John Read**
**5145 87th Ave NE**
**Marysville, WA 98270**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1457

Nonpriority creditor's name and mailing address
**John Read**
**5145 87th Ave NE**
**Marysville, WA 98270**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1458

Nonpriority creditor's name and mailing address
**John Regan**
**5351 Decker Dr**
**Kirkland, IL 60146**
Date(s) debt was incurred 6/18/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1459

Nonpriority creditor's name and mailing address
**John Reiselman**
**782 Louise Ave**
**Fairfield, OH 45014**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1460

Nonpriority creditor's name and mailing address
**John Selchert**
**5926 47th St NE**
**Marysville, WA 98270**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1461

Nonpriority creditor's name and mailing address
**John Stella**
**7260 Rosemount Cir**
**Tacoma, WA 98465**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.146 2

**Nonpriority creditor's name and mailing address**
**John Stella**
**7260 Rosemount Cir**
**Tacoma, WA 98465**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.146 3

**Nonpriority creditor's name and mailing address**
**John Sutton**
**14231 Alma Cir**
**Rosemount, MN 55068**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.146 4

**Nonpriority creditor's name and mailing address**
**John Tromans**
**2436 Sir Douglas Dr**
**Hamilton, OH 45013**
**Date(s) debt was incurred** 4/2/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.146 5

**Nonpriority creditor's name and mailing address**
**John Vance**
**1575 Basswood Ct**
**Florence, KY 41042**
**Date(s) debt was incurred** 10/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.146 6

**Nonpriority creditor's name and mailing address**
**John Vernon**
**1357 183rd Ave NE**
**Bellevue, WA 98008**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.146 7

**Nonpriority creditor's name and mailing address**
**John Williams III**
**6252 Argosy Pl**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 7/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.146 8

**Nonpriority creditor's name and mailing address**
**John Wood**
**265 Stella St NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1469
**Nonpriority creditor's name and mailing address**
**Johnathan Smith**
**427 Honeyberry Ln**
**Falmouth, VA 22405**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1470
**Nonpriority creditor's name and mailing address**
**Johnathan Terry**
**9064 Sequoia Ct**
**W Chester, OH 45069**
**Date(s) debt was incurred** 4/10/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1471
**Nonpriority creditor's name and mailing address**
**Johnnie and V Waunette Ouzts**
**3570 Entrada Del Sol**
**Tucson, AZ 85718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1472
**Nonpriority creditor's name and mailing address**
**Johnny Shattuck**
**3385 Williams Ave NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1473
**Nonpriority creditor's name and mailing address**
**Jon Clemons**
**2001 Wallace Ave**
**Marshalltown, IA 50158**
**Date(s) debt was incurred** 10/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1474
**Nonpriority creditor's name and mailing address**
**Jon Dcamp**
**19619 Calgary Trail**
**Farmington, MN 55024**
**Date(s) debt was incurred** 6/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1475
**Nonpriority creditor's name and mailing address**
**Jon Holzberger**
**3264 Brighton Place Dr**
**Lexington, KY 40509**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1476**
**Nonpriority creditor's name and mailing address**
**Jon Johannes**
**1829 Rising Sun Arch**
**Virginia Beach, VA 23454**
**Date(s) debt was incurred** 10/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1477**
**Nonpriority creditor's name and mailing address**
**Jonah O neill**
**2981 12th St NW**
**New Brighton, MN 55112**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1478**
**Nonpriority creditor's name and mailing address**
**Jonathan Gray Jr**
**123 Holmes St**
**Stafford, VA 22554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1479**
**Nonpriority creditor's name and mailing address**
**Jonathan Hansen**
**13029 Oakwood Dr**
**Rogers, MN 55374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.1480**
**Nonpriority creditor's name and mailing address**
**Jonathan Hansen**
**13029 Oakwood Dr**
**Rogers, MN 55374**
**Date(s) debt was incurred** 11/13/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1481**
**Nonpriority creditor's name and mailing address**
**Jonathan Lafayette**
**261 Boundary Rd**
**Kalama, WA 98625**
**Date(s) debt was incurred** 4/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1482**
**Nonpriority creditor's name and mailing address**
**Jonathan Landis**
**1235 NW Elliot Ct**
**Bend, OR 97703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1483

**Nonpriority creditor's name and mailing address**
**Jonathan Tiegreen**
**1724 SE 54th Ave**
**Portland, OR 97215**
**Date(s) debt was incurred** 11/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1484

**Nonpriority creditor's name and mailing address**
**Jordan Agah**
**1572 Doran Ter**
**Richburg, SC 29729**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1485

**Nonpriority creditor's name and mailing address**
**Jordan Bayles**
**6006 SE Center St**
**Portland, OR 97206**
**Date(s) debt was incurred** 9/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1486

**Nonpriority creditor's name and mailing address**
**Jordy Serrano**
**606 1/2 N 6th Ave**
**Yakima, WA 98902**
**Date(s) debt was incurred** 9/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1487

**Nonpriority creditor's name and mailing address**
**Jorge Garcia & Ivan Gonzalez**
**1109 Jackson St**
**Aurora, IL 60505**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1488

**Nonpriority creditor's name and mailing address**
**Jorge Prado**
**4830 SE 85th Ave**
**Portland, OR 97266**
**Date(s) debt was incurred** 11/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1489

**Nonpriority creditor's name and mailing address**
**Jose & Martha Rascon**
**901 W Calle Colado**
**Tucson, AZ 85756**
**Date(s) debt was incurred** 10/31/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1490 **Nonpriority creditor's name and mailing address**
**Jose Alberto Hernandez**
**742 Surrey Dr**
**Streamwood, IL 60107**
**Date(s) debt was incurred** 5/24/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1491 **Nonpriority creditor's name and mailing address**
**Jose Aquino**
**22209 Mccarthy Drive**
**Tehachapi, CA 93561**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1492 **Nonpriority creditor's name and mailing address**
**Jose B Hernandez**
**8236 Carlisle Dr**
**Hanover Park, IL 60133**
**Date(s) debt was incurred** 11/26/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1493 **Nonpriority creditor's name and mailing address**
**Jose Bueno Espinosa**
**10625 SE 75th Ave**
**Portland, OR 97222**
**Date(s) debt was incurred** 12/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1494 **Nonpriority creditor's name and mailing address**
**Jose Contreras**
**5104 W Wernett Rd**
**Pasco, WA 99301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1495 **Nonpriority creditor's name and mailing address**
**Jose Gonzalez**
**211 Fairway Dr**
**Louisa, VA 23093**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1496 **Nonpriority creditor's name and mailing address**
**Jose Rodriguez**
**4948 W Paseo Don Carlos**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 9/26/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.1497** Nonpriority creditor's name and mailing address
**Jose Romero**
**2969 W Mountain Dew St**
**Tucson, AZ 85746**
Date(s) debt was incurred 10/16/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1498** Nonpriority creditor's name and mailing address
**Jose Ruiz**
**2730 E 14th St**
**Douglas, AZ 85607**
Date(s) debt was incurred 3/27/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1499** Nonpriority creditor's name and mailing address
**Jose Sanchez**
**2520 N Avenida Mena**
**Green Valley, AZ 85614**
Date(s) debt was incurred 12/18/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1500** Nonpriority creditor's name and mailing address
**Joseph & Patricia James**
**855 N Contzen Ave**
**Tucson, AZ 85705**
Date(s) debt was incurred 7/11/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1501** Nonpriority creditor's name and mailing address
**Joseph Carver**
**973 St Andrews Dr**
**Bozeman, MT 59715**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1502** Nonpriority creditor's name and mailing address
**Joseph Clift**
**81 Pleasant Ridge Ave**
**Ft Mitchell, KY 41017**
Date(s) debt was incurred 10/31/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1503** Nonpriority creditor's name and mailing address
**Joseph Curran**
**591 Eastgate Pkwy**
**Mahtomedi, MN 55115**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1504

**Nonpriority creditor's name and mailing address**
**Joseph Eckert**
**21605 NE 147th St**
**Brush Prairie, WA 98606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1505

**Nonpriority creditor's name and mailing address**
**Joseph Ferguson**
**1017 120th Ave E**
**Edgewood, WA 98372**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1506

**Nonpriority creditor's name and mailing address**
**Joseph Glick**
**1836 330th St**
**Madrid, IA 50156**
**Date(s) debt was incurred** 11/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1507

**Nonpriority creditor's name and mailing address**
**Joseph Hayes**
**4647 Duchess Ct NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1508

**Nonpriority creditor's name and mailing address**
**Joseph Johnson**
**2941 SE Lewellyn Ave**
**Troutdale, OR 97060**
**Date(s) debt was incurred** 10/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1509

**Nonpriority creditor's name and mailing address**
**Joseph Niederriter**
**6216 NE 17th Ave**
**Portland, OR 97211**
**Date(s) debt was incurred** 8/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1510

**Nonpriority creditor's name and mailing address**
**Joseph Paradis**
**2901 N Buckeye Ln**
**Goshen, KY 40026**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 231 of 493

**3.151 1**

**Nonpriority creditor's name and mailing address**
**Joseph Pocztowski**
**10045 Ashley Ct**
**Huntley, IL 60142**
**Date(s) debt was incurred** 10/2/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 2**

**Nonpriority creditor's name and mailing address**
**Joseph Rocklin**
**4841 Brooke Hill Ct**
**Liberty Twnshp, OH 45011**
**Date(s) debt was incurred** 7/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 3**

**Nonpriority creditor's name and mailing address**
**Joseph Shin**
**3386 Elder St NW**
**Salem, OR 97304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 4**

**Nonpriority creditor's name and mailing address**
**Joseph Smith-Isaac**
**14060 Auburn Ave**
**Rosemount, MN 55068**
**Date(s) debt was incurred** 9/12/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 5**

**Nonpriority creditor's name and mailing address**
**Joseph Sokalski-Gee**
**104 Joshua Ct**
**Mankato, MN 56001**
**Date(s) debt was incurred** 7/1/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 6**

**Nonpriority creditor's name and mailing address**
**Joseph Watts**
**20296 S May Rd**
**Oregon City, OR 97045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.151 7**

**Nonpriority creditor's name and mailing address**
**Josh Correia**
**2699 Zachary Taylor Hwy**
**Mineral, VA 23117**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1518

**Nonpriority creditor's name and mailing address**
**Josh DeWeese**
**2513 Magenta Rd**
**Bozeman, MT 59718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1519

**Nonpriority creditor's name and mailing address**
**Josh Hanson**
**3010 Lake Ridge Dr**
**Big Lake, MN 55309**
**Date(s) debt was incurred** 7/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1520

**Nonpriority creditor's name and mailing address**
**Joshua Bollinger**
**14873 Jennetten Way**
**Oregon City, OR 97045**
**Date(s) debt was incurred** 12/8/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1521

**Nonpriority creditor's name and mailing address**
**Joshua Breland**
**517 West Summa Street**
**Centralia, WA 98531**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1522

**Nonpriority creditor's name and mailing address**
**Joshua Carpenter**
**1008 Harrogate Dr**
**Bassemer City, NC 28016**
**Date(s) debt was incurred** 11/28/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1523

**Nonpriority creditor's name and mailing address**
**Joshua Daberkow**
**143 SW Clay St**
**Dallas, OR 97338**
**Date(s) debt was incurred** 8/13/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1524

**Nonpriority creditor's name and mailing address**
**Joshua Davis**
**5344 NE Emerson St**
**Portland, OR 97218**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1525

**Nonpriority creditor's name and mailing address**
**Joshua De Ruwe**
**36618 N Echo Rd**
**Deer Park, WA 99006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

3.1526

**Nonpriority creditor's name and mailing address**
**Joshua Fien**
**937 Sunmist Ct SE**
**Salem, OR 97306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

3.1527

**Nonpriority creditor's name and mailing address**
**Joshua Grems**
**205 Wickfield Dr**
**Mankato, MN 56001**
**Date(s) debt was incurred** 8/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

3.1528

**Nonpriority creditor's name and mailing address**
**Joshua Hamilton**
**880 Buttonwood Ter NE**
**Leesburg, VA 20176**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

3.1529

**Nonpriority creditor's name and mailing address**
**Joshua Lattin**
**412 N Railroad St**
**Philipsburg, MT 59858**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

3.1530

**Nonpriority creditor's name and mailing address**
**Joshua Phillips**
**5446 Bell St SE**
**Turner, OR 97392**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

3.1531

**Nonpriority creditor's name and mailing address**
**Joshua Rambert**
**9055 SW 157th Ave**
**Beaverton, OR 97007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

**3.1532** **Nonpriority creditor's name and mailing address**
**Joshua Smith**
**3715 SE Dora Ct**
**Troutdale, OR 97060**
**Date(s) debt was incurred** 11/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1533** **Nonpriority creditor's name and mailing address**
**Joshua Yoder**
**1000 14th Ave SW**
**Albany, OR 97321**
**Date(s) debt was incurred** 11/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1534** **Nonpriority creditor's name and mailing address**
**JOSUAH CALLUP**
**2811 Sovereign Dr**
**Cincinnati, OH 45251**
**Date(s) debt was incurred** 8/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1535** **Nonpriority creditor's name and mailing address**
**Joy Ritter**
**1023 Townsend Ave**
**Helena, MT 59601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1536** **Nonpriority creditor's name and mailing address**
**Joyce B Pingel Revocable Trust**
**1806 SE 88th St**
**Runnells, IA 50237**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1537** **Nonpriority creditor's name and mailing address**
**Joyce Bartkus**
**682 Jodee St**
**Myrtle Creek, OR 97457**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1538** **Nonpriority creditor's name and mailing address**
**Joyce Githaiga**
**6278 SE Premier Ct**
**Milwaukie, OR 97267**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1539 **Nonpriority creditor's name and mailing address**
**Joyce Padilla**
**17985 Falls City Rd**
**Dallas, OR 97338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1540 **Nonpriority creditor's name and mailing address**
**Joyce Smith**
**7707 Wilson Way**
**White City, OR 97503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1541 **Nonpriority creditor's name and mailing address**
**Juan Barajas**
**6420 Penrose Point Dr**
**Pasco, WA 99301**
**Date(s) debt was incurred** 7/16/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1542 **Nonpriority creditor's name and mailing address**
**Juan Borbely**
**3516 Shoal Way**
**Powell, OH 43065**
**Date(s) debt was incurred** 9/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1543 **Nonpriority creditor's name and mailing address**
**Juan Carlos Rivera**
**11250 Reid Lane**
**Nokesville, VA 20181**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1544 **Nonpriority creditor's name and mailing address**
**Juan Lopez Garduno**
**2725 Jones Ave NE**
**Renton, WA 98056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1545 **Nonpriority creditor's name and mailing address**
**Juan M Arriaga**
**6 Michele Ct**
**Bolingbrook, IL 60490**
**Date(s) debt was incurred** 4/20/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1546

Nonpriority creditor's name and mailing address
**Juan Martinez**
**845 S. Hummingbird Dr.**
**Othello, WA 99344**
Date(s) debt was incurred 7/18/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1547

Nonpriority creditor's name and mailing address
**Juan Mendoza Jimenez**
**1040 Lakewood Ct**
**Nya, MN 55397**
Date(s) debt was incurred 11/12/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1548

Nonpriority creditor's name and mailing address
**Juan Pico**
**60 Burgess Dr**
**Glendale Hght, IL 60139**
Date(s) debt was incurred 11/11/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1549

Nonpriority creditor's name and mailing address
**Juan Pulido**
**3372 Wellington Drive**
**Medford, OR 97504**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1550

Nonpriority creditor's name and mailing address
**Juan Quintero**
**616 N Arbutus Ave**
**Pasco, WA 99301**
Date(s) debt was incurred 3/7/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1551

Nonpriority creditor's name and mailing address
**Juan Ruales Lopez**
**210 Sunwood Park Dr**
**Waite Park, MN 56387**
Date(s) debt was incurred 6/24/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1552

Nonpriority creditor's name and mailing address
**Juan Sanchez**
**26210 S 2187 Pr SE**
**Kennewick, WA 99337**
Date(s) debt was incurred 3/26/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1553
**Nonpriority creditor's name and mailing address**
**Juanita Hess**
**1748 SE 46th Ave**
**Portland, OR 97215**
**Date(s) debt was incurred** 10/31/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1554
**Nonpriority creditor's name and mailing address**
**Juanito S Sanchez**
**2427 NE 148th Ave**
**Portland, OR 97230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1555
**Nonpriority creditor's name and mailing address**
**Juanito S Sanchez**
**2427 NE 148th Ave**
**Portland, OR 97230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1556
**Nonpriority creditor's name and mailing address**
**Judith Estes**
**2549 Mason Street**
**Seaside, OR 97138**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1557
**Nonpriority creditor's name and mailing address**
**Judy Coffman**
**8002 Englewood Crest Dr**
**Yakima, WA 98908**
**Date(s) debt was incurred** 4/9/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1558
**Nonpriority creditor's name and mailing address**
**Juelianna Freeauf**
**1320 Terrace Dr**
**Friday Harbor, WA 98250**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1559
**Nonpriority creditor's name and mailing address**
**Jules Moumi**
**9418 Deep Creek Lane**
**Fredericksburg, VA 22407**
**Date(s) debt was incurred** 10/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1560
**Nonpriority creditor's name and mailing address**
**Juli Waterman**
**3411 SE Naef Rd**
**Milwaukie, OR 97267**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1561
**Nonpriority creditor's name and mailing address**
**Julia Jackson Speck**
**13995 SW Mistletoe Dr**
**Tigard, OR 97223**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1562
**Nonpriority creditor's name and mailing address**
**Julia Pulsifer**
**2915 18th St SE**
**Auburn, WA 98092**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.1563
**Nonpriority creditor's name and mailing address**
**Julia Silverthorn**
**518 Aster Ln**
**Orange, VA 22960**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1564
**Nonpriority creditor's name and mailing address**
**Julian Garcia**
**1251 Virgo Ct**
**Rio Rico, AZ 85648**
**Date(s) debt was incurred** 11/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1565
**Nonpriority creditor's name and mailing address**
**Julie Humbert**
**10281 Old Banklick Rd**
**Walton, KY 41094**
**Date(s) debt was incurred** 6/10/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1566
**Nonpriority creditor's name and mailing address**
**Julie Lehnhardt**
**2988 SW Fountain Cir**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1567

**Nonpriority creditor's name and mailing address**
**Julie Smith**
**85 Breezywood Ln**
**Louisa, VA 23093**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1568

**Nonpriority creditor's name and mailing address**
**Juliet Maisel**
**10820 SE Center St**
**Portland, OR 97266**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1569

**Nonpriority creditor's name and mailing address**
**Juliet Maisel**
**10820 SE Center St**
**Portland, OR 97266**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1570

**Nonpriority creditor's name and mailing address**
**Justin Christiansen**
**3522 Gallant Fox Dr**
**Elgin, IL 60124**

**Date(s) debt was incurred** 2/22/2020

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1571

**Nonpriority creditor's name and mailing address**
**Justin Donegan**
**1435 Hythe St**
**St Paul, MN 55108**

**Date(s) debt was incurred** 12/1/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1572

**Nonpriority creditor's name and mailing address**
**Justin Grimes**
**11902 N Greene St**
**Mead, WA 99021**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1573

**Nonpriority creditor's name and mailing address**
**Justin Grimes**
**11902 N Greene St**
**Mead, WA 99021**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1574

**Nonpriority creditor's name and mailing address**
**Justin Hollin**
**148 Greenway Dr**
**Bloomingdale, IL 60108**
**Date(s) debt was incurred** 2/28/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1575

**Nonpriority creditor's name and mailing address**
**Justin McCoy**
**5263 Nopal Street**
**Florence, OR 97439**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1576

**Nonpriority creditor's name and mailing address**
**Justin McGill**
**2n138 Saddlewood Dr**
**Maple Park, IL 60151**
**Date(s) debt was incurred** 5/28/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1577

**Nonpriority creditor's name and mailing address**
**Justin Rodgers**
**3258 Sharon Ave**
**Anderson, CA 96007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1578

**Nonpriority creditor's name and mailing address**
**Justin Roman**
**3633 Wetlands Dr**
**Elgin, IL 60124**
**Date(s) debt was incurred** 12/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1579

**Nonpriority creditor's name and mailing address**
**Justin Ruzicka**
**10055 Park Place Dr**
**Monticello, MN 55362**
**Date(s) debt was incurred** 8/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1580

**Nonpriority creditor's name and mailing address**
**Justin Smith**
**538 Wendenburg Terr**
**Aylett, VA 23009**
**Date(s) debt was incurred** 11/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1581 **Nonpriority creditor's name and mailing address**
**Justin Thompson**
**13003 Lake Kathleen Rd SE**
**Renton, WA 98059**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1582 **Nonpriority creditor's name and mailing address**
**Justin Werber**
**4848 Parsley Ave NE**
**Salem, OR 97301**
**Date(s) debt was incurred** 10/13/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1583 **Nonpriority creditor's name and mailing address**
**Justin Ziegler**
**15301 E Cataldo Ave**
**Spokane Vly, WA 99037**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1584 **Nonpriority creditor's name and mailing address**
**K&R Locating**
**9879 SE Talbert St**
**Clackamas, OR 97015**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,820.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.1585 **Nonpriority creditor's name and mailing address**
**Kadon Foubert**
**2190 337th Street N**
**English, IA 52316**
**Date(s) debt was incurred** 11/12/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1586 **Nonpriority creditor's name and mailing address**
**Kaileb Koster**
**2143 300th Street**
**Toledo, IA 52342**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1587 **Nonpriority creditor's name and mailing address**
**Kaitlyn George**
**11207 Griffith Way**
**Fredericksburg, VA 22407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1588
Nonpriority creditor's name and mailing address
**Kal Patel**
**960 Millwood Dr**
**Bartlett, IL 60103**
Date(s) debt was incurred 12/3/2019
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1589
Nonpriority creditor's name and mailing address
**Kali Burgwald**
**15780 Cicerone Ct**
**Rosemount, MN 55068**
Date(s) debt was incurred 10/10/2025
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1590
Nonpriority creditor's name and mailing address
**Kamuela Buffington**
**9525 SE 43rd Ave**
**Milwaukie, OR 97222**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1591
Nonpriority creditor's name and mailing address
**Kannan Rajamanickan**
**12828 S Conifer St**
**Plainfield, IL 60585**
Date(s) debt was incurred 6/20/2019
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1592
Nonpriority creditor's name and mailing address
**Kara Taylor**
**6889 Green Isle Ln**
**Union, KY 41091**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1593
Nonpriority creditor's name and mailing address
**Karen Edwards**
**815 Crescent View Dr NE**
**Cedar Rapids, IA 52402**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1594
Nonpriority creditor's name and mailing address
**Karen Eggleston**
**121 Holmes Street**
**Stafford, VA 22554**
Date(s) debt was incurred 10/24/2025
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

**3.1595** Nonpriority creditor's name and mailing address
**Karen Haman**
**8023 Trophy Place Dr**
**Humble, TX 77346**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1596** Nonpriority creditor's name and mailing address
**Karen Normandin**
**50520 NW Clapshaw Hill Rd**
**Forest Grove, OR 97116**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1597** Nonpriority creditor's name and mailing address
**Karen Ramage**
**1403 S Washington St**
**Tacoma, WA 98405**
Date(s) debt was incurred 3/23/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1598** Nonpriority creditor's name and mailing address
**Karen Thayer**
**12017 Sheraton Hills Dr**
**Fredericksburg, VA 22407**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1599** Nonpriority creditor's name and mailing address
**Karen Uitting**
**4911 Santa Cruz Ln**
**Pasco, WA 99301**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1600** Nonpriority creditor's name and mailing address
**Kari Lammert**
**3313 Crescent View Ln**
**Cincinnati, OH 45248**
Date(s) debt was incurred 7/5/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1601** Nonpriority creditor's name and mailing address
**kari Schinkal**
**11427 18th St E**
**Edgewood, WA 98372**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.160 2
**Nonpriority creditor's name and mailing address**
**Karin & Stephen Page**
**1030 Seldom Seen Dr**
**Lot 44**
**Lawrenceburg, IN 47025**
**Date(s) debt was incurred** 2/6/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.160 3
**Nonpriority creditor's name and mailing address**
**Karin McKeone**
**4703 Inverness Court**
**Iowa City, IA 52245**
**Date(s) debt was incurred** 12/4/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.160 4
**Nonpriority creditor's name and mailing address**
**Karina Ruvalcaba**
**2950 Foothill Blvd**
**Grants Pass, OR 97526**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.160 5
**Nonpriority creditor's name and mailing address**
**Karl Mecklenburg**
**8409 Gamma Ct**
**Cincinnati, OH 45231**
**Date(s) debt was incurred** 2/14/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.160 6
**Nonpriority creditor's name and mailing address**
**Karl Richelderfel**
**5207 W 16th Ct**
**Kennewick, WA 99338**
**Date(s) debt was incurred** 10/10/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.160 7
**Nonpriority creditor's name and mailing address**
**Karl Wagner**
**6706 Devonshire Dr. NE**
**Cedar Rapids, IA 52402**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.160 8
**Nonpriority creditor's name and mailing address**
**Karla Moxley**
**7106 N Knowles Ave**
**Portland, OR 97217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1609
Nonpriority creditor's name and mailing address
**Karlene Tucker**
**8539 11th Ave S**
**Minneapolis, MN 55420**
Date(s) debt was incurred 10/3/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.1610
Nonpriority creditor's name and mailing address
**Kartheek Mundra**
**9584 Chatham Green Ct**
**Mechanicsville, VA 23116**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.1611
Nonpriority creditor's name and mailing address
**Kasia & Habib Bandzou**
**1149 Driftwood Ln**
**Bartlett, IL 60103**
Date(s) debt was incurred 10/28/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.1612
Nonpriority creditor's name and mailing address
**Kat Sorensen**
**1122 Village Green Dr**
**Ashland, OR 97520**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.1613
Nonpriority creditor's name and mailing address
**Katherine A Kaye**
**3726 Sw 108th St**
**Seattle, WA 98146**
Date(s) debt was incurred 4/2/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.1614
Nonpriority creditor's name and mailing address
**Katherine Carmine**
**305 Hogan Dr**
**Montrose, MN 55363**
Date(s) debt was incurred 9/19/2024
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.1615
Nonpriority creditor's name and mailing address
**Katherine Dreiling**
**2635 Cardinal Dr**
**Missoula, MT 59803**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.1616 **Nonpriority creditor's name and mailing address**
**Katherine Hyman**
**7024 15th Ave NE**
**Seattle, WA 98115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1617 **Nonpriority creditor's name and mailing address**
**Kathie Peterson**
**2337 SW Hall Ct**
**Redmond, OR 97756**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1618 **Nonpriority creditor's name and mailing address**
**Kathleen Collins**
**31005 W Kings Point Rd**
**Polson, MT 59860**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1619 **Nonpriority creditor's name and mailing address**
**Kathleen Penwarden**
**7855 SW Racquet Ct**
**Wilsonville, OR 97070**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1620 **Nonpriority creditor's name and mailing address**
**Kathleen Quinn**
**7364 E Calle De La Eternidad**
**Tucson, AZ 85715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1621 **Nonpriority creditor's name and mailing address**
**Kathryn Carson**
**200 Falcon Dr**
**Mankato, MN 56001**
**Date(s) debt was incurred** **11/10/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1622 **Nonpriority creditor's name and mailing address**
**Kathryn Knott Fitzsimmons**
**1685 Corina Dr SE**
**Salem, OR 97302**
**Date(s) debt was incurred** **12/10/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

---

3.1623 **Nonpriority creditor's name and mailing address**
**Kathryn Miller**
**15771 SE Buser Ln**
**Clackamas, OR 97015**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1624 **Nonpriority creditor's name and mailing address**
**Kathy Houck**
**415 Merlee Cir**
**Eagle Point, OR 97524**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1625 **Nonpriority creditor's name and mailing address**
**Kathy Houck**
**415 Merlee Cir**
**Eagle Point, OR 97524**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1626 **Nonpriority creditor's name and mailing address**
**Kathy Jensen**
**1516 Mississippi Ave**
**Davenport, IA 52803**
**Date(s) debt was incurred** 10/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1627 **Nonpriority creditor's name and mailing address**
**Kathy Lathram**
**10852 E Walking Stick Dr**
**Tucson, AZ 85748**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1628 **Nonpriority creditor's name and mailing address**
**Kathy Olson**
**335 W B St**
**Lebanon, OR 97355**
**Date(s) debt was incurred** 9/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1629 **Nonpriority creditor's name and mailing address**
**Kathy Tesch**
**49801 Kingwood Ave**
**Gates, OR 97346**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1630**

**Nonpriority creditor's name and mailing address**
**Kathy Travis**
**3906 1st St**
**Yakima, WA 98903**
**Date(s) debt was incurred** 2/26/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.1631**

**Nonpriority creditor's name and mailing address**
**Katie Buchanan**
**3112 Springbrook Rd**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.1632**

**Nonpriority creditor's name and mailing address**
**Katie Nguyen**
**4535 143rd Ave NE**
**Ham Lake, MN 55304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.1633**

**Nonpriority creditor's name and mailing address**
**Katie Willenbring**
**825 2nd Street N**
**Cold Spring, MN 56320**
**Date(s) debt was incurred** 7/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.1634**

**Nonpriority creditor's name and mailing address**
**Kattie McCord**
**854 Ky Hwy 1050**
**Jeffersonville, KY 40337**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.1635**

**Nonpriority creditor's name and mailing address**
**Kattya Perez (Sunflare Energy Inc)**
**175 Valley St, Apt 4098**
**Pasadena, CA 91105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

**3.1636**

**Nonpriority creditor's name and mailing address**
**Kay Pena**
**1851 Hollywood Ave**
**Hanover Park, IL 60133**
**Date(s) debt was incurred** 5/13/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1637 **Nonpriority creditor's name and mailing address**
**Kay Reid**
**101 Amarillo Dr**
**American Cyn, CA 94503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1638 **Nonpriority creditor's name and mailing address**
**KAYLA NEBELUNG**
**718 Harrison Dr**
**Big Lake, MN 55309**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1639 **Nonpriority creditor's name and mailing address**
**Kayla Rasson**
**3600 Avenue G**
**White City, OR 97503**
**Date(s) debt was incurred** 2/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1640 **Nonpriority creditor's name and mailing address**
**Keith Axline**
**4729 NE 25th Ave**
**Portland, OR 97211**
**Date(s) debt was incurred** 1/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1641 **Nonpriority creditor's name and mailing address**
**Keith Berry**
**917 Bancroft Way**
**Berkeley, CA 94710**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1642 **Nonpriority creditor's name and mailing address**
**Keith Hansen**
**7317 SE Martins St**
**Portland, OR 97206**
**Date(s) debt was incurred** 11/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1643 **Nonpriority creditor's name and mailing address**
**Keith Kilbourne**
**3903 SE 151st Ave**
**Portland, OR 97236**
**Date(s) debt was incurred** 6/14/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.164 4
**Nonpriority creditor's name and mailing address**
**Keith Koch**
**1061 Jefferson Ave**
**Atalissa, IA 52720**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.164 5
**Nonpriority creditor's name and mailing address**
**Keith Moenter**
**588 Cedar Lane**
**Batesville, IN 47006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.164 6
**Nonpriority creditor's name and mailing address**
**Keith Tolle**
**33306 SW Jenny Ln**
**Scappoose, OR 97056**
**Date(s) debt was incurred** 8/26/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.164 7
**Nonpriority creditor's name and mailing address**
**Kelley Create (Account Services)**
**22710 72nd Ave S**
**Kent, WA 98032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$7,533.84**

3.164 8
**Nonpriority creditor's name and mailing address**
**Kelley Fielder**
**7105 SE Fir Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** 9/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.164 9
**Nonpriority creditor's name and mailing address**
**Kelli Malone**
**1233 NW Council Dr**
**Gresham, OR 97030**
**Date(s) debt was incurred** 10/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.165 0
**Nonpriority creditor's name and mailing address**
**Kelly Marsolek**
**19342 Century Ct**
**Farmington, MN 55024**
**Date(s) debt was incurred** 9/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1651

**Nonpriority creditor's name and mailing address**
**Kelly Monk**
**170 Maywood Way**
**Ashland, OR 97520**
**Date(s) debt was incurred** 12/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1652

**Nonpriority creditor's name and mailing address**
**Kelly Romohr & Tricia SingerRomohr**
**1273 Mayfair Dr**
**Wilmington, OH 45177**
**Date(s) debt was incurred** 8/28/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1653

**Nonpriority creditor's name and mailing address**
**Kelly Spacek**
**8414 54th Court SE**
**Lacey, WA 98513**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1654

**Nonpriority creditor's name and mailing address**
**Kelly Stevens**
**36323 144th St SE**
**Sultan, WA 98294**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1655

**Nonpriority creditor's name and mailing address**
**Kelly Stevens**
**36323 144th St SE**
**Sultan, WA 98294**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1656

**Nonpriority creditor's name and mailing address**
**Kelly Vaskelis**
**29005 239th Ave SE**
**Maple Valley, WA 98010**
**Date(s) debt was incurred** 10/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1657

**Nonpriority creditor's name and mailing address**
**Kelsey Besser**
**8170 Ridge Road**
**Victoria, MN 55386**
**Date(s) debt was incurred** 8/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1658

**Nonpriority creditor's name and mailing address**
**Kelsey Mills**
**2018 Chase Loop SW**
**Albany, OR 97321**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1659

**Nonpriority creditor's name and mailing address**
**Ken Reitz**
**33740 Buckeye Ave SE**
**Black Diamond, WA 98010**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Paid for but not provided

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.1660

**Nonpriority creditor's name and mailing address**
**Kendall Arp**
**1807 350th Ave**
**Brooklyn, IA 52211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1661

**Nonpriority creditor's name and mailing address**
**Kendall Hulce**
**43774 Earlley Ln**
**Pendleton, OR 97801**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1662

**Nonpriority creditor's name and mailing address**
**Kendra Kendrick**
**1992 W Bramburgh Ct**
**Tucson, AZ 85713**

**Date(s) debt was incurred** 9/11/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1663

**Nonpriority creditor's name and mailing address**
**Kenna Reiter**
**2625 SE 179th Ave**
**Portland, OR 97236**

**Date(s) debt was incurred** 9/6/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1664

**Nonpriority creditor's name and mailing address**
**Kenneth Brown**
**15751 Stone Ave N**
**Shoreline, WA 98133**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.1665** Nonpriority creditor's name and mailing address
**Kenneth Cheeseman**
**140 Morris Rd**
**PO Box 312**
**Randle, WA 98377**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1666** Nonpriority creditor's name and mailing address
**Kenneth Downing**
**2341 SE Kelly Ave**
**Gresham, OR 97080**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1667** Nonpriority creditor's name and mailing address
**Kenneth Gordon**
**6108 Waverly Way**
**Bealeton, VA 22712**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1668** Nonpriority creditor's name and mailing address
**Kenneth Greene**
**702 Cherrywood Ln NE**
**Isanti, MN 55040**
**Date(s) debt was incurred** 9/4/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1669** Nonpriority creditor's name and mailing address
**Kenneth Hendrick**
**2410 Western Street**
**Klamath Falls, OR 97603**
**Date(s) debt was incurred** 11/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1670** Nonpriority creditor's name and mailing address
**Kenneth Hill**
**19309 32nd St NW**
**Lakebay, WA 98349**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1671** Nonpriority creditor's name and mailing address
**Kenneth Johnson**
**3729 S Manito Blvd**
**Spokane, WA 99203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1672

**Nonpriority creditor's name and mailing address**
**Kenneth Lookabill**
**24525 NE North Valley Rd**
**Newberg, OR 97132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1673

**Nonpriority creditor's name and mailing address**
**Kenneth Lookabill**
**24525 NE North Valley Rd**
**Newberg, OR 97132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1674

**Nonpriority creditor's name and mailing address**
**Kenneth Miyazano**
**315 N Mccabe Rd**
**Spokane, WA 99216**
**Date(s) debt was incurred** 7/8/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1675

**Nonpriority creditor's name and mailing address**
**Kenneth Pettigrew**
**3775 SW 91st Ave**
**Portland, OR 97225**
**Date(s) debt was incurred** 11/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1676

**Nonpriority creditor's name and mailing address**
**Kenneth Pettigrew**
**3775 SW 91st Ave**
**Portland, OR 97225**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1677

**Nonpriority creditor's name and mailing address**
**Kenneth Powers**
**2284 Henna Ave N**
**Oakdale, MN 55128**
**Date(s) debt was incurred** 9/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1678

**Nonpriority creditor's name and mailing address**
**Kenneth Riesgo**
**6732 S Averroes Rd**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 9/13/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1679

**Nonpriority creditor's name and mailing address**
**Kenneth Tucker**
**3497 S 29th Ave**
**Bozeman, MT 59718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.1680

**Nonpriority creditor's name and mailing address**
**Kennie Cotton**
**171 Sunnyside Dr**
**Newport, WA 99156**
**Date(s) debt was incurred** 4/6/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1681

**Nonpriority creditor's name and mailing address**
**Kenny Ratzloff**
**228 Evelyn Ave NE**
**Salem, OR 97301**
**Date(s) debt was incurred** 9/25/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1682

**Nonpriority creditor's name and mailing address**
**Kenny Stokes**
**4049 April Ct NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1683

**Nonpriority creditor's name and mailing address**
**Kentucky State Unemployment Insurance**
**Commonwealth of Kentucky**
**PO Box 948**
**Frankfort, KY 40602-0948**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$34,506.21**

---

3.1684

**Nonpriority creditor's name and mailing address**
**Keri Gibson**
**4219 Mill Manor Dr**
**Midlothian, VA 23112**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1685

**Nonpriority creditor's name and mailing address**
**Kerry Springfield**
**2044 Creekstone Ct**
**Fredericksburg, VA 22408**
**Date(s) debt was incurred** 10/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1686

**Nonpriority creditor's name and mailing address**
**Kevin Benson**
**2845 Jaber Ave NE**
**St Michael, MN 55376**
**Date(s) debt was incurred** 8/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1687

**Nonpriority creditor's name and mailing address**
**Kevin Clivi**
**1427 Arnold Ave NW**
**Canton, OH 44703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1688

**Nonpriority creditor's name and mailing address**
**Kevin Davis**
**4356 Whitmore**
**Fairfield, OH 45014**
**Date(s) debt was incurred** 11/14/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1689

**Nonpriority creditor's name and mailing address**
**Kevin Freeman**
**60104 N Frazier Rd**
**Benton City, WA 99320**
**Date(s) debt was incurred** 5/3/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1690

**Nonpriority creditor's name and mailing address**
**Kevin Gregg**
**24177 SE Filbert Rd**
**Eagle Creek, OR 97022**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1691

**Nonpriority creditor's name and mailing address**
**Kevin Hayslett**
**214 Rivers Breeze Ct**
**New Richmond, OH 45157**
**Date(s) debt was incurred** 11/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1692

**Nonpriority creditor's name and mailing address**
**Kevin Kelly**
**16106 N Edencrest Dr**
**Spokane, WA 99208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.1693

**Nonpriority creditor's name and mailing address**
**Kevin Kim**
**5218 S Yakima Ave**
**Tacoma, WA 98408**
**Date(s) debt was incurred** 9/9/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1694

**Nonpriority creditor's name and mailing address**
**Kevin Lee**
**203 Bennington Way**
**Stafford, VA 22556**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1695

**Nonpriority creditor's name and mailing address**
**Kevin Mefford**
**15112 Bullbrier Rd**
**Austin, TX 78724**
**Date(s) debt was incurred** 4/19/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1696

**Nonpriority creditor's name and mailing address**
**Kevin Merritt**
**861 Cascade Dr**
**Sunnyvale, CA 94087**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1697

**Nonpriority creditor's name and mailing address**
**Kevin Phan**
**22213 45th Ave S**
**Kent, WA 98032**
**Date(s) debt was incurred** 5/11/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1698

**Nonpriority creditor's name and mailing address**
**Kevin Sellars**
**9400 NE Meadow Loop**
**Newberg, OR 97132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1699

**Nonpriority creditor's name and mailing address**
**Kevin Sellars**
**9400 NE Meadow Loop**
**Newberg, OR 97132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.170
0

**Nonpriority creditor's name and mailing address**
**Kevin Sink**
**7000 Red Prairie Rd**
**Sheridan, OR 97378**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.170
1

**Nonpriority creditor's name and mailing address**
**Kevin Sorum**
**600 S Sidney St**
**Anaconda, MT 59711**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.170
2

**Nonpriority creditor's name and mailing address**
**Kevin Teate**
**c/o Habtemariam Law Firm PLLC**
**16005 International Blvd #B**
**Seatac, WA 98188**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

---

3.170
3

**Nonpriority creditor's name and mailing address**
**Kevin Vanscoder**
**156 Crestview Road**
**Columbus, OH 43202**
**Date(s) debt was incurred** 10/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.170
4

**Nonpriority creditor's name and mailing address**
**Kevin Zufall**
**1203 N Margaret Ave**
**Deer Park, WA 99006**
**Date(s) debt was incurred** 10/8/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.170
5

**Nonpriority creditor's name and mailing address**
**Kieran Carroll**
**c/o C Ed Massey & Assoc PLLC**
**504 Erlanger Rd**
**Erlanger, KY 41018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.170
6

**Nonpriority creditor's name and mailing address**
**Kim Clements**
**5423 SE Lambert St**
**Portland, OR 97206**
**Date(s) debt was incurred** 8/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1707

**Nonpriority creditor's name and mailing address**
**Kim Kent**
**1109 N Mission Ct**
**Newberg, OR 97132**
**Date(s) debt was incurred** 9/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1708

**Nonpriority creditor's name and mailing address**
**Kim Steffen**
**4438 Tamarisk Dr**
**Pasco, WA 99301**
**Date(s) debt was incurred** 3/3/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1709

**Nonpriority creditor's name and mailing address**
**Kim Weber**
**4582 SE Meldrum Ave**
**Milwaukie, OR 97267**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1710

**Nonpriority creditor's name and mailing address**
**Kimberley Raglione**
**620 SE 61st Ave**
**Portland, OR 97215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1711

**Nonpriority creditor's name and mailing address**
**Kimberly and Eli Dalton**
**4439 S Yellow Spring St**
**Xenia, OH 45506**
**Date(s) debt was incurred** 11/18/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1712

**Nonpriority creditor's name and mailing address**
**Kimberly Bennett**
**589 SE Ash St**
**Dallas, OR 97338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1713

**Nonpriority creditor's name and mailing address**
**Kimberly Bittick**
**170 S 2nd St**
**Lebanon, OR 97355**
**Date(s) debt was incurred** 10/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1714

**Nonpriority creditor's name and mailing address**
**Kimberly Bonebrake**
**4701 NE 130th Ave**
**Vancouver, WA 98682**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1715

**Nonpriority creditor's name and mailing address**
**Kimberly Foster**
**47484 Hebo Rd**
**Grande Ronde, OR 97347**
**Date(s) debt was incurred** 9/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1716

**Nonpriority creditor's name and mailing address**
**Kimberly Moragne**
**4677 Dumore Dr SE**
**Aumsville, OR 97325**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1717

**Nonpriority creditor's name and mailing address**
**Kimberly Roberson**
**1442 SW 28th St**
**Redmond, OR 97756**
**Date(s) debt was incurred** 11/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1718

**Nonpriority creditor's name and mailing address**
**Kimberly Ruth**
**9261 SE Yamhill St**
**Portland, OR 97216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1719

**Nonpriority creditor's name and mailing address**
**kiran palla**
**4017 Fox Meadow Way**
**Prospect, KY 40059**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1720

**Nonpriority creditor's name and mailing address**
**Kirana Rao**
**323 Warren Ave**
**Cincinnati, OH 45220**
**Date(s) debt was incurred** 7/26/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172 1**
**Nonpriority creditor's name and mailing address**
**Kiranmai Muthoju**
**24313 107th Pl SE**
**Kent, WA 98030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.172 2**
**Nonpriority creditor's name and mailing address**
**Kiritkumar Patel**
**429 Meadow Glen Ave**
**Brookville, OH 45309**
**Date(s) debt was incurred** 9/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172 3**
**Nonpriority creditor's name and mailing address**
**Kirk Cesaretti**
**2901 Loop Rd**
**Fortuna, CA 95540**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172 4**
**Nonpriority creditor's name and mailing address**
**Kirk Cesaretti**
**2901 Loop Rd**
**Fortuna, CA 95540**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172 5**
**Nonpriority creditor's name and mailing address**
**Kirk Hallam**
**3435 E Chevy Chase Dr**
**Glendale, WA 91206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172 6**
**Nonpriority creditor's name and mailing address**
**Knife River Corporation Northwest**
**32260 Old Hwy 34**
**Tangent, OR 97389-9770**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$1,013.75**

---

**3.172 7**
**Nonpriority creditor's name and mailing address**
**Kody Flannery**
**6205 W. Victoria Ave**
**Kennewick, WA 99336**
**Date(s) debt was incurred** 9/18/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1728

**Nonpriority creditor's name and mailing address**
**Korey Hill**
**1348 10th St**
**Clarkston, WA 99403**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

**$750.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Paid for but not provided

Is the claim subject to offset? ■ No ☐ Yes

---

3.1729

**Nonpriority creditor's name and mailing address**
**Korey Hill**
**1348 10th St**
**Clarkston, WA 99403**

**Date(s) debt was incurred** 11/20/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

---

3.1730

**Nonpriority creditor's name and mailing address**
**Kory Bartel**
**504 E Kiernan Ave**
**Spokane, WA 99207**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

---

3.1731

**Nonpriority creditor's name and mailing address**
**Kris Burwell**
**6683 S Cut Bow Dr**
**Tucson, AZ 85757**

**Date(s) debt was incurred** 10/10/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

---

3.1732

**Nonpriority creditor's name and mailing address**
**Kris Munoz**
**8652 SE Crescent Dr**
**Hillsboro, OR 97123**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

---

3.1733

**Nonpriority creditor's name and mailing address**
**Kris Wanner**
**13324 Hynes Rd**
**Rogers, MN 55374**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

**$750.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Paid for but not provided

Is the claim subject to offset? ■ No ☐ Yes

---

3.1734

**Nonpriority creditor's name and mailing address**
**Kris Wanner**
**13324 Hynes Rd**
**Rogers, MN 55374**

**Date(s) debt was incurred** 11/10/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

**Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

---

3.1735

**Nonpriority creditor's name and mailing address**
**Kristen Howard**
**2465 Brodie Ln**
**Richland, WA 99352**
**Date(s) debt was incurred** 7/19/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1736

**Nonpriority creditor's name and mailing address**
**Kristi Black**
**3085 Shoemaker Rd**
**Lebanon, OH 45036**
**Date(s) debt was incurred** 3/21/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1737

**Nonpriority creditor's name and mailing address**
**Kristin Rosenberry**
**32303 Mckay Ln**
**Black Diamond, WA 98010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.1738

**Nonpriority creditor's name and mailing address**
**Kristin Ruckman**
**1953 Blue Heron Pointe**
**Hebron, KY 41048**
**Date(s) debt was incurred** 9/9/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1739

**Nonpriority creditor's name and mailing address**
**Kristin Tooze**
**5490 Golfview Pl N**
**Oakdale, MN 55128**
**Date(s) debt was incurred** 9/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1740

**Nonpriority creditor's name and mailing address**
**Kristina King**
**4006 SE 70th Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1741

**Nonpriority creditor's name and mailing address**
**Kristine Spaulding**
**77 Partridge Ln**
**Hall, MT 59837**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

3.174
2

**Nonpriority creditor's name and mailing address**
**Kristine Westgard**
**1100 Trappers Ct**
**Lino Lakes, MN 55038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.174
3

**Nonpriority creditor's name and mailing address**
**Kristopher Wahlers**
**1855 Cavolo Drive**
**Hilliard, OH 43026**
**Date(s) debt was incurred** 10/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.174
4

**Nonpriority creditor's name and mailing address**
**Krystle Ansay**
**675 Edgemont Ln**
**Hoffman Estates, IL 60169**
**Date(s) debt was incurred** 7/3/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.174
5

**Nonpriority creditor's name and mailing address**
**Kuldip Singh**
**14805 S. Toure Pr SE**
**Kennewick, WA 99338**
**Date(s) debt was incurred** 3/7/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.174
6

**Nonpriority creditor's name and mailing address**
**Kurry Commins**
**1996 Millville Shandon Rd**
**Hamilton, OH 45013**
**Date(s) debt was incurred** 11/7/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.174
7

**Nonpriority creditor's name and mailing address**
**Kurt Williams**
**34313 SE Colorado Rd**
**Sandy, OR 97055**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.174
8

**Nonpriority creditor's name and mailing address**
**Kushmakar Chaubey**
**3765 Crowtrack Dr**
**Lebanon, OH 45036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1749 Nonpriority creditor's name and mailing address
**Kyle Daasch**
**2700 Stone Mill Way**
**Hamilton, OH 45011**
Date(s) debt was incurred 12/5/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.1750 Nonpriority creditor's name and mailing address
**Kyle Davis**
**1517 Corbet Dr**
**Bremerton, WA 98312**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.1751 Nonpriority creditor's name and mailing address
**Kyle Pritzkau**
**3530 W 4100 S**
**W Valley City, UT 84119**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.1752 Nonpriority creditor's name and mailing address
**Kyme McGaw**
**10215 N Milton Ct**
**Spokane, WA 99208**
Date(s) debt was incurred 10/9/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.1753 Nonpriority creditor's name and mailing address
**Lacie Geib**
**5220 NE 33rd Ave**
**Portland, OR 97211**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.1754 Nonpriority creditor's name and mailing address
**Lacie Gibson**
**3719 13th St NE**
**Hickory, NC 28601**
Date(s) debt was incurred 8/28/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.1755 Nonpriority creditor's name and mailing address
**LaDonna Lebeck**
**1597 U Ave**
**Grand Jct, IA 50107**
Date(s) debt was incurred 10/23/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

3.1756

**Nonpriority creditor's name and mailing address**
**Lana Weimer**
**6577 14th Ave NE**
**Keizer, OR 97303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1757

**Nonpriority creditor's name and mailing address**
**Lance Jones**
**11766 N Meadow Curve**
**Lindstrom, MN 55045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1758

**Nonpriority creditor's name and mailing address**
**Lance Kiser**
**636 Catalina Cir**
**Vallejo, CA 94589**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1759

**Nonpriority creditor's name and mailing address**
**Lane Fairchild**
**1001 Riverside Dr SE**
**North Bend, WA 98045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1760

**Nonpriority creditor's name and mailing address**
**Lane Fairchild**
**1001 Riverside Dr SE**
**North Bend, WA 98045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1761

**Nonpriority creditor's name and mailing address**
**Larry & Cindy Pauley**
**817 SE Michael Dr**
**Ankeny, IA 50021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1762

**Nonpriority creditor's name and mailing address**
**Larry Campbell**
**1481 Heidi Haven Dr**
**Lawrenceburg, IN 47025**
**Date(s) debt was incurred** 5/21/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1763
**Nonpriority creditor's name and mailing address**
**Larry Hafley**
**218 Boone St**
**Bromley, KY 41016**
**Date(s) debt was incurred** 11/1/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1764
**Nonpriority creditor's name and mailing address**
**Larry Johnson**
**19771 Highway 30 E**
**Jackson, KY 41339**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1765
**Nonpriority creditor's name and mailing address**
**Larry Lockard**
**4358 W Payette Ave**
**Kennewick, WA 99336**
**Date(s) debt was incurred** 9/17/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1766
**Nonpriority creditor's name and mailing address**
**Larry McCurdy**
**6729 Augustine Court**
**Johnston, IA 50131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1767
**Nonpriority creditor's name and mailing address**
**Larry Nelson**
**28215 S Dalmatian Rd**
**Mulino, OR 97042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1768
**Nonpriority creditor's name and mailing address**
**Latavia Jenkins**
**11693 Flag Rock Dr**
**Remington, VA 22734**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1769
**Nonpriority creditor's name and mailing address**
**Laura black**
**5974 Bayberry Dr**
**White Bear Lake, MN 55110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

**3.1770** **Nonpriority creditor's name and mailing address**
**Laura black**
**5974 Bayberry Dr**
**White Bear Lk, MN 55110**
**Date(s) debt was incurred** 11/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1771** **Nonpriority creditor's name and mailing address**
**Laura Cambra**
**113 La Costa Ln**
**Mankato, MN 56001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1772** **Nonpriority creditor's name and mailing address**
**Laura Cambra**
**113 La Costa Lane**
**Mankato, MN 56001**
**Date(s) debt was incurred** 11/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1773** **Nonpriority creditor's name and mailing address**
**Laura Castleton**
**680 16th St NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1774** **Nonpriority creditor's name and mailing address**
**Laura Crockett-Ewalt**
**2205 Juniper Ave**
**W Chester, IA 52359**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1775** **Nonpriority creditor's name and mailing address**
**Laura Crockett-Ewalt**
**2205 Juniper Ave**
**W Chester, IA 52359**
**Date(s) debt was incurred** 11/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1776** **Nonpriority creditor's name and mailing address**
**Laura Cruz**
**1003 U St NW**
**Auburn, WA 98001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.1777 **Nonpriority creditor's name and mailing address**
**Laura Hodgson**
**8696 S Desert Dove Dr**
**Tucson, AZ 85747**
**Date(s) debt was incurred** 12/6/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1778 **Nonpriority creditor's name and mailing address**
**Laura Makowski**
**8100 NW Old Orchard Dr**
**Vancouver, WA 98665**
**Date(s) debt was incurred** 9/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1779 **Nonpriority creditor's name and mailing address**
**Laura Mcginnis**
**504 E 21st St S**
**Newton, IA 50208**
**Date(s) debt was incurred** 11/4/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1780 **Nonpriority creditor's name and mailing address**
**Laura Price**
**3647 Steelhead Dr**
**Greenbank, WA 98253**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1781 **Nonpriority creditor's name and mailing address**
**Laura West**
**4619 Squire Ct NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1782 **Nonpriority creditor's name and mailing address**
**Lauren Burke**
**642 Lincoln Road**
**Grants Pass, OR 97526**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1783 **Nonpriority creditor's name and mailing address**
**Laurence Aument**
**343 9th St**
**Colonial Bch, VA 22443**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1784

**Nonpriority creditor's name and mailing address**
**Lauriano Garcia**
**5608 Sacramento Dr**
**Pasco, WA 99301**
**Date(s) debt was incurred** 1/17/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1785

**Nonpriority creditor's name and mailing address**
**Laurie Czech**
**231 Stagecoach Ln**
**Townsend, MT 59644**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.1786

**Nonpriority creditor's name and mailing address**
**LAWRENCE KIMMEL**
**211 Discovery Way**
**Sequim, WA 98382**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1787

**Nonpriority creditor's name and mailing address**
**Lawrence Stahl**
**23505 SE Logan St**
**Blk Diamond, WA 98010**
**Date(s) debt was incurred** 10/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1788

**Nonpriority creditor's name and mailing address**
**LBA RV - Company IV, LP**
**3347 Michelson Drive, Ste 200**
**Irvine, CA 92612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,696.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.1789

**Nonpriority creditor's name and mailing address**
**Lead Off Marketing Group**
**12553 S Provence Circle**
**Herriman, UT 84096**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,030.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.1790

**Nonpriority creditor's name and mailing address**
**Leah Black**
**3256 SE 109th Ave**
**Portland, OR 97266**
**Date(s) debt was incurred** 10/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.1791

**Nonpriority creditor's name and mailing address**
**Leandro Jimenez**
**1717 Nebula Lane**
**Stafford, VA 22554**
**Date(s) debt was incurred** 9/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1792

**Nonpriority creditor's name and mailing address**
**LeaseCrunch LLC**
**790 N Milwaukee St. Suite 302**
**Milwaukee, WI 53202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$1,429.32**

---

3.1793

**Nonpriority creditor's name and mailing address**
**Leeya Godsil**
**c/o Rekhi & Wolk PS**
**529 Warren Ave N #201**
**Seattle, WA 98109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1794

**Nonpriority creditor's name and mailing address**
**Len Otto**
**307 SE 167th Ave**
**Portland, OR 97233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1795

**Nonpriority creditor's name and mailing address**
**Leon Richardson**
**2673 Quarry Browns Lake Rd**
**Chewelah, WA 99109**
**Date(s) debt was incurred** 10/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1796

**Nonpriority creditor's name and mailing address**
**Leonard Fletcher**
**1202 Beech Tree Ln**
**Bartlett, IL 60103**
**Date(s) debt was incurred** 12/10/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1797

**Nonpriority creditor's name and mailing address**
**Leonie Djeudjang**
**6610 Lafayette Ave**
**Bealeton, VA 22712**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1798

**Nonpriority creditor's name and mailing address**
**Leroy Benton**
**2847 Ingalls Dr**
**White City, OR 97503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1799

**Nonpriority creditor's name and mailing address**
**Leroy D. Burgess**
**16441 Apperson Blvd**
**Oregon City, OR 97045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1800

**Nonpriority creditor's name and mailing address**
**Les Schwab Tire**
**390 NE Burnside Rd**
**Gresham, OR 97030-3915**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9826

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$167.94**

---

3.1801

**Nonpriority creditor's name and mailing address**
**Leslie Barnett-Brasch**
**9202 Monument Dr**
**Grants Pass, OR 97526**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1802

**Nonpriority creditor's name and mailing address**
**Leslie Bruce**
**3725 W 3830 S**
**W Valley City, UT 84120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1803

**Nonpriority creditor's name and mailing address**
**Leslie Ogana**
**2465 SW Laura Ave**
**Troutdale, OR 97060**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1804

**Nonpriority creditor's name and mailing address**
**Leslie Weeks**
**85 Shamrock Ln**
**Livingston, MT 59047**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.1805 **Nonpriority creditor's name and mailing address**
**Levi Stadeli**
**423 S 1st St**
**Silverton, OR 97381**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1806 **Nonpriority creditor's name and mailing address**
**Levi's Dirt Works LLC**
**PO Box 2343**
**Redmond, OR 97756**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,470.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.1807 **Nonpriority creditor's name and mailing address**
**lewis Merrill**
**4300 Poplar Village Dr**
**Chester, VA 23831**
**Date(s) debt was incurred** 10/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1808 **Nonpriority creditor's name and mailing address**
**Lexon Insurance Co**
**PO Box 947805**
**Atlanta, GA 30394-7805**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Washington L&I Bond
Is the claim subject to offset? ■ No ☐ Yes

3.1809 **Nonpriority creditor's name and mailing address**
**Liberty Mutual Insurance**
**PO Box 91012**
**Chicago, IL 60680-1110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,325.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.1810 **Nonpriority creditor's name and mailing address**
**Liberty Mutual Insurance**
**PO Box 91012**
**Chicago, IL 60680-1110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.1811 **Nonpriority creditor's name and mailing address**
**Liberty Mutual Insurance**
**PO Box 91012**
**Chicago, IL 60680-1110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,921.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.1812**

**Nonpriority creditor's name and mailing address**
**Liberty Mutual Insurance**
**350 E 96th St**
**Indianapolis, IN 46240**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Surety Bond/Indenimification Agreement
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1813**

**Nonpriority creditor's name and mailing address**
**Lightspeed Solar LLC**
**51 Calle De San Francisco**
**Suite 200 PMB 1251**
**San Juan, PR 00901-1607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$602,251.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1814**

**Nonpriority creditor's name and mailing address**
**Lincoln Wildgrube**
**2811 SW Rutland Terrace**
**Portland, OR 97205**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1815**

**Nonpriority creditor's name and mailing address**
**Linda Baker**
**2785 Roberts Rd**
**Medford, OR 97504**
**Date(s) debt was incurred** 12/12/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1816**

**Nonpriority creditor's name and mailing address**
**Linda Bingham**
**4751 Westlawn Ct SE**
**Salem, OR 97317**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1817**

**Nonpriority creditor's name and mailing address**
**Linda Blackmore**
**3278 Ladd Ave NE**
**Salem, OR 97301**
**Date(s) debt was incurred** 10/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1818**

**Nonpriority creditor's name and mailing address**
**Linda Carter**
**10214 SW 36th Ct**
**Portland, OR 97219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1819

**Nonpriority creditor's name and mailing address**
**Linda Cates**
**1411 Haupt Ave**
**Richland, WA 99354**
**Date(s) debt was incurred** 8/13/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1820

**Nonpriority creditor's name and mailing address**
**Linda Harbour**
**1121 Sardine Creek Road**
**Gold Hill, OR 97525**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1821

**Nonpriority creditor's name and mailing address**
**Linda Ingersoll**
**8412 Deschutes Ave**
**Kennewick, WA 99336**
**Date(s) debt was incurred** 3/13/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1822

**Nonpriority creditor's name and mailing address**
**Linda Kious**
**340 Winding Canyon Rd**
**Algonquin, IL 60102**
**Date(s) debt was incurred** 7/24/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1823

**Nonpriority creditor's name and mailing address**
**Linda Kollar**
**1215 Rolling Meadows**
**Moscow, OH 45153**
**Date(s) debt was incurred** 4/8/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1824

**Nonpriority creditor's name and mailing address**
**Linda Sanchez**
**3827 Valley Meadows Dr**
**White City, OR 97503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1825

**Nonpriority creditor's name and mailing address**
**Linda Scott**
**9116 Freemans Ford Rd**
**Remington, VA 22734**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1826 **Nonpriority creditor's name and mailing address**
**Lindsay and Brett Vandergriff**
**3774 Petty Rd**
**Covington, KY 41015**
**Date(s) debt was incurred** 6/25/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1827 **Nonpriority creditor's name and mailing address**
**Lindsay Steinbach**
**25015 SE 416th St**
**Enumclaw, WA 98022**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1828 **Nonpriority creditor's name and mailing address**
**Lisa A Sellner**
**11529 W Stone Hearth St**
**Marana, AZ 85658**
**Date(s) debt was incurred** 8/26/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1829 **Nonpriority creditor's name and mailing address**
**Lisa Bishop**
**222 420th Ave**
**Grinnell, IA 50112**
**Date(s) debt was incurred** 10/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1830 **Nonpriority creditor's name and mailing address**
**Lisa Black**
**1981 Birch Lake Ave**
**White Bear Lake, MN 55110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1831 **Nonpriority creditor's name and mailing address**
**Lisa Gerloff**
**408 Oak St**
**Missoula, MT 59801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1832 **Nonpriority creditor's name and mailing address**
**Lisa Marie McKay**
**5525 Wetmore Avenue**
**Everett, WA 98203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1833

**Nonpriority creditor's name and mailing address**
**Lisa Nomura**
**24779 E Bright Ave**
**Welches, OR 97067**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1834

**Nonpriority creditor's name and mailing address**
**Lisa Rogers**
**3030 Autumn Grove St**
**Unit A**
**Bozeman, MT 59718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

3.1835

**Nonpriority creditor's name and mailing address**
**Lisa Rogers**
**3030 Autumn Grove Street**
**Unit A**
**Bozeman, MT 59718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1836

**Nonpriority creditor's name and mailing address**
**Liz Pike**
**8707 N Wall St**
**Spokane, WA 99218**
**Date(s) debt was incurred** 10/28/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1837

**Nonpriority creditor's name and mailing address**
**Liza Sorensen**
**5370 Peggy Jo Ct**
**E Helena, MT 59635**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

3.1838

**Nonpriority creditor's name and mailing address**
**Llyn Doremus**
**732 W Waverly Pl**
**Spokane, WA 99205**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1839

**Nonpriority creditor's name and mailing address**
**Llyssa Etzel**
**443 E Ida St**
**Stayton, OR 97383**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1840
**Nonpriority creditor's name and mailing address**
**Logan Bradbury**
**2545 Cougar Lane**
**Locust Grove, VA 22508**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1841
**Nonpriority creditor's name and mailing address**
**Lois Decker**
**290 N 11th Ave**
**Cornelius, OR 97113**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1842
**Nonpriority creditor's name and mailing address**
**Lois Decker**
**290 N 11th Ave**
**Cornelius, OR 97113**
**Date(s) debt was incurred** 12/15/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1843
**Nonpriority creditor's name and mailing address**
**Lon Lembert**
**1045 21st St NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1844
**Nonpriority creditor's name and mailing address**
**Lon McKellar**
**511 Honeycutt Drive**
**Grants Pass, OR 97526**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1845
**Nonpriority creditor's name and mailing address**
**Lonna Ton**
**63174 Peale St**
**Bend, OR 97701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.1846
**Nonpriority creditor's name and mailing address**
**Lonnie Litchfield**
**2446 190th St**
**Washington, IA 52353**
**Date(s) debt was incurred** 11/25/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 279 of 493

3.1847

**Nonpriority creditor's name and mailing address**
**Loren Klaphake**
**5404 Cinnamon Point**
**Mayer, MN 55360**
**Date(s) debt was incurred** 10/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1848

**Nonpriority creditor's name and mailing address**
**LORI BORELLA**
**974 Niemi Rd**
**Woodland, WA 98674**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1849

**Nonpriority creditor's name and mailing address**
**LORI BORELLA**
**974 Niemi Rd**
**Woodland, WA 98674**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1850

**Nonpriority creditor's name and mailing address**
**Lori Kunkel**
**7605 N Syracuse St**
**Portland, OR 97203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1851

**Nonpriority creditor's name and mailing address**
**Lori Swearingen**
**8604 Livingston Rd**
**Pasco, WA 99301**
**Date(s) debt was incurred** 6/11/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1852

**Nonpriority creditor's name and mailing address**
**Lori Vandoren**
**2438b Heine Rd**
**Chewelah, WA 99109**
**Date(s) debt was incurred** 10/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1853

**Nonpriority creditor's name and mailing address**
**Lorraine Cintron**
**1840 W Oakway Dr**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 6/4/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1854

**Nonpriority creditor's name and mailing address**
**Lost River Properties LLC - Lost River R**
**P.O. Box 140278**
**Garden City, ID 83714**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$24,916.08**

---

3.1855

**Nonpriority creditor's name and mailing address**
**Louise Hotchkiss**
**1445 42nd Ave**
**Sweet Home, OR 97386**

**Date(s) debt was incurred** 3/26/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1856

**Nonpriority creditor's name and mailing address**
**Lourdes Foster**
**3484 E Edgemont St**
**Tucson, AZ 85716**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1857

**Nonpriority creditor's name and mailing address**
**Lucas Henderson**
**910 Bald Eagle Dr**
**Bozeman, MT 59715**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Paid for but not provided

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.1858

**Nonpriority creditor's name and mailing address**
**Lucero Theile**
**3136 W 90th St**
**Bloomington, MN 55431**

**Date(s) debt was incurred** 9/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1859

**Nonpriority creditor's name and mailing address**
**Luciano Gallegos**
**2259 Lynn Dr**
**Montgomery, IL 60538**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1860

**Nonpriority creditor's name and mailing address**
**Lucile Partlow**
**347 Bel Air Dr**
**Lucasville, OH 45648**

**Date(s) debt was incurred** 9/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1861

**Nonpriority creditor's name and mailing address**
**Lucio Saavedra**
**955 Premrose Dr**
**Romeoville, IL 60446**
**Date(s) debt was incurred** 3/9/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1862

**Nonpriority creditor's name and mailing address**
**Luis Ayala**
**3525 N Calle Floreada**
**Tucson, AZ 85750**
**Date(s) debt was incurred** 9/27/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1863

**Nonpriority creditor's name and mailing address**
**Luis Hernandez Mejia**
**1720 W Margaret St**
**Pasco, WA 99301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1864

**Nonpriority creditor's name and mailing address**
**Luis Jolon General Contractor LLC**
**11020 SE Kent-Kangley Rd**
**Apt C106**
**Kent, WA 98030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.1865

**Nonpriority creditor's name and mailing address**
**Luke Sillies**
**1820 Freeman Ave**
**Cincinnati, OH 45214**
**Date(s) debt was incurred** 11/11/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1866

**Nonpriority creditor's name and mailing address**
**Luke Williamson**
**1310 SW Trenton St**
**Seattle, WA 98106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1867

**Nonpriority creditor's name and mailing address**
**Lyda Steele**
**4681 Largo Dr**
**Cincinnati, OH 45236**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1868
**Nonpriority creditor's name and mailing address**
**Lyda Steele**
**4681 Largo Dr**
**Cincinnati, OH 45236**
**Date(s) debt was incurred** 9/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1869
**Nonpriority creditor's name and mailing address**
**Lykens Companies, LLC**
**1086 N. 4th St, Ste 109**
**Columbus, OH 43201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$4,598.00**

---

3.1870
**Nonpriority creditor's name and mailing address**
**Lynette Lasher**
**2555 Cowrie Ct NW**
**Salem, OR 97304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1871
**Nonpriority creditor's name and mailing address**
**Lynn Brady (OLD HOMEOWNER)**
**14104 Rustic View Rd SE**
**Monroe, WA 98272**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1872
**Nonpriority creditor's name and mailing address**
**Lynn Carpenter**
**1051 Lathrop Dr**
**Central Point, OR 97502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1873
**Nonpriority creditor's name and mailing address**
**LYNN Marie MCCUNE**
**417 Pair A Dice Ranch Rd**
**Jacksonville, OR 97530**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1874
**Nonpriority creditor's name and mailing address**
**LYNN Marie MCCUNE**
**417 Pair A Dice Ranch Rd**
**Jacksonville, OR 97530**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1875

**Nonpriority creditor's name and mailing address**
**Lynna Revard**
**6802 Turtle Pond Ct**
**Spotsylvania, VA 22553**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1876

**Nonpriority creditor's name and mailing address**
**M McGinn**
**6126 NE 14th Ave**
**Portland, OR 97211**
**Date(s) debt was incurred** 7/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1877

**Nonpriority creditor's name and mailing address**
**Maav Erick**
**4533 S 256th Pl**
**Kent, WA 98032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1878

**Nonpriority creditor's name and mailing address**
**Mackenzie NEVILLE**
**2490 Neville Ln**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1879

**Nonpriority creditor's name and mailing address**
**Madeline Randall Sullivan**
**5477 Franklin Ave**
**White Bear Lake, MN 55110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.1880

**Nonpriority creditor's name and mailing address**
**Madeline Randall Sullivan**
**5477 Franklin Ave**
**White Bear Lk, MN 55110**
**Date(s) debt was incurred** 10/28/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1881

**Nonpriority creditor's name and mailing address**
**Madelyn Baumann**
**3664 SW Obsidian Pl**
**Redmond, OR 97756**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1882** Nonpriority creditor's name and mailing address
**Madison Wing**
**901 Simons Dr**
**Missoula, MT 59803**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1883** Nonpriority creditor's name and mailing address
**Mahama Shahadu**
**6210 Gallop Dr #l 47**
**Fredericksburg, VA 22407**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1884** Nonpriority creditor's name and mailing address
**Makayla Oliver**
**758 NE Marshall Ave**
**Bend, OR 97701**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1885** Nonpriority creditor's name and mailing address
**Malakai Gavin**
**428 Jessie St**
**Joliet, IL 60433**
Date(s) debt was incurred 12/22/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1886** Nonpriority creditor's name and mailing address
**Malcolm Gander**
**10689 Falk Road NE**
**Bainbridge Is, WA 98110**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1887** Nonpriority creditor's name and mailing address
**Malcolm Peterson**
**535 NE Overlook Way**
**Sublimity, OR 97385**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

**3.1888** Nonpriority creditor's name and mailing address
**Malik Samuel**
**533 Halloway Dr**
**Romeoville, IL 60446**
Date(s) debt was incurred 10/15/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1889

**Nonpriority creditor's name and mailing address**
**Mamadou Dieye**
**7332 Bernard Ave**
**Cincinnati, OH 45231**
**Date(s) debt was incurred** 9/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1890

**Nonpriority creditor's name and mailing address**
**Mandy Slaugh-Hicks**
**4216 Atlanta Ln**
**Pasco, WA 99301**
**Date(s) debt was incurred** 5/27/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1891

**Nonpriority creditor's name and mailing address**
**Manny Ramirez**
**7108 S Placita Atoyac**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 10/11/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1892

**Nonpriority creditor's name and mailing address**
**Manuel Montano Moreno**
**4015 E Big Game Pl**
**Tucson, AZ 85706**
**Date(s) debt was incurred** 11/13/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1893

**Nonpriority creditor's name and mailing address**
**Manuel Pedrosa**
**55 North Mize Road**
**Yakima, WA 98908**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1894

**Nonpriority creditor's name and mailing address**
**Maquette Advisors, LLC**
**7170 N Broadway St #28783**
**Kansas City, MO 64118**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

3.1895

**Nonpriority creditor's name and mailing address**
**Marc DeBenedictis**
**13719 SE 17th St**
**Bellevue, WA 98005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1896
**Nonpriority creditor's name and mailing address**
**Marci Champion**
**19817 Deerbrooke Path**
**Farmington, MN 55024**
**Date(s) debt was incurred** 10/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1897
**Nonpriority creditor's name and mailing address**
**Marci Christian**
**4499 SE Derry Ln**
**Milwaukie, OR 97267**
**Date(s) debt was incurred** 12/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1898
**Nonpriority creditor's name and mailing address**
**Marci Surratt**
**314 Powder River Ave**
**Bozeman, MT 59718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1899
**Nonpriority creditor's name and mailing address**
**Marcie Hughes**
**5073 NE Blake Ct**
**Albany, OR 97321**
**Date(s) debt was incurred** 10/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1900
**Nonpriority creditor's name and mailing address**
**Marco Villalobos**
**226 Middleton Ct**
**Elgin, IL 60124**
**Date(s) debt was incurred** 10/8/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1901
**Nonpriority creditor's name and mailing address**
**Marcus Buckley**
**1322 Newgate Dr**
**College Place, WA 99324**
**Date(s) debt was incurred** 6/7/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1902
**Nonpriority creditor's name and mailing address**
**Marcy Morrocco**
**507 SE M St**
**Grants Pass, OR 97526**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.190 3

**Nonpriority creditor's name and mailing address**
**Mardi Fallon**
**9 Sergeant Ave**
**Ft Thomas, KY 41075**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.190 4

**Nonpriority creditor's name and mailing address**
**Mardi Fallon**
**9 Sergeant Ave**
**Ft Thomas, KY 41075**
**Date(s) debt was incurred** 12/2/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.190 5

**Nonpriority creditor's name and mailing address**
**Margaret Camacho**
**6907 Switch Cane Ct**
**New Kent, VA 23124**
**Date(s) debt was incurred** 9/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.190 6

**Nonpriority creditor's name and mailing address**
**Margarita Jacquez**
**6371 S Cactus Wren Pl**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 11/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.190 7

**Nonpriority creditor's name and mailing address**
**Margilee Diane Carey**
**26126 SE 452nd Ave**
**Sandy, OR 97055**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.190 8

**Nonpriority creditor's name and mailing address**
**Margus Veanes**
**3512 168th Ave NE**
**Bellevue, WA 98008**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.190 9

**Nonpriority creditor's name and mailing address**
**Maria Arvizu**
**1519 E Calle Salamanaca**
**Tucson, AZ 85714**
**Date(s) debt was incurred** 4/29/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1910 Nonpriority creditor's name and mailing address
**Maria J Bojorquez**
**436 N Christine Ave**
**Douglas, AZ 85607**
Date(s) debt was incurred 4/30/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1911 Nonpriority creditor's name and mailing address
**Maria L Lopez**
**3709 E 25th St**
**Tucson, AZ 85704**
Date(s) debt was incurred 2/20/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1912 Nonpriority creditor's name and mailing address
**Maria Mena Loya**
**6645 N Columbia Blvd**
**Portland, OR 97203**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1913 Nonpriority creditor's name and mailing address
**Maria Mendoza**
**6651 S Portugal Ave**
**Tucson, AZ 85757**
Date(s) debt was incurred 11/5/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1914 Nonpriority creditor's name and mailing address
**Maria Mendoza**
**8117 Coldwater Dr**
**Pasco, WA 99301**
Date(s) debt was incurred 3/9/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1915 Nonpriority creditor's name and mailing address
**Maria Morales**
**2860 Dawn St NE**
**Salem, OR 97301**
Date(s) debt was incurred 7/28/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1916 Nonpriority creditor's name and mailing address
**Mariah Ellis**
**39166 S Rodeo Buckle Dr**
**Tucson, AZ 85739**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.1917 | **Nonpriority creditor's name and mailing address**<br>**Maribeth Graybill**<br>**17 NE 131st Pl**<br>**Portland, OR 97230**<br>**Date(s) debt was incurred** 12/1/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1918 | **Nonpriority creditor's name and mailing address**<br>**Marie Smith**<br>**433 Oliver City Rd**<br>**Warrenton, VA 20186**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1919 | **Nonpriority creditor's name and mailing address**<br>**Marilyn Smith**<br>**345 Stonebrook Way**<br>**Merlin, OR 97532**<br>**Date(s) debt was incurred** 12/4/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1920 | **Nonpriority creditor's name and mailing address**<br>**Marilyn Soljaga**<br>**2700 SW Summit Dr**<br>**Portland, OR 97201**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1921 | **Nonpriority creditor's name and mailing address**<br>**Mario Burruel**<br>**5233 S Via Laguna Blanca**<br>**Tucson, AZ 85706**<br>**Date(s) debt was incurred** 3/2/2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1922 | **Nonpriority creditor's name and mailing address**<br>**Mario Salgado**<br>**3018 Reed Ave**<br>**Woodburn, OR 97071**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.1923 | **Nonpriority creditor's name and mailing address**<br>**Marion Elicker**<br>**26400 NW Reeder Rd**<br>**Portland, OR 97231**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

3.1924

**Nonpriority creditor's name and mailing address**
**Marissa Langford**
**3308 Lupine St**
**Lebanon, OR 97355**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1925

**Nonpriority creditor's name and mailing address**
**Marjorie Matteis**
**4219 Mill View Dr**
**Midlothian, VA 23112**
**Date(s) debt was incurred** 10/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1926

**Nonpriority creditor's name and mailing address**
**Mark Allmann**
**17674 SE 297th Pl**
**Kent, WA 98042**
**Date(s) debt was incurred** 10/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1927

**Nonpriority creditor's name and mailing address**
**Mark Ballantyne**
**2679 Eagle Watch Lp**
**Richland, WA 99352**
**Date(s) debt was incurred** 10/9/2018
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1928

**Nonpriority creditor's name and mailing address**
**Mark Bunger**
**3545 Fenner Rd**
**Troy, OH 45373**
**Date(s) debt was incurred** 6/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1929

**Nonpriority creditor's name and mailing address**
**Mark Graf**
**1715 Devondale Dr**
**Louisville, KY 40222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1930

**Nonpriority creditor's name and mailing address**
**Mark Henderson**
**1618 N 62nd Pl**
**Pasco, WA 99301**
**Date(s) debt was incurred** 7/15/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1931

**Nonpriority creditor's name and mailing address**
**Mark Joplin**
**5610 Spruce St**
**St Cloud, MN 56303**
**Date(s) debt was incurred** 10/14/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1932

**Nonpriority creditor's name and mailing address**
**Mark Lacey**
**10175 Karston Ct NE**
**Albertville, MN 55301**
**Date(s) debt was incurred** 11/12/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1933

**Nonpriority creditor's name and mailing address**
**Mark Merschman**
**29870 Hailey's Court**
**Chisago City, MN 55013**
**Date(s) debt was incurred** 10/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1934

**Nonpriority creditor's name and mailing address**
**Mark Montgomery**
**905 Stonewater Dr**
**Eagle Point, OR 97524**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1935

**Nonpriority creditor's name and mailing address**
**Mark Mulhern**
**2465 Jaber Ave NE**
**St Michael, MN 55376**
**Date(s) debt was incurred** 8/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1936

**Nonpriority creditor's name and mailing address**
**Mark Potsdam**
**2462 NW Crossing Dr**
**Bend, OR 97703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1937

**Nonpriority creditor's name and mailing address**
**Mark Reiselman**
**6210 Cashmere Ln**
**Pasco, WA 99301**
**Date(s) debt was incurred** 5/24/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1938** Nonpriority creditor's name and mailing address
**Mark Scharber**
**6 Carriage Hill Dr**
**Erlanger, KY 41018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

**3.1939** Nonpriority creditor's name and mailing address
**Mark Scharber**
**6 Carriage Hill Dr**
**Erlanger, KY 41018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

**3.1940** Nonpriority creditor's name and mailing address
**Mark Skinner**
**1702 Charles St**
**Fredericksburg, VA 22401**
**Date(s) debt was incurred** 9/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

**3.1941** Nonpriority creditor's name and mailing address
**Mark Stanton**
**2475 Finley Ln**
**Medford, OR 97501**
**Date(s) debt was incurred** 11/26/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

**3.1942** Nonpriority creditor's name and mailing address
**Mark Vincent**
**5672 River Rd**
**Cincinnati, OH 45233**
**Date(s) debt was incurred** 3/14/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

**3.1943** Nonpriority creditor's name and mailing address
**Mark Witt**
**1126 Elrod Ln**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

**3.1944** Nonpriority creditor's name and mailing address
**Mark Woods**
**89140 Bridge Street**
**Springfield, OR 97478**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

3.1945
**Nonpriority creditor's name and mailing address**
**Mark Zandhuisen**
**822 E Sierra Ave**
**Spokane, WA 99208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.1946
**Nonpriority creditor's name and mailing address**
**Mark Zandhuisen**
**822 E Sierra Ave**
**Spokane, WA 99208**
**Date(s) debt was incurred** 12/1/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1947
**Nonpriority creditor's name and mailing address**
**Mark Zepeda**
**2416 E 14th St**
**Douglas, AZ 85607**
**Date(s) debt was incurred** 6/18/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1948
**Nonpriority creditor's name and mailing address**
**Marlene Simms**
**161 Fairway Dr**
**Helena, MT 59601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.1949
**Nonpriority creditor's name and mailing address**
**Marley Quinn**
**8616 SE 16th Ave**
**Portland, OR 97202**
**Date(s) debt was incurred** 5/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1950
**Nonpriority creditor's name and mailing address**
**Marlyn Long**
**1120 Stephens Rd**
**Maineville, OH 45039**
**Date(s) debt was incurred** 11/8/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1951
**Nonpriority creditor's name and mailing address**
**Marsha Mlinar**
**5025 321st Ave NE**
**Cambridge, MN 55008**
**Date(s) debt was incurred** 11/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1952

**Nonpriority creditor's name and mailing address**
**Marta Kartaszynska**
**7770 Griffin Creek Road**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1953

**Nonpriority creditor's name and mailing address**
**Martha Howard-Bullen**
**3628 SE Bybee Blvd**
**Portland, OR 97202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1954

**Nonpriority creditor's name and mailing address**
**Martha Micinski**
**232 S Horseshoe Dr**
**Kettle Falls, WA 99141**
**Date(s) debt was incurred** 11/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1955

**Nonpriority creditor's name and mailing address**
**Martin Pike**
**13218 E Mallon Ct**
**Spokane, WA 99216**
**Date(s) debt was incurred** 3/18/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1956

**Nonpriority creditor's name and mailing address**
**Martin Rafacz**
**774 Teal Dr**
**New Lenox, IL 60451**
**Date(s) debt was incurred** 5/18/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1957

**Nonpriority creditor's name and mailing address**
**marvin campbell**
**21907 25th Ave SE**
**Bothell, WA 98021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1958

**Nonpriority creditor's name and mailing address**
**Marvin Roseman**
**3918 Foxglove Ave N**
**Minneapolis, MN 55443**
**Date(s) debt was incurred** 12/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1959 **Nonpriority creditor's name and mailing address**
**Mary Beasley**
**855 Pennsylvania Ave**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1960 **Nonpriority creditor's name and mailing address**
**Mary Bopp**
**4128 Wenbrook Dr**
**Cincinnati, OH 45241**
**Date(s) debt was incurred** 3/18/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1961 **Nonpriority creditor's name and mailing address**
**Mary Buffler**
**202 Rover Ct**
**Stafford, VA 22554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1962 **Nonpriority creditor's name and mailing address**
**Mary Edeline**
**11450 SE Reedway St**
**Portland, OR 97266**
**Date(s) debt was incurred** 12/12/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1963 **Nonpriority creditor's name and mailing address**
**Mary Gilhuly**
**160 N Maple St**
**Kelso, WA 98626**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1964 **Nonpriority creditor's name and mailing address**
**Mary Hatch**
**2171 Goodwin Rd**
**Thorp, WA 98946**
**Date(s) debt was incurred** 11/27/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1965 **Nonpriority creditor's name and mailing address**
**Mary Hume**
**5925 SE Tibbetts St**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1966
**Nonpriority creditor's name and mailing address**
**Mary Johnson**
**2623 Majestic Prince Dr**
**Burlington, KY 41005**
**Date(s) debt was incurred** 4/7/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1967
**Nonpriority creditor's name and mailing address**
**mary king**
**5702 Juntura Ave SE**
**Salem, OR 97317**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1968
**Nonpriority creditor's name and mailing address**
**Mary Koski Vogt**
**7308 N Mckenna Ave**
**Portland, OR 97203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1969
**Nonpriority creditor's name and mailing address**
**Mary Lindholm**
**5731 126th St**
**N Hugo, MN 55038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.1970
**Nonpriority creditor's name and mailing address**
**Mary Lindholm**
**5731 126th St N**
**Hugo, MN 55038**
**Date(s) debt was incurred** 11/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1971
**Nonpriority creditor's name and mailing address**
**Mary Russo**
**7966 Upper Applegate Rd**
**Jacksonville, OR 97530**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1972
**Nonpriority creditor's name and mailing address**
**Mary Schmitt**
**39016 Crawfordsville Dr**
**Sweet Home, OR 97386**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1973
**Nonpriority creditor's name and mailing address**
**Mary Whetton**
**7625 Hop Down Ave**
**Tucson, AZ 85741**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1974
**Nonpriority creditor's name and mailing address**
**Marybeth Whitmore Olson**
**14491 S Griffith Ln**
**Mulino, OR 97042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1975
**Nonpriority creditor's name and mailing address**
**Mathue Totten**
**8155 Kayak Way**
**Blaine, WA 98230**
**Date(s) debt was incurred** 4/28/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1976
**Nonpriority creditor's name and mailing address**
**Matt Burns**
**4092 Canfield Cir**
**Streamwood, IL 60107**
**Date(s) debt was incurred** 12/4/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1977
**Nonpriority creditor's name and mailing address**
**Matt Files**
**6800 Ravenna Ave NE**
**Seattle, WA 98115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1978
**Nonpriority creditor's name and mailing address**
**Matthew Armstrong**
**2550 Waggoner Riffle Rd**
**W Union, OH 45693**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1979
**Nonpriority creditor's name and mailing address**
**Matthew Beck**
**9174 Deer Creek Drive**
**Heber City, UT 84032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1980 **Nonpriority creditor's name and mailing address**
**Matthew Eldridge**
**1420 Daisy Ln**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1981 **Nonpriority creditor's name and mailing address**
**Matthew Hampton**
**8465 Cimarron Way**
**Maple Falls, WA 98266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1982 **Nonpriority creditor's name and mailing address**
**Matthew Hanna**
**1030 SW Silver Lake Blvd**
**Bend, OR 97702**
**Date(s) debt was incurred** 12/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1983 **Nonpriority creditor's name and mailing address**
**Matthew Higgins**
**65135 Old Bend Redmond Hwy**
**Bend, OR 97703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1984 **Nonpriority creditor's name and mailing address**
**Matthew Husnik**
**14085 Ailesbury Ave**
**Rosemount, MN 55068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1985 **Nonpriority creditor's name and mailing address**
**Matthew Iddings**
**5405 SW 33rd Dr**
**Portland, OR 97239**
**Date(s) debt was incurred** 10/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1986 **Nonpriority creditor's name and mailing address**
**Matthew Johnson**
**612 Washington St**
**Madrid, IA 50156**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1987
**Nonpriority creditor's name and mailing address**
**Matthew Johnson**
**612 Washington St**
**Madrid, IA 50156**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1988
**Nonpriority creditor's name and mailing address**
**Matthew Maggio**
**1077 Oakwood Ct**
**Schaumburg, IL 60193**
**Date(s) debt was incurred** 1/2/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1989
**Nonpriority creditor's name and mailing address**
**Matthew McDougal**
**8056 SE Clay St**
**Portland, OR 97215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1990
**Nonpriority creditor's name and mailing address**
**Matthew McDougal**
**8056 SE Clay St**
**Portland, OR 97215**
**Date(s) debt was incurred** 12/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1991
**Nonpriority creditor's name and mailing address**
**Matthew McKay**
**6360 Osage Dr**
**Hamilton, OH 45011**
**Date(s) debt was incurred** 12/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1992
**Nonpriority creditor's name and mailing address**
**Matthew Miller**
**4328 Innsbruck Rdg**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.1993
**Nonpriority creditor's name and mailing address**
**Matthew Mongin**
**2757 Greenridge Cir**
**Beavercreek, OH 45431**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.1994

**Nonpriority creditor's name and mailing address**
**Matthew Moses**
**3709 Peregrine Way**
**Elgin, IL 60124**
**Date(s) debt was incurred** 9/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1995

**Nonpriority creditor's name and mailing address**
**Matthew Phillips**
**3015 W 3875 S**
**W Valley City, UT 84119**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1996

**Nonpriority creditor's name and mailing address**
**Matthew Raskin**
**2115 SE Stark St**
**Portland, OR 97214**
**Date(s) debt was incurred** 7/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1997

**Nonpriority creditor's name and mailing address**
**Matthew Rayl**
**8503 SE Clatsop St**
**Portland, OR 97266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.1998

**Nonpriority creditor's name and mailing address**
**Matthew Reed**
**1812 Drury Ln**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.1999

**Nonpriority creditor's name and mailing address**
**Matthew Reed**
**1812 Drury Ln**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2000

**Nonpriority creditor's name and mailing address**
**Matthew Ross**
**3542 NE 125th Ave**
**Portland, OR 97230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.2001

**Nonpriority creditor's name and mailing address**
**Matthew Schlesinger**
**1273 Old Timber Ln**
**Hoffman Estates, IL 60192**
**Date(s) debt was incurred** 9/3/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2002

**Nonpriority creditor's name and mailing address**
**Matthew Tan Creti**
**1212 Van Fleet St**
**Kelley, IA 50134**
**Date(s) debt was incurred** 11/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2003

**Nonpriority creditor's name and mailing address**
**Matthew Tritsch**
**1027 Lytle Ave**
**Elsmere, KY 41018**
**Date(s) debt was incurred** 8/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2004

**Nonpriority creditor's name and mailing address**
**Matthew Watson**
**3904 Lost Willow Dr**
**Mason, OH 45040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2005

**Nonpriority creditor's name and mailing address**
**Maureen Fennimore**
**120 S Sheridan St**
**Mt Angel, OR 97362**
**Date(s) debt was incurred** 12/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2006

**Nonpriority creditor's name and mailing address**
**Maya Miller**
**915 NE Crest Dr**
**Prineville, OR 97754**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2007

**Nonpriority creditor's name and mailing address**
**Medford Water Commission**
**200 S. Ivy Street - Room 177**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$47.52**

---

3.2008
**Nonpriority creditor's name and mailing address**
**Medora Sobottka**
**787 Garden Way**
**Ashland, OR 97520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2009
**Nonpriority creditor's name and mailing address**
**Megan Freiling**
**885 Eaden St**
**Woodburn, OR 97071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2010
**Nonpriority creditor's name and mailing address**
**Megan Golani**
**6016 NE Failing St**
**Portland, OR 97213**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2011
**Nonpriority creditor's name and mailing address**
**Megan Leatherman**
**4016 SE 72nd Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** 9/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2012
**Nonpriority creditor's name and mailing address**
**Megan Martinez**
**530 North 5th St**
**Livingston, MT 59047**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.2013
**Nonpriority creditor's name and mailing address**
**Megan Spangler**
**6650 SW 240th St**
**Vashon, WA 98070**
**Date(s) debt was incurred** 11/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2014
**Nonpriority creditor's name and mailing address**
**Megan Van Dahm**
**30w151 Arlington Ct**
**Warrenville, IL 60555**
**Date(s) debt was incurred** 12/18/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2015
**Nonpriority creditor's name and mailing address**
**Melanie Dominguez**
**7466 S Dark Sands Dr**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 9/20/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2016
**Nonpriority creditor's name and mailing address**
**Melinda**
**8495 N Cantora Way**
**Tucson, AZ 85743**
**Date(s) debt was incurred** 10/29/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2017
**Nonpriority creditor's name and mailing address**
**Melinda Schofield**
**10007 N Cochran Rd**
**Spokane, WA 99208**
**Date(s) debt was incurred** 10/3/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2018
**Nonpriority creditor's name and mailing address**
**Melissa Blue**
**7532 SW Jacktown Rd**
**Beaverton, OR 97078**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2019
**Nonpriority creditor's name and mailing address**
**Melissa Carney**
**4157 Pleasure Dr**
**Cincinnati, OH 45205**
**Date(s) debt was incurred** 12/3/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2020
**Nonpriority creditor's name and mailing address**
**Melissa Espinoza**
**1218 Larkfield Court**
**Marshalltown, IA 50158**
**Date(s) debt was incurred** 9/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2021
**Nonpriority creditor's name and mailing address**
**Melissa Kleinhuizen**
**4186 Jason Ct NE**
**St Michael, MN 55376**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2022

**Nonpriority creditor's name and mailing address**
**Melissa Kleinhuizen**
**4186 Jason Ct NE**
**St Michael, MN 55376**

**Date(s) debt was incurred** 10/6/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2023

**Nonpriority creditor's name and mailing address**
**Melissa Langford**
**3308 Lupine St**
**Lebanon, OR 97355**

**Date(s) debt was incurred** 12/3/2024

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2024

**Nonpriority creditor's name and mailing address**
**Melissa Rayls**
**96 Lumley Ave**
**Ft Thomas, KY 41075**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2025

**Nonpriority creditor's name and mailing address**
**Melissa Triplett**
**209 Marietta St SE**
**Salem, OR 97302**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2026

**Nonpriority creditor's name and mailing address**
**Melissa Triplett**
**209 Marietta St SE**
**Salem, OR 97302**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2027

**Nonpriority creditor's name and mailing address**
**Melissa VanHavermaet**
**26588 104th St NW**
**Zimmerman, MN 55398**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2028

**Nonpriority creditor's name and mailing address**
**Melissa Webb**
**12684 N Brabant Dr**
**Marana, AZ 85653**

**Date(s) debt was incurred** 8/14/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2029 **Nonpriority creditor's name and mailing address**
**Melodie Abrook**
**210 Mill St**
**Dayton, OR 97114**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2030 **Nonpriority creditor's name and mailing address**
**Meredith Vandehaar**
**6075 51st St NW**
**Rochester, MN 55901**
**Date(s) debt was incurred** 10/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2031 **Nonpriority creditor's name and mailing address**
**Merrie McMillin**
**405 Touchet St**
**Prescott, WA 99362**
**Date(s) debt was incurred** 6/1/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2032 **Nonpriority creditor's name and mailing address**
**Mesme Tomason**
**1099 Manzanita St NE**
**Keizer, OR 97303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2033 **Nonpriority creditor's name and mailing address**
**Michael A Solberg**
**1002 Willard Ave**
**Richland, WA 99354**
**Date(s) debt was incurred** 2/27/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2034 **Nonpriority creditor's name and mailing address**
**Michael Aichele**
**24 NW Lee St**
**Madras, OR 97741**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2035 **Nonpriority creditor's name and mailing address**
**Michael and Susan Sullivan**
**358 Chautauqua Ln**
**Sycamore, IL 60178**
**Date(s) debt was incurred** 10/31/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2036

**Nonpriority creditor's name and mailing address**
**Michael Beck**
**1673 N Placita De SolChiquito**
**Tucson, AZ 85715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2037

**Nonpriority creditor's name and mailing address**
**Michael Beets**
**635 Ridgeview Dr**
**Harrison, OH 45030**
**Date(s) debt was incurred** 8/7/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2038

**Nonpriority creditor's name and mailing address**
**Michael Benedict**
**1505 Takena St SW**
**Albany, OR 97321**
**Date(s) debt was incurred** 11/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2039

**Nonpriority creditor's name and mailing address**
**Michael Biegel**
**4148 N Moody Ave**
**Chicago, IL 60634**
**Date(s) debt was incurred** 12/23/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2040

**Nonpriority creditor's name and mailing address**
**Michael Botta**
**22281 Marie Ave**
**Rogers, MN 55374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.2041

**Nonpriority creditor's name and mailing address**
**Michael Botta**
**22281 Marie Ave**
**Rogers, MN 55374**
**Date(s) debt was incurred** 11/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2042

**Nonpriority creditor's name and mailing address**
**Michael Bramlage**
**3404 Phelps Ct**
**Erlanger, KY 41018**
**Date(s) debt was incurred** 9/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2043

**Nonpriority creditor's name and mailing address**
**Michael Crawford**
**3521 Baldwin Rd**
**Stevensville, MT 59870**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2044

**Nonpriority creditor's name and mailing address**
**Michael Croft**
**3125 Terrace Dr**
**Missoula, MT 59803**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Paid for but not provided

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.2045

**Nonpriority creditor's name and mailing address**
**Michael Cutler**
**5534 Basin Ct S**
**Salem, OR 97306**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2046

**Nonpriority creditor's name and mailing address**
**Michael DiSalvo Sr**
**18130 Sargent Rd SW**
**Rochester, WA 98579**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2047

**Nonpriority creditor's name and mailing address**
**Michael Dunlap**
**2107 Crystal Springs Rd W**
**University Pl, WA 98466**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Paid for but not provided

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.2048

**Nonpriority creditor's name and mailing address**
**Michael Evans**
**1708 Fieldcrest Dr**
**Lawrenceburg, IN 47025**

**Date(s) debt was incurred** 3/26/2020

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2049

**Nonpriority creditor's name and mailing address**
**Michael Geho**
**450 S Lester Rd**
**Outlook, WA 98938**

**Date(s) debt was incurred** 5/6/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2050
**Nonpriority creditor's name and mailing address**
**Michael Gillon**
**7157 Mchenry Ct**
**Remington, VA 22734**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2051
**Nonpriority creditor's name and mailing address**
**Michael Gosney**
**8610 SE 28th Ave**
**Portland, OR 97222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2052
**Nonpriority creditor's name and mailing address**
**Michael Graham**
**7n850 Sycamore Rd**
**St Charles, IL 60175**
**Date(s) debt was incurred** 11/2/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2053
**Nonpriority creditor's name and mailing address**
**Michael Hartle**
**767 Cedar Drive**
**Loveland, OH 45140**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2054
**Nonpriority creditor's name and mailing address**
**Michael Hartle**
**767 Cedar Dr**
**Loveland, OH 45140**
**Date(s) debt was incurred** 2/26/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2055
**Nonpriority creditor's name and mailing address**
**Michael Heckert**
**19793 SW Sonia Ln**
**Beaverton, OR 97007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2056
**Nonpriority creditor's name and mailing address**
**Michael Himmelberger**
**500 Skyrocket Rd**
**Prescott, WA 99348**
**Date(s) debt was incurred** 5/29/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2057

**Nonpriority creditor's name and mailing address**
**Michael Holmes**
**9971 E Watson Dr**
**Tucson, AZ 85730**
**Date(s) debt was incurred** 11/19/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2058

**Nonpriority creditor's name and mailing address**
**Michael Hundley**
**47575 SW Easterday Rd**
**Forest Grove, OR 97116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2059

**Nonpriority creditor's name and mailing address**
**Michael Jeremica**
**12631 SE 170th St**
**Renton, WA 98058**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.2060

**Nonpriority creditor's name and mailing address**
**Michael Jeremica**
**12631 SE 170th St**
**Renton, WA 98058**
**Date(s) debt was incurred** 12/2/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2061

**Nonpriority creditor's name and mailing address**
**Michael Kever**
**19124 SE 261st Pl**
**Covington, WA 98042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.2062

**Nonpriority creditor's name and mailing address**
**Michael Kever**
**19124 SE 261st Pl**
**Covington, WA 98042**
**Date(s) debt was incurred** 10/27/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2063

**Nonpriority creditor's name and mailing address**
**Michael Lantau**
**27712 E Kennedy Rd NE**
**Benton City, WA 99320**
**Date(s) debt was incurred** 12/31/2017
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2064

**Nonpriority creditor's name and mailing address**
**Michael Lawrence**
**1755 Quesada Ave**
**San Francisco, CA 94124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2065

**Nonpriority creditor's name and mailing address**
**Michael Malone**
**5446 Fern Loop**
**W Richland, WA 99353**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2066

**Nonpriority creditor's name and mailing address**
**Michael Okasinski**
**20450 Richmond Beach Dr**
**Woodway, WA 98020**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2067

**Nonpriority creditor's name and mailing address**
**Michael Olesiak**
**1356 Fox Chase Rd**
**Bartlett, IL 60103**
**Date(s) debt was incurred** 3/30/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2068

**Nonpriority creditor's name and mailing address**
**Michael Patterson**
**2445 Quail Run Ln S**
**Salem, OR 97306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2069

**Nonpriority creditor's name and mailing address**
**Michael Romine**
**3853 Highwood Rd**
**E Helena, MT 59635**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2070

**Nonpriority creditor's name and mailing address**
**Michael Shaver**
**15861 SW Century Dr**
**Sherwood, OR 97140**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.207
1

**Nonpriority creditor's name and mailing address**
**Michael Snyder**
**3799 Sturbridge Way**
**Cincinnati, OH 45245**
**Date(s) debt was incurred** 9/26/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.207
2

**Nonpriority creditor's name and mailing address**
**Michael Volk**
**9806 E Hoffman Ct**
**Spokane, WA 99206**
**Date(s) debt was incurred** 9/30/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.207
3

**Nonpriority creditor's name and mailing address**
**Michael Waataja**
**23223 Ashbury Dr**
**Rogers, MN 55374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.207
4

**Nonpriority creditor's name and mailing address**
**Michael Waataja**
**23223 Ashbury Dr**
**Rogers, MN 55374**
**Date(s) debt was incurred** 10/14/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.207
5

**Nonpriority creditor's name and mailing address**
**Michael Watkins**
**727 W Consolidated Rd**
**Eaton, OH 45320**
**Date(s) debt was incurred** 11/21/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.207
6

**Nonpriority creditor's name and mailing address**
**Michael Zeazeas JR**
**2157 Maple Ave NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.207
7

**Nonpriority creditor's name and mailing address**
**Micheal Jackson**
**35939 Shrewsbury Ct**
**Round Hill, VA 20141**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2078
**Nonpriority creditor's name and mailing address**
**MICHEAL Schrantz**
**17209 Sarah Ln**
**King George, VA 22485**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2079
**Nonpriority creditor's name and mailing address**
**Michele Keller**
**1123 N Hannaford St**
**Helena, MT 59601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Services Paid for but not provided**
Is the claim subject to offset? ■ No ☐ Yes

3.2080
**Nonpriority creditor's name and mailing address**
**Michele Keller**
**1123 N Hannaford St**
**Helena, MT 59601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

3.2081
**Nonpriority creditor's name and mailing address**
**Michelle Edwards**
**5113 S Lakeshore Dr**
**Maple Plain, MN 55359**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2082
**Nonpriority creditor's name and mailing address**
**Michelle Elkins-Ledonne**
**33 Amelia Park Dr**
**Amelia, OH 45102**
**Date(s) debt was incurred** **11/25/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2083
**Nonpriority creditor's name and mailing address**
**Michelle Evans**
**6114 SE Boise St**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

3.2084
**Nonpriority creditor's name and mailing address**
**Michelle Fry**
**428 Equestrian Landing Trl**
**Bumpass, VA 23024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2085
Nonpriority creditor's name and mailing address
**Michelle Iukovici**
**1736 Bismark St**
**Richland, WA 99354**
Date(s) debt was incurred 10/23/2019
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2086
Nonpriority creditor's name and mailing address
**Michelle Jordan**
**1307 Seabright Way**
**Seaside, OR 97138**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2087
Nonpriority creditor's name and mailing address
**Michelle Knosby**
**533 NE 3rd St**
**Ankeny, IA 50021**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2088
Nonpriority creditor's name and mailing address
**Michelle Matyseck**
**11637 SE Pleasant Valley Pkwy**
**Happy Valley, OR 97086**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2089
Nonpriority creditor's name and mailing address
**Michelle Nelis**
**3646 Ancient Oak Dr**
**Elgin, IL 60124**
Date(s) debt was incurred 11/27/2019
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2090
Nonpriority creditor's name and mailing address
**Michelle Nelson**
**19610 166th St E**
**Sumner, WA 98391**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes
**$750.00**

3.2091
Nonpriority creditor's name and mailing address
**Michelle Nelson**
**19610 166th St E**
**Sumner, WA 98391**
Date(s) debt was incurred 11/26/2025
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2092 **Nonpriority creditor's name and mailing address**
**Michelle Zurbrugg**
**8080 Hill Road**
**Klamatha Falls, OR 97603**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2093 **Nonpriority creditor's name and mailing address**
**MidAmerican Energy Company**
**Attn: Private Generation**
**PO Box 4350**
**Davenport, IA 52808-9986**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$861.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2094 **Nonpriority creditor's name and mailing address**
**Miguel Jimenez**
**20355 SW Verona Ct**
**Beaverton, OR 97006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.2095 **Nonpriority creditor's name and mailing address**
**Miguel Jimenez**
**20355 SW Verona Ct**
**Beaverton, OR 97006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.2096 **Nonpriority creditor's name and mailing address**
**Miguel Jimenez**
**20355 SW Verona Ct**
**Beaverton, OR 97006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.2097 **Nonpriority creditor's name and mailing address**
**Miguel Rodriguez**
**1406 S 26th Ave**
**Yakima, WA 98902**
**Date(s) debt was incurred** 3/17/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2098 **Nonpriority creditor's name and mailing address**
**Mikan Raymond**
**10687 Karston Ave NE**
**Albertville, MN 55301**
**Date(s) debt was incurred** 11/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2099

**Nonpriority creditor's name and mailing address**
**Mike and Kathy Luessen**
**107 Lake Park Dr**
**Alexandria, KY 41001**
**Date(s) debt was incurred** 11/6/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.2100

**Nonpriority creditor's name and mailing address**
**Mike Aschenbrenner**
**8339 Bladensburg Rd**
**Ottumwa, IA 52501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.2101

**Nonpriority creditor's name and mailing address**
**Mike Bates**
**7660 Lewis Peak Rd**
**Waitsburg, WA 99361**
**Date(s) debt was incurred** 1/11/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.2102

**Nonpriority creditor's name and mailing address**
**Mike BEESLEY**
**187 Moody Rd**
**Hoquiam, WA 98550**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.2103

**Nonpriority creditor's name and mailing address**
**Mike Coplin**
**1230 Hudson Street**
**Helena, MT 59601**
**Date(s) debt was incurred** 11/13/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.2104

**Nonpriority creditor's name and mailing address**
**Mike Cowin**
**30 Honeysuckle Road**
**Pasco, WA 99301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.2105

**Nonpriority creditor's name and mailing address**
**Mike Hall**
**10929 Penarth Dr**
**Cincinnati, OH 45251**
**Date(s) debt was incurred** 7/12/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.2106
**Nonpriority creditor's name and mailing address**
**Mike Hoogerwerf**
**967 S Concord St**
**Davenport, IA 52802**
**Date(s) debt was incurred** 12/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2107
**Nonpriority creditor's name and mailing address**
**Mike Melquist**
**2 S 582 River Oaks Dr**
**Warrenville, IL 60555**
**Date(s) debt was incurred** 12/10/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2108
**Nonpriority creditor's name and mailing address**
**Mike Rusk**
**1270 E Allen Rd**
**Tucson, AZ 85719**
**Date(s) debt was incurred** 5/6/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2109
**Nonpriority creditor's name and mailing address**
**Mike Turner**
**17 Hesterman Dr**
**Glendale Hght, IL 60139**
**Date(s) debt was incurred** 10/23/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2110
**Nonpriority creditor's name and mailing address**
**Mike Wolf**
**237 Taylors Fork Rd**
**Richmond, KY 40475**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2111
**Nonpriority creditor's name and mailing address**
**Mikheil Dzalamidze**
**602 Merriott Ln**
**Woodburn, OR 97071**
**Date(s) debt was incurred** 12/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2112
**Nonpriority creditor's name and mailing address**
**Millicent and Randy Whiting**
**39760 Modoc Point Rd**
**Chiloquin, OR 97624**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2113

**Nonpriority creditor's name and mailing address**
**Milne Nail Power Tool and Repair**
**1303 West Lewis**
**Pasco, WA 99301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$45.06**

---

3.2114

**Nonpriority creditor's name and mailing address**
**Milton Crowther**
**2360 N Granger Rd**
**Zillah, WA 98953**
**Date(s) debt was incurred** 1/22/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2115

**Nonpriority creditor's name and mailing address**
**Miranda Henifin**
**331 Oconnell Drive**
**Lolo, MT 59847**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2116

**Nonpriority creditor's name and mailing address**
**Miriam Enciso**
**5676 SE Garnet Way**
**Milwaukie, OR 97267**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2117

**Nonpriority creditor's name and mailing address**
**Misha Miller-Sisson**
**4836 SE Caruthers St**
**Portland, OR 97215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2118

**Nonpriority creditor's name and mailing address**
**Misty Swetnam**
**6519 Coachlight Wy**
**W Chester, OH 45069**
**Date(s) debt was incurred** 10/21/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2119

**Nonpriority creditor's name and mailing address**
**Mitch Tuttle**
**442 Alfalfa Rd**
**Helena, MT 59602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2120

**Nonpriority creditor's name and mailing address**
**MNC Consulting LLC**
**612 NE Apache Circle**
**Redmond, OR 97756**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$11,132.00**

---

3.2121

**Nonpriority creditor's name and mailing address**
**Mohammed Kanneh**
**17507 Isle Royale Ter**
**Dumfries, VA 22025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2122

**Nonpriority creditor's name and mailing address**
**Mold Inspection & Testing MI&T**
**Environmental Testing Group**
**655 W Grand Ave #300**
**Elmhurst, IL 60126**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

3.2123

**Nonpriority creditor's name and mailing address**
**Mona Dinger**
**4656 Duchess Ct NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2124

**Nonpriority creditor's name and mailing address**
**Monica Carlson**
**238 Mac St**
**Elk New Mrkt, MN 55054**
**Date(s) debt was incurred** 9/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2125

**Nonpriority creditor's name and mailing address**
**Monica Pardy**
**1379 SE 40th Ave**
**Hillsboro, OR 97123**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2126

**Nonpriority creditor's name and mailing address**
**Monique Selene Mendez**
**6277 W Mesa Garden Dr**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 12/4/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2127

**Nonpriority creditor's name and mailing address**
**Moss Adams LLP**
**PO Box 101822**
**Pasadena, CA 91189-1822**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$98,397.85**

---

3.2128

**Nonpriority creditor's name and mailing address**
**Musa & Jamilah Sowemimo**
**3675 Peregrine Way**
**Elgin, IL 60124**
**Date(s) debt was incurred** 3/2/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2129

**Nonpriority creditor's name and mailing address**
**Musu Korti-cheaye**
**4260 Kady Ave NE**
**Saint Michael, MN 55376**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.2130

**Nonpriority creditor's name and mailing address**
**Musu Korti-cheaye**
**4260 Kady Ave NE**
**St Michael, MN 55376**
**Date(s) debt was incurred** 12/12/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2131

**Nonpriority creditor's name and mailing address**
**Mya Bowman**
**10795 Sharons Way**
**Chisago City, MN 55013**
**Date(s) debt was incurred** 8/1/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2132

**Nonpriority creditor's name and mailing address**
**Myletia Wilkerson**
**7174 Mchenry Ct**
**Remington, VA 22734**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2133

**Nonpriority creditor's name and mailing address**
**Myranda Shaw**
**406 Carter Street**
**Elko New Market, MN 55054**
**Date(s) debt was incurred** 7/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.213 4

**Nonpriority creditor's name and mailing address**
**NAGA RAMA KRISHNA ADEPU**
**8245 Moonstone Dr**
**W Chester, OH 45241**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.213 5

**Nonpriority creditor's name and mailing address**
**Naileen Torres**
**120 Shannon Ave**
**Mt Jackson, VA 22842**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.213 6

**Nonpriority creditor's name and mailing address**
**Nan Newton**
**25 Mcleod Main St**
**Mc Leod, MT 59052**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.213 7

**Nonpriority creditor's name and mailing address**
**Nancy Beckwith**
**18141 Wanona Rd**
**Sisters, OR 97759**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.213 8

**Nonpriority creditor's name and mailing address**
**Nancy Curtis**
**301 South 6th St**
**Livingston, MT 59047**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Paid for but not provided

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.213 9

**Nonpriority creditor's name and mailing address**
**Nancy Curtis**
**301 South 6th Street**
**Livingston, MT 59047**

**Date(s) debt was incurred** 11/11/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.214 0

**Nonpriority creditor's name and mailing address**
**Nancy Entrikin**
**3014 NE 47th Ave**
**Portland, OR 97213**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.214
1

**Nonpriority creditor's name and mailing address**
**Nancy L Albrecht**
**3021 SE 57th Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.214
2

**Nonpriority creditor's name and mailing address**
**Nancy MacMorris Adix**
**445 Candalaria Blvd S**
**Salem, OR 97302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.214
3

**Nonpriority creditor's name and mailing address**
**Nancy Nelson**
**960 Riessen Rd**
**Grants Pass, OR 97526**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.214
4

**Nonpriority creditor's name and mailing address**
**Nancy Nieman**
**938 Cortney Dr**
**Carpentersville, IL 60110**
**Date(s) debt was incurred** 1/31/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.214
5

**Nonpriority creditor's name and mailing address**
**Nancy Zadra**
**1512 W Sussex Ave**
**Missoula, MT 59801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.214
6

**Nonpriority creditor's name and mailing address**
**Nancy Zadra**
**1512 W Sussex Ave**
**Missoula, MT 59801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.214
7

**Nonpriority creditor's name and mailing address**
**Nannette Gianopoulos**
**1109 NE Lija Loop**
**Portland, OR 97211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2148
**Nonpriority creditor's name and mailing address**
**Naomi Auttapibarn**
**711 Pyramid Peak Pl**
**Mt Vernon, WA 98273**
**Date(s) debt was incurred** 12/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2149
**Nonpriority creditor's name and mailing address**
**Natalie Reder**
**5566 Senour Dr**
**W Chester Tnshp, OH 45069**
**Date(s) debt was incurred** 11/6/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2150
**Nonpriority creditor's name and mailing address**
**Nate Scheurman**
**857 Bear Creek Dr**
**Molalla, OR 97038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2151
**Nonpriority creditor's name and mailing address**
**Nathalie Equall (Primary Contact)**
**39765 NW Murtaugh Rd**
**North Plains, OR 97133**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.2152
**Nonpriority creditor's name and mailing address**
**Nathan Huffman**
**605 Jett St**
**Fredericksburg, VA 22405**
**Date(s) debt was incurred** 7/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2153
**Nonpriority creditor's name and mailing address**
**Nathan Olsen**
**Davis Hearn Anderson Selvig**
**515 E Main St**
**Ashland, OR 97520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

3.2154
**Nonpriority creditor's name and mailing address**
**Nathan Seefeldt**
**1832 Old Mill Ct**
**Centerville, MN 55038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.215 5
**Nonpriority creditor's name and mailing address**
**Nathan Seefeldt**
**1832 Old Mill Ct**
**Centerville, MN 55038**
**Date(s) debt was incurred** 11/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.215 6
**Nonpriority creditor's name and mailing address**
**Nathan Whittaker**
**5149 W Grace St**
**Chicago, IL 60641**
**Date(s) debt was incurred** 9/28/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.215 7
**Nonpriority creditor's name and mailing address**
**Nathaniel Botts**
**11675 Bezold Rd**
**California, KY 41007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.215 8
**Nonpriority creditor's name and mailing address**
**Nathaniel Fulkerson**
**1342 Oak Ridge St**
**Hanover, MN 55341**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.215 9
**Nonpriority creditor's name and mailing address**
**Nathaniel Griffith**
**7460 Elbrook Ave**
**Cincinnati, OH 45237**
**Date(s) debt was incurred** 12/6/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.216 0
**Nonpriority creditor's name and mailing address**
**Nathaniel Talbott**
**8523 Aldridge Dr SW**
**Cedar Rapids, IA 52404**
**Date(s) debt was incurred** 11/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.216 1
**Nonpriority creditor's name and mailing address**
**Natthaveekarn Intharaprasit**
**6290 Trail Ave NE**
**Keizer, OR 97303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| Claim | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.2162 | **Navia Benefits**<br>**PO Box 35193**<br>**Seattle, WA 98124**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,604.17** |
| 3.2163 | **Neil L**<br>**7515 S Salt Water Dr**<br>**Tucson, AZ 85757**<br>**Date(s) debt was incurred** 10/9/2019<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2164 | **Neilliza Swaffar**<br>**2555 Flosden Rd Spc 31**<br>**American Cyn, CA 94503**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2165 | **Nellie Ivanitsky**<br>**11760 Lawnview**<br>**Cincinnati, OH 45246**<br>**Date(s) debt was incurred** 3/11/2020<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2166 | **Neopost Advance (Quadient)**<br>**PO BOX 3811**<br>**Milford, CT 06460-8711**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$839.79** |
| 3.2167 | **Neva Broderick**<br>**2901 St Rt 743**<br>**Moscow, OH 45153**<br>**Date(s) debt was incurred** 10/17/2019<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2168 | **Ngin Heng**<br>**7588 23rd St N**<br>**Oakdale, MN 55128**<br>**Date(s) debt was incurred** 9/8/2025<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

3.2169

**Nonpriority creditor's name and mailing address**
**Nicholas Akkerman**
**13744 Widgeon Ln**
**Rogers, MN 55374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.2170

**Nonpriority creditor's name and mailing address**
**Nicholas Akkerman**
**13744 Widgeon Ln**
**Rogers, MN 55374**
**Date(s) debt was incurred** 11/14/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2171

**Nonpriority creditor's name and mailing address**
**Nicholas Braddock**
**708 W Burgess St**
**Mt Vernon, OH 43050**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2172

**Nonpriority creditor's name and mailing address**
**Nicholas Hughes**
**16786 SW Daffodil St**
**Sherwood, OR 97140**
**Date(s) debt was incurred** 9/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2173

**Nonpriority creditor's name and mailing address**
**Nicholas Larson**
**13836 Aster Ln**
**Rogers, MN 55374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.2174

**Nonpriority creditor's name and mailing address**
**Nicholas Larson**
**13836 Aster Ln**
**Rogers, MN 55374**
**Date(s) debt was incurred** 10/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2175

**Nonpriority creditor's name and mailing address**
**Nicholas Schaefer**
**10379 Fay Ln**
**Cincinnati, OH 45251**
**Date(s) debt was incurred** 9/25/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2176
**Nonpriority creditor's name and mailing address**
**Nicholas Stone**
**336 Governors Ave**
**Trenton, OH 45067**
**Date(s) debt was incurred** 10/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2177
**Nonpriority creditor's name and mailing address**
**Nicholas Taresh**
**20716 Amber Way**
**Bend, OR 97701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2178
**Nonpriority creditor's name and mailing address**
**Nicholas White**
**18454 S Copper Basin Dr**
**Green Valley, AZ 85614**
**Date(s) debt was incurred** 7/29/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2179
**Nonpriority creditor's name and mailing address**
**Nicholas Youngstrom**
**3360 Rodeo Rd**
**Missoula, MT 59803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2180
**Nonpriority creditor's name and mailing address**
**Nick Brown, Attorney General**
**Consumer Protection Division**
**800 Fifth Ave, Ste 2000, MS TB 14**
**Seattle, WA 98104-3188**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2181
**Nonpriority creditor's name and mailing address**
**Nick Finke**
**1783 Black Rd**
**Hamilton, OH 45013**
**Date(s) debt was incurred** 9/27/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2182
**Nonpriority creditor's name and mailing address**
**Nick Hoagland**
**1208 Mckinley Ct**
**Miamisburg, OH 45342**
**Date(s) debt was incurred** 11/22/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2183
**Nonpriority creditor's name and mailing address**
**Nick Holbrook**
**507 Grader Ct**
**Benton City, WA 99320**
**Date(s) debt was incurred** 5/23/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2184
**Nonpriority creditor's name and mailing address**
**Nick Ross**
**466 E Milton St**
**Lebanon, OR 97355**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2185
**Nonpriority creditor's name and mailing address**
**Nicklos Peterson**
**20667 Liberty Ln**
**Bend, OR 97701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2186
**Nonpriority creditor's name and mailing address**
**Nickolas Wardell**
**4349 Picket Way**
**Woodbury, MN 55129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2187
**Nonpriority creditor's name and mailing address**
**Nicky Loi**
**14532 46th Ave SE**
**Bothell, WA 98012**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2188
**Nonpriority creditor's name and mailing address**
**Nicole DeMers Dorais**
**2550 Duffield Rd**
**Moxee, WA 98936**
**Date(s) debt was incurred** 10/15/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2189
**Nonpriority creditor's name and mailing address**
**Nicole Hideo**
**331 Third St**
**Fredericksburg, VA 22408**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.219 0

**Nonpriority creditor's name and mailing address**
**Nicole Hideo**
**331 Third St**
**Fredericksburg, VA 22408**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.219 1

**Nonpriority creditor's name and mailing address**
**Nicolette Allers**
**3542 NE 68th Ave**
**Portland, OR 97213**
**Date(s) debt was incurred** 12/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.219 2

**Nonpriority creditor's name and mailing address**
**Noah Barrett**
**381 W Berkeley St**
**Gladstone, OR 97027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.219 3

**Nonpriority creditor's name and mailing address**
**Noah Smith**
**21 N Rose St**
**Chillicothe, OH 45601**
**Date(s) debt was incurred** 11/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.219 4

**Nonpriority creditor's name and mailing address**
**Noah Wain**
**10904 Deerfield Dr**
**Fredericksburg, VA 22407**
**Date(s) debt was incurred** 10/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.219 5

**Nonpriority creditor's name and mailing address**
**Noel Arnold**
**2650 182nd St**
**Marshalltown, IA 50158**
**Date(s) debt was incurred** 10/13/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.219 6

**Nonpriority creditor's name and mailing address**
**Noel Tendick**
**22 Silva Cutoff Rd**
**Lyle, WA 98635**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

**3.2197** **Nonpriority creditor's name and mailing address**
**Noel Tendick**
**22 Silva Cutoff Road**
**Lyle, WA 98635**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2198** **Nonpriority creditor's name and mailing address**
**Noella Lisase**
**7812 Crossroads Dr SW**
**Cedar Rapids, IA 52404**
**Date(s) debt was incurred** 11/13/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2199** **Nonpriority creditor's name and mailing address**
**Noor Shaikh**
**125 Holmes Street**
**Stafford, VA 22554**
**Date(s) debt was incurred** 11/12/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2200** **Nonpriority creditor's name and mailing address**
**Norma Bello**
**2040 Granny Smith Ln**
**Middletown, OH 45044**
**Date(s) debt was incurred** 4/10/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2201** **Nonpriority creditor's name and mailing address**
**Norman Nicholson**
**10528 SE Raymond St**
**Portland, OR 97266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2202** **Nonpriority creditor's name and mailing address**
**North Coast Electric**
**PO Box 748177**
**Los Angeles, CA 90074-8177**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,346.29**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2203** **Nonpriority creditor's name and mailing address**
**North Coast Electric - PLP**
**PO Box 748177**
**Los Angeles, CA 90074-8177**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1346

**As of the petition filing date, the claim is:** *Check all that apply.* **$53,819.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2204

**Nonpriority creditor's name and mailing address**
**North Coast Electric - PLP**
**PO Box 748177**
**Los Angeles, CA 90074-8177**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4434

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$1,666.15**

3.2205

**Nonpriority creditor's name and mailing address**
**North Coast Electric - PLP**
**PO Box 748177**
**Los Angeles, CA 90074-8177**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6289

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$237,962.57**

3.2206

**Nonpriority creditor's name and mailing address**
**North Coast Electric - SLG**
**PO Box 748177**
**Los Angeles, CA 90074-8177**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0463

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$30.04**

3.2207

**Nonpriority creditor's name and mailing address**
**North Coast Electric Company**
**2450 8th Ave South**
**Seattle, WA 98134**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$108,818.09**

3.2208

**Nonpriority creditor's name and mailing address**
**North Coast Electric Company**
**2450 8th Ave South**
**Seattle, WA 98134**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$705.37**

3.2209

**Nonpriority creditor's name and mailing address**
**NorthWestern Energy - Helena**
**11 E Park Street**
**Butte, MT 59701-1711**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$1,119.50**

3.2210

**Nonpriority creditor's name and mailing address**
**NW Natural**
**PO Box 6017**
**Portland, OR 97228-6017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$842.56**

3.2211
**Nonpriority creditor's name and mailing address**
**Occupational Health Centers of Minnesota**
**PO Box 1297**
**Brookfield, WI 53008-1297**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

3.2212
**Nonpriority creditor's name and mailing address**
**Ocean Acors**
**13310 Riva Ct**
**Ashland, VA 23005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2213
**Nonpriority creditor's name and mailing address**
**Ogletree Deakins Nash Smoak & Stewart**
**PO Box 89**
**Columbia, SC 29202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$67,039.23**

---

3.2214
**Nonpriority creditor's name and mailing address**
**Ohio Attorney General**
**PO Box 89471**
**Cleveland, OH 44101-6471**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$55,882.17**

---

3.2215
**Nonpriority creditor's name and mailing address**
**Ohio Bureau of Workers' Compensation**
**PO Box 89471**
**Cleveland, OH 44101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$283.00**

---

3.2216
**Nonpriority creditor's name and mailing address**
**Oksana Chapliy**
**9510 1st Ave**
**Cary, IL 60013**
**Date(s) debt was incurred** 8/23/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2217
**Nonpriority creditor's name and mailing address**
**Olaf Isele**
**8772 Rupp Farm Drive**
**W Chester, OH 45069**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2218

**Nonpriority creditor's name and mailing address**
**Olga Gonzalez**
**10024 SE 304th Pl**
**Auburn, WA 98092**
**Date(s) debt was incurred** 3/11/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2219

**Nonpriority creditor's name and mailing address**
**Olimpia Diaz**
**4842 S 166th St**
**Seatac, WA 98188**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2220

**Nonpriority creditor's name and mailing address**
**Oneyda Escobar**
**13103 Aspen Dr**
**Rogers, MN 55374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2221

**Nonpriority creditor's name and mailing address**
**OR-OSHA**
**Consumer & Business Svcs**
**PO Box 14610**
**Salem, OR 97309-0445**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$71,539.50**

---

3.2222

**Nonpriority creditor's name and mailing address**
**Oracle America, Inc (Lease Admin Cntr)**
**BOA Lockbox Services**
**15612 Collections Center Drive**
**Chicago, IL 60693**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$37,775.68**

---

3.2223

**Nonpriority creditor's name and mailing address**
**Oregon Dept of Revenue**
**PO Box 14800**
**Salem, OR 97309-0920**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$77,928.03**

---

3.2224

**Nonpriority creditor's name and mailing address**
**Oregon Employment Department**
**875 Union Street NE**
**Salem, OR 97311**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$12,595.53**

---

3.2225

**Nonpriority creditor's name and mailing address**
**Oregon Health & Science University**
**c/o Tammie Johnson**
**1400 SW 5th Ave, Ste 500**
**Portland, OR 97201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$90,473.12**

---

3.2226

**Nonpriority creditor's name and mailing address**
**orlando baltazar**
**5517 Earth Pl NE**
**Salem, OR 97305**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2227

**Nonpriority creditor's name and mailing address**
**Orlando dominguez**
**2014 W Probasco Dr**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 12/26/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2228

**Nonpriority creditor's name and mailing address**
**Orlando Sanchez**
**2339 Upriver Ave**
**Richland, WA 99352**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2229

**Nonpriority creditor's name and mailing address**
**Orlando Vega**
**6367 Glenmont Dr**
**Hamilton, OH 45011**
**Date(s) debt was incurred** 11/27/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2230

**Nonpriority creditor's name and mailing address**
**Oscar Gutierrez**
**548 Stoffa Ave**
**Elburn, IL 60119**
**Date(s) debt was incurred** 8/15/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2231

**Nonpriority creditor's name and mailing address**
**Oscar Lucatero**
**516 S. Nelson St**
**Kennewick, WA 99336**
**Date(s) debt was incurred** 10/16/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2232
**Nonpriority creditor's name and mailing address**
**Pablo Martos**
**5532 SE Lafayette St**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2233
**Nonpriority creditor's name and mailing address**
**Pacific NW Restoration**
**7275 SW 195th Ave.**
**Beaverton, OR 97007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$2,337.19**

3.2234
**Nonpriority creditor's name and mailing address**
**Pacific Office Automation (Lease Direct)**
**14747 NW Greenbrier Pkwy**
**Beaverton, OR 97006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$76.67**

3.2235
**Nonpriority creditor's name and mailing address**
**Pacific Power**
**PO Box 220**
**Pendleton, OR 97801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$87.19**

3.2236
**Nonpriority creditor's name and mailing address**
**Pacific Power - Service Invoices**
**PO Box 220**
**Pendleton, OR 97801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$422.79**

3.2237
**Nonpriority creditor's name and mailing address**
**Palmetto Solar, LLC, d/b/a LightReach**
**1616 Camden Road, Suite 300**
**Charlotte, NC 28203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

3.2238
**Nonpriority creditor's name and mailing address**
**Pam Rodgers**
**608 Quasar Ct**
**Bakersfield, CA 93301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2239 **Nonpriority creditor's name and mailing address**
**Pamela Grijalva**
**5885 Avenida Barranca Seca**
**Tucson, AZ 85706**
**Date(s) debt was incurred** 9/9/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2240 **Nonpriority creditor's name and mailing address**
**Pamela Miller**
**1240 NE Shannon Ct**
**Hillsboro, OR 97124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2241 **Nonpriority creditor's name and mailing address**
**Pape Machinery Inc**
**The Pape' Group, Inc.**
**355 Goodpasture Island Rd.**
**Eugene, OR 97401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 7567

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,860.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2242 **Nonpriority creditor's name and mailing address**
**Parameswaran Rengaiah**
**215 Hawthorn Ln**
**Hoffman Estates, IL 60169**
**Date(s) debt was incurred** 10/12/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2243 **Nonpriority creditor's name and mailing address**
**Parker Kimball**
**8235 N Chautauqua Blvd**
**Portland, OR 97217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.2244 **Nonpriority creditor's name and mailing address**
**Parr Lumber Co.**
**PO Box 35144 #2690**
**Seattle, WA 98124-5144**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,112.37**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2245 **Nonpriority creditor's name and mailing address**
**Parsons Drive Warehouses, LLC**
**3283 Hillcrest Rd**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2246 **Nonpriority creditor's name and mailing address**
**Pat McAbery**
**9891 Geneva View Rd**
**Crook Rvr Ranch, OR 97760**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? [x] No [ ] Yes

---

3.2247 **Nonpriority creditor's name and mailing address**
**Patricia Arnst**
**6219 157th St N**
**Hugo, MN 55038**
**Date(s) debt was incurred** 11/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

---

3.2248 **Nonpriority creditor's name and mailing address**
**Patricia Burton**
**3012 NE Riverside Ave**
**Pendleton, OR 97801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? [x] No [ ] Yes

---

3.2249 **Nonpriority creditor's name and mailing address**
**Patricia Gamez**
**7442 E Victoria Dr**
**Tucson, AZ 85730**
**Date(s) debt was incurred** 2/6/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

---

3.2250 **Nonpriority creditor's name and mailing address**
**Patricia McCarey**
**300 Orchard Lane**
**Clear Lake, IA 50428**
**Date(s) debt was incurred** 11/4/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

---

3.2251 **Nonpriority creditor's name and mailing address**
**Patricia McKay**
**135 Dan Ave**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

---

3.2252 **Nonpriority creditor's name and mailing address**
**Patricia Schwinden**
**1731 Golden Street**
**Helena, MT 59601**
**Date(s) debt was incurred** 10/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? [x] No [ ] Yes

---

3.2253

**Nonpriority creditor's name and mailing address**
**Patricia Spohn**
**306 Marian Ave**
**Central Point, OR 97502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2254

**Nonpriority creditor's name and mailing address**
**Patrick Barker**
**3716 13th St NE**
**Hickory, NC 28601**
**Date(s) debt was incurred** 9/4/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2255

**Nonpriority creditor's name and mailing address**
**Patrick Burgess**
**7416 SE Duke St**
**Portland, OR 97206**
**Date(s) debt was incurred** 11/14/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2256

**Nonpriority creditor's name and mailing address**
**Patrick Espinosa**
**6956 N Columbia Way**
**Portland, OR 97203**
**Date(s) debt was incurred** 9/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2257

**Nonpriority creditor's name and mailing address**
**Patrick Harvey**
**318 Greenfield St**
**Tiffin, OH 44883**
**Date(s) debt was incurred** 5/13/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2258

**Nonpriority creditor's name and mailing address**
**Patrick McClard**
**2890 Upper Rainbow Rd**
**Bozeman, MT 59718**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

3.2259

**Nonpriority creditor's name and mailing address**
**Patrick Morgan**
**7936 Spring Lake Dr**
**Shakopee, MN 55379**
**Date(s) debt was incurred** 9/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 338 of 493

**3.2260**

**Nonpriority creditor's name and mailing address**
**Patrick Nunez**
**13631 W Manville Rd**
**Tucson, AZ 85743**
**Date(s) debt was incurred** 4/15/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2261**

**Nonpriority creditor's name and mailing address**
**Patrick Stanek**
**2329 Fox Trail Dr NE**
**Cedar Rapids, IA 52402**
**Date(s) debt was incurred** 11/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2262**

**Nonpriority creditor's name and mailing address**
**Patsy Millard**
**967 Highbury Dr**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2263**

**Nonpriority creditor's name and mailing address**
**PAUL AUCUTT**
**6827 Kiowa Trace NE**
**Cedar Rapids, IA 52411**
**Date(s) debt was incurred** 10/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2264**

**Nonpriority creditor's name and mailing address**
**Paul Birkeland**
**8191 Bridger Canyon Rd**
**Bozeman, MT 59715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.2265**

**Nonpriority creditor's name and mailing address**
**Paul Brainard**
**6814 SE Pardee St**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2266**

**Nonpriority creditor's name and mailing address**
**Paul Brown**
**542 E L St**
**Benecia, CA 94510**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2267
**Nonpriority creditor's name and mailing address**
**Paul Groteluschen**
**13335 Rocklyn Drive**
**Urbandale, IA 50323**
**Date(s) debt was incurred** 11/14/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2268
**Nonpriority creditor's name and mailing address**
**Paul Meier**
**30355 S Wall St**
**Colton, OR 97017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2269
**Nonpriority creditor's name and mailing address**
**Paul Moreland**
**1004 NE 65th Ave**
**Portland, OR 97213**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2270
**Nonpriority creditor's name and mailing address**
**Paul Neal**
**400 Overbrook Dr**
**Nicholasville, KY 40356**
**Date(s) debt was incurred** 10/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2271
**Nonpriority creditor's name and mailing address**
**Paul Renadette**
**611 N Bay Ct**
**Cincinnati, OH 45238**
**Date(s) debt was incurred** 11/6/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2272
**Nonpriority creditor's name and mailing address**
**Paul Schuler**
**23350 Wood Lane**
**Rogers, MN 55374**
**Date(s) debt was incurred** 10/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2273
**Nonpriority creditor's name and mailing address**
**Paul Stein**
**444 Lonesome Pine Trl**
**Lino Lakes, MN 55014**
**Date(s) debt was incurred** 8/28/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2274
**Nonpriority creditor's name and mailing address**
**Paul Stocking**
**8527 W 12th Ave**
**Kennewick, WA 99338**
**Date(s) debt was incurred** 5/28/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2275
**Nonpriority creditor's name and mailing address**
**Paul Swiderski**
**13978 Lynch Dr**
**Rogers, MN 55374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.2276
**Nonpriority creditor's name and mailing address**
**Paul Swiderski**
**13978 Lynch Dr**
**Rogers, MN 55374**
**Date(s) debt was incurred** 11/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2277
**Nonpriority creditor's name and mailing address**
**Paul Thiegs**
**2714 Silver Fox Rd**
**White Bear Lake, MN 55110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.2278
**Nonpriority creditor's name and mailing address**
**Paul Weckenbrock**
**7376 Yorkridge Rd**
**Guilford, IN 47022**
**Date(s) debt was incurred** 5/30/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2279
**Nonpriority creditor's name and mailing address**
**Paula & Erik Simmons**
**18441 Whispering Woods Dr**
**Lawrenceburg, IN 47025**
**Date(s) debt was incurred** 8/28/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2280
**Nonpriority creditor's name and mailing address**
**Paula Mozen**
**618 E Davis St**
**Bozeman, MT 59715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.228 1
**Nonpriority creditor's name and mailing address**
**Paviterdeep Singh**
**1104 Cotton Rosser Way**
**Yuba City, CA 95991**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.228 2
**Nonpriority creditor's name and mailing address**
**Paylocity**
**1400 American Ln**
**Schaumburg, IL 60173**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$7,915.31**

---

3.228 3
**Nonpriority creditor's name and mailing address**
**Paylocity**
**1400 American Ln**
**Schaumburg, IL 60173**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$13,711.69**

---

3.228 4
**Nonpriority creditor's name and mailing address**
**Peggie Wilkerson**
**17925 SW Yaquina Ct**
**Tualatin, OR 97062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.228 5
**Nonpriority creditor's name and mailing address**
**Peggy Brown**
**306 NW Garibaldi St**
**Hillsboro, OR 97124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.228 6
**Nonpriority creditor's name and mailing address**
**Peggy Schnell**
**1870 Laurel Lindale Rd**
**New Richmond, OH 45157**
**Date(s) debt was incurred** 7/10/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.228 7
**Nonpriority creditor's name and mailing address**
**Percy Thompson**
**4807 Jackson Village Pkwy**
**Fredericksburg, VA 22407**
**Date(s) debt was incurred** 12/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2288

**Nonpriority creditor's name and mailing address**
**Pete Mahon**
**1736 Pin Oak Ln**
**Elgin, IL 60120**

**Date(s) debt was incurred** 11/11/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

---

3.2289

**Nonpriority creditor's name and mailing address**
**Peter and Jennifer Aziaka**
**781 Medford Dr**
**S Elgin, IL 60177**

**Date(s) debt was incurred** 9/18/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

---

3.2290

**Nonpriority creditor's name and mailing address**
**Peter Eull**
**9965 41st Pl NE**
**Saint Michael, MN 55376**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Paid for but not provided

Is the claim subject to offset? ■ No ☐ Yes

---

3.2291

**Nonpriority creditor's name and mailing address**
**Peter Eull**
**9965 41st Pl NE**
**St Michael, MN 55376**

**Date(s) debt was incurred** 10/24/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

---

3.2292

**Nonpriority creditor's name and mailing address**
**Peter Giese**
**7714 SE 17th Ave**
**Portland, OR 97202**

**Date(s) debt was incurred** 11/13/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

---

3.2293

**Nonpriority creditor's name and mailing address**
**Peter Mears**
**2005 Sierra Dr**
**Fredericksburg, VA 22405**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

---

3.2294

**Nonpriority creditor's name and mailing address**
**Peter Moody**
**6308 Sage Lane**
**Klamatha Falls, OR 97603**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2295** **Nonpriority creditor's name and mailing address**
**Peter Rega**
**2119 Peregrine Ct**
**West Linn, OR 97068**
**Date(s) debt was incurred** 12/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2296** **Nonpriority creditor's name and mailing address**
**Peter Rodocker**
**1224 SE Reynolds St**
**Portland, OR 97202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2297** **Nonpriority creditor's name and mailing address**
**Peter Taggares**
**9400 Selph Landing Rd**
**Pasco, WA 99301**
**Date(s) debt was incurred** 6/8/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2298** **Nonpriority creditor's name and mailing address**
**Peter Thorniley**
**115 West Rapp Road**
**Talent, OR 97540**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2299** **Nonpriority creditor's name and mailing address**
**Peter Vetter**
**7724 NE Blackburn Rd**
**Yamhill, OR 97148**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2300** **Nonpriority creditor's name and mailing address**
**Philip Graham**
**1424 Indian Ridge Trl**
**New Richmond, OH 45157**
**Date(s) debt was incurred** 9/26/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2301** **Nonpriority creditor's name and mailing address**
**Philip Olson**
**2848 Vibbert St S**
**Salem, OR 97302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2302

**Nonpriority creditor's name and mailing address**
**Phill Hurley**
**16818 SE Kelly St**
**Portland, OR 97236**
**Date(s) debt was incurred** 6/26/2025
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2303

**Nonpriority creditor's name and mailing address**
**Phillip Edmiston**
**904 Walnut St**
**Farmington, MN 55024**
**Date(s) debt was incurred** 8/28/2025
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2304

**Nonpriority creditor's name and mailing address**
**Phillip Hubbard**
**4246 Tingley Ln**
**Klamath Falls, OR 97603**
**Date(s) debt was incurred** 10/22/2025
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2305

**Nonpriority creditor's name and mailing address**
**Phillip johnson**
**16425 Draft Horse Blvd**
**Lakeville, MN 55044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2306

**Nonpriority creditor's name and mailing address**
**Phillip johnson**
**16425 Draft Horse Blvd**
**Lakeville, MN 55044**
**Date(s) debt was incurred** 10/16/2025
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2307

**Nonpriority creditor's name and mailing address**
**Phyllis Bartel**
**100 S Hill Ave**
**Ogilvie, MN 56358**
**Date(s) debt was incurred** 11/21/2025
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2308

**Nonpriority creditor's name and mailing address**
**Phyllis Hansell**
**2010 NW Eucalyptus Dr**
**Hermiston, OR 97838**
**Date(s) debt was incurred** 11/1/2019
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2309

**Nonpriority creditor's name and mailing address**
**Phyllis O'Dell**
**3753 Bingham Dr**
**Lexington, KY 40514**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2310

**Nonpriority creditor's name and mailing address**
**Pietro Desantis III**
**1454 Franklin St**
**Lebanon, OR 97355**

**Date(s) debt was incurred** 12/18/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2311

**Nonpriority creditor's name and mailing address**
**Pitney Bowes**
**PO Box 981026**
**Boston, MA 02298-1026**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$16.32**

---

3.2312

**Nonpriority creditor's name and mailing address**
**Platt Electric Supply**
**P.O. Box 418759**
**Boston, MA 02241-8759**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$8,480.86**

---

3.2313

**Nonpriority creditor's name and mailing address**
**Platt Electric Supply**
**P.O. Box 418759**
**Boston, MA 02241-8759**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$2,284.89**

---

3.2314

**Nonpriority creditor's name and mailing address**
**Platt Electric Supply - PLP**
**P.O. Box 418759**
**Boston, MA 02241-8759**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 2372

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$443.44**

---

3.2315

**Nonpriority creditor's name and mailing address**
**Platt Electric Supply - PLP**
**P.O. Box 418759**
**Boston, MA 02241-8759**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5227

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$57,117.06**

---

| Entry | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.2316 | **Platt Electric Supply - SLG**<br>**P.O. Box 418759**<br>**Boston, MA 02241-8759**<br>Date(s) debt was incurred _<br>Last 4 digits of account number 9081 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | $65,522.28 |
| 3.2317 | **PNC Vendor Finance, LLC**<br>**655 Business Center Dr**<br>**Suite 250**<br>**Horsham, PA 19044**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | $2,498.30 |
| 3.2318 | **PNW Mold Control**<br>**32419 27th Place West**<br>**Brier, WA 98036**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | $9,507.63 |
| 3.2319 | **Pontine Rosteck**<br>**424 NE 44th Ave**<br>**Portland, OR 97213**<br>Date(s) debt was incurred 10/17/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.2320 | **Porchcom Inc**<br>**411 1st Ave S, Ste 501**<br>**Seattle, WA 98104**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | $350.00 |
| 3.2321 | **Powerfully Green (Smart Options Inc.)**<br>**2380 Watertown Rd**<br>**Orono, MN 55356**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | $120,740.10 |
| 3.2322 | **Prathamesh Sawant**<br>**739 S 47th St**<br>**Renton, WA 98055**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

| | | | |
|---|---|---|---|
| 3.2323 | **Nonpriority creditor's name and mailing address**<br>**Premashis Manna**<br>**2546 Bristol Rd**<br>**Columbus, OH 43221**<br>**Date(s) debt was incurred** 11/4/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2324 | **Nonpriority creditor's name and mailing address**<br>**Premier Automotive Service Center**<br>**6815 Hickman Rd**<br>**Urbandale, IA 50322**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,462.89** |
| 3.2325 | **Nonpriority creditor's name and mailing address**<br>**Premier One, Inc.**<br>**9212 E. Montgomery, Ste 604**<br>**Spokane, WA 99206**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,577.50** |
| 3.2326 | **Nonpriority creditor's name and mailing address**<br>**Preston Atkins**<br>**1118 Rainbow Ave**<br>**Vickery, OH 43464**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2327 | **Nonpriority creditor's name and mailing address**<br>**Preston House**<br>**3683 Bellamere Ln**<br>**Elgin, IL 60107**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2328 | **Nonpriority creditor's name and mailing address**<br>**Priscilla Garcia**<br>**8330 West Anser Lp**<br>**Tucson, AZ 85757**<br>**Date(s) debt was incurred** 11/26/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2329 | **Nonpriority creditor's name and mailing address**<br>**Pristine Roofing and Construction, LLC**<br>**328 Live Oak Loop**<br>**Central Point, OR 97502**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,475.00** |

**3.2330**

**Nonpriority creditor's name and mailing address**
**Professional Solar Products Inc - Prosol**
**1551 South Rose Ave**
**Oxnard, CA 93033**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$5,063.03**

---

**3.2331**

**Nonpriority creditor's name and mailing address**
**Puget Sound Energy**
**PO Box 91269**
**Bellevue, WA 98009-9269**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$7,482.02**

---

**3.2332**

**Nonpriority creditor's name and mailing address**
**Purvin & Krina Patel**
**3483 Gallant Fox Dr**
**Elgin, IL 60124**

**Date(s) debt was incurred** 2/20/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2333**

**Nonpriority creditor's name and mailing address**
**Quelley Boney**
**15402 205th Ave E**
**Bonney Lake, WA 98391**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2334**

**Nonpriority creditor's name and mailing address**
**Quinn Jennings**
**39w354 W Mallory Dr**
**Geneva, IL 60134**

**Date(s) debt was incurred** 8/16/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2335**

**Nonpriority creditor's name and mailing address**
**Quint McAdoo**
**220 Boyer Rd**
**Grants Pass, OR 97526**

**Date(s) debt was incurred** 1/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2336**

**Nonpriority creditor's name and mailing address**
**Quora, LLC**
**3521 Avion Drive**
**Medford, OR 97504**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$33,930.46**

3.2337

**Nonpriority creditor's name and mailing address**
**QXO (Beacon Building Products)**
**PO Box 101087**
**Pasadena, CA 91189-0005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$131,734.41**

3.2338

**Nonpriority creditor's name and mailing address**
**Rachael Estill**
**545 Judson St S**
**Salem, OR 97302**
**Date(s) debt was incurred** 9/27/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2339

**Nonpriority creditor's name and mailing address**
**Rachel Allard**
**2811 NE 148th St**
**Vancouver, WA 98686**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2340

**Nonpriority creditor's name and mailing address**
**Rachel Bare**
**14677 SE Laurie Ave**
**Milwaukie, OR 97267**
**Date(s) debt was incurred** 9/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2341

**Nonpriority creditor's name and mailing address**
**Rachel Duncan**
**20125 S Lower Highland Rd**
**Beavercreek, OR 97004**
**Date(s) debt was incurred** 8/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2342

**Nonpriority creditor's name and mailing address**
**Rachel Lenz**
**1220 Van Fleet St**
**Kelley, IA 50134**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2343

**Nonpriority creditor's name and mailing address**
**Rachel Quinones**
**943 Warlander Dr SW**
**Leesburg, VA 20175**
**Date(s) debt was incurred** 11/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.2344**

**Nonpriority creditor's name and mailing address**
**Rachid Boudjelil**
**42386 Quechan Ter**
**Leesburg, VA 20175**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2345**

**Nonpriority creditor's name and mailing address**
**Ragendra Deoraj**
**612 River Birch Pl**
**Lino Lakes, MN 55014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2346**

**Nonpriority creditor's name and mailing address**
**Ramona Lambright**
**7000 Webb Dr SE**
**Turner, OR 97392**
**Date(s) debt was incurred** 3/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2347**

**Nonpriority creditor's name and mailing address**
**Ramona Sansom**
**6892 Talloc Ave SE**
**Salem, OR 97306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2348**

**Nonpriority creditor's name and mailing address**
**Randal Starnes**
**18741 82nd Pl N**
**Maple Grove, MN 55311**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.2349**

**Nonpriority creditor's name and mailing address**
**Randal Starnes**
**18741 82nd Pl N**
**Maple Grove, MN 55311**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2350**

**Nonpriority creditor's name and mailing address**
**Randall Bruner Perfers Email**
**24258 Pierce Path NE**
**E Bethel, MN 55005**
**Date(s) debt was incurred** 11/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235 1** Nonpriority creditor's name and mailing address
**Randy Bryan**
**11087 Cherokee Ln**
**Lolo, MT 59847**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**3.235 2** Nonpriority creditor's name and mailing address
**Randy Gochnour**
**22067 SE Howlett Rd**
**Eagle Creek, OR 97022**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.235 3** Nonpriority creditor's name and mailing address
**Randy Gochnour**
**22067 SE Howlett Rd**
**Eagle Creek, OR 97022**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.235 4** Nonpriority creditor's name and mailing address
**Randy Nicholson**
**298 Enterprise Ave**
**Merlin, OR 97532**
Date(s) debt was incurred 4/17/2024
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.235 5** Nonpriority creditor's name and mailing address
**Randy Tucker**
**130 Chestnut Rd**
**Grandview, WA 98930**
Date(s) debt was incurred 5/10/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.235 6** Nonpriority creditor's name and mailing address
**Raquel Castaneda**
**4270 S Desert Spur Ln**
**Tucson, AZ 85735**
Date(s) debt was incurred 12/12/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.235 7** Nonpriority creditor's name and mailing address
**Ravi Malkani**
**797 Richwood Ave**
**Elgin, IL 60124**
Date(s) debt was incurred 4/23/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2358

**Nonpriority creditor's name and mailing address**
**Ray Nathan (correct contact)**
**12156 Lady Bell Dr**
**Charlotte, MC 28278**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

3.2359

**Nonpriority creditor's name and mailing address**
**Ray Summerhill**
**12915 198th St E**
**Graham, WA 98338**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

3.2360

**Nonpriority creditor's name and mailing address**
**Ray Thorn**
**222 Wilshire Dr**
**Redding, CA 96002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

3.2361

**Nonpriority creditor's name and mailing address**
**Ray Willem**
**38144 Conser Rd NE**
**Albany, OR 97321**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

3.2362

**Nonpriority creditor's name and mailing address**
**Rayko Banov**
**83529 E Tolman Rd**
**Creswell, OR 97426**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

3.2363

**Nonpriority creditor's name and mailing address**
**Raymond Graham**
**5142 Cheryl Drive**
**Hungtington Bch, CA 92649**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? [x] No [ ] Yes

**Unknown**

---

3.2364

**Nonpriority creditor's name and mailing address**
**Raymond Malstead**
**195 Rodgers Rd**
**Yakima, WA 98908**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Services Paid for but not provided

Is the claim subject to offset? [x] No [ ] Yes

**$750.00**

---

**3.2365**

**Nonpriority creditor's name and mailing address**
**Raymond Malstead**
**195 Rodgers Rd**
**Yakima, WA 98908**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2366**

**Nonpriority creditor's name and mailing address**
**RAYMOND MOODY**
**1417 Westwood Dr**
**Zanesville, OH 43701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2367**

**Nonpriority creditor's name and mailing address**
**Raymond Phillips (Deceased)**
**10104 W Argent Rd**
**Pasco, WA 99301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2368**

**Nonpriority creditor's name and mailing address**
**Raymond Richardson Jr.**
**14581 Walnut Grove Way**
**Oregon City, OR 97045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2369**

**Nonpriority creditor's name and mailing address**
**Raymond Schreiner**
**7641 35th Ave NE**
**Salem, OR 97303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2370**

**Nonpriority creditor's name and mailing address**
**Raymond Ybarra**
**7472 S Nevil Dr**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 1/1/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2371**

**Nonpriority creditor's name and mailing address**
**Raymond zietlow**
**6115 146th St**
**N Hugo, MN 55038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.2372

**Nonpriority creditor's name and mailing address**
**Raymond zietlow**
**6115 146th St N**
**Hugo, MN 55038**
**Date(s) debt was incurred** 11/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2373

**Nonpriority creditor's name and mailing address**
**RCP, Alera Group, LLC (Risk Consulting P**
**8182 Maryland Ave., Ste 250**
**St Louis, MO 63105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$80,967.32**

3.2374

**Nonpriority creditor's name and mailing address**
**RCP, Alera Group, LLC (Risk Consulting P**
**8182 Maryland Ave., Suite 250**
**St Louis, MO 63105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$1,950.00**

3.2375

**Nonpriority creditor's name and mailing address**
**Rebecca A Verdugo**
**1072 W Thurber St**
**Tucson, AZ 85705**
**Date(s) debt was incurred** 10/18/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2376

**Nonpriority creditor's name and mailing address**
**Rebecca Bezich**
**61788 SE Finn Pl**
**Bend, OR 97702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2377

**Nonpriority creditor's name and mailing address**
**Rebecca Deming**
**1005 Front St S**
**Issaquah, WA 98027**
**Date(s) debt was incurred** 11/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2378

**Nonpriority creditor's name and mailing address**
**Rebecca Grover**
**4321 SE Steele St**
**Portland, OR 97206**
**Date(s) debt was incurred** 9/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2379

**Nonpriority creditor's name and mailing address**
**Rebecca Hainline**
**4537 SE 38th Ave**
**Portland, OR 97202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2380

**Nonpriority creditor's name and mailing address**
**Rebecca Johnston**
**9646 Crestbrook Dr**
**Cincinnati, OH 45231**
**Date(s) debt was incurred** 10/8/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2381

**Nonpriority creditor's name and mailing address**
**Rebecca Lovetinsky**
**1870 Riverside Rd**
**Washington, IA 52353**
**Date(s) debt was incurred** 11/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2382

**Nonpriority creditor's name and mailing address**
**Rebecca Miller**
**950 Baltusrol Dr**
**Elgin, IL 60123**
**Date(s) debt was incurred** 1/10/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2383

**Nonpriority creditor's name and mailing address**
**Rebecca Pierce**
**1968 NE Hollow Tree Ln**
**Bend, OR 97701**
**Date(s) debt was incurred** 12/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2384

**Nonpriority creditor's name and mailing address**
**Rebecca Sanders**
**2641 SE Harrison St**
**Portland, OR 97214**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2385

**Nonpriority creditor's name and mailing address**
**Rebecca Steiner**
**3810 N 7th St**
**Tacoma, WA 98406**
**Date(s) debt was incurred** 4/10/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| | | | |
|---|---|---|---|
| 3.2386 | **Nonpriority creditor's name and mailing address**<br>**Rebecca Stepto**<br>**5765 Wayside Ave**<br>**Cincinnati, OH 45230**<br>**Date(s) debt was incurred** 3/1/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2387 | **Nonpriority creditor's name and mailing address**<br>**Rebecca Washington**<br>**2323a Burnt Valley Rd**<br>**Chewelah, WA 99109**<br>**Date(s) debt was incurred** 5/21/2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2388 | **Nonpriority creditor's name and mailing address**<br>**Reece Powers**<br>**4401 Merita Terrace**<br>**Central Point, OR 97502**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2389 | **Nonpriority creditor's name and mailing address**<br>**Rehanaben Vahora**<br>**13624 25th Pl S**<br>**Seatac, WA 98168**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2390 | **Nonpriority creditor's name and mailing address**<br>**Reliant Property Management (aka Sandifu**<br>**P.O. Box 1630**<br>**Arvada, CO 80001**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$16,941.61** |
| 3.2391 | **Nonpriority creditor's name and mailing address**<br>**Remilekun Aina**<br>**580 Stephens Rd**<br>**Maineville, OH 45039**<br>**Date(s) debt was incurred** 12/2/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.2392 | **Nonpriority creditor's name and mailing address**<br>**Ren Lyfe Contracting LLC**<br>**2168 NW 37th St**<br>**Redmond, OR 97756**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,460.00** |

3.2393 **Nonpriority creditor's name and mailing address**
**Renae Haydel-Campbell**
**16232 SE My Way Ct**
**Milwaukie, OR 97267**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2394 **Nonpriority creditor's name and mailing address**
**RENE ROBERTS**
**77335 Bailey Way**
**Echo, OR 97826**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.2395 **Nonpriority creditor's name and mailing address**
**Renee Dawson**
**480 Carmen Road**
**Talent, OR 97540**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2396 **Nonpriority creditor's name and mailing address**
**Renee Stamps**
**3753 N Deer Lake Rd**
**Loon Lake, WA 99148**
**Date(s) debt was incurred** 11/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2397 **Nonpriority creditor's name and mailing address**
**Rennie Cleland**
**339 Juniper St**
**Dorris, CA 96023**
**Date(s) debt was incurred** 12/2/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2398 **Nonpriority creditor's name and mailing address**
**Reyes Roofing & Siding LLC**
**7230 121st Pl SE**
**Renton, WA 98056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,657.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2399 **Nonpriority creditor's name and mailing address**
**Reynaldo Romero**
**7083 W Dupont Way**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 1/20/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2400

**Nonpriority creditor's name and mailing address**
**Rhett Doumitt**
**2675 High St SE**
**Salem, OR 97302**
**Date(s) debt was incurred** 9/8/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2401

**Nonpriority creditor's name and mailing address**
**Rhonda Cho**
**12417 SE Ramona St**
**Portland, OR 97236**
**Date(s) debt was incurred** 12/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2402

**Nonpriority creditor's name and mailing address**
**Rhonda Spears**
**7916 Salmon Dr**
**Pasco, WA 99301**
**Date(s) debt was incurred** 5/21/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2403

**Nonpriority creditor's name and mailing address**
**Rhonda Winn**
**4170 Bain St NE**
**Albany, OR 97321**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2404

**Nonpriority creditor's name and mailing address**
**Ricardo Araujo**
**1706 Nebula Lane**
**Stafford, VA 22554**
**Date(s) debt was incurred** 10/28/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2405

**Nonpriority creditor's name and mailing address**
**Rice Real Estate Company**
**825 Nicollet Mall, Ste 201**
**Minneapolis, MN 55402**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$4,995.00**

---

3.2406

**Nonpriority creditor's name and mailing address**
**Rich and Elaine Franco**
**5n119 Mary Ct**
**St Charles, IL 60175**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2407

**Nonpriority creditor's name and mailing address**
**Rich and Elaine Franco**
**5n119 Mary Ct**
**St Charles, IL 60175**
**Date(s) debt was incurred** 7/25/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2408

**Nonpriority creditor's name and mailing address**
**Richard and Heidi Jones**
**71405 N 129 Pr**
**Benton City, WA 99320**
**Date(s) debt was incurred** 12/31/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2409

**Nonpriority creditor's name and mailing address**
**Richard Bartsh**
**4182 Silver Oaks Ln**
**Bettendorf, IA 52722**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2410

**Nonpriority creditor's name and mailing address**
**Richard Bednarek**
**2324 N Kildare Ave**
**Chicago, IL 60639**
**Date(s) debt was incurred** 8/8/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2411

**Nonpriority creditor's name and mailing address**
**Richard Garcia**
**1828 Walnut St**
**Sutter, CA 95982**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2412

**Nonpriority creditor's name and mailing address**
**Richard Hall**
**14501 NE Broadway**
**Portland, OR 97230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2413

**Nonpriority creditor's name and mailing address**
**Richard Hall**
**14501 NE Broadway**
**Portland, OR 97230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2414

**Nonpriority creditor's name and mailing address**
**Richard Jahn**
**26908 E Wabash Ave**
**Newman Lake, WA 99025**
**Date(s) debt was incurred** 1/25/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2415

**Nonpriority creditor's name and mailing address**
**Richard Kennedy**
**106 Osprey Ridge**
**Machesney Park, IL 61115**
**Date(s) debt was incurred** 4/15/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2416

**Nonpriority creditor's name and mailing address**
**Richard Lawrence**
**1541 Vislisel Rd**
**Mt Vernon, IA 52314**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2417

**Nonpriority creditor's name and mailing address**
**Richard Leipzig**
**4226 NE Davis St**
**Portland, OR 97213**
**Date(s) debt was incurred** 6/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2418

**Nonpriority creditor's name and mailing address**
**Richard Lindberg (deceased)**
**613 S Emerald Dr**
**Mchenry, IL 60051**
**Date(s) debt was incurred** 4/18/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2419

**Nonpriority creditor's name and mailing address**
**Richard Meredith**
**7165 Old Stage Rd**
**Medford, OR 97502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2420

**Nonpriority creditor's name and mailing address**
**Richard Mitchell**
**5510 W 98th 1/2 St**
**Minneapolis, MN 55437**
**Date(s) debt was incurred** 10/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.242 1

**Nonpriority creditor's name and mailing address**
**Richard Neff**
**446 Speedway Ave**
**Missoula, MT 59802**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Paid for but not provided

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.242 2

**Nonpriority creditor's name and mailing address**
**Richard Niemeier**
**1039 SE 148th Ave**
**Portland, OR 97233**

**Date(s) debt was incurred** 1/25/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.242 3

**Nonpriority creditor's name and mailing address**
**Richard Olsen**
**405 E Sierra Ct**
**Spokane, WA 99208**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services Paid for but not provided

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.242 4

**Nonpriority creditor's name and mailing address**
**Richard Olsen**
**405 E Sierra Ct**
**Spokane, WA 99208**

**Date(s) debt was incurred** 11/14/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.242 5

**Nonpriority creditor's name and mailing address**
**Richard Parker**
**4964 Dolphin Ave NE**
**Salem, OR 97305**

**Date(s) debt was incurred** 11/10/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.242 6

**Nonpriority creditor's name and mailing address**
**Richard Perry**
**6225 Mcleod Ln NE**
**Keizer, OR 97303**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.242 7

**Nonpriority creditor's name and mailing address**
**Richard Raymond**
**7013 Helm Dr**
**Remington, VA 22734**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2428** Nonpriority creditor's name and mailing address
**Richard Rodgers**
**1208 S Obenchain Rd**
**Eagle Point, OR 97524**
Date(s) debt was incurred 10/29/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2429** Nonpriority creditor's name and mailing address
**Richard Roman**
**167 Wise Ave**
**Strasburg, VA 22657**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2430** Nonpriority creditor's name and mailing address
**Richard Snell**
**61 Chester St**
**Thorp, WA 98946**
Date(s) debt was incurred 2/5/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2431** Nonpriority creditor's name and mailing address
**Richard Stonerock**
**2033 Port William Rd**
**Jamestown, OH 45335**
Date(s) debt was incurred 7/2/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2432** Nonpriority creditor's name and mailing address
**Richard Thul**
**3401 Southbridge Ave N**
**Sartell, MN 56377**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2433** Nonpriority creditor's name and mailing address
**Richard Thumma**
**935 Missouri Ave**
**Deer Lodge, MT 59722**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2434** Nonpriority creditor's name and mailing address
**Richard Wolleat**
**2420 NW Dogwood Ave**
**Redmond, OR 97756**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 363 of 493

3.2435
**Nonpriority creditor's name and mailing address**
**Richie Turner**
**6520 Lower River Rd**
**Grants Pass, OR 97526**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2436
**Nonpriority creditor's name and mailing address**
**Rick Bailey**
**1403 W Nora Ave**
**Spokane Vly, WA 99205**
**Date(s) debt was incurred** 1/28/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2437
**Nonpriority creditor's name and mailing address**
**Rick Fry**
**8524 W 12th Ave**
**Kennewick, WA 99338**
**Date(s) debt was incurred** 12/30/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2438
**Nonpriority creditor's name and mailing address**
**Rick Mendenhall**
**755 Hudspeth Lane**
**Shady Cove, OR 97539**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2439
**Nonpriority creditor's name and mailing address**
**Rick Oncken**
**10475 Oral Zumwalt Way**
**Missoula, MT 59803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2440
**Nonpriority creditor's name and mailing address**
**Rick Oncken**
**10475 Oral Zumwalt Way**
**Missoula, MT 59803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2441
**Nonpriority creditor's name and mailing address**
**Rick Piekarski**
**3073 W Canyon Brook Trl**
**Tucson, AZ 85742**
**Date(s) debt was incurred** 12/21/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.244 2

**Nonpriority creditor's name and mailing address**
**Rick Simon**
**9870 Road G SW**
**Royal City, WA 99357**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.244 3

**Nonpriority creditor's name and mailing address**
**Rick Thorpe**
**6206 N Harvard Rd**
**Newman Lake, WA 99025**
**Date(s) debt was incurred** 7/22/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.244 4

**Nonpriority creditor's name and mailing address**
**Rickey Abel**
**32223 130th Ave**
**Hedrick, IA 52563**
**Date(s) debt was incurred** 9/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.244 5

**Nonpriority creditor's name and mailing address**
**Ricky Compton**
**6545 Belfrys Ct E**
**Bealeton, VA 22712**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.244 6

**Nonpriority creditor's name and mailing address**
**Ricky Vermedal**
**23532 Thrush Ave**
**Plymouth, IA 50454**
**Date(s) debt was incurred** 11/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.244 7

**Nonpriority creditor's name and mailing address**
**Rigoberto Marmolejo**
**18481 SE Blanton St**
**Milwaukie, OR 97267**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.244 8

**Nonpriority creditor's name and mailing address**
**Riley Poor**
**c/o Sean Russel, Esq.**
**120 N Naches Ave**
**Yakima, WA 98901-2757**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.2449** **Nonpriority creditor's name and mailing address**
**Riley Tate**
**1613 County Hwy E29**
**Garwin, IA 50632**
**Date(s) debt was incurred** 10/2/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2450** **Nonpriority creditor's name and mailing address**
**RingCentral Inc**
**PO Box 734232**
**Dallas, TX 75373-4232**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,705.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2451** **Nonpriority creditor's name and mailing address**
**Rita Barber**
**11496 Finnegans Way**
**Oregon City, OR 97045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2452** **Nonpriority creditor's name and mailing address**
**Rita Stolzenberg**
**6216 N Placita Pomona**
**Tucson, AZ 85704**
**Date(s) debt was incurred** 3/13/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2453** **Nonpriority creditor's name and mailing address**
**Roanoke Insurance Group**
**100 W Broadway**
**Suite 510**
**Long Beach, CA 90802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Import Bond
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2454** **Nonpriority creditor's name and mailing address**
**Rob Jensen**
**4348 Glenn Ave**
**Covington, KY 41015**
**Date(s) debt was incurred** 10/24/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2455** **Nonpriority creditor's name and mailing address**
**Robby Windhorst**
**22636 Brightland Dr**
**Lawrenceburg, IN 47025**
**Date(s) debt was incurred** 2/27/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2456

**Nonpriority creditor's name and mailing address**
**Robert and Debbie Merkel**
**638 Adam Ln**
**Carol Stream, IL 60188**
**Date(s) debt was incurred** 11/7/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2457

**Nonpriority creditor's name and mailing address**
**Robert Baily**
**1620 Oaks Ave**
**Albion, IA 50005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2458

**Nonpriority creditor's name and mailing address**
**Robert Baily**
**1620 Oaks Ave**
**Albion, IA 50005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2459

**Nonpriority creditor's name and mailing address**
**Robert Beck**
**1795 E Crescentville Rd**
**Cincinnati, OH 45246**
**Date(s) debt was incurred** 2/13/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2460

**Nonpriority creditor's name and mailing address**
**Robert Bell**
**2900 Elisa Court**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.2461

**Nonpriority creditor's name and mailing address**
**Robert Bell**
**4451 Brownridge Terrace**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2462

**Nonpriority creditor's name and mailing address**
**Robert Bell**
**2900 Elisa Court**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2463

**Nonpriority creditor's name and mailing address**
**Robert Berardinelli**
**6851 SW Raleighwood Way**
**Portland, OR 97225**
**Date(s) debt was incurred** 7/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2464

**Nonpriority creditor's name and mailing address**
**Robert Boughten**
**5110 Sundance Run**
**Mayer, MN 55360**
**Date(s) debt was incurred** 7/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2465

**Nonpriority creditor's name and mailing address**
**Robert Breckenridge**
**7218 SW Oak St**
**Tigard, OR 97223**
**Date(s) debt was incurred** 7/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2466

**Nonpriority creditor's name and mailing address**
**Robert Comstock**
**4225 Hager St SE**
**Salem, OR 97317**
**Date(s) debt was incurred** 3/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2467

**Nonpriority creditor's name and mailing address**
**Robert Craiger**
**1535 California Ave**
**Klamath Falls, OR 97601**
**Date(s) debt was incurred** 11/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2468

**Nonpriority creditor's name and mailing address**
**Robert E Spencer**
**3701 Orchard St**
**W Richland, WA 99353**
**Date(s) debt was incurred** 8/6/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2469

**Nonpriority creditor's name and mailing address**
**Robert Escalante**
**1701 W Ransom Oaks Dr**
**Tucson, AZ 85746**
**Date(s) debt was incurred** 12/30/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2470

Nonpriority creditor's name and mailing address
**Robert Graham**
**5185 Edman Rd**
**Batavia, OH 45103**
Date(s) debt was incurred 10/15/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2471

Nonpriority creditor's name and mailing address
**Robert Gramann**
**27327 SE 402nd St**
**Enumclaw, WA 98022**
Date(s) debt was incurred 5/26/2020
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2472

Nonpriority creditor's name and mailing address
**Robert Gregory JR**
**350 Boulder Ridge Dr**
**Sweet Home, OR 97386**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2473

Nonpriority creditor's name and mailing address
**Robert Grillo**
**312 Skyline Dr**
**Missoula, MT 59802**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

3.2474

Nonpriority creditor's name and mailing address
**Robert Gulis**
**5300 Oakbrooke Dr**
**Dayton, OH 45440**
Date(s) debt was incurred 10/25/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2475

Nonpriority creditor's name and mailing address
**Robert Harris**
**2851 Kingman Dr**
**Cincinnati, OH 45251**
Date(s) debt was incurred 12/17/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2476

Nonpriority creditor's name and mailing address
**Robert Hartnett**
**1916 1st St NE**
**Auburn, WA 98002**
Date(s) debt was incurred 5/24/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2477

**Nonpriority creditor's name and mailing address**
**Robert Hunter**
**20720 150th St E**
**Bonney Lake, WA 98391**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2478

**Nonpriority creditor's name and mailing address**
**Robert Jenkins**
**6907 Maplewood Dr**
**Bealeton, VA 22712**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2479

**Nonpriority creditor's name and mailing address**
**Robert Johnson**
**938 E 38th Ave**
**Spokane, WA 99203**
**Date(s) debt was incurred** **10/24/2019**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2480

**Nonpriority creditor's name and mailing address**
**Robert L Trewartha**
**1550 Panoramic Loop**
**Grants Pass, OR 97527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2481

**Nonpriority creditor's name and mailing address**
**Robert Laughlin**
**10300 NE 88th St**
**Vancouver, WA 98662**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2482

**Nonpriority creditor's name and mailing address**
**Robert Lenhardt**
**331 James Pkwy**
**Elko New Market, MN 55054**
**Date(s) debt was incurred** **7/10/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2483

**Nonpriority creditor's name and mailing address**
**Robert Lord**
**916 Sherry Ave**
**Virginia Beach, VA 23464**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2484

**Nonpriority creditor's name and mailing address**
**Robert Maca**
**21775 NE Graham Ave**
**Yamhill, OR 97148**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2485

**Nonpriority creditor's name and mailing address**
**Robert Margulies & Sara Barron**
**116 Thayer Dr**
**Richland, WA 99352**
**Date(s) debt was incurred** 10/23/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2486

**Nonpriority creditor's name and mailing address**
**Robert McCarey**
**517 1st Ave E**
**Newton, IA 50208**
**Date(s) debt was incurred** 11/12/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2487

**Nonpriority creditor's name and mailing address**
**Robert McCarey**
**2001 W 21st St N**
**Newton, IA 50208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2488

**Nonpriority creditor's name and mailing address**
**Robert McWold**
**1456 SE Condor Ave**
**Gresham, OR 97080**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2489

**Nonpriority creditor's name and mailing address**
**Robert Morris**
**19330 Rollins St**
**Oregon City, OR 97045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2490

**Nonpriority creditor's name and mailing address**
**Robert Olson**
**2261 W Mockingbird Ln**
**Othello, WA 99344**
**Date(s) debt was incurred** 1/3/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.249 1** **Nonpriority creditor's name and mailing address**
**Robert Parrack**
**124 Section St**
**Molalla, OR 97038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.249 2** **Nonpriority creditor's name and mailing address**
**Robert Randall**
**2636 Sawtelle Dr**
**Woodburn, OR 97071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.249 3** **Nonpriority creditor's name and mailing address**
**Robert Reichen**
**8450 NW 185th Ave**
**Portland, OR 97231**
**Date(s) debt was incurred** 12/16/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.249 4** **Nonpriority creditor's name and mailing address**
**Robert Scott**
**4835 W Kay Dr**
**Tucson, AZ 85745**
**Date(s) debt was incurred** 12/14/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.249 5** **Nonpriority creditor's name and mailing address**
**Robert Simon**
**2016 Parkside St**
**Cologne, MN 55322**
**Date(s) debt was incurred** 10/2/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.249 6** **Nonpriority creditor's name and mailing address**
**Robert Taylor**
**1727 W Rain Ln**
**Spokane, WA 99208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.249 7** **Nonpriority creditor's name and mailing address**
**Robert Thompson**
**1970 Sallal Rd**
**Woodburn, OR 97071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2498

**Nonpriority creditor's name and mailing address**
**Robert Tooley**
**4570 Mt Adams View Dr**
**W Richland, WA 99353**
**Date(s) debt was incurred** 7/11/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2499

**Nonpriority creditor's name and mailing address**
**Robert Valenzuela**
**5017 51st St NW**
**Rochester, MN 55901**
**Date(s) debt was incurred** 8/26/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2500

**Nonpriority creditor's name and mailing address**
**Robert Vandermolen**
**321 Wing Park Blvd**
**Elgin, IL 60123**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2501

**Nonpriority creditor's name and mailing address**
**Robert Voss**
**807 Richwood Ave**
**Elgin, IL 60124**
**Date(s) debt was incurred** 9/17/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2502

**Nonpriority creditor's name and mailing address**
**Robert Williams**
**10874 SW Parkwood Ln**
**Wilsonville, OR 97070**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2503

**Nonpriority creditor's name and mailing address**
**Roberta Machado**
**857 E 15th Ave**
**Kennewick, WA 99337**
**Date(s) debt was incurred** 11/11/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2504

**Nonpriority creditor's name and mailing address**
**Roberta Yambasu**
**14223 SE Alder St**
**Portland, OR 97233**
**Date(s) debt was incurred** 12/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2505
**Nonpriority creditor's name and mailing address**
**Roberto Renderos**
**4163 Foxhaven Dr**
**Bealeton, VA 22712**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2506
**Nonpriority creditor's name and mailing address**
**Robin Ford**
**116 Quinion Dr**
**Mankato, MN 56001**
**Date(s) debt was incurred** **9/8/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2507
**Nonpriority creditor's name and mailing address**
**Robin L Turner**
**20835 NW Wapinitia Pl**
**Portland, OR 97229**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2508
**Nonpriority creditor's name and mailing address**
**Robin Ross**
**11615 SE 56th Ave**
**Milwaukie, OR 97222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2509
**Nonpriority creditor's name and mailing address**
**Robin Willey**
**4715 116th Ave E**
**Edgewood, WA 98372**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2510
**Nonpriority creditor's name and mailing address**
**Roby Conner**
**815 Wildwind Dr SE**
**Salem, OR 97302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2511
**Nonpriority creditor's name and mailing address**
**Roby Conner**
**815 Wildwind Dr SE**
**Salem, OR 97302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2512
**Nonpriority creditor's name and mailing address**
**Rochester Public Utilites**
**4000 East River Rd NE**
**Rochester, MN 55906**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$95.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2513
**Nonpriority creditor's name and mailing address**
**Rocknie Walston**
**290 Wakefield Rd**
**Newport, WA 99156**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2514
**Nonpriority creditor's name and mailing address**
**Rocky Mountain Power**
**PO Box 26000**
**Portland, OR 97256**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$32.43**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2515
**Nonpriority creditor's name and mailing address**
**Roderick E Saxton**
**16862 West Spur Bell Ln**
**Marana, AZ 85653**
**Date(s) debt was incurred** 6/4/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2516
**Nonpriority creditor's name and mailing address**
**Rodney Humphrey**
**2204 SW Nye Ave**
**Pendleton, OR 97801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.2517
**Nonpriority creditor's name and mailing address**
**Rodney Lively**
**1665 Tudor Way SE**
**Albany, OR 97322**
**Date(s) debt was incurred** 12/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2518
**Nonpriority creditor's name and mailing address**
**Rodney Morsie**
**1327 N Liberty**
**65533 Keuter Rd**
**Lebanon, OH 45036**
**Date(s) debt was incurred** 12/20/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2519

**Nonpriority creditor's name and mailing address**
**Roger & Lei Ann Johnson**
**830 SE Spring Street**
**Pullman, WA 99163**
**Date(s) debt was incurred** 1/29/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2520

**Nonpriority creditor's name and mailing address**
**Roger Courtain**
**2115 NE 41st Ave**
**Portland, OR 97212**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2521

**Nonpriority creditor's name and mailing address**
**Roger Eichhorn**
**65640 Cline Falls Rd**
**Bend, OR 97703**
**Date(s) debt was incurred** 12/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2522

**Nonpriority creditor's name and mailing address**
**Roger Geller**
**2304 SE Ankeny St**
**Portland, OR 97214**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2523

**Nonpriority creditor's name and mailing address**
**Roger Janzig**
**9313 Columbus Ave S**
**Bloomington, MN 55420**
**Date(s) debt was incurred** 9/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2524

**Nonpriority creditor's name and mailing address**
**Roger Mucci**
**3678 Broadleaf Ave**
**Elgin, IL 60124**
**Date(s) debt was incurred** 12/9/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2525

**Nonpriority creditor's name and mailing address**
**Roger Wainscott**
**2993 Shoemaker Rd**
**Lebanon, OH 45036**
**Date(s) debt was incurred** 4/23/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2526 **Nonpriority creditor's name and mailing address**
**Rogue Valley Sewer Services**
**PO Box 3130**
**Central Point, OR 97502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$62.00**

---

3.2527 **Nonpriority creditor's name and mailing address**
**Rolando Yumang**
**2610 NE 136th St**
**Seattle, WA 98125**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2528 **Nonpriority creditor's name and mailing address**
**Roman and Lauren Barraza**
**773 Richwood Ave**
**Elgin, IL 60124**
**Date(s) debt was incurred** 1/20/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2529 **Nonpriority creditor's name and mailing address**
**Romuardo Mendosa**
**19276 Falcon Ln**
**Maricopa, AZ 85138**
**Date(s) debt was incurred** 2/18/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2530 **Nonpriority creditor's name and mailing address**
**Ronald Flater**
**25035 M Ave**
**Grundy Ctr, IA 50638**
**Date(s) debt was incurred** 10/28/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2531 **Nonpriority creditor's name and mailing address**
**Ronald Hirsch**
**12n002 Hidden Hills Trail**
**Elgin, IL 60123**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2532 **Nonpriority creditor's name and mailing address**
**Ronald Hoffman**
**5904 Bayberry Dr**
**St Paul, MN 55110**
**Date(s) debt was incurred** 9/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.253 3
**Nonpriority creditor's name and mailing address**
**Ronald Koch**
**4745 Raybell Rd NE**
**St Paul, OR 97137**
**Date(s) debt was incurred** 12/2/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.253 4
**Nonpriority creditor's name and mailing address**
**Ronald Moore**
**951 Liberty Rd**
**Outlook, WA 98938**
**Date(s) debt was incurred** 7/24/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.253 5
**Nonpriority creditor's name and mailing address**
**Ronald Radabaugh**
**6741 NW Lamonta Rd**
**Prineville, OR 97754**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.253 6
**Nonpriority creditor's name and mailing address**
**Ronald Skinner**
**14410 SE 261st St**
**Kent, WA 98042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.253 7
**Nonpriority creditor's name and mailing address**
**Ronald Theall**
**581 Camp Drive**
**Chiloquin, OR 97624**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.253 8
**Nonpriority creditor's name and mailing address**
**Ronda Hall Ramirez**
**7123 SE 60th Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.253 9
**Nonpriority creditor's name and mailing address**
**Roof Leak**
**1500 Burbridge Dr**
**Rogue River, OR 97537**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2540
**Nonpriority creditor's name and mailing address**
**Rosanna Bailey**
**823 Expedition Trail**
**Helena, MT 59602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.2541
**Nonpriority creditor's name and mailing address**
**Rose & Don Smith**
**5911 Morgan Road**
**Cleves, OH 45002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2542
**Nonpriority creditor's name and mailing address**
**Rose Petersen**
**11349 5th St NE**
**Hanover, MN 55341**
**Date(s) debt was incurred** 12/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2543
**Nonpriority creditor's name and mailing address**
**Rose Stephens**
**17780 SE Cook St**
**Milwaukie, OR 97267**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2544
**Nonpriority creditor's name and mailing address**
**Rosemary Keller**
**2121 Wylie Ave**
**Missoula, MT 59802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.2545
**Nonpriority creditor's name and mailing address**
**Roxana Villa**
**4900 W Calle Don Alfonso**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 10/23/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2546
**Nonpriority creditor's name and mailing address**
**Roxanne Bergquist**
**13646 Birch Rd**
**Rogers, MN 55374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.2547**

**Nonpriority creditor's name and mailing address**
**Roxanne Bergquist**
**13646 Birch Road**
**Rogers, MN 55374**
**Date(s) debt was incurred** 11/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2548**

**Nonpriority creditor's name and mailing address**
**Roy Alcorn**
**42255 SE George Rd**
**Estacada, OR 97023**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2549**

**Nonpriority creditor's name and mailing address**
**Roy Burr III**
**11684 W Emmer Dr**
**Marana, AZ 85653**
**Date(s) debt was incurred** 11/6/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2550**

**Nonpriority creditor's name and mailing address**
**Roy Feketitsch**
**259 NW Brier Pl**
**Dundee, OR 97115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2551**

**Nonpriority creditor's name and mailing address**
**Roy Oudinot**
**6245 SE Harrison St**
**Portland, OR 97215**
**Date(s) debt was incurred** 11/4/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2552**

**Nonpriority creditor's name and mailing address**
**Roy Rumaner**
**1679 Mcdowell Ave**
**Aurora, IL 60504**
**Date(s) debt was incurred** 5/31/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2553**

**Nonpriority creditor's name and mailing address**
**Ruben Dario Gomez Lucero**
**10200 10th Ave Cir S**
**Minneapolis, MN 55420**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2554** **Nonpriority creditor's name and mailing address**
**Ruben galaviz Alderete**
**5508 E North Wilshire Dr**
**Tucson, AZ 85711**
**Date(s) debt was incurred** 11/13/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2555** **Nonpriority creditor's name and mailing address**
**Rudolph Lauth**
**7303 N Valerie St**
**Spokane, WA 99208**
**Date(s) debt was incurred** 12/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2556** **Nonpriority creditor's name and mailing address**
**Rudy Lopez**
**967 Elma Ave**
**Elgin, IL 60120**
**Date(s) debt was incurred** 9/10/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2557** **Nonpriority creditor's name and mailing address**
**Ruoyun Yang**
**103 SE 50th Ave**
**Hillsboro, OR 97123**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2558** **Nonpriority creditor's name and mailing address**
**Rushabh Vora**
**1212 Lyons Ave NE**
**Renton, WA 98059**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2559** **Nonpriority creditor's name and mailing address**
**Russel Hearth**
**2652 N County Rd 150 W**
**Rockport, IN 47635**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.2560** **Nonpriority creditor's name and mailing address**
**Russel Linthicum**
**22424 SE 329th St**
**Black Diamond, WA 98010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.2561
**Nonpriority creditor's name and mailing address**
**Russell Staubach**
**5467 Stonehill Dr**
**Latonia, KY 41015**
**Date(s) debt was incurred** 5/8/2019
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2562
**Nonpriority creditor's name and mailing address**
**Ruth Ann Nisbet**
**6929 SW Kent Lane**
**Culver, OR 97734**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2563
**Nonpriority creditor's name and mailing address**
**Ruth Carroll**
**720 34th Ave NE**
**Great Falls, MT 59404**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes
**$750.00**

3.2564
**Nonpriority creditor's name and mailing address**
**Ruth E Lee**
**2544 N Desert Ave**
**Tucson, AZ 85712**
**Date(s) debt was incurred** 1/27/2020
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2565
**Nonpriority creditor's name and mailing address**
**Ruth Jones**
**2050 Jones Acres Ln**
**Washington, IA 52353**
**Date(s) debt was incurred** 11/25/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2566
**Nonpriority creditor's name and mailing address**
**Ruth Olsen**
**1034 Riverside Drive**
**Klamatha Falls, OR 97601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2567
**Nonpriority creditor's name and mailing address**
**Ruth Willis**
**312 NW Benton Ave**
**Winlock, WA 98596**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.2568
**Nonpriority creditor's name and mailing address**
**Ryan Bautista**
**5618 Pierre Dr**
**Pasco, WA 99301**
**Date(s) debt was incurred** 4/4/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2569
**Nonpriority creditor's name and mailing address**
**Ryan Davis**
**9999 Skyridge Dr**
**Cincinnati, OH 45252**
**Date(s) debt was incurred** 12/27/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2570
**Nonpriority creditor's name and mailing address**
**Ryan Krebs**
**25402 128th Ave SE**
**Kent, WA 98030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.2571
**Nonpriority creditor's name and mailing address**
**Ryan Krebs**
**25402 128th Ave SE**
**Kent, WA 98030**
**Date(s) debt was incurred** 10/30/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2572
**Nonpriority creditor's name and mailing address**
**Ryan Lankey**
**2717 Oxbridge Dr**
**Toledo, OH 43614**
**Date(s) debt was incurred** 10/13/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2573
**Nonpriority creditor's name and mailing address**
**Ryan Maclauchlan**
**885 Mendolia Way**
**Central Point, OR 97502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.2574
**Nonpriority creditor's name and mailing address**
**Ryan Olsen**
**906 Bald Eagle Dr Temp**
**Bozeman, MT 59715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.2575

**Nonpriority creditor's name and mailing address**
**Ryan Peters**
**6480 Summit Pine Ln NW**
**Rochester, MN 55901**
**Date(s) debt was incurred** 8/27/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2576

**Nonpriority creditor's name and mailing address**
**Ryan Pettitt**
**109 Moro Rd**
**Walla Walla, WA 99362**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.2577

**Nonpriority creditor's name and mailing address**
**Ryan Pettitt**
**109 Moro Rd**
**Walla Walla, WA 99362**
**Date(s) debt was incurred** 11/26/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2578

**Nonpriority creditor's name and mailing address**
**Ryan Rasmussen**
**7824 SE Taylor St**
**Portland, OR 97215**
**Date(s) debt was incurred** 11/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2579

**Nonpriority creditor's name and mailing address**
**Ryan Wardell**
**5329 SE Taylor St**
**Portland, OR 97215**
**Date(s) debt was incurred** 11/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2580

**Nonpriority creditor's name and mailing address**
**Ryan White**
**617 SE 180th Ave**
**Portland, OR 97233**
**Date(s) debt was incurred** 7/31/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2581

**Nonpriority creditor's name and mailing address**
**Ryckie Rendon**
**2931 S Lisa Pl**
**Tucson, AZ 85730**
**Date(s) debt was incurred** 12/29/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2582

**Nonpriority creditor's name and mailing address**
**Saeed Laknahur**
**9888 Bennington Dr**
**Cincinnati, OH 45241**
**Date(s) debt was incurred** 12/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2583

**Nonpriority creditor's name and mailing address**
**Sai Dheeraj Reddy Battula**
**9567 Opal Ln**
**W Chester, OH 45241**
**Date(s) debt was incurred** 10/28/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2584

**Nonpriority creditor's name and mailing address**
**SAIF Corporation**
**400 High Street SE**
**Salem, OR 97312**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$39,538.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.2585

**Nonpriority creditor's name and mailing address**
**Salesforce.com**
**PO Box 203141**
**Dallas, TX 75320-3142**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$141,977.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.2586

**Nonpriority creditor's name and mailing address**
**Sally Carlson**
**5814 Lichenstone Ln**
**Florence, MT 59833**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.2587

**Nonpriority creditor's name and mailing address**
**Sally Hodge**
**2149 Cottonwood Ln**
**Culpepper, VA 22701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2588

**Nonpriority creditor's name and mailing address**
**Sally Wilson**
**3680 Heathmoor Dr**
**Elgin, IL 60124**
**Date(s) debt was incurred** 12/2/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2589

**Nonpriority creditor's name and mailing address**
**Salvador Delgado**
**1308 Simpson Ln**
**Yakima, WA 98901**

**Date(s) debt was incurred** 11/15/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2590

**Nonpriority creditor's name and mailing address**
**Sam Bull**
**14557 SW Pony Trl**
**Crook Rvr Ranch, OR 97760**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2591

**Nonpriority creditor's name and mailing address**
**Sam Odeh**
**1801 Legacy Ln**
**Fredericksburg, VA 22405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2592

**Nonpriority creditor's name and mailing address**
**Samantha Lewis**
**8060 E Eli St**
**Tucson, AZ 85710**

**Date(s) debt was incurred** 11/15/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2593

**Nonpriority creditor's name and mailing address**
**Sammy Bachman**
**3142 SW Deschutes Ave**
**Redmond, OR 97756**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2594

**Nonpriority creditor's name and mailing address**
**Sammy Terrazas**
**108 E 30th St**
**Tucson, AZ 85713**

**Date(s) debt was incurred** 7/29/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2595

**Nonpriority creditor's name and mailing address**
**Samuel Goldberg**
**6229 SE 41st Ave**
**Portland, OR 97202**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2596**

**Nonpriority creditor's name and mailing address**
**Samuel Goldberg**
**6229 SE 41st Ave**
**Portland, OR 97202**
**Date(s) debt was incurred** 11/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.2597**

**Nonpriority creditor's name and mailing address**
**Samuel Moore**
**1415 SE 210th Ave**
**Gresham, OR 97030**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.2598**

**Nonpriority creditor's name and mailing address**
**Sandra Alger-Ortts**
**5888 Lonas St**
**Mt Jackson, VA 22842**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.2599**

**Nonpriority creditor's name and mailing address**
**Sandra Costell**
**1962 W. Saxony Rd**
**Tucson, AZ 85713**
**Date(s) debt was incurred** 7/21/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.2600**

**Nonpriority creditor's name and mailing address**
**Sandra Hoover**
**2045 SW Chastain Ave**
**Gresham, OR 97080**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.2601**

**Nonpriority creditor's name and mailing address**
**Sandra Packer**
**10051 Norway St NW**
**Coon Rapids, MN 55433**
**Date(s) debt was incurred** 9/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.2602**

**Nonpriority creditor's name and mailing address**
**Sandra Sebastian**
**2712 Ridge Ln**
**West Linn, OR 97068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2603

**Nonpriority creditor's name and mailing address**
**Sang Hyeok Lee**
**27472 214th Ave SE**
**Maple Valley, WA 98038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2604

**Nonpriority creditor's name and mailing address**
**Santiago Grageda**
**7014 N Walnut Rd**
**Spokane, WA 99217**
**Date(s) debt was incurred** 1/3/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2605

**Nonpriority creditor's name and mailing address**
**Sarah Kaylor**
**1839 36th St NE**
**Hickory, NC 28601**
**Date(s) debt was incurred** 8/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2606

**Nonpriority creditor's name and mailing address**
**Sarah Lindquist**
**15610 SE Bush St**
**Portland, OR 97236**
**Date(s) debt was incurred** 9/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2607

**Nonpriority creditor's name and mailing address**
**Sarah Meyer**
**6958 Elizabeths Oak Ct**
**Cincinnati, OH 45248**
**Date(s) debt was incurred** 11/15/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2608

**Nonpriority creditor's name and mailing address**
**Sarah Schaffer**
**8614 W Canyon Ave**
**Kennewick, WA 99336**
**Date(s) debt was incurred** 4/1/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2609

**Nonpriority creditor's name and mailing address**
**Sarah Smalley**
**18514 36th Place NE**
**Lk Forest Park, WA 98155**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

3.2610
**Nonpriority creditor's name and mailing address**
**Sarah Smalley**
**18514 36th Pl NE**
**Lk Forest Park, WA 98155**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.2611
**Nonpriority creditor's name and mailing address**
**Saul Pacheco Loya**
**4428 SW Plumeria Way**
**Beaverton, OR 97078**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2612
**Nonpriority creditor's name and mailing address**
**Saul Phillips**
**3925 Hillcrest Dr**
**Anacortes, WA 98221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.2613
**Nonpriority creditor's name and mailing address**
**Saul Phillips**
**3925 Hillcrest Drive**
**Anacortes, WA 98221**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2614
**Nonpriority creditor's name and mailing address**
**Scot Haws**
**11712 Pheasant Run**
**Pasco, WA 99301**
**Date(s) debt was incurred** 12/6/2018
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2615
**Nonpriority creditor's name and mailing address**
**Scott Bouma**
**879 Jeri Ln**
**W Chicago, IL 60185**
**Date(s) debt was incurred** 12/16/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2616
**Nonpriority creditor's name and mailing address**
**Scott Cederlund**
**1103 Washington St**
**Bartlett, IL 60103**
**Date(s) debt was incurred** 11/4/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2617

**Nonpriority creditor's name and mailing address**
**Scott Degolyer**
**627 Ridgeview Dr**
**Harrison, OH 45030**
**Date(s) debt was incurred** 9/10/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2618

**Nonpriority creditor's name and mailing address**
**Scott Ford**
**5812 Mckinley Pl N**
**Seattle, WA 98103**
**Date(s) debt was incurred** 8/18/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2619

**Nonpriority creditor's name and mailing address**
**Scott Harris**
**19138 Bedford Dr**
**Oregon City, OR 97045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2620

**Nonpriority creditor's name and mailing address**
**Scott Kurowski**
**8n135 Sunvale Dr**
**Elgin, IL 60124**
**Date(s) debt was incurred** 1/27/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2621

**Nonpriority creditor's name and mailing address**
**Scott McCracken**
**2225 SE 157th Ave**
**Portland, OR 97233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2622

**Nonpriority creditor's name and mailing address**
**Scott Sabey**
**18904 94th Ave E**
**Puyallup, WA 98375**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2623

**Nonpriority creditor's name and mailing address**
**Scott Thompson**
**28490 NW Dorland Rd**
**N Plains, OR 97133**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.2624** **Nonpriority creditor's name and mailing address**
**Sean Livingston**
**101 167th Pl SE**
**Bothell, WA 98012**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**3.2625** **Nonpriority creditor's name and mailing address**
**Sean Livingston**
**101 167th Pl SE**
**Bothell, WA 98012**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2626** **Nonpriority creditor's name and mailing address**
**Sean Overland**
**681 Timber Cove Dr**
**Ronald, WA 98940**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2627** **Nonpriority creditor's name and mailing address**
**Selena Albertsen Benavidez**
**210506 E 193rd Pr. SE**
**Kennewick, WA 99337**
**Date(s) debt was incurred** 8/21/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2628** **Nonpriority creditor's name and mailing address**
**Selina Hall**
**17357 Sarah Ln**
**King George, VA 22485**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2629** **Nonpriority creditor's name and mailing address**
**Seth Detert**
**587 Eastgate Pkwy**
**Mahtomedi, MN 55115**
**Date(s) debt was incurred** 10/28/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2630** **Nonpriority creditor's name and mailing address**
**Seth Johnston**
**1135 Maple St**
**Klamatha Falls, OR 97601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2631

**Nonpriority creditor's name and mailing address**
**Seth Ketel**
**8640 SE Ellis St**
**Portland, OR 97266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2632

**Nonpriority creditor's name and mailing address**
**Seth Nelson**
**3018 Bennington Ave**
**Columbus, OH 43231**
**Date(s) debt was incurred** 7/5/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2633

**Nonpriority creditor's name and mailing address**
**Seven Trees Co.**
**PO Box 727**
**Spanish Fork, UT 84660**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

3.2634

**Nonpriority creditor's name and mailing address**
**Shady Arafa**
**4945 Lakota Woods Dr**
**Middletown, OH 45044**
**Date(s) debt was incurred** 9/8/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2635

**Nonpriority creditor's name and mailing address**
**Shajar Khan**
**11213 Illusion Way**
**Bakersfield, CA 93311**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2636

**Nonpriority creditor's name and mailing address**
**Shane Collins**
**326 NW Pacific Hills Dr**
**Willamina, OR 97396**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2637

**Nonpriority creditor's name and mailing address**
**Shane Forsythe**
**1052 N Warren St**
**Helena, MT 59601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.2638

**Nonpriority creditor's name and mailing address**
**Shannon Bruno**
**207 SE 109th Ave**
**Portland, OR 97216**
**Date(s) debt was incurred** 6/2/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2639

**Nonpriority creditor's name and mailing address**
**Shantanu Lal**
**18707 59th St E**
**Lake Tapps, WA 93891**
**Date(s) debt was incurred** 12/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2640

**Nonpriority creditor's name and mailing address**
**Shari Anderson**
**3919 NE 62nd Ave**
**Vancouver, WA 98661**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.2641

**Nonpriority creditor's name and mailing address**
**Sharon & Roddy Summers**
**607 Somerset Dr**
**Granite City, IL 62040**
**Date(s) debt was incurred** 1/20/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2642

**Nonpriority creditor's name and mailing address**
**Sharon Beatty**
**3134 SE 57th Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** 10/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2643

**Nonpriority creditor's name and mailing address**
**Sharon Bishop**
**10728 Silver Brook Dr**
**Cincinnati, OH 45240**
**Date(s) debt was incurred** 3/19/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2644

**Nonpriority creditor's name and mailing address**
**Sharon Horrocks**
**9675 SE 34th Ct**
**Milwaukie, OR 97222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2645
**Nonpriority creditor's name and mailing address**
**Sharon Knight**
**3927 Arbuckle Dr**
**San Jose, CA 95124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2646
**Nonpriority creditor's name and mailing address**
**Shawn Brown**
**1800 Scott Blvd**
**Covington, KY 41014**
**Date(s) debt was incurred** 4/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2647
**Nonpriority creditor's name and mailing address**
**Shawn Buel**
**5437 Fern Loop**
**W Richland, WA 99353**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2648
**Nonpriority creditor's name and mailing address**
**Shawn Buel**
**5437 Fern Loop**
**W Richland, WA 99353**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2649
**Nonpriority creditor's name and mailing address**
**Shawn Cleveland**
**6650 Driftwood Ln**
**Missoula, MT 59803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.2650
**Nonpriority creditor's name and mailing address**
**Shawn Mahoney**
**2358 N 8th St**
**Clinton, IA 52732**
**Date(s) debt was incurred** 10/27/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2651
**Nonpriority creditor's name and mailing address**
**shawn pecinovsky**
**724 Eleanor Ct SE**
**Cedar Rapids, IA 52403**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.265 2
**Nonpriority creditor's name and mailing address**
**Shawn Schuh**
**2805 Jaber Ave NE**
**St Michael, MN 55376**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.265 3
**Nonpriority creditor's name and mailing address**
**Shawn Vilhauer**
**6184 Branch Ln NW**
**Rochester, MN 55901**
**Date(s) debt was incurred** 11/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.265 4
**Nonpriority creditor's name and mailing address**
**Shayna Choulet**
**6260 SE 62nd Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** 12/12/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.265 5
**Nonpriority creditor's name and mailing address**
**Shayne Atterton**
**12205 SE Ashley St**
**Clackamas, OR 97015**
**Date(s) debt was incurred** 6/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.265 6
**Nonpriority creditor's name and mailing address**
**Shedrick McGill**
**12675 SW 124th Ave**
**Portland, OR 97223**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.265 7
**Nonpriority creditor's name and mailing address**
**Shelby Matthews**
**32120 SE Avalon Ct**
**Estacada, OR 97023**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.265 8
**Nonpriority creditor's name and mailing address**
**Shelley Frederick**
**550 N Simpson St**
**Portland, OR 97217**
**Date(s) debt was incurred** 12/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2659
**Nonpriority creditor's name and mailing address**
**Shelley Kidby**
**6212 Caldwell Road**
**Gladstone, OR 97027**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2660
**Nonpriority creditor's name and mailing address**
**Shelley Sisson**
**4611 SE Meldrum Ave**
**Milwaukie, OR 97267**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2661
**Nonpriority creditor's name and mailing address**
**Sherese Johnson**
**4200 Mill View Drive**
**Midlothian, VA 23112**
**Date(s) debt was incurred** 10/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2662
**Nonpriority creditor's name and mailing address**
**Sherri Nugent-Loehr**
**8216 Portland Ave E**
**Tacoma, WA 98404**
**Date(s) debt was incurred** 5/20/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2663
**Nonpriority creditor's name and mailing address**
**Sherrie Harry**
**37880 Scravel Hill Rd NE**
**Albany, OR 97322**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2664
**Nonpriority creditor's name and mailing address**
**Sherry Dunnihoo**
**61472 Camelot Place**
**Bend, OR 97702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2665
**Nonpriority creditor's name and mailing address**
**Sherry Offord**
**1753 Dragon Tail Pl**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2666

**Nonpriority creditor's name and mailing address**
**Sherry Williams**
**1714 18th Street**
**Bettendorf, IA 52722**
**Date(s) debt was incurred** 9/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2667

**Nonpriority creditor's name and mailing address**
**Sheryl Etchart**
**13402 W Shore Rd**
**Nine Mile Falls, WA 99026**
**Date(s) debt was incurred** 5/3/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2668

**Nonpriority creditor's name and mailing address**
**Shiela Callen**
**10030 Cedar Hill Dr**
**Tucson, AZ 85748**
**Date(s) debt was incurred** 1/27/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2669

**Nonpriority creditor's name and mailing address**
**Shockrrr Solutions LLC**
**Attn: Ryan Reeves**
**6626 SE 115th Pl**
**Portland, OR 97266**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$10,641.20**

---

3.2670

**Nonpriority creditor's name and mailing address**
**Shugetaka Tono**
**511 Elk Ridge Ln**
**Lawrenceburg, IN 47025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2671

**Nonpriority creditor's name and mailing address**
**Sid Paganelli**
**42375 Deer Heights N Dr**
**Davenport, WA 99122**
**Date(s) debt was incurred** 11/4/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2672

**Nonpriority creditor's name and mailing address**
**Simon Hebert**
**14 Perth Drive**
**Fredericksburg, VA 22405**
**Date(s) debt was incurred** 10/29/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2673

**Nonpriority creditor's name and mailing address**
**Simon Sanchez-Espinoza**
**4350 Snowberry St NE**
**Salem, OR 97305**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2674

**Nonpriority creditor's name and mailing address**
**Siobhan Smith**
**3266 Village Park Ave**
**Keswick, VA 22947**
**Date(s) debt was incurred** 12/4/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2675

**Nonpriority creditor's name and mailing address**
**Siskiyou County, CA**
**806 South Main St**
**Mt Shasta, CA 96076**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$504.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2676

**Nonpriority creditor's name and mailing address**
**Skedulo Holdings, Inc**
**800 Market St., Floor 4**
**San Francisco, CA 94102**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,543.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2677

**Nonpriority creditor's name and mailing address**
**Sky Asher**
**365 Scenic Drive**
**Ashland, OR 97520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2678

**Nonpriority creditor's name and mailing address**
**Skylar Thomas**
**1431 W Red Heather Ln**
**W Jordan, UT 84084**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.2679

**Nonpriority creditor's name and mailing address**
**Skyward Specialty**
**Surety Division**
**800 Gesner Rd #600**
**Houston, TX 77024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** Surety Bond/Indenmification Agreement
Is the claim subject to offset? ■ No ☐ Yes

---

3.2680

**Nonpriority creditor's name and mailing address**
**Skyward Specialty**
**Surety Division**
**800 Gesner Rd #600**
**Houston, TX 77024**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond/Indenimification Agreement

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2681

**Nonpriority creditor's name and mailing address**
**Slighting Law**
**9505 Hillwood Dr, Ste 100**
**Las Vegas, NV 89134**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$1,170.00**

3.2682

**Nonpriority creditor's name and mailing address**
**Snyte Jones**
**4802 Berryfield Ln**
**Fredericksburg, VA 22408**

**Date(s) debt was incurred** 12/18/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2683

**Nonpriority creditor's name and mailing address**
**Solar Consultants of Va**
**300 Commerce Cr. Ste. C**
**Yorktown, VA 23693**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$1,425.00**

3.2684

**Nonpriority creditor's name and mailing address**
**Solar Tech Innovations, LLC**
**910 Collier St**
**Ft Worth, TX 76102**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$1,838.00**

3.2685

**Nonpriority creditor's name and mailing address**
**SolarReviews.com**
**1625 Broadway, Suite 1400**
**Denver, CO 80202**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$1,814.00**

3.2686

**Nonpriority creditor's name and mailing address**
**Solgen Holdings**
**5715 & 5728 Bedford St**
**Pasco, WA 99301**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$696,907.96**

**3.2687**

**Nonpriority creditor's name and mailing address**
**Sornadeepika Somasundarapandian**
**941 Warlander Dr SW**
**Leesburg, VA 20175**
**Date(s) debt was incurred** 12/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2688**

**Nonpriority creditor's name and mailing address**
**South Carolina Transportation, LLC**
**307 Cane Pole Walk**
**Inman, SC 29349**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.2689**

**Nonpriority creditor's name and mailing address**
**South Sound Janitorial**
**PO Box 65981**
**Tacoma, WA 98464-0050**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$668.77**

---

**3.2690**

**Nonpriority creditor's name and mailing address**
**Southern Oregon Heating & Air Conditioni**
**904 Chevy Way**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$299.68**

---

**3.2691**

**Nonpriority creditor's name and mailing address**
**Southern Rogue Exteriors, LLC**
**5003 Rogue River Hwy**
**Gold Hill, OR 97525**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2692**

**Nonpriority creditor's name and mailing address**
**Spencer Hansen**
**40315 SW Lasalle Rd**
**Gaston, OR 97119**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2693**

**Nonpriority creditor's name and mailing address**
**Spencer Hansen**
**40315 SW Lasalle Rd**
**Gaston, OR 97119**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.269 4

Nonpriority creditor's name and mailing address
**Spencer Miles**
**3939 SE Kelly St**
**Portland, OR 97202**
**Date(s) debt was incurred** 11/4/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.269 5

Nonpriority creditor's name and mailing address
**Spokane County Environmental Services**
**P.O. Box 2355**
**Spokane, WA 99210-2355**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$155.83**

---

3.269 6

Nonpriority creditor's name and mailing address
**SRS Dist - Building Products**
**5759 Crater Lake Hwy**
**Central Point, OR 97502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2354

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$369,768.58**

---

3.269 7

Nonpriority creditor's name and mailing address
**SRS Dist - Building Products**
**8420 S 190th St, Ste B**
**Kent, WA 98032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** P308

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$202,167.36**

---

3.269 8

Nonpriority creditor's name and mailing address
**SRS Dist - Stoneway Roofing Supply**
**PO Box 748073**
**Los Angeles, CA 90074-8073**
**Date(s) debt was incurred** _
**Last 4 digits of account number** P308

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$10,417.99**

---

3.269 9

Nonpriority creditor's name and mailing address
**SRS Distribution Inc**
**1850 Skyline Tower**
**10900 NE 4th St**
**Bellevue, WA 98004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.270 0

Nonpriority creditor's name and mailing address
**Stacey Bartlett**
**10854 Marquis Rd**
**Unionville, VA 22567**
**Date(s) debt was incurred** 12/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 401 of 493

**3.2701** **Nonpriority creditor's name and mailing address**
**Stacey Cowardin**
**9829 Harvest Honey Rd**
**Mechanicsville, VA 23116**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2702** **Nonpriority creditor's name and mailing address**
**Staci Whitehouse**
**26424 136th Ave SE**
**Kent, WA 98042**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**3.2703** **Nonpriority creditor's name and mailing address**
**Staci Whitehouse**
**26424 136th Ave SE**
**Kent, WA 98042**
**Date(s) debt was incurred** 11/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2704** **Nonpriority creditor's name and mailing address**
**Stacy Mcclenahan**
**2521 W Hawthorn**
**Spokane, WA 99208**
**Date(s) debt was incurred** 9/26/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2705** **Nonpriority creditor's name and mailing address**
**Stacy Sullivan**
**10038 Northwood Ln N**
**Brooklyn Park, MN 55443**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.2706** **Nonpriority creditor's name and mailing address**
**Stacy Sullivan**
**10038 Northwood Ln N**
**Brooklyn Park, MN 55443**
**Date(s) debt was incurred** 9/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2707** **Nonpriority creditor's name and mailing address**
**Stanley "Carey" Cole**

**Hebron, KY 41048**
**Date(s) debt was incurred** 7/25/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2708** **Nonpriority creditor's name and mailing address**
**Star Equipment LTD**
**PO Box 8438**
**Des Moines, IA 50301-8438**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$387.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.2709** **Nonpriority creditor's name and mailing address**
**State of TN Division of Employment Secur**
**PO Box 24150**
**Nashville, TN 37202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$99.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.2710** **Nonpriority creditor's name and mailing address**
**Stefan Dao**
**151 SW Sandlewood Loop**
**Gresham, OR 97030**
**Date(s) debt was incurred** 12/1/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2711** **Nonpriority creditor's name and mailing address**
**Stella Olaleke**
**128 King Edward Ct**
**Culpepper, VA 22701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2712** **Nonpriority creditor's name and mailing address**
**Stellah Morara**
**8365 Yearling Trail**
**Woodbury, MN 55129**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**3.2713** **Nonpriority creditor's name and mailing address**
**Stephanie Bockus**
**1331 Kulien Ave**
**Centralia, WA 98531**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.2714** **Nonpriority creditor's name and mailing address**
**Stephanie Eilers**
**10976 97th Place N**
**Maple Grove, MN 55369**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.271 5
**Nonpriority creditor's name and mailing address**
**Stephanie Eilers**
**10976 97th Place N**
**Maple Grove, MN 55369**
**Date(s) debt was incurred** 11/17/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.271 6
**Nonpriority creditor's name and mailing address**
**Stephanie Lauer**
**2420 Skyline Dr**
**Missoula, MT 59802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.271 7
**Nonpriority creditor's name and mailing address**
**Stephanie Momot**
**6310 Wyoming St**
**Vancouver, WA 98661**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.271 8
**Nonpriority creditor's name and mailing address**
**Stephanie Potts**
**3717 35th Ave SW**
**Seattle, WA 98126**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes
**$750.00**

3.271 9
**Nonpriority creditor's name and mailing address**
**Stephanie Potts**
**3717 35th Ave SW**
**Seattle, WA 98126**
**Date(s) debt was incurred** 12/22/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.272 0
**Nonpriority creditor's name and mailing address**
**Stephanie Silverman**
**4782 Regal Dr NE**
**Salem, OR 97301**
**Date(s) debt was incurred** 10/3/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.272 1
**Nonpriority creditor's name and mailing address**
**Stephanie Smith**
**425 Rupp Ct**
**Walton, KY 41094**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes
**Unknown**

3.272 2

**Nonpriority creditor's name and mailing address**
**Stephen Barker**
**7950 Red Prairie Rd**
**Sheridan, OR 97378**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.272 3

**Nonpriority creditor's name and mailing address**
**STEPHEN BROWNING**
**21375 Beaverdam Bridge Rd**
**Middleburg, VA 20117**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.272 4

**Nonpriority creditor's name and mailing address**
**Stephen Clark**
**61518 Tall Tree Court**
**Bend, OR 97702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.272 5

**Nonpriority creditor's name and mailing address**
**Stephen Hanan**
**13410 Diamond Lake Ct NE**
**Aurora, OR 97002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.272 6

**Nonpriority creditor's name and mailing address**
**Stephen Ihde**
**1628 Jansen Way**
**Woodburn, OR 97071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.272 7

**Nonpriority creditor's name and mailing address**
**Stephen McLaughry**
**4540 SW Cameron Rd**
**Portland, OR 97221**
**Date(s) debt was incurred** **11/26/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.272 8

**Nonpriority creditor's name and mailing address**
**Stephen Robinson**
**23010 139th Ave NE**
**Arlington, WA 98223**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.272 9
**Nonpriority creditor's name and mailing address**
**Stephen Rusk**
**4695 NE Obsidian Ave**
**Albany, OR 97321**
**Date(s) debt was incurred** 10/31/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.273 0
**Nonpriority creditor's name and mailing address**
**Stephen Stutzman**
**41389 Highway 226**
**Scio, OR 97374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.273 1
**Nonpriority creditor's name and mailing address**
**Stephen Thomas**
**2409 N Watts St**
**Portland, OR 97217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.273 2
**Nonpriority creditor's name and mailing address**
**Stephen White**
**128 Hotchkiss Rd**
**Mineral, VA 23117**
**Date(s) debt was incurred** 11/25/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.273 3
**Nonpriority creditor's name and mailing address**
**Sterling Commercial Management, LLC**
**PO Box 7843**
**Missoula, MT 59808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$2,719.90**

3.273 4
**Nonpriority creditor's name and mailing address**
**Steve and Daniel Kinsley**
**2s551 River Oaks Dr**
**Warrenville, IL 60555**
**Date(s) debt was incurred** 1/3/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.273 5
**Nonpriority creditor's name and mailing address**
**Steve Bachman**
**5515 N Walnut St**
**Spokane, WA 99205**
**Date(s) debt was incurred** 6/26/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2736
**Nonpriority creditor's name and mailing address**
**Steve Dupee**
**7231 E Alderberry St**
**Tucson, AZ 85756**
**Date(s) debt was incurred** 1/10/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2737
**Nonpriority creditor's name and mailing address**
**Steve Klontz**
**984 NW Yucca Way**
**Redmond, OR 97756**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2738
**Nonpriority creditor's name and mailing address**
**Steve Klontz**
**984 NW Yucca Way**
**Redmond, OR 97756**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2739
**Nonpriority creditor's name and mailing address**
**Steve Martens**
**6321 E Peone Rd**
**Mead, WA 99021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2740
**Nonpriority creditor's name and mailing address**
**Steve McWilliams**
**4220 Wyndwood Dr**
**Crystal Lake, IL 60014**
**Date(s) debt was incurred** 6/21/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2741
**Nonpriority creditor's name and mailing address**
**Steve Nickodemus**
**10485 Meridian Rd NE**
**Mt Angel, OR 97362**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2742
**Nonpriority creditor's name and mailing address**
**Steve Stonequist**
**343 Charles St**
**Woodburn, OR 97071**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2743

**Nonpriority creditor's name and mailing address**
**Steve Stonequist**
**343 Charles St**
**Woodburn, OR 97071**
**Date(s) debt was incurred** 4/8/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2744

**Nonpriority creditor's name and mailing address**
**Steve Trent**
**158 Morewood Ln**
**Grants Pass, OR 97526**
**Date(s) debt was incurred** 6/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2745

**Nonpriority creditor's name and mailing address**
**Steven Browning**
**220 Thunderbird St**
**Molalla, OR 97038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2746

**Nonpriority creditor's name and mailing address**
**Steven Carson**
**2470 Calgary Street**
**Eugene, OR 97408**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2747

**Nonpriority creditor's name and mailing address**
**Steven Lewis**
**909 Bradford Ct**
**Cincinnati, OH 45233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2748

**Nonpriority creditor's name and mailing address**
**Steven Martizia**
**6745 Hays Ln SE**
**Aumsville, OR 97325**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.2749

**Nonpriority creditor's name and mailing address**
**Steven Mings**
**1721 Pin Oak Ln**
**Elgin, IL 60120**
**Date(s) debt was incurred** 11/29/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2750
**Nonpriority creditor's name and mailing address**
**Steven Vanarsdale**
**3201 Eastern Ave NE**
**Cedar Rapids, IA 52402**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2751
**Nonpriority creditor's name and mailing address**
**Stevie Burger**
**7006 SE 84th Ave**
**Portland, OR 97266**
**Date(s) debt was incurred** 11/13/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2752
**Nonpriority creditor's name and mailing address**
**Stoneway Electric Supply Co.**
**PO Box 4037**
**Spokane, WA 99220-0037**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$10,886.71**

---

3.2753
**Nonpriority creditor's name and mailing address**
**Storage Rentals of America**
**324 Datura St., Suite 338**
**West Palm Beach, FL 33401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

3.2754
**Nonpriority creditor's name and mailing address**
**Stusser**
**CED National**
**PO Box 888851**
**Los Angeles, CA 90088-8851**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$2,727.74**

---

3.2755
**Nonpriority creditor's name and mailing address**
**Stusser Electric Co**
**CED National**
**PO Box 888851**
**Los Angeles, CA 90088-8851**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1062

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$3,915.10**

---

3.2756
**Nonpriority creditor's name and mailing address**
**Stusser Electric Co**
**CED National**
**PO Box 888851**
**Los Angeles, CA 90088-8851**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4113

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$6,589.10**

3.2757

**Nonpriority creditor's name and mailing address**
**Sue Gilmartin**
**7150 Bethel Dr E**
**Warrenton, VA 20187**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2758

**Nonpriority creditor's name and mailing address**
**Sue Tull**
**11 Sweetbriar Ave**
**Florence, KY 41042**

**Date(s) debt was incurred** 9/3/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2759

**Nonpriority creditor's name and mailing address**
**Suited Connector**
**116 Inverness Dr. E, Ste 250**
**Englewood, CO 80112**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$10,820.00**

---

3.2760

**Nonpriority creditor's name and mailing address**
**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 5321

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$477.16**

---

3.2761

**Nonpriority creditor's name and mailing address**
**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 9350

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$2,396.68**

---

3.2762

**Nonpriority creditor's name and mailing address**
**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0474

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$71.37**

---

3.2763

**Nonpriority creditor's name and mailing address**
**Suncrest Homes**
**1283 Hagen Way**
**Ashland, OR 97520**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2764
**Nonpriority creditor's name and mailing address**
**Sunil Kumar Nooka**
**7966 Spring Lake Ln**
**Shakopee, MN 55379**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.2765
**Nonpriority creditor's name and mailing address**
**Sunita Chamber**
**845 Monaghan Cir**
**Vacaville, CA 95688**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2766
**Nonpriority creditor's name and mailing address**
**Sunlight Financial LLC**
**234 W. 39th St. 7th Floor**
**New York, NY 10018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.2767
**Nonpriority creditor's name and mailing address**
**Sunly Home LLC**
**55 Lake Havasu Ave S, Ste F673**
**Lk Havasu City, AZ 86403**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,400.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2768
**Nonpriority creditor's name and mailing address**
**Susan Foster**
**29473 S Hult Rd**
**Colton, OR 97017**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2769
**Nonpriority creditor's name and mailing address**
**Susan Hebert**
**7741 Nez Perce Dr**
**Bozeman, MT 59715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.2770
**Nonpriority creditor's name and mailing address**
**Susan Jensen**
**512 Homewood Ave**
**St Paul, MN 55115**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 411 of 493

3.2771 **Nonpriority creditor's name and mailing address**
**Susan Latham**
**355 Fawk St SE**
**Salem, OR 97302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2772 **Nonpriority creditor's name and mailing address**
**Susan Mattox**
**185 NW Blossom Dr**
**Grants Pass, OR 97526**
**Date(s) debt was incurred** 10/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2773 **Nonpriority creditor's name and mailing address**
**Susan Spencer (Text)**
**11005 Blake Ln**
**Bealeton, VA 22712**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2774 **Nonpriority creditor's name and mailing address**
**Suzana Vargas**
**1344 Longford Cir**
**Elgin, IL 60120**
**Date(s) debt was incurred** 1/22/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2775 **Nonpriority creditor's name and mailing address**
**Suzanne Betts**
**285 Volkmer Way**
**Williams, OR 97544**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2776 **Nonpriority creditor's name and mailing address**
**Suzanne Gordon**
**319 Pruett Rd**
**Eagle Point, OR 97524**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2777 **Nonpriority creditor's name and mailing address**
**Suzanne Johnson**
**3123 Winslow Way NW**
**Salem, OR 97304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.2778**

**Nonpriority creditor's name and mailing address**
**SV Navigators, LLC**
**1175 E Main St., Suite 2B**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$18,391.15**

---

**3.2779**

**Nonpriority creditor's name and mailing address**
**Sybil Tanner**
**769 Chehalis Pl N**
**Keizer, OR 97303**
**Date(s) debt was incurred** 10/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2780**

**Nonpriority creditor's name and mailing address**
**system needs reconnected to new internet**
**24059 SE 262nd St**
**Maple Valley, WA 98038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2781**

**Nonpriority creditor's name and mailing address**
**T&T Roofing, LLC**
**4010 Rock Way**
**Central Point, OR 97502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$4,325.00**

---

**3.2782**

**Nonpriority creditor's name and mailing address**
**Tabassum Benazeer**
**1157 Alder Ln**
**Bartlett, IL 60103**
**Date(s) debt was incurred** 11/16/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2783**

**Nonpriority creditor's name and mailing address**
**Tad Harman**
**5006 Catalonia Dr**
**Pasco, WA 99301**
**Date(s) debt was incurred** 9/12/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2784**

**Nonpriority creditor's name and mailing address**
**Taehyuk Hur**
**21227 SE 278th Way**
**Maple Valley, WA 98038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

3.2785 **Nonpriority creditor's name and mailing address**
**Tahir Bakaru**
**13685 Atrium Ave**
**Rosemount, MN 55068**
**Date(s) debt was incurred** 10/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2786 **Nonpriority creditor's name and mailing address**
**Tallitha Parham**
**5940 Volcano St SE**
**Salem, OR 97306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2787 **Nonpriority creditor's name and mailing address**
**Tallitha Parham**
**5940 Volcano St SE**
**Salem, OR 97306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2788 **Nonpriority creditor's name and mailing address**
**Tamara Johnson**
**3315 90th St S**
**Lakewood, WA 98499**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.2789 **Nonpriority creditor's name and mailing address**
**Tamara Larson**
**912 Spruce St**
**Farmington, MN 55024**
**Date(s) debt was incurred** 9/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2790 **Nonpriority creditor's name and mailing address**
**Tammi Veldhuizen**
**6645 W 52nd St**
**N Newton, IA 50208**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.2791 **Nonpriority creditor's name and mailing address**
**Tammy Kampfe**
**4682 Provence Way**
**N Hugo, MN 55038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.279 2
**Nonpriority creditor's name and mailing address**
**Tammy Kampfe**
**4682 Provence Way N**
**Hugo, MN 55038**
**Date(s) debt was incurred** 11/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.279 3
**Nonpriority creditor's name and mailing address**
**Tanda Charters**
**20765 SW Hillsboro Hwy**
**Newberg, OR 97132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.279 4
**Nonpriority creditor's name and mailing address**
**Tanner Jones**
**622 Highland Pike**
**Covington, KY 41014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.279 5
**Nonpriority creditor's name and mailing address**
**Tara Christiansen**
**3677 Broadleaf Ave**
**Elgin, IL 60124**
**Date(s) debt was incurred** 2/4/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.279 6
**Nonpriority creditor's name and mailing address**
**Tara Cowell**
**510 N County Rd**
**Toledo, IA 52342**
**Date(s) debt was incurred** 11/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.279 7
**Nonpriority creditor's name and mailing address**
**Tara Patrick**
**110 E Kent Ave**
**Missoula, MT 59801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.279 8
**Nonpriority creditor's name and mailing address**
**Tara Schut**
**12180 Mieras Rd**
**Yakima, WA 98903**
**Date(s) debt was incurred** 5/9/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2799

**Nonpriority creditor's name and mailing address**
**Taron Spaulding**
**220 SE 15th St**
**Bend, OR 97702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2800

**Nonpriority creditor's name and mailing address**
**Tasha Kiberenge**
**675 Searles Street**
**New Brighton, MN 55112**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

3.2801

**Nonpriority creditor's name and mailing address**
**Taylor Parsons**
**2334 Terrace St**
**Bremerton, WA 98310**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2802

**Nonpriority creditor's name and mailing address**
**Teresa Barry**
**2405 Birchfield Rd**
**Yakima, WA 98901**
**Date(s) debt was incurred** 6/6/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2803

**Nonpriority creditor's name and mailing address**
**Teresa Bartlett**
**7812 Harlan Dr**
**White City, OR 97503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2804

**Nonpriority creditor's name and mailing address**
**Teri Holm**
**15209 NW Mason Hill Rd**
**N Plains, OR 97133**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2805

**Nonpriority creditor's name and mailing address**
**Terrance Mintah**
**491 Sunview Ct**
**Stafford, VA 22554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| | | | |
|---|---|---|---|
| 3.2806 | **Nonpriority creditor's name and mailing address**<br>**Terrence Ridout**<br>**2359 265th St**<br>**Marshalltown, IA 50158**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |
| 3.2807 | **Nonpriority creditor's name and mailing address**<br>**Terri Haggard**<br>**828 Loda Dr**<br>**Cincinnati, OH 45245**<br>**Date(s) debt was incurred** 9/20/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |
| 3.2808 | **Nonpriority creditor's name and mailing address**<br>**Terry Alphin**<br>**3487 Poppywoods Drive**<br>**Medford, OR 97504**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |
| 3.2809 | **Nonpriority creditor's name and mailing address**<br>**Terry and Gerri Taylor**<br>**3817 S Sundown Dr**<br>**Spokane Vly, WA 99206**<br>**Date(s) debt was incurred** 2/20/2020<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |
| 3.2810 | **Nonpriority creditor's name and mailing address**<br>**Terry Blackburn**<br>**4705 Meadow Glen Loop**<br>**Klamath Falls, OR 97603**<br>**Date(s) debt was incurred** 9/9/2024<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |
| 3.2811 | **Nonpriority creditor's name and mailing address**<br>**Terry Clifford**<br>**2038 Padua Dr**<br>**Elgin, IL 60123**<br>**Date(s) debt was incurred** 12/11/2019<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Breach of Contraxct (No PTO)<br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |
| 3.2812 | **Nonpriority creditor's name and mailing address**<br>**Terry Kingry**<br>**12253 Secluded Pl SE**<br>**Jefferson, OR 97352**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Waranty / Repairs<br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |

3.2813 **Nonpriority creditor's name and mailing address**
**Terry Naig**
**520 SE Nursery Ave**
**Amity, OR 97101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.2814 **Nonpriority creditor's name and mailing address**
**Terry Payne**
**200 Skyline Rd**
**Libby, MT 59923**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2815 **Nonpriority creditor's name and mailing address**
**Terry Sevey**
**1645 Roosevelt St NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2816 **Nonpriority creditor's name and mailing address**
**Terry Tortorich**
**4127 SE 26th Ave**
**Portland, OR 97202**
**Date(s) debt was incurred** 11/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2817 **Nonpriority creditor's name and mailing address**
**Tessa Bowen**
**1455 W 12th Ave**
**Junction City, OR 97448**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.2818 **Nonpriority creditor's name and mailing address**
**Teylour Guinn**
**4323 NE 66th Ave**
**Portland, OR 97218**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.2819 **Nonpriority creditor's name and mailing address**
**The Baxter-Bozeman Rent**
**105 West Main St., Ste MD**
**Bozeman, MT 59715**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,081.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.2820 **Nonpriority creditor's name and mailing address**
**The Cincinnati Insurance Company**
**PO Box 145620**
**Cincinnati, OH 45250**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$375.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.2821 **Nonpriority creditor's name and mailing address**
**The FD Lawrence Electric Company**
**PO Box 645330**
**Cincinnati, OH 45264**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,643.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.2822 **Nonpriority creditor's name and mailing address**
**The Tree Doctor LLC**
**6319 Oakwood Dr**
**Urbandale, IA 50322**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,284.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.2823 **Nonpriority creditor's name and mailing address**
**Theodore A Chinn**
**38 Escalon St**
**Cincinnati, OH 45216**
**Date(s) debt was incurred** 2/17/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2824 **Nonpriority creditor's name and mailing address**
**Theodore Bagley**
**4336 SE 48th Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** 11/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2825 **Nonpriority creditor's name and mailing address**
**Theodore Hansen**
**5905 SW 161st Ave**
**Beaverton, OR 97007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.2826 **Nonpriority creditor's name and mailing address**
**Theodore Maloney**
**23404 SE 262nd Pl**
**Maple Valley, WA 98038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.2827

**Nonpriority creditor's name and mailing address**
**Theodore Maloney**
**23404 SE 262nd Pl**
**Maple Valley, WA 98038**
**Date(s) debt was incurred** 12/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2828

**Nonpriority creditor's name and mailing address**
**Theodore Scherzinger**
**23122 NE 18th St**
**Sammamish, WA 98074**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2829

**Nonpriority creditor's name and mailing address**
**Theresa Baker**
**27757 Oregon 211**
**Estacada, OR 97023**
**Date(s) debt was incurred** 6/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2830

**Nonpriority creditor's name and mailing address**
**Therese Chilcutt**
**15433 SE Francis Ave**
**Milwaukie, OR 97267**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2831

**Nonpriority creditor's name and mailing address**
**Thom Nash**
**2896 Saw Grass Loop**
**Richland, WA 99354**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2832

**Nonpriority creditor's name and mailing address**
**Thomas Aguirre**
**6533 S De Concini Dr**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 8/22/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2833

**Nonpriority creditor's name and mailing address**
**Thomas Antonelli**
**6237 Kahl Ave**
**Albertville, MN 55301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2834

**Nonpriority creditor's name and mailing address**
**Thomas Coolbaugh**
**450 Kees St**
**Lebanon, OR 97355**
**Date(s) debt was incurred** 7/14/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2835

**Nonpriority creditor's name and mailing address**
**Thomas Doherty**
**168 Lakewood Ave**
**Vallejo, CA 94591**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2836

**Nonpriority creditor's name and mailing address**
**Thomas Dudley**
**6127 Moore Ave**
**Mt Jackson, VA 22842**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2837

**Nonpriority creditor's name and mailing address**
**Thomas Edwards**
**13027 SE Mill St**
**Portland, OR 97233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2838

**Nonpriority creditor's name and mailing address**
**Thomas Finch**
**5587 Fireweed Loop**
**Helena, MT 59602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.2839

**Nonpriority creditor's name and mailing address**
**Thomas Gabe**
**4785 SW Hollyhock Cir**
**Corvallis, OR 97333**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2840

**Nonpriority creditor's name and mailing address**
**THOMAS HIGHLAND**
**13027 NE Fremont St**
**Portland, OR 97230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2841
**Nonpriority creditor's name and mailing address**
**Thomas Mach**
**561 Allen St**
**Marseilles, IL 61341**
**Date(s) debt was incurred** 12/28/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2842
**Nonpriority creditor's name and mailing address**
**Thomas McIntire**
**3110 W Government Way**
**Seattle, WA 98199**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.2843
**Nonpriority creditor's name and mailing address**
**Thomas McIntire**
**3110 W Government Way**
**Seattle, WA 98199**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2844
**Nonpriority creditor's name and mailing address**
**Thomas Perkins**
**432 Columbia Park Trl**
**Richland, WA 99352**
**Date(s) debt was incurred** 3/21/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2845
**Nonpriority creditor's name and mailing address**
**Thomas Powers**
**2262 Henna Ave N**
**Oakdale, MN 55128**
**Date(s) debt was incurred** 9/8/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2846
**Nonpriority creditor's name and mailing address**
**Thomas Schutter**
**1055 200th St**
**Ventura, IA 50482**
**Date(s) debt was incurred** 10/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2847
**Nonpriority creditor's name and mailing address**
**Thomas Yeoman**
**7462 E Placita Del Espiritu**
**Tucson, AZ 85715**
**Date(s) debt was incurred** 5/22/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2848** **Nonpriority creditor's name and mailing address**
**Thorlakur tryggvason**
**3400 Guildfore Ct SE**
**Pt Orchard, WA 98366**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.2849** **Nonpriority creditor's name and mailing address**
**Thuha Bui**
**1322 NE Wygant St**
**Portland, OR 97211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2850** **Nonpriority creditor's name and mailing address**
**Tiffany Schurman**
**1225 Triangle Dr**
**Central Point, OR 97502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2851** **Nonpriority creditor's name and mailing address**
**Tiktok Inc.**
**Attn: Finance Dept.**
**PO Box 894476**
**Los Angeles, CA 90189**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$617.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**3.2852** **Nonpriority creditor's name and mailing address**
**Tilman Bergman**
**9084 Edinburgh Ln**
**Woodbury, MN 55125**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.2853** **Nonpriority creditor's name and mailing address**
**Tim and Anna Mest**
**304 SE Brace St**
**Wilbur, WA 99185**
**Date(s) debt was incurred** 11/13/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2854** **Nonpriority creditor's name and mailing address**
**Tim and Sandy Tangan**
**429 South K St**
**Livingston, MT 59047**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.2855

Nonpriority creditor's name and mailing address
**Tim Bein**
**1246 Golf View Dr**
**Woodridge, IL 60517**
Date(s) debt was incurred 6/12/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.2856

Nonpriority creditor's name and mailing address
**Tim Brandenburg**
**315 NE A St**
**College Place, WA 99324**
Date(s) debt was incurred 4/29/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.2857

Nonpriority creditor's name and mailing address
**Tim Brittain**
**6462 SW Buckskin Ln**
**Terrebonne, OR 97760**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.2858

Nonpriority creditor's name and mailing address
**Tim Carney**
**2907 Affirmed Dr**
**North Bend, OH 45052**
Date(s) debt was incurred 12/3/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.2859

Nonpriority creditor's name and mailing address
**Tim Johnson**
**1626 El Segundo Ave NE**
**Keizer, OR 97303**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.2860

Nonpriority creditor's name and mailing address
**Tim Wedin**
**2326 Wallingford Ln**
**Woodbury, MN 55125**
Date(s) debt was incurred 10/27/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.2861

Nonpriority creditor's name and mailing address
**Timothy Back**
**2220 Webb Rd**
**Brookville, IN 47012**
Date(s) debt was incurred 9/19/2019
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

Unknown

3.2862
**Nonpriority creditor's name and mailing address**
**Timothy Connors**
**13485 Fawn Trl**
**Rogers, MN 55374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.2863
**Nonpriority creditor's name and mailing address**
**Timothy Connors**
**13485 Fawn Trl**
**Rogers, MN 55374**
**Date(s) debt was incurred** 11/13/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2864
**Nonpriority creditor's name and mailing address**
**Timothy Dixon**
**1740 Hibbs Ln**
**Coxs Creek, KY 40013**
**Date(s) debt was incurred** 2/10/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2865
**Nonpriority creditor's name and mailing address**
**Timothy Doyle**
**2503 SE 59th Ave**
**Portland, OR 97206**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2866
**Nonpriority creditor's name and mailing address**
**Timothy Gagnon**
**1975 Chesterfield Ln**
**Aurora, IL 60504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2867
**Nonpriority creditor's name and mailing address**
**Timothy Glock**
**61348 Triple Knot Rd**
**Bend, OR 97702**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2868
**Nonpriority creditor's name and mailing address**
**Timothy Heisler**
**16901 W Hill Dr E**
**Bonney Lake, WA 98391**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.2869** **Nonpriority creditor's name and mailing address**
**Timothy Klimas**
**59630 Emerald Loop**
**St Helens, OR 97051**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2870** **Nonpriority creditor's name and mailing address**
**Timothy Morley**
**708 Locust St**
**Anaconda, MT 59711**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2871** **Nonpriority creditor's name and mailing address**
**Timothy Rezash**
**720 Woodbourne Trl**
**Dayton, OH 45459**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2872** **Nonpriority creditor's name and mailing address**
**Timothy Rezash**
**720 Woodbourne Trl**
**Dayton, OH 45459**
**Date(s) debt was incurred** 10/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2873** **Nonpriority creditor's name and mailing address**
**Timothy Schofield**
**3202 NE 52nd Ave**
**Portland, OR 97213**
**Date(s) debt was incurred** 12/8/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2874** **Nonpriority creditor's name and mailing address**
**Timothy Storey**
**25755 SW Rogol Dr**
**Hillsboro, OR 97123**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2875** **Nonpriority creditor's name and mailing address**
**Timothy Wingard**
**1555 SW 208th Ave**
**Aloha, OR 97006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2876

**Nonpriority creditor's name and mailing address**
**Tina Haskins**
**4751 49th Ave NE**
**Salem, OR 97305**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2877

**Nonpriority creditor's name and mailing address**
**Tina Le**
**7613 SW Applegate Dr**
**Beaverton, OR 97007**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2878

**Nonpriority creditor's name and mailing address**
**TINA MCALLISTER**
**3705 Valinda Way**
**Klamath Falls, OR 97603**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2879

**Nonpriority creditor's name and mailing address**
**Tina Rice**
**19206 Flat Rock River Ln**
**Greenacres, WA 99016**
**Date(s) debt was incurred** 4/15/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2880

**Nonpriority creditor's name and mailing address**
**Tino Ramirez**
**713 Parkside Cir**
**Streamwood, IL 60107**
**Date(s) debt was incurred** 1/8/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2881

**Nonpriority creditor's name and mailing address**
**Tito O'Francia**
**4516 38th Ave S**
**Seattle, WA 98118**
**Date(s) debt was incurred** 5/8/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2882

**Nonpriority creditor's name and mailing address**
**TOA Concreate Construction LLC**
**16833 SE Pine St**
**Portland, OR 97233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$7,200.00**

---

3.2883

**Nonpriority creditor's name and mailing address**
**Todd Axel**
**4124 Jansen Ave NE**
**Saint Michael, MN 55376**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Services Paid for but not provided**
Is the claim subject to offset? ■ No ☐ Yes

3.2884

**Nonpriority creditor's name and mailing address**
**Todd Axel**
**4124 Jansen Ave NE**
**St Michael, MN 55376**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

3.2885

**Nonpriority creditor's name and mailing address**
**Todd Cain**
**2305 18th Street NW**
**Rochester, MN 55901**
**Date(s) debt was incurred** **10/9/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2886

**Nonpriority creditor's name and mailing address**
**Todd Engel**
**2160 Eastover Ln**
**Miamisburg, OH 45342**
**Date(s) debt was incurred** **10/29/2019**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2887

**Nonpriority creditor's name and mailing address**
**Todd Hight**
**415 N Buffalo St**
**Portland, OR 97217**
**Date(s) debt was incurred** **6/25/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2888

**Nonpriority creditor's name and mailing address**
**Todd Skersick**
**1709 20th Street NW**
**Cedar Rapids, IA 52405**
**Date(s) debt was incurred** **10/15/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2889

**Nonpriority creditor's name and mailing address**
**Tom Reuss**
**3359 State Route 131**
**Fayetteville, OH 45118**
**Date(s) debt was incurred** **11/6/2019**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.289 0
**Nonpriority creditor's name and mailing address**
**Tom Rizvi**
**1411 Sweetbay Ln**
**W Chicago, IL 60185**
**Date(s) debt was incurred** 10/14/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.289 1
**Nonpriority creditor's name and mailing address**
**Tom Scott**
**455 N Central Valley Dr**
**Central Point, OR 97502**
**Date(s) debt was incurred** 11/8/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.289 2
**Nonpriority creditor's name and mailing address**
**Tom Smith**
**1372 Parkview Ter S**
**Algonquin, IL 60102**
**Date(s) debt was incurred** 2/8/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.289 3
**Nonpriority creditor's name and mailing address**
**Tom Swanson**
**520 W Calle Lindero**
**Tucson, AZ 85704**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.289 4
**Nonpriority creditor's name and mailing address**
**Toni Caywood**
**17466 Isle Royale Ter**
**Dumfries, VA 22025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.289 5
**Nonpriority creditor's name and mailing address**
**Tony Zottola**
**339 NE C St**
**Grants Pass, OR 97526**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.289 6
**Nonpriority creditor's name and mailing address**
**Top Skill Prints**
**12412 Whiskey River Rd**
**Pasco, WA 99301-9737**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$13,687.50**

3.2897

**Nonpriority creditor's name and mailing address**
**Townsend Distribution, LP**
**Invesco Real Estate**
**2001 Ross Ave., Ste 3400**
**Dallas, TX 75201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$35,780.42**

---

3.2898

**Nonpriority creditor's name and mailing address**
**Tracey Brouillette**
**1410 Wright Avenue**
**Richland, WA 99354**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2899

**Nonpriority creditor's name and mailing address**
**Tracey Daniel**
**6192 158th St N**
**Hugo, MN 55038**
**Date(s) debt was incurred** 9/26/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2900

**Nonpriority creditor's name and mailing address**
**Traci Crockett-Tully & Peter Tully**
**c/o McKinney & Sperry PC**
**435 SE Kane St**
**Roseburg, OR 97470**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.2901

**Nonpriority creditor's name and mailing address**
**Tracie Woods**
**53019 NW 14th St**
**Scappoose, OR 97056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2902

**Nonpriority creditor's name and mailing address**
**Tracy Lemasters**
**90 Snapdragon Dr**
**Amelia, OH 45102**
**Date(s) debt was incurred** 10/1/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2903

**Nonpriority creditor's name and mailing address**
**Tracy Noland**
**1361 Marilee St**
**Central Point, OR 97502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2904

**Nonpriority creditor's name and mailing address**
**Travis Booher**
**7098 Moon Dancer Cluster**
**Missoula, MT 59808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.2905

**Nonpriority creditor's name and mailing address**
**Travis Lamm**
**145 Thornton Way**
**Winchester, VA 22602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2906

**Nonpriority creditor's name and mailing address**
**Travis Larsen**
**753 Salamander Rd SE**
**Jefferson, OR 97352**
**Date(s) debt was incurred** 10/28/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2907

**Nonpriority creditor's name and mailing address**
**Travis Strickland**
**6481 Hokah Drive**
**Lino Lakes, MN 55014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.2908

**Nonpriority creditor's name and mailing address**
**Travis Strickland**
**6481 Hokah Dr**
**Lino Lakes, MN 55014**
**Date(s) debt was incurred** 5/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2909

**Nonpriority creditor's name and mailing address**
**Travis Williams**
**11231 Jennie Dr**
**Midland, OR 97634**
**Date(s) debt was incurred** 11/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2910

**Nonpriority creditor's name and mailing address**
**Trevor Fosso**
**3418 12th Ave N**
**Sartell, MN 56377**
**Date(s) debt was incurred** 6/5/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2911
**Nonpriority creditor's name and mailing address**
**Trevor Jacobson**
**890 Meadows Blvd**
**Nya, MN 55397**
**Date(s) debt was incurred** 11/6/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2912
**Nonpriority creditor's name and mailing address**
**Trevor Jones**
**1750 N 680 W**
**Orem, UT 84057**
**Date(s) debt was incurred** 10/31/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2913
**Nonpriority creditor's name and mailing address**
**Trey Rosenberg**
**2952 Shady Acres Loop**
**Rocklin, CA 95765**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,267.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2914
**Nonpriority creditor's name and mailing address**
**Tri-City Shine, LLC**
**2301 W 7th Ave**
**Kennewick, WA 99336**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2915
**Nonpriority creditor's name and mailing address**
**Trident Solar LLC**
**521 Central Dr., Suite 201**
**Virginia Beach, VA 23454**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,824.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2916
**Nonpriority creditor's name and mailing address**
**Trisha Wells**
**566 Garfield St**
**Medford, OR 97501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2917
**Nonpriority creditor's name and mailing address**
**Tristan Gorski**
**1562 Buck Street**
**West Linn, OR 97068**
**Date(s) debt was incurred** 10/8/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2918

**Nonpriority creditor's name and mailing address**
**Tristan Isbell**
**29 14th St NE**
**Mason City, IA 50401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2919

**Nonpriority creditor's name and mailing address**
**Troy Evert**
**51 Erick St**
**Crystal Lakes, IL 60014**
**Date(s) debt was incurred** 5/10/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2920

**Nonpriority creditor's name and mailing address**
**Troy Givens**
**192 NW 29th St**
**Redmond, OR 97756**
**Date(s) debt was incurred** 11/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2921

**Nonpriority creditor's name and mailing address**
**Troy Saunders**
**8219 Devon Ave**
**Indianapolis, IN 46239**
**Date(s) debt was incurred** 11/23/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2922

**Nonpriority creditor's name and mailing address**
**Trudy Mackenzie-Lofgren**
**1600 12th St SE**
**Forest Lake, MN 55025**
**Date(s) debt was incurred** 10/8/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2923

**Nonpriority creditor's name and mailing address**
**Ty Hardee**
**2583 Howard Ave**
**Medford, OR 97501**
**Date(s) debt was incurred** 1/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2924

**Nonpriority creditor's name and mailing address**
**Tyler Bray**
**5588 Kalenda Dr NE**
**Albertville, MN 55031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

3.2925

**Nonpriority creditor's name and mailing address**
**Tyler Bray**
**5588 Kalenda Dr NE**
**Albertville, MN 55301**
**Date(s) debt was incurred** 10/23/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2926

**Nonpriority creditor's name and mailing address**
**Tyler Earl Bowen**
**30234 1st Pl S**
**Federal Way, WA 98003**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

---

3.2927

**Nonpriority creditor's name and mailing address**
**Tyler Whitlatch**
**5824 N Blue Skies St**
**Newman Lake, WA 99025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.2928

**Nonpriority creditor's name and mailing address**
**U.S. Linen & Uniform**
**1106 Harding St.**
**Richland, WA 99352**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$111.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2929

**Nonpriority creditor's name and mailing address**
**Uday Kumar Reddy Dontham**
**7100 Birkdale Drive**
**Mainville, OH 45039**
**Date(s) debt was incurred** 8/11/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2930

**Nonpriority creditor's name and mailing address**
**ULINE**
**Attn: Accounts Receivable**
**PO Box 88741**
**Chicago, IL 60680-1741**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1SGN

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,684.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2931

**Nonpriority creditor's name and mailing address**
**ULINE**
**Attn: Accounts Receivable**
**PO Box 88741**
**Chicago, IL 60680-1741**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4PLP

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,790.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2932
**Nonpriority creditor's name and mailing address**
**Uninstall/Reinstall**
**1642 Natalie St**
**Heights, MT 59105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2933
**Nonpriority creditor's name and mailing address**
**United Rentals (North America), Inc.**
**P.O. Box 051122**
**Los Angeles, CA 90074-1122**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0890

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$1,693.14**

---

3.2934
**Nonpriority creditor's name and mailing address**
**United States Attorney Eastern District**
**Thomas S Foley US Courthouse**
**PO Box 1494**
**Spokane, WA 99210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2935
**Nonpriority creditor's name and mailing address**
**United States Treasury**
**OIC - Internal Revenue Service**
**PO Box 219982**
**Kansas City, MO 64121**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$124,432.00**

---

3.2936
**Nonpriority creditor's name and mailing address**
**Valerie Holman**
**3898 W Northwest Blvd**
**Spokane, WA 99205**
**Date(s) debt was incurred** 11/13/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2937
**Nonpriority creditor's name and mailing address**
**Valerie Wilson**
**2253 Allan Ave**
**Hubbard, OR 97032**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2938
**Nonpriority creditor's name and mailing address**
**Van Meter Inc.**
**1751 Guthrie Avenue**
**Des Moines, IA 50316**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$10,555.90**

---

3.2939

**Nonpriority creditor's name and mailing address**
**Van Phu**
**2217 Pine Knoll Ave**
**Columbus, OH 43229**
**Date(s) debt was incurred** 10/14/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2940

**Nonpriority creditor's name and mailing address**
**Vanessa Shinwen**
**23325 Ashbury Dr**
**Rogers, MN 55374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2941

**Nonpriority creditor's name and mailing address**
**Venkat Oruganti**
**21630 NE 79th St**
**Redmond, WA 98053**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2942

**Nonpriority creditor's name and mailing address**
**Venkat Oruganti**
**21630 NE 79th St**
**Redmond, WA 98053**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2943

**Nonpriority creditor's name and mailing address**
**Venkata Parmanchala**
**3745 Eagle Hill Ct**
**Lebanon, OH 45036**
**Date(s) debt was incurred** 9/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2944

**Nonpriority creditor's name and mailing address**
**Verenice Hernandez**
**933 Rebecca Dr**
**Phoenix, OR 97535**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2945

**Nonpriority creditor's name and mailing address**
**Verity Credit Union**
**11027 Meridian Ave. N**
**Seattle, WA 98133**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

3.2946
**Nonpriority creditor's name and mailing address**
**Verizon Wireless**
**PO Box 489**
**Newark, NJ 07101-0489**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$36.38**

---

3.2947
**Nonpriority creditor's name and mailing address**
**Vernon Barnett**
**3737 NE 72nd Ave**
**Portland, OR 97213**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2948
**Nonpriority creditor's name and mailing address**
**Vernon Butler**
**3519 W Westview Ave**
**Spokane, WA 99208**
**Date(s) debt was incurred** 5/2/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2949
**Nonpriority creditor's name and mailing address**
**Veronica Rodriguez**
**12841 Lincoln St**
**Blue Island, IL 60406**
**Date(s) debt was incurred** 12/8/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2950
**Nonpriority creditor's name and mailing address**
**Vic**
**6652 E Koralee St**
**Tucson, AZ 85710**
**Date(s) debt was incurred** 11/12/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2951
**Nonpriority creditor's name and mailing address**
**Vickie Majerus**
**3428 12th Ave N**
**Sartell, MN 56377**
**Date(s) debt was incurred** 10/1/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2952
**Nonpriority creditor's name and mailing address**
**Victor Lechuga**
**12650 Kirkwood Rd NW**
**Salem, OR 97304**
**Date(s) debt was incurred** 11/7/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2953
**Nonpriority creditor's name and mailing address**
**Victor Olivares**
**6642 W Winter Valley Way**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 10/10/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2954
**Nonpriority creditor's name and mailing address**
**Victor Russo**
**46 Mckinley Ave**
**Hamilton, OH 45013**
**Date(s) debt was incurred** 12/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2955
**Nonpriority creditor's name and mailing address**
**Victoria English**
**19623 Toni Ct**
**Oregon City, OR 97045**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2956
**Nonpriority creditor's name and mailing address**
**Victoria Hill**
**416 NW Galaxy Dr**
**Winston, OR 97496**
**Date(s) debt was incurred** 11/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2957
**Nonpriority creditor's name and mailing address**
**Victoria Johnson**
**7240 Spaulding Bridge Rd**
**Belgrade, MT 59714**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2958
**Nonpriority creditor's name and mailing address**
**Victoria McDonald**
**915 NW 2nd Ave**
**Hillsboro, OR 97124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2959
**Nonpriority creditor's name and mailing address**
**Victoria Mello**
**114 N Sycamore St**
**Harrison, OH 45030**
**Date(s) debt was incurred** 8/16/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.2960 **Nonpriority creditor's name and mailing address**
**Viking Electric Supply, LLC**
**451 Industrial Blvd NE**
**Minneapolis, MN 55413**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4738

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,533.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

---

3.2961 **Nonpriority creditor's name and mailing address**
**Vincent Stockwell**
**74 Oneil Rd**
**Oroville, WA 98844**
**Date(s) debt was incurred** 4/23/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2962 **Nonpriority creditor's name and mailing address**
**Vinod Patel**
**5616 Heritage Hills Cir**
**Fredericksburg, VA 22407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2963 **Nonpriority creditor's name and mailing address**
**Viorel Angheloiu**
**1417 NW 117th Cir**
**Vancouver, WA 98685**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2964 **Nonpriority creditor's name and mailing address**
**Virgil risdon**
**352 Hill Ct**
**Bremerton, WA 98310**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

3.2965 **Nonpriority creditor's name and mailing address**
**Virginia Bourassa**
**1205 Lincoln Ct**
**Missoula, MT 59802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.2966 **Nonpriority creditor's name and mailing address**
**Virginia Petitt**
**254 White Oak Road**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2967**

**Nonpriority creditor's name and mailing address**
**Virginia Properties, Inc.**
**DHDH, LLC**
**6308 Five Mile Centre, Ste 215**
**Fredericksburg, VA 22407**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$2,299.87**

---

**3.2968**

**Nonpriority creditor's name and mailing address**
**Virl Nelson**
**13556 Monterey Ave S**
**Savage, MN 55378**

**Date(s) debt was incurred** 9/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2969**

**Nonpriority creditor's name and mailing address**
**VITL Power LLC**
**2600 N Ashton Blvd, Ste B100**
**Lehi, UT 84043**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$7,000.00**

---

**3.2970**

**Nonpriority creditor's name and mailing address**
**Vivian Geddry**
**2003 W Gordon Ave**
**Spokane, WA 99205**

**Date(s) debt was incurred** 6/5/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2971**

**Nonpriority creditor's name and mailing address**
**Vivian Satterfield**
**3717 SE 66th Ave**
**Portland, OR 97206**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2972**

**Nonpriority creditor's name and mailing address**
**VOX Fulfillment (Zummix)**
**3581 S Mountain Vista Pkwy**
**Provo, UT 84606**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$8,066.81**

---

**3.2973**

**Nonpriority creditor's name and mailing address**
**VOX Marketing Group LLC**
**2222 South 950 East**
**Provo, UT 84606**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

3.2974

**Nonpriority creditor's name and mailing address**
**WA Dept of L&I - Citation Desk**
**PO Box 44460**
**Olympia, WA 98504-4460**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,120.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.2975

**Nonpriority creditor's name and mailing address**
**WA Dept of L&I - Citation Desk**
**PO Box 44460**
**Olympia, WA 98504-4460**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$821,058.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.2976

**Nonpriority creditor's name and mailing address**
**WA Employment Security Department**
**UI Tax Administration**
**PO Box 34949**
**Seattle, WA 98124-1949**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,811.05**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.2977

**Nonpriority creditor's name and mailing address**
**Wade Clyde**
**6560 Kaiser Dr**
**Lawrenceburg, IN 47025**
**Date(s) debt was incurred** 3/28/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2978

**Nonpriority creditor's name and mailing address**
**Wade Kish**
**1756 Dupre Rd**
**Centerville, MN 55038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.2979

**Nonpriority creditor's name and mailing address**
**Wade Kish**
**1756 Dupre Rd**
**Centerville, MN 55038**
**Date(s) debt was incurred** 10/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.2980

**Nonpriority creditor's name and mailing address**
**Walter Alexander**
**6204 NE Davis St**
**Portland, OR 97213**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.2981** **Nonpriority creditor's name and mailing address**
**Walter Behrnes**
**7331 NE Sacramento St**
**Portland, OR 97213**
**Date(s) debt was incurred** 11/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.2982** **Nonpriority creditor's name and mailing address**
**Walter Childs**
**6302 Gallop Dr**
**Fredericksburg, VA 22407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.2983** **Nonpriority creditor's name and mailing address**
**Walter Heuler**
**94 NW Sunset St**
**Depoe Bay, OR 97341**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.2984** **Nonpriority creditor's name and mailing address**
**Walter Jusino**
**7726 SE Lambert St**
**Portland, OR 97206**
**Date(s) debt was incurred** 10/3/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.2985** **Nonpriority creditor's name and mailing address**
**Walter Kurz**
**745 Sarah Park Cir**
**Eagle Point, OR 97524-9755**
**Date(s) debt was incurred** 11/15/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.2986** **Nonpriority creditor's name and mailing address**
**Walter Prather**
**4395 Holland Loop Rd**
**Cave Jct, OR 97523**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.2987** **Nonpriority creditor's name and mailing address**
**Walter Simon**
**32140 SE Lawrence Rd**
**Estacada, OR 97023**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2988

**Nonpriority creditor's name and mailing address**
**Walter Walls**
**1101 Browns Point Blvd NE**
**Browns Point, WA 98422**
**Date(s) debt was incurred** 4/9/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2989

**Nonpriority creditor's name and mailing address**
**Wanda Cadwallader**
**709 S Hartford St**
**Kennewick, WA 99336**
**Date(s) debt was incurred** 12/28/2018
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2990

**Nonpriority creditor's name and mailing address**
**Warren Robison**
**1315 NW Douglas Dr**
**Pullman, WA 99163**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2991

**Nonpriority creditor's name and mailing address**
**Warren Williams**
**7350 S Bennett Ave**
**Chicago, IL 60649**
**Date(s) debt was incurred** 9/11/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2992

**Nonpriority creditor's name and mailing address**
**Washington Attorney General**
**Bankruptcy & Collections Unit**
**800 Fifth Ave, Ste 2000**
**Seattle, WA 98104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

3.2993

**Nonpriority creditor's name and mailing address**
**Washington Attorney General**
**Bankruptcy & Collections Unit**
**800 Fifth Ave, Ste 2000**
**Seattle, WA 98104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Litigation
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.2994

**Nonpriority creditor's name and mailing address**
**Waste Management of Iowa, Inc.**
**PO Box 4648**
**Carol Stream, IL 60197-4648**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$4,410.16**

3.2995

**Nonpriority creditor's name and mailing address**
**Wayde Savolt**
**1784 Tamarack St**
**Sweet Home, OR 97386**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2996

**Nonpriority creditor's name and mailing address**
**Wayne Dang**
**1386 Preston Villa Cove**
**W Jordan, UT 84088**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Waranty / Repairs**
Is the claim subject to offset? ■ No ☐ Yes

3.2997

**Nonpriority creditor's name and mailing address**
**Wayne Plass**
**643 W Second Ave**
**Sutherlin, OR 97479**
**Date(s) debt was incurred** **12/10/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.2998

**Nonpriority creditor's name and mailing address**
**We Clean LLC**
**4969 Old Upton Rd**
**Central Point, OR 97502**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,725.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade Payable**
Is the claim subject to offset? ■ No ☐ Yes

3.2999

**Nonpriority creditor's name and mailing address**
**Webb Wilbanks**
**1023 SE 49th Ave**
**Portland, OR 97215**
**Date(s) debt was incurred** **12/16/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.3000

**Nonpriority creditor's name and mailing address**
**Weboy Totimeh**
**18998 Sanford Ave**
**Big Lake, MN 55309**
**Date(s) debt was incurred** **2/25/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.3001

**Nonpriority creditor's name and mailing address**
**Wendi Rozsa**
**1360 Burbridge Drive**
**Rogue River, OR 97537**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Breach of Contraxct (No PTO)**
Is the claim subject to offset? ■ No ☐ Yes

3.3002 **Nonpriority creditor's name and mailing address**
**Wendolyn Moris**
**41 Snow Dr**
**Stafford, VA 22554**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.3003 **Nonpriority creditor's name and mailing address**
**Wendy Girard**
**2485 NW Awbrey Rd**
**Bend, OR 97703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.3004 **Nonpriority creditor's name and mailing address**
**Wendy McCrory**
**4463 Moffitt Dr**
**Napa, CA 94558**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.3005 **Nonpriority creditor's name and mailing address**
**Wendy Rickels**
**13803 Circle Dr**
**Amber, IA 52205**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.3006 **Nonpriority creditor's name and mailing address**
**Wendy Thompson**
**6628 Stone Mason Ln NE**
**Keizer, OR 97303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.3007 **Nonpriority creditor's name and mailing address**
**Wes Roozen**
**733 6th St**
**Colo, IA 50056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

3.3008 **Nonpriority creditor's name and mailing address**
**Wesley Hubbard**
**3551 SE 166th Pl**
**Portland, OR 97236**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**3.3009**
**Nonpriority creditor's name and mailing address**
**Wesley Mchone**
**7813 Perry St**
**Cincinnati, OH 45231**
**Date(s) debt was incurred** 12/17/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3010**
**Nonpriority creditor's name and mailing address**
**West Coast Roofers LLC**
**1460 N Maple St**
**Canby, OR 97013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$85,639.00**

---

**3.3011**
**Nonpriority creditor's name and mailing address**
**Whitney Lee**
**1041 W Deckerville Rd**
**Elma, WA 98541**
**Date(s) debt was incurred** 12/29/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3012**
**Nonpriority creditor's name and mailing address**
**Wilfred Finn III**
**2015 Benson Ave**
**Prosser, WA 99350**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3013**
**Nonpriority creditor's name and mailing address**
**Will Birkle**
**17659 NE Couch St**
**Portland, OR 97230**
**Date(s) debt was incurred** 10/28/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3014**
**Nonpriority creditor's name and mailing address**
**Willard & Cynthia Draper**
**921 N Touchet Rd**
**Dayton, WA 99328**
**Date(s) debt was incurred** 9/20/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3015**
**Nonpriority creditor's name and mailing address**
**William Dalziel**
**2822 Old White Way**
**Ainsworth, IA 52201**
**Date(s) debt was incurred** 11/17/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3016

**Nonpriority creditor's name and mailing address**
**William Dalziel**
**2822 Old White Way**
**Ainsworth, IA 52201**

**Date(s) debt was incurred** 11/13/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.3017

**Nonpriority creditor's name and mailing address**
**William Easton**
**371 Beverly Rd**
**Barrington, IL 60010**

**Date(s) debt was incurred** 1/4/2020

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.3018

**Nonpriority creditor's name and mailing address**
**William Faulkner**
**5680 E Paseo Del Cenador**
**Tucson, AZ 85750**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.3019

**Nonpriority creditor's name and mailing address**
**William Green**
**22520 Kellerman Dr NE**
**Kingston, WA 98346**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.3020

**Nonpriority creditor's name and mailing address**
**William Haley**
**6707 E 6th Ave**
**Spokane, WA 99212**

**Date(s) debt was incurred** 8/20/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.3021

**Nonpriority creditor's name and mailing address**
**William Kincannon**
**689 NE Mason Rd**
**Bend, OR 97701**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.3022

**Nonpriority creditor's name and mailing address**
**William Marrs**
**2036 White Cypress Ct**
**Charlotte, NC 28216**

**Date(s) debt was incurred** 10/3/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.3023

**Nonpriority creditor's name and mailing address**
**William Parker**
**11277 W Folsom Point Dr**
**Marana, AZ 85658**

**Date(s) debt was incurred** 8/5/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3024

**Nonpriority creditor's name and mailing address**
**William Potter**
**23292 Westmont Dr**
**Ruther Glen, VA 22546**

**Date(s) debt was incurred** 12/15/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3025

**Nonpriority creditor's name and mailing address**
**William Roberts**
**1313 Dodson Ave**
**Elburn, IL 60119**

**Date(s) debt was incurred** 8/10/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3026

**Nonpriority creditor's name and mailing address**
**William Terrill**
**2516 SW Brixton Dr**
**Gresham, OR 97080**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3027

**Nonpriority creditor's name and mailing address**
**William Troup**
**3012 W Olson Rd**
**Deer Park, WA 99006**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Waranty / Repairs

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3028

**Nonpriority creditor's name and mailing address**
**William Tuley**
**11116 SE Melania Ct**
**Portland, OR 97266**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3029

**Nonpriority creditor's name and mailing address**
**William Ubbes**
**2266 Old Oxford Rd**
**Hamilton, OH 45013**

**Date(s) debt was incurred** 4/10/2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

3.3030
**Nonpriority creditor's name and mailing address**
**William Zacher**
**13428 Superior Dr**
**Rogers, MN 55374**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.3031
**Nonpriority creditor's name and mailing address**
**William Zacher**
**13428 Superior Dr**
**Rogers, MN 55374**
**Date(s) debt was incurred** 11/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.3032
**Nonpriority creditor's name and mailing address**
**Winters Electric LLC**
**2937 Merriman Road**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,668.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.3033
**Nonpriority creditor's name and mailing address**
**Wojciech Wilczko**
**317 Hillwick Ln**
**Schaumburg, IL 60183**
**Date(s) debt was incurred** 8/21/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.3034
**Nonpriority creditor's name and mailing address**
**Workato.com**
**215 Castro St, Ste 300**
**Mountain View, CA 94041**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,829.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

3.3035
**Nonpriority creditor's name and mailing address**
**Wyatt Walter**
**14761 109th Ave N**
**Maple Grove, MN 55369**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.3036
**Nonpriority creditor's name and mailing address**
**XINLIANG LI**
**1675 10th St W**
**Kirkland, WA 98033**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**3.3037**

**Nonpriority creditor's name and mailing address**
**Yavor Boziloff**
**41 Lagoon Dr**
**Hawthorn Woods, IL 60047**
**Date(s) debt was incurred** 4/26/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3038**

**Nonpriority creditor's name and mailing address**
**Yba Shirts Inc dba Origin Brand Merch**
**518 W 800 N**
**Orem, UT 84057**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$3,382.43**

---

**3.3039**

**Nonpriority creditor's name and mailing address**
**Yeni Jorge**
**4477 Blaine Ct NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3040**

**Nonpriority creditor's name and mailing address**
**Yessenia Grijalva**
**7141 S Pebble Shore Dr**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 7/8/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3041**

**Nonpriority creditor's name and mailing address**
**Yirbebu Addisie**
**13811 SE Linden Ln**
**Milwaukie, OR 97222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3042**

**Nonpriority creditor's name and mailing address**
**Yolanda Parra**
**6509 W Ivy Mtn Way**
**Tucson, AZ 85757**
**Date(s) debt was incurred** 1/2/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.3043**

**Nonpriority creditor's name and mailing address**
**Yolanda Wright**
**190 24th St NE**
**Salem, OR 97301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.3044

**Nonpriority creditor's name and mailing address**
**Young Shin**
**652 Hazeltine Ave SE**
**Salem, OR 97306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.3045

**Nonpriority creditor's name and mailing address**
**Yuriy Tkachev**
**16708 SE Crossland St**
**Happy Valley, OR 97086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.3046

**Nonpriority creditor's name and mailing address**
**Yvonne Hawkins**
**5610 Olive Ave SE**
**Auburn, WA 98092**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.3047

**Nonpriority creditor's name and mailing address**
**Yvonne Hawkins**
**5610 Olive Ave SE**
**Auburn, WA 98092**
**Date(s) debt was incurred** 11/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.3048

**Nonpriority creditor's name and mailing address**
**Zac Clawson**
**150 Milestone Dr**
**Belgrade, MT 59714**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services Paid for but not provided
Is the claim subject to offset? ■ No ☐ Yes

3.3049

**Nonpriority creditor's name and mailing address**
**Zachary Stern**
**2026 Meadow Street**
**Cologne, MN 55322**
**Date(s) debt was incurred** 7/24/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

3.3050

**Nonpriority creditor's name and mailing address**
**Zackary Aspelund**
**13843 Adan Ave**
**Rosemount, MN 55068**
**Date(s) debt was incurred** 10/2/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 451 of 493

3.305 1

**Nonpriority creditor's name and mailing address**
**Zackery L Smith**
**142 W Bilby Rd**
**Tucson, AZ 85706**
**Date(s) debt was incurred** 11/19/2019
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.305 2

**Nonpriority creditor's name and mailing address**
**Zane Carpenter**
**10764 Wiseacre Ln NE**
**Aurora, OR 97002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.305 3

**Nonpriority creditor's name and mailing address**
**ZeAndre Vasquez**
**3610 S 3340 W**
**Salt Lake City, UT 84119**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Waranty / Repairs
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.305 4

**Nonpriority creditor's name and mailing address**
**Zephaniah Livingstone**
**12800 SE Market St**
**Portland, OR 97233**
**Date(s) debt was incurred** 12/9/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.305 5

**Nonpriority creditor's name and mailing address**
**Zerranna Canard**
**7073 Helm Dr**
**Remington, VA 22734**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Breach of Contraxct (No PTO)
Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.305 6

**Nonpriority creditor's name and mailing address**
**Ziply Fiber**
**P.O. Box 740416**
**Cincinnati, OH 45274**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$580.00**

---

3.305 7

**Nonpriority creditor's name and mailing address**
**Zito Brothers LLC**
**PO Box 80371**
**Billings, MT 59108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade Payable
Is the claim subject to offset? ■ No ☐ Yes

**$6,923.83**

3.3058

**Nonpriority creditor's name and mailing address**
**Zoltan Marton**
**16247 123rd Ave SE**
**Renton, WA 98058**

**Date(s) debt was incurred** 12/4/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Basis for the claim:** Breach of Contraxct (No PTO)

Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 6,248,907.43 |
| **5b. Total claims from Part 2** | 5b. + | $ 12,876,287.65 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 19,125,195.08 |

**Fill in this information to identify the case:**

Debtor name **Solgen Power, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **25-02262-7**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Lease - 10116 36th Ave Ct SW, Ste 306** | |
| State the term remaining | **MTM** | **888 Investment LLC**<br>**9516 S 237th Pl**<br>**Kent, WA 98031** |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Lease - 605 E Timpanogos Cir, Ste H21** | |
| State the term remaining | **2/13/2028** | **Canyon Park Owner II**<br>**1501 N Technology Way**<br>**Orem, UT 84097** |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Lease - 717 E Timpanogos Pkwy, Ste M23** | |
| State the term remaining | **2/13/2028** | **Canyon Park Owner II**<br>**1501 N Technology Way**<br>**Orem, UT 84097** |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Copier Leases** | |
| State the term remaining | | **Copiers Northwest, Inc**<br>**615 S. Alaska Street**<br>**Seattle, WA 98108** |
| List the contract number of any government contract | | |



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 454 of 493

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | **Lease** | **Flocchini Associates LLC**<br>**5710 N Road 68, Ste 104**<br>**Pasco, WA 99301** |
| State the term remaining | **7/31/2026** | |
| List the contract number of any government contract | | |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | **Software** | **HSI Workplace Compliance**<br>**9825 Sandifur Pkwy, Ste C**<br>**Pasco, WA 99301** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | **Lease - 7453 Empire Dr, Bldg A, Suite 340** | **Icon Owner Pool 3 Midwest/Southeast**<br>**233 S Wacker Dr, Ste 4700**<br>**Chicago, IL 60606** |
| State the term remaining | **6/30/2027** | |
| List the contract number of any government contract | | |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest | **Printer Leases** | **Kelley Create**<br>**22710 72nd Ave S**<br>**Kent, WA 98032** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest | **Lease - 6752 20th St E, Bldg E, Suite 200** | **LBA RV - Company IV, LP**<br>**3347 Michelson Drive, Suite 200**<br>**Irvine, CA 92612** |
| State the term remaining | **9/30/2027** | |
| List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest | **Software; Estimate/Order Form #1163296 dated 2/28/2023, between Solgen Power, LLC and Oracle America, Inc., to provide various cloud services for 60 months** | **Netsuite Oracle America Inc**<br>**2300 Oracle Way**<br>**Austin, TX 78741** |
| State the term remaining | **7/31/2027** | |
| List the contract number of any government contract | | |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest | **Forklift Leases** | **PNC Vendor Finance, LLC**<br>**655 Business Center Drive**<br>**Suite 250**<br>**Horsham, PA 19044** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | **Lease - 9212 Montgomery Ave, Ste 400** | **Premier One, Inc**<br>**9212 E Montgomery, Ste 604**<br>**Spokane, WA 99206** |
| State the term remaining | **8/31/2026** | |
| List the contract number of any government contract | | |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | **Lease** | **RH Stevens Health Center Assoc**<br>**18000 72nd Ave S, Ste 170**<br>**Kent, WA 98032** |
| State the term remaining | **10/31/2026** | |
| List the contract number of any government contract | | |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **Software** | **Salesforce.com**<br>**415 Mission St, 3rd Floor**<br>**San Francisco, CA 94105** |
| State the term remaining | **6/5/2026** | |
| List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.15. State what the contract or lease is for and the nature of the debtor's interest | **Software; Order Form dated 8/29/2025, between Solgen Power, LLC and Skedulo Inc., for a 12-month subscription, with subscription term beginning on September 30, 2025 and ending September 29, 2026** | **Skedulo Holdings Inc**<br>**548 Market St**<br>**San Francisco, CA 94104** |
| State the term remaining | **8/30/2026** | |
| List the contract number of any government contract | | |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest | **Lease** | **Solgen**<br>**5728 Bedford St**<br>**Pasco, WA 99301** |
| State the term remaining | **6/30/2027** | |
| List the contract number of any government contract | | |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest | **Lease - 5715 Bedford Street** | **Solgen**<br>**5728 Bedford St**<br>**Pasco, WA 99301** |
| State the term remaining | **2/28/2031** | |
| List the contract number of any government contract | | |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest | **Lease - 22887 NE Townsend Way** | **Townsend Distribution, LP**<br>**Invesco Real Estate**<br>**2001 Ross Ave., Ste 3400**<br>**Dallas, TX 75201** |
| State the term remaining | **7/1/2027** | |
| List the contract number of any government contract | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lead Generating Contract** | **Verity Credit Union**<br>**11027 Meridian Ave N**<br>**Seattle, WA 98133** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Software; Order Form (Q-25868) dated 4/30/2024, between Solgen Power LLC (WA) and Workato Inc., to provide subscription for 12 months** | **Workato.com**<br>**215 Castro St**<br>**Mountain View, CA 94041** |
| | State the term remaining | **4/30/2026** | |
| | List the contract number of any government contract | | |



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 458 of 493

| Fill in this information to identify the case: |
|---|
| Debtor name **Solgen Power, LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON |
| Case number (if known) **25-02262-7** |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Loanhomi LLC** | **3521 Avion Dr**<br>**Medford, OR 97504** | **CIBC Bank USA** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.2 | **Purelight Newco LLC** | **3521 Avion Dr**<br>**Medford, OR 97504** | **CIBC Bank USA** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.3 | **Solgen Distribution LLC** | **3521 Avion Dr**<br>**Medford, OR 97504** | **CIBC Bank USA** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.4 | **Solgen Enterprises LLC** | **3521 Avion Dr**<br>**Medford, OR 97504** | **CIBC Bank USA** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.5 | **Solgen Intermediate LLC** | **3521 Avion Dr**<br>**Medford, OR 97504** | **CIBC Bank USA** | ■ D **2.2**<br>☐ E/F<br>☐ G |



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 459 of 493

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Solgen Power LLC (AZ)** | **3521 Avion Dr<br>Medford, OR 97504** | **CIBC Bank USA** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.7 | **Solgen Power LLC (IL)** | **3521 Avion Dr<br>Medford, OR 97504** | **CIBC Bank USA** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.8 | **Solgen Power LLC (OH)** | **3521 Avion Dr<br>Medford, OR 97504** | **CIBC Bank USA** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.9 | **Solgen Restoration LLC** | **3521 Avion Dr<br>Medford, OR 97504** | **CIBC Bank USA** | ■ D **2.2**<br>☐ E/F<br>☐ G |
| 2.10 | **The Green Nerds LLC** | **3521 Avion Dr<br>Medford, OR 97504** | **CIBC Bank USA** | ■ D **2.2**<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Solgen Power, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **25-02262-7**

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | **$-576,550.00** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$44,250,521.00** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$81,560,292.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | **Credit Card Rewards** | **$6,000.00** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | | **$0.00** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | | **$0.00** |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 461 of 493

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Solgen Holdings<br>5715 & 5728 Bedford St<br>Pasco, WA 99301** | **9/22/25 - 12/22/25** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vendor payment** |
| 3.2. | **Centerpointe Business Park Associates<br>Attn: Brian Steward<br>Rosen Harbottle CRE<br>1800 112th Ave NE, Suite 310<br>Bellevue, WA 98004** | **9/22/25 - 12/22/25** | **$11,078.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vendor Payment** |
| 3.3. | **United States Treasury<br>Internal Revenue Service<br>PO Box 219982<br>Kansas City, MO 64121** | **9/22/25 - 12/22/25** | **$14,640.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vendor Payment** |
| 3.4. | **Lee Smart<br>701 Pike Street<br>Ste 1800<br>Seattle, WA 98101** | **9/22/25 - 12/22/25** | **$15,093.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vendor Payment** |
| 3.5. | **WA Dept of L&I - Citation Desk<br>ATTN Electrical Citation Unit<br>PO Box 44460<br>Olympia, WA 98504** | **9/22/25 - 12/22/25** | **$22,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vendor Payment** |
| 3.6. | **Oregon Dept of Revenue<br>PO Box 14800<br>Salem, OR 97309** | **9/22/25 - 12/22/25** | **$25,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Vendor Payment** |
| 3.7. | **Oregon Health & Science University<br>C/o Tammie Johnson<br>1400 SW 5th Ave, Ste 500<br>Portland, OR 97201** | **9/22/25 - 12/22/25** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vendor Payment** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Information & Computing Services, Inc. dba rfsmart, PO Box 638345 Cincinnati, OH 45263** | **9/22/25 - 12/22/25** | **$30,249.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vendor Payment** |
| 3.9. **Reliant Property Management aka SandifurCrossin P.O. Box 1630 Arvada, CO 80001** | **9/22/25 - 12/22/25** | **$31,850.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vendor Payment** |
| 3.10. **Ogletree Deakins Nash Smoak & Stewart PO Box 89 Columbia, SC 29202** | **9/22/25 - 12/22/25** | **$44,618.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vendor Payment** |
| 3.11. **Davis Wright Tremaine LLP 920 5th Ave Suite 3300 Seattle, WA 98104** | **9/22/25 - 12/22/25** | **$60,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vendor Payment** |
| 3.12. **Canyon Park Owner II 1501 N Technology Way Orem, UT 84097** | **9/22/25 - 12/22/25** | **$75,730.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vendor Payment** |
| 3.13. **LBA RV - Company IV, LP 3347 Michelson Drive, Suite 200 Irvine, CA 92612** | **9/22/25 - 12/22/25** | **$101,392.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vendor Payment** |
| 3.14. **Townsend Distribution, LP Invesco Real Estate 2001 Ross Ave., Ste 3400 Dallas, TX 75201** | **9/22/25 - 12/22/25** | **$107,341.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vendor Payment** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Canyon Park Owner II**<br>**1501 N Technology Way**<br>**Orem, UT 84097** | **Furniture** | **Locked out of Building Dec 2025** | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Kieran Carroll v. Hartford Fire Insurance Company** | **Construction damages** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Heimbigner Vs. Solgen** | **Employee Related** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Godsil - Potential Class Action** | **Employee Related** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Kevin Teate v. Solgen Power, LLC, Robert Mosley and Jane Doe Mosley**<br>**23-2-08446-31** | **Traffice accident** | **Snohomish County Superior Court**<br>**3000 Rockefeller Ave, Everett, WA 98201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Cory Cummins and Savannah Cummins V. Solgen Power LLC and Verity Credit Union.<br>3:23-cv-05363-TMC** | **Construction damages** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. | **JAMES CORDERO v. SOLGEN POWER LLC and VERITY CREDIT UNION<br>Complaint** | **Construction damages** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **Nick Brown<br>ATTORNEY GENERAL OF WASHINGTON<br>Consumer Protection Division<br>800 Fifth Avenue • Suite 2000 • MS TB 14 • Seattle, WA 98104-3188** | **Civil Investigative Demand** | **Consumer Protection Division<br>800 Fifth Avenue • Suite 2000 • MS TB 14<br>Seattle, WA 98104** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **COMMONWEALTH OF KENTUCKY ex rel. RUSSELL COLEMAN ATTORNEY GENERAL PETITIONER v. SOLGEN POWER LLC d/b/a PURELIGHT POWER<br>24-CI-00638** | **Civil Investigative Demand** | **COMMONWEALTH OF KENTUCKY - FRANKLIN CIRC** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **United States Attorny Eastern District of WA Thomas S. Foley US Courthouse, Suite 340<br>PO Box 1494<br>Spokane, Washingon 99210<br>Civil Investigated Demand No.EDWA 25-012** | **Civil Investigated Demand** | **US Courthouse, Suite 340<br>PO Box 1494<br>Spokane, WA 99210** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **CBP PRA Officer, U.S. Customs and Border Protection, Office of Regulations and Rulings, 10th Floor, 90K Street NE., Washington, DC 20229-1177.<br>Entry Number - CHQ09449051** | **Request for Information** | **Office of Regulations and Rulings<br>10th Floor, 90K Street NE., Washington, DC 20229** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **SRS Distribution Inc et al vs. Solgen Power LLC and Lexon Ins Co<br>25-2-39454-9 SEA** | **Breach of Contract** | **King County Superior Court, Washington<br>516 3rd Ave Room W382, Seattle, WA 98104** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Alzheimers Swanda Charity**<br>**225 N. Michigan Ave.**<br>**16th Floor**<br>**Chicago, IL 60601** | **Cash** | **July-24** | **$110.00** |
| | Recipients relationship to debtor<br>**None** | | | |
| 9.2. | **Southern Oregon Runners**<br>**Po Box 665,**<br>**Medford, OR 97501** | **Cash** | **November-25** | **$500.00** |
| | Recipients relationship to debtor<br>**None** | | | |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Rogue River Or/Iv Struck Object Off Road** | **$22,770** | **3/14/2025** | **$22,770.00** |
| **Unknown Mt/IvRan OffRoad/no OvInvolved** | **$9,665** | **1/2/2025** | **$9,665.00** |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cairncross & Hempelmann, P.S.**<br>**524 Second Avenue**<br>**Suite 500**<br>**Seattle, WA 98104** | **Attorney Fees** | **12/30/2025** | **$6,250.00** |

**Email or website address**
**spalmer@cairncross.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Ikon Health**<br>**Unknown**<br>Relationship to debtor<br>**None** | **IKON Health- 36 vari walls and 20 vari desks sold** | **1/10/2024** | **$15,826.00** |
| 13.2. | **Archibalds**<br>**902 W Clearwater Ave**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **Used 2019 Subaru Outback Vin 4SABSABC6K3300235** | **1/31/2024** | **$14,400.00** |
| 13.3. | **Archibalds**<br>**902 W Clearwater Ave**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **Used 2019 Subaru Outback 4SABSABC5K3372219** | | **$16,700.00** |
| 13.4. | **Archibalds**<br>**902 W Clearwater Ave**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **Used 2018 Subaru Outback Vin 4S4BSATC2J3229001** | **1/31/2024** | **$21,150.00** |



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 467 of 493

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.5. | **Archibalds**<br>**902 W Clearwater Ave**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **New 2022 Subaru Outback Vin N3233955** | **1/31/2024** | **$24,250.00** |
| 13.6. | **Archibalds**<br>**902 W Clearwater Ave**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2022 Subaru Outback Vin N3215906** | **2/12/2024** | **$25,000.00** |
| 13.7. | **Copart**<br>**14185 Dallas Parkway #300**<br>**Dallas, TX 75254**<br>Relationship to debtor<br>**Unknown** | **Car (2016 Kia Sol VIN #7324506)** | **2/16/2024** | **$4,136.00** |
| 13.8. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **FA Sale of 2022 Subaru Outback Vin N3216998** | **2/20/2024** | **$22,000.00** |
| 13.9. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**None** | **2020 Nissan NV Vin K692239** | **2/21/2024** | **$9,500.00** |
| 13.10. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**None** | **2016 Chevy Van Vin S812191** | **2/21/2024** | **$26,500.00** |
| 13.11. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**None** | **2020 Ford F350 Service Body Vin D12135** | **2/21/2024** | **$36,000.00** |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.12. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**None** | **2020 Chevy Express Cargo Vin L1224662** | **2/26/2024** | **$24,000.00** |
| 13.13. | **John Georges**<br>**11416 SE Cedar Way**<br>**Happy Valley, OR 97086**<br>Relationship to debtor<br>**Employee** | **2013 Chevy Silverrado 238071** | **2/27/2024** | **$5,588.00** |
| 13.14. | **Walter Bright**<br>**4881 dark hallow road**<br>**Medford, OR 97501**<br>Relationship to debtor<br>**Employee** | **2008 Ford F-350. VIN ending EE52377** | **2/27/2024** | **$5,756.00** |
| 13.15. | **Archibalds**<br>**902 W Clearwater Ave**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **Sale of Vehicle 2022 Ram 1500 Vin G195389** | **2/28/2024** | **$27,687.00** |
| 13.16. | **Kam Kapustka**<br>**1553 Devonshire Pl.**<br>**Medford, OR 97504**<br>Relationship to debtor<br>**Employee** | **2019 Subaru Outback. VIN ending 3385209** | **2/28/2024** | **$5,000.00** |
| 13.17. | **Kam Kapustka**<br>**1553 Devonshire Pl.**<br>**Medford, OR 97504**<br>Relationship to debtor<br>**Employee** | **2021 Dodge Ram 1500. VIN ending N834637** | **2/28/2024** | **$11,000.00** |
| 13.18. | **Aaron Fogle**<br>**1429 Galway Dr**<br>**Billings, MT 59105**<br>Relationship to debtor<br>**Employee** | **2015 Ford F350 - 1FT8W3BT6FEB27440** | **2/29/2024** | **$9,205.00** |
| 13.19. | **Americool**<br>**1920 Fowler St, Richland**<br>**Richland, WA 99352**<br>Relationship to debtor<br>**Unknown** | **Varidesk Furniture** | **2/29/2024** | **$11,300.00** |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.20. | **Bradley Behymer**<br>**1512 Chase Ave Apt 1**<br>**Cincinnati, OH 45223**<br>Relationship to debtor<br>**Employee** | **Used 2020 Subaru Outback Vin L3137914** | **2/29/2024** | **$12,469.00** |
| 13.21. | **Daryl Kelly**<br>**5102 S Coulee Vista Dr**<br>**Kennewick, WA 99338**<br>Relationship to debtor<br>**Employee** | **Used 2019 Subaru Outback K3220056** | **2/29/2024** | **$15,293.00** |
| 13.22. | **Ikon Health**<br>**Unknown**<br>Relationship to debtor<br>**None** | **New Office Furniture Varidesk** | **2/29/2024** | **$3,628.00** |
| 13.23. | **Jeff Cupp**<br>**320 Isabel Dr**<br>**Medford, OR 97501**<br>Relationship to debtor<br>**Employee** | **New 2022 Subaru Outback Vin N3212561** | **2/29/2024** | **$21,270.00** |
| 13.24. | **Kaycee Hoak**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **Used 2019 Subaru Outback Vin K3304390** | **2/29/2024** | **$12,755.00** |
| 13.25. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**None** | **Used 2020 Chevy Silverado Vin 241633** | **2/29/2024** | **$16,500.00** |
| 13.26. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**None** | **Used 2019 Chevy Silverado Vin 85883** | **2/29/2024** | **$17,500.00** |
| 13.27. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**None** | **Used 2019 Chevy Silverado Vin 245482** | **2/29/2024** | **$18,000.00** |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.28. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**None** | **Used 2019 Ram 1500 Vin 635999** | **2/29/2024** | **$18,500.00** |
| 13.29. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**none** | **Used 2020 Chevy Silverado Vin 414568** | **2/29/2024** | **$20,000.00** |
| 13.30. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor | **Used 2016 Isuzu NPR Vin 54DC4W1B8GS505484** | **2/29/2024** | **$26,500.00** |
| 13.31. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**non** | **Used 2020 Chevy Express 2500 L1121981** | **2/29/2024** | **$27,000.00** |
| 13.32. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**none** | **2020 Isuzu NPR HD Gas (806797)** | **2/29/2024** | **$27,500.00** |
| 13.33. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**None** | **Used 2020 Chevy Express Vin L1177972** | **2/29/2024** | **$27,500.00** |
| 13.34. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**none** | **Used 2020 Chevrolet Express 2500 Vin 1GCWGAFG8L1176180** | **2/29/2024** | **$27,500.00** |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.35. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**none** | **Used 2020 GMC G25 Vin L1183760** | **2/29/2024** | **$28,000.00** |
| 13.36. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**None** | **Used 2020 GMC G25 Vin 1161688** | **2/29/2024** | **$28,000.00** |
| 13.37. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**None** | **2020 Isuzu NPR VIN 54DC4W1D8LS207780** | **2/29/2024** | **$29,500.00** |
| 13.38. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**None** | **2021 Isuzu NPR Van VIN 54C4W1D5MA202585** | **2/29/2024** | **$33,000.00** |
| 13.39. | **McCurley Integrity Dealerships, LLC**<br>**PO Box 2698**<br>**Pasco, WA 99302**<br>Relationship to debtor<br>**New 2022 Chevy 4500 LCF Vin NS200401** | **New 2022 Chevy 4500 LCF Vin NS200401** | **2/29/2024** | **$35,000.00** |
| 13.40. | **Peak Construction**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **Peak Construction Purchase of Office Furniture** | **2/29/2024** | **$30,540.00** |
| 13.41. | **Sedin Velic**<br>**2301 W 7th Ave**<br>**Kennewick, WA 99336**<br>Relationship to debtor | **2022 Ram 1500 Vin 195391** | **2/29/2024** | **$19,905.00** |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.4 2. | Trevor Hewitt<br>63174 Eastview Drive Unit 2<br>Bend, OR 97701<br>Relationship to debtor<br>Employee | New 2022 Subaru Outback Vin N3242625 | 2/29/2024 | $19,899.00 |
| 13.4 3. | Leavitt Machinery Inc<br>4405 E Trent Ave,<br>Spokane, WA 99212<br>Relationship to debtor<br>Unknown | 1999 Nissan CUGJ02F30PV | 3/11/2024 | $3,550.00 |
| 13.4 4. | Leavitt Machinery Inc<br>4405 E Trent Ave,<br>Spokane, WA 99212<br>Relationship to debtor<br>Unknown | 2003 Doosan sold to Leavitt Machinery Inc USA | 3/11/2024 | $5,675.00 |
| 13.4 5. | Collin Prisbrey<br>241 Fieldbrook Ct<br>Medford, OR 97504<br>Relationship to debtor<br>Employee | 2019 Toyota Tacoma VIN ending: M251841 | 3/15/2024 | $27,000.00 |
| 13.4 6. | AFC Spokane<br>11011 W 21st Ave Suite 1,<br>Airway Heights, WA 99001<br>Relationship to debtor<br>Unknown | Deposit 3.19.24 AFC Spokane Purchase of Vehicles | 3/19/2024 | $65,200.00 |
| 13.4 7. | Archibald's<br>902 W Clearwater Ave<br>Kennewick, WA 99336<br>Relationship to debtor | 2020 Chevrolet Silverado 181535 | 3/19/2024 | $25,000.00 |
| 13.4 8. | Silverline Electric<br>4121 W. Clearwater Avenue,<br>Kennewick, WA 99336<br>Relationship to debtor | Sale of 13 Vari Walls | 3/16/2024 | $4,550.00 |
| 13.4 9. | TriCities Remarketing<br>3104 W Kennewick Ave, Suite A<br>Kennewick, WA 99336<br>Relationship to debtor<br>Vendor | Deposit 3.26.24 2020 GMC Savana | 3/26/2024 | $18,000.00 |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.50. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **Box truck NPR (2001?)** | **3/27/2024** | **$1,910.37** |
| 13.51. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **2012 Chevy Colorado** | **3/27/2024** | **$3,726.05** |
| 13.52. | **TriCities Remarketing**<br>**3104 W Kennewick Ave, Suite A**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**Vendor** | **New 2020 Ford F350 Vin 1FDPF3ET6MEE11031** | **3/31/2024** | **$18,000.00** |
| 13.53. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **Van #109** | **3/31/2024** | **$15,000.00** |
| 13.54. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **Used 2020 Chevy Silverado Vin 455014** | **3/31/2024** | **$17,500.00** |
| 13.55. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **2019 Toyota Tacoma** | **3/31/2024** | **$27,000.00** |
| 13.56. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **Vehicle 152** | **4/1/2024** | **$20,000.00** |
| 13.57. | **TriCities Remarketing**<br>**3104 W Kennewick Ave, Suite A**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**Vendor** | **2019 Nissan NV200 SV 10283** | **4/3/2024** | **$11,000.00** |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.58. | **TriCities Remarketing**<br>**3104 W Kennewick Ave, Suite A**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**Vendor** | **2012 Chev Express Van 158655** | **4/3/2024** | **$4,000.00** |
| 13.59. | **TriCities Remarketing**<br>**3104 W Kennewick Ave, Suite A**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**Vendor** | **2014 GMC Van 1911420** | **4/3/2024** | **$6,500.00** |
| 13.60. | **TriCities Remarketing**<br>**3104 W Kennewick Ave, Suite A**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**Vendor** | **2015 Nissan 736434** | **4/3/2024** | **$6,500.00** |
| 13.61. | **TriCities Remarketing**<br>**3104 W Kennewick Ave, Suite A**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**Vendor** | **2014 Ford Econoline A396090** | **4/3/2024** | **$8,000.00** |
| 13.62. | **TriCities Remarketing**<br>**3104 W Kennewick Ave, Suite A**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**Vendor** | **2021 Chevrolet Express 183953** | **4/3/2024** | **$21,500.00** |
| 13.63. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **Truck** | **4/3/2024** | **$2,394.00** |
| 13.64. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **Ford Cargo Van** | **4/3/2024** | **$1,075.37** |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.65. | Unknown<br>Unknown<br>Relationship to debtor<br>Unknown | Box Truck | 4/3/2024 | $6,109.05 |
| 13.66. | Isaac Mckensie<br>2733 Guthrie Ave<br>Mesquite, TX 75150<br>Relationship to debtor<br>Employee | 2016 Dodge Ram 1500 267419 | 4/4/2024 | $11,900.00 |
| 13.67. | New Vista Roofing<br>3002 Sidney Dr.<br>Mesquite, TX 75150<br>Relationship to debtor<br>Vendor | 2010 Chevrolet Van | 4/4/2024 | $1,500.00 |
| 13.68. | Dustin Wynn<br>4401 Vista Pointe Drive<br>Medford, OR 97504<br>Relationship to debtor<br>Employee | 2018 Nissan NV200 703828 | 4/10/2024 | $6,000.00 |
| 13.69. | The Founder Project<br>79773 Country Heights Dr<br>Kennewick, WA 99338<br>Relationship to debtor | 2016 Box truck 004219 | 4/11/2024 | $8,000.00 |
| 13.70. | TriCities Remarketing<br>3104 W Kennewick Ave, Suite A<br>Kennewick, WA 99336<br>Relationship to debtor<br>Vendor | Vin 694197 | 4/11/2024 | $12,000.00 |
| 13.71. | TriCities Remarketing<br>3104 W Kennewick Ave, Suite A<br>Kennewick, WA 99336<br>Relationship to debtor<br>Vendor | 2012 Ford E250 12425 | 4/23/2024 | $5,500.00 |
| 13.72. | Unknown<br>Unknown<br>Relationship to debtor<br>Unknown | Used 2020 Subaru Outback Vin L3124435 | 4/30/2024 | $17,500.00 |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.73. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **2021 Ram Promaster Vin 581890** | **4/30/3034** | **$20,000.00** |
| 13.74. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **2022 Ram 1500 Vin 198390** | **4/30/2024** | **$28,000.00** |
| 13.75. | **TriCities Remarketing**<br>**3104 W Kennewick Ave, Suite A**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**Vendor** | **2018 Isuzu NPR Truck 810720** | **5/8/2024** | **$27,030.00** |
| 13.76. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **Van** | **5/8/2024** | **$2,602.50** |
| 13.77. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **Van** | **5/8/2024** | **$6,319.00** |
| 13.78. | **TriCities Remarketing**<br>**3104 W Kennewick Ave, Suite A**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**Vendor** | **2019 Isuzu NPR HD VIN 807448** | **5/16/2024** | **$17,000.00** |
| 13.79. | **TriCities Remarketing**<br>**3104 W Kennewick Ave, Suite A**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**Vendor** | **2021 Nissan NV Cargo Van MN803980** | **5/20/2024** | **$24,500.00** |
| 13.80. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **2014 Ford E-350 (1/15/2021)** | **5/31/2024** | **$1,480.37** |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.8 1. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **New 2022 Subaru Outback Vin N3282520** | **6/14/2024** | **$14,000.00** |
| 13.8 2. | **Maria de Los Angeles Avila Diaz**<br>**3801 Estrella Dr**<br>**Pasco, WA 99301**<br>Relationship to debtor<br>**Unknown** | **2021 Ford Transit Cargo** | **6/19/2024** | **$10,000.00** |
| 13.8 3. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **White Desks, Vari Desk, Vari Chares, Monitors, keyboards, headsets.** | **6/28/2024** | **$4,356.00** |
| 13.8 4. | **TriCities Remarketing**<br>**3104 W Kennewick Ave, Suite A**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**Vendor** | **2017 Ford Transit Vin A57401** | **7/30/2024** | **$4,365.00** |
| 13.8 5. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **Van** | **8/15/2024** | **$3,395.00** |
| 13.8 6. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **Vans** | **8/15/2024** | **$3,395.00** |
| 13.8 7. | **Unknown**<br>**Unknown**<br>Relationship to debtor<br>**Unknown** | **Isuzu Box Truck 2016** | **8/15/2024** | **$2,760.00** |
| 13.8 8. | **Copart**<br>**14185 Dallas Parkway #300**<br>**Dallas, TX 75254**<br>Relationship to debtor<br>**Unknown** | **Co Part Sale of Vehicle** | **8/16/2024** | **$1,930.50** |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.89. | Edward Reutov<br>2695 Marche Hts dr SE<br>Turner, OR 97392<br>Relationship to debtor: None | Purchase Vehicle-J8DC4814827002408 2002 GMC | 9/5/2024 | $4,000.00 |
| 13.90. | Unknown<br>Unknown<br>Relationship to debtor: unknown | Vehicle Sold = 2013 Ford E250 VIN DA72174 | 9/5/2024 | $3,758.00 |
| 13.91. | Cybersource<br>PO Box 742842<br>Los Angeles, CA 90074<br>Relationship to debtor: Vendor | Vehicle #15 2017 Mercedes- Benz Vin HN499375 | 9/12/2024 | $5,800.00 |
| 13.92. | Unknown<br>Unknown<br>Relationship to debtor: Unknown | 2016 Nissan White NV200 7011012 | 9/27/2024 | $1,000.00 |
| 13.93. | TriCities Remarketing<br>3104 W Kennewick Ave, Suite A<br>Kennewick, WA 99336<br>Relationship to debtor: Vendor | #419 Forklift · 1901 Toyota 8FGC35U-BCS Pasco-Warehouse | 9/30/2024 | $5,000.00 |
| 13.94. | Unknown<br>Unknown<br>Relationship to debtor: Unknown | 2004 Chevrolet C4500. 516004 | 10/11/2024 | $6,000.00 |
| 13.95. | JRT Mechanical Inc<br>2300 N Commercial Ave<br>Pasco WA 9930<br>Pasco, WA 99301<br>Relationship to debtor: unknown | Vari walls, desks, chairs. JRT Mechanical Inc. ck#8310 | 10/18/2024 | $19,742.88 |
| 13.96. | Unknown<br>Unknown<br>Relationship to debtor: Unknown | 2017 Nissan NV200. 697804 | 12/20/2024 | $1,000.00 |



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 479 of 493

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.97. | DevFuzion<br>3311 W Clearwater Ave, D-28<br>Kennewick, WA 99336<br>Relationship to debtor<br>Vendor | Varidesk furniture | 12/31/2024 | $17,886.83 |
| 13.98. | TriCities Remarketing<br>3104 W Kennewick Ave, Suite A<br>Kennewick, WA 99336<br>Relationship to debtor<br>Vendor | 2020 Isuzu NPR HD Gas (804744) | 12/31/2024 | $14,000.00 |
| 13.99. | TriCities Remarketing<br>3104 W Kennewick Ave, Suite A<br>Kennewick, WA 99336<br>Relationship to debtor<br>Vendor | Used 2020 Chevy Express Vin L1254845 | 12/31/2024 | $15,000.00 |
| 13.100. | Mccurley Dealership<br>PO Box 2698<br>Pasco, WA 99302<br>Relationship to debtor<br>None | #220 2021 Isuzu | 1/13/2025 | $30,500.00 |
| 13.101. | Unknown<br>Unknown<br>Relationship to debtor<br>Unknown | #175 2020 GMC Cargo Van | 1/31/2025 | $11,500.00 |
| 13.102. | TriCities Remarketing<br>3104 W Kennewick Ave, Suite A<br>Kennewick, WA 99336<br>Relationship to debtor<br>Vendor | #216 2021 Isuzu NPR Van 54DC4W1D4MS202271 | 2/3/2025 | $21,500.00 |
| 13.103. | Gavin W Wilk<br>706 Browning Ave. S<br>Salem, OR 97302<br>Relationship to debtor<br>Employee | Dump Trailer 13900 | 2/17/2025 | $5,000.00 |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 04. | Gavin W Wilk<br>706 Browning Ave. S<br>Salem, OR 97302<br>Relationship to debtor<br>Employee | FAM000524 Forklift | 2/20/2025 | $5,000.00 |
| 13.1 05. | Tri-City Shine LLC<br>2301 W 7th Ave<br>Kennewick, WA 99336<br>Relationship to debtor<br>None | 2022 Ford Transit Connect Vin N1527004 | 2/25/2025 | $18,500.00 |
| 13.1 06. | K Freeman<br>2483 Greenridge Dr<br>Medford, OR 97504<br>Relationship to debtor<br>Employee | Dump Trailer | 3/1/2025 | $4,000.00 |
| 13.1 07. | Prine Systems Inc<br>140 Shockton St<br>Jacksonville, FL 32204<br>Relationship to debtor<br>None | Sale of several Comps | 4/1/2024 | $14,225.00 |
| 13.1 08. | TriCities Remarketing<br>3104 W Kennewick Ave, Suite A<br>Kennewick, WA 99336<br>Relationship to debtor<br>Vendor | #716 Roofing Truck 2016 Ford F-350 Super Duty · 1FT8W3B65GEB35945 | 4/15/2025 | $14,500.00 |
| 13.1 09. | Stone Heating and Air, Inc<br>5235 Rainbow Drive,<br>Central Point, OR 97502<br>Relationship to debtor<br>None | Fork Lift | 6/23/2025 | $5,500.00 |
| 13.1 10. | Cybersource<br>PO Box 742842<br>Los Angeles, CA 90074<br>Relationship to debtor<br>Vendor | Purchase of FA Monitor - JCantu | 7/17/2025 | $250.00 |
| 13.1 11. | Cybersource<br>PO Box 742842<br>Los Angeles, CA 90074<br>Relationship to debtor<br>Vendor | Dell Latitude and other Computers | 7/21/2025 | $6,785.00 |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 12. | **Cybersource**<br>**PO Box 742842**<br>**Los Angeles, CA 90074**<br>Relationship to debtor<br>**Vendor** | **Sale of Macbook TKeller** | **7/28/2025** | **$300.00** |
| 13.1 13. | **Rogue Credit Union**<br>**PO Box 4550**<br>**Medford, OR 97501**<br>Relationship to debtor<br>**None** | **Dump Truck #659** | **7/29/2025** | **$650.00** |
| 13.1 14. | **Rogue Credit Union**<br>**PO Box 4550**<br>**Medford, OR 97501**<br>Relationship to debtor<br>**None** | **Dump Truck #715** | **7/29/2025** | **$650.00** |
| 13.1 15. | **Port of Pasco**<br>**1110 Ospray Pointe Blvd Ste 201**<br>**Pasco, WA 99301**<br>Relationship to debtor<br>**Landlord** | **Pods / Storage Units** | **11/26/2025** | **$10,000.00** |
| 13.1 16. | **Johnathan Powell**<br>**961 Darlington Creek dr**<br>**Alexandria, KY 41001**<br>Relationship to debtor<br>**Employee** | **2021 Ford Transit Cargo Van 1FTBR1C85MKA74353** | **12/1/2025** | **$12,000.00** |
| 13.1 17. | **Tri Cities Auto Remarketing**<br>**2993 W Kennewick Ave,**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2017 Nissan NV200 SV-3N6CM0KNDHK722001** | **December 2025** | **Unknown** |
| 13.1 18. | **Tri Cities Auto Remarketing**<br>**2993 W Kennewick Ave,**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2018 Nissan NV200 SV-3N6CM0KN4JK703828** | **Dec-25** | **Unknown** |
| 13.1 19. | **Tri Cities Auto Remarketing**<br>**2993 W Kennewick Ave,**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2019 Ram 1500-1C6RRFFG8KN834941** | **Dec-25** | **Unknown** |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 20. | **Tri Cities Auto Remarketing**<br>**2993 W Kennewick Ave,**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2021 Isuzu NPR-54DC4W1D8MS209577** | **Dec-25** | **Unknown** |
| 13.1 21. | **Tri Cities Auto Remarketing**<br>**2993 W Kennewick Ave,**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2022 Ford Transit Connect Cargo-NM0LS7S2XN1509722** | **Dec-25** | **Unknown** |
| 13.1 22. | **Tri Cities Auto Remarketing**<br>**2993 W Kennewick Ave,**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2020 Ford F-150-1FTEW1E53LKD72570** | **Dec-25** | **Unknown** |
| 13.1 23. | **Tri Cities Auto Remarketing**<br>**2993 W Kennewick Ave,**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2021 Nissan NV200-3N6CM0KN7MK696569** | **Dec-25** | **Unknown** |
| 13.1 24. | **Tri Cities Auto Remarketing**<br>**2993 W Kennewick Ave,**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2015 Nissan NV200 SV-3N6CM0KN1FK729715** | **Dec-25** | **Unknown** |
| 13.1 25. | **Tri Cities Auto Remarketing**<br>**2993 W Kennewick Ave,**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2017 Ford F-350 Super Duty-1FT8W3BT4HEB54963** | **Dec-25** | **Unknown** |
| 13.1 26. | **Tri Cities Auto Remarketing**<br>**2993 W Kennewick Ave,**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2020 Subaru Outback-4S4BTACC5L3132942** | **Dec-25** | **Unknown** |
| 13.1 27. | **Tri Cities Auto Remarketing**<br>**2993 W Kennewick Ave,**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2015 Nissan NV200 SV-3N6CM0KN7FK734398** | **Dec-25** | **Unknown** |



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 483 of 493

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 28. | **Tri Cities Auto Remarketing**<br>**2993 W Kennewick Ave,**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2019 Ram 1500 CLASSIC-1C6RR7FG5KS590673** | **Dec-25** | **Unknown** |
| 13.1 29. | **Tri Cities Auto Remarketing**<br>**2993 W Kennewick Ave,**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2021 Chevy Express-1GCWGAFP9M1150110** | **Dec-25** | **Unknown** |
| 13.1 30. | **Tri Cities Auto Remarketing**<br>**2993 W Kennewick Ave,**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2020 Nissan NV200-3N6CM0KN5LK709317** | **Dec-25** | **Unknown** |
| 13.1 31. | **Tri Cities Auto Remarketing**<br>**2993 W Kennewick Ave,**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2021 Nissan NV200-3N6CM0KN8MK696077** | **Dec-25** | **Unknown** |
| 13.1 32. | **Tri Cities Auto Remarketing**<br>**2993 W Kennewick Ave,**<br>**Kennewick, WA 99336**<br>Relationship to debtor<br>**None** | **2021 Isuzu NPR-54DC4W1D8MS209577** | **Dec-25** | **Unknown** |

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **Florence Warehouse (Cincinatti Warehouse**<br>**7453 Empire Drive, Building A, Suite 340**<br>**Florence, KY 41042** | **7/1/2022-6/30/2027** |
| 14.2. | **2713 Watterson Trail**<br>**Louisville, KY 40299** | **5/1/2022-4/30/2027** |
| 14.3. | **96 Caldwell Drive, Unit B**<br>**Cincinnati, OH 45216** | **1/1/21 - Month to month** |
| 14.4. | **22887 NE Townsend Way**<br>**97024** | **6/1/2022-7/1/2027** |



25-02262-WLH7 Doc 23 Filed 01/16/26 Entered 01/16/26 11:45:11 Pg 484 of 493

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.5. | **4401 Agnes Street Corpus Christi, TX 78405** | **4/1/2022-3/31/2025** |
| 14.6. | **605 East Timpanogos Circle, Suite H21 Orem, UT 84097** | **10/18/2022-2/13/2028** |
| 14.7. | **717 East Timpanogos Parkway, Suite M23 Orem, UT 84097** | **11/1/2021-2/13/2028** |
| 14.8. | **487 E 1000 S. Suite B Pleasant Grove, UT 84062** | **Terminated. Lease until 9/30/2021** |
| 14.9. | **3256 Chico Way NW, Suite 100 Bremerton, WA 98132** | **5/20/2022-6/30/2024** |
| 14.10. | **2310 112th Street Bldg B Ste 1 Everett, WA 98204** | **Terminated. Lease until 10/1/2020.** |
| 14.11. | **18000 72nd Avenue South, Suite 170 Kent, WA 98032** | **11/1/2021 - 10/31/2026** |
| 14.12. | **10116 36th Avenue Court SW, Suite 306 Lakewood, WA 98499** | **11/14/2022. Month to Month.** |
| 14.13. | **4425 100th Street SW, Building 25, Suite Lakewood, WA 98499** | **10/1/2020 - 9/30/2022** |
| 14.14. | **2241 East Ainsworth Avenue, Warehouse 2, Bay 3 Pasco, WA 99301** | **From 3/1/2021. 20 day notice.Terminated.** |
| 14.15. | **5226 Outlet Drive Pasco, WA 99301** | **1/15/2022 - 1/31/2024** |
| 14.16. | **5710 North Road 68, Suite 104 Pasco, WA 99301** | **8/1/2022-7/31/2026** |
| 14.17. | **5715 Bedford Street Pasco, WA 99301** | **3/1/2021-2/28/2031** |
| 14.18. | **5728 Bedford Street Pasco, WA 99301** | **5/3/2022 - 6/30/2027** |
| 14.19. | **3808 North Sullivan Road, Building 5, Suite G Spokane, WA 99216** | **2/1/2022-1/31/2025** |
| 14.20. | **9212 Montgomery Avenue, Suite 400 Spokane, WA 99206** | **1/15/2023-8/31/2026** |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ☐ No.
- ■ Yes. State the nature of the information collected and retained.

**Customer Data and Employee data**

Does the debtor have a privacy policy about that information?

- ☐ No
- ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Broadmoor Storage Solutions**<br>**9335 Sandifur Parkway**<br>**S1319**<br>**Pasco, WA 99301** | **Jeremy Hellyer,**<br>**1851 Fescue st**<br>**Kennewick, WA, 99338** | **Office funiture and equipment** | ☐ No<br>■ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Kelley Create**<br>**22710 72nd Ave S**<br>**Kent, WA 98032** | **Florance** | **Printer - W9S2504568** | **Unknown** |
| **Kelley Create**<br>**22710 72nd Ave S**<br>**Kent, WA 98032** | **Fairview** | **Printer - W9S2504857** | **Unknown** |
| **Kelley Create**<br>**22710 72nd Ave S**<br>**Kent, WA 98032** | **Unknown** | **Printer - W9S2705913** | **Unknown** |
| **Kelley Create**<br>**22710 72nd Ave S**<br>**Kent, WA 98032** | **Spokane** | **Printer - W9S2504687** | **Unknown** |
| **Kelley Create**<br>**22710 72nd Ave S**<br>**Kent, WA 98032** | **Richland** | **Printer - W9S2504807** | **Unknown** |
| **Kelley Create**<br>**22710 72nd Ave S**<br>**Kent, WA 98032** | **Pasco** | **Printer - W9S2707271** | **Unknown** |
| **Kelley Create**<br>**22710 72nd Ave S**<br>**Kent, WA 98032** | **Pasco** | **Printer - W9S2302165** | **Unknown** |
| **Kelley Create**<br>**22710 72nd Ave S**<br>**Kent, WA 98032** | **Pasco** | **Printer -W9S2504810** | **Unknown** |
| **Kelley Create**<br>**22710 72nd Ave S**<br>**Kent, WA 98032** | **Pasco** | **Printer - W9S2504786** | **Unknown** |
| **Kelley Create**<br>**22710 72nd Ave S**<br>**Kent, WA 98032** | **Fife** | **Printer - W9S2504868** | **Unknown** |
| **Copiers Northwest, Inc**<br>**615 S. Alaska Street**<br>**Seattle, WA 98108** | **Pasco** | **Copier - JQ720** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Copiers Northwest, Inc<br>615 S. Alaska Street<br>Seattle, WA 98108 | Pasco | Copier - HT849 | Unknown |
| PNC Vendor Finance, LLC<br>655 Business Center Drive<br>Suite 250<br>Horsham, PA 19044 | Fife | 2023 Doosan Lifttruck | $40,000.00 |
| PNC Vendor Finance, LLC<br>655 Business Center Drive<br>Suite 250<br>Horsham, PA 19044 | Pasco | 2023 Doosan Lifttruck | $40,000.00 |
| PNC Vendor Finance, LLC<br>655 Business Center Drive<br>Suite 250<br>Horsham, PA 19044 | Portland | 2023 Doosan Lifttruck | $40,000.00 |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|---|
| 25.1. | **Bizhacker, LLC**<br>**5715 Bedford Street**<br>**Pasco, WA 99301** | **Provided sales and marketing coaching** | EIN: **83-1246239**<br>From-To **August 2018-December 2021** |
| 25.2. | **Solgen, LLC**<br>**5715 Bedford Street**<br>**Pasco, WA 99301** | | EIN: **83-1103439**<br>From-To **July 2018 - April 2022** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Siano, Joshua J.**<br>**3005 Solamere Dr.**<br>**Park City, UT 84060** | **8/15/2023 to present.** |
| 26a.2. | **Garcia, Virginia**<br>**1026 West Hartley Ave**<br>**Hermiston, OR 97838** | **1/30/2021 to present.** |
| 26a.3. | **Casey Greenway**<br>**4346 N Chapala Way**<br>**Boise, ID 83713** | **2/10/2025 to present.** |
| 26a.4. | **jason jones**<br>**1013 E. Bedivere Drive,**<br>**Spokane, WA 99208** | **12/16/2019 to 3/1/2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Geffen Mesher**<br>**888 SW 5th Avenue**<br>**Suite 800**<br>**Portland, OR 97204** | **1/1/2024 to present.** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Siano, Joshua J.**<br>**3005 Solamere Dr.**<br>**Park City, UT 84060** | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. **Garcia, Virginia**<br>**1026 West Hartley Ave**<br>**Hermiston, OR 97838** | |
| 26c.3. **Casey Greenway**<br>**4346 N Chapala Way**<br>**Boise, ID 83713** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Divvy**<br>**13707 S. 200 W., Suite 100**<br>**Draper, UT 84020** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Ryan Greer** | **11/30/2025** | **$3,662,546.68, Cost basis** |

| Name and address of the person who has possession of inventory records |
|---|
| **Ryan Greer**<br>**5621 Leopard Dr**<br>**Pasco, WA 99301** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| **Solgen Parent, LLC** | **EIN:** **92-0975514** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 15, 2026**

**/s/ Joshua Siano**
Signature of individual signing on behalf of the debtor

**Joshua Siano**
Printed name

Position or relationship to debtor **Former Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Washington

In re **Solgen Power, LLC** Debtor(s)

Case No. **25-02262-7**
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **6,250.00** |
| Prior to the filing of this statement I have received | $ | **6,250.00** |
| Balance Due | $ | **0.00** |

2. $ **338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 15, 2026**
*Date*

**/s/ Steven M. Palmer**
**Steven M. Palmer 48823**
*Signature of Attorney*
**Cairncross & Hempelmann, P.S.**
**524 Second Avenue**
**Suite 500**
**Seattle, WA 98104**
**206-587-0700 Fax: 206-587-2308**
**spalmer@cairncross.com**
*Name of law firm*

# United States Bankruptcy Court
## Eastern District of Washington

In re **Solgen Power, LLC** Debtor(s)

Case No. **25-02262-7**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Former Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 15, 2026**

**/s/ Joshua Siano**
**Joshua Siano**/**Former Chief Financial Officer**
Signer/Title